**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
KATHERINE T. LYDON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jun 10, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ALLEN POOLEY,<br><br>Defendants. | CASE NO. 2:21-cr-00111-WBS<br><br>PETITION TO SEAL INDICTMENT |

TO THE HONORABLE DEBORAH BARNES, UNITED STATES MAGISTRATE JUDGE:

COMES NOW CHRISTOPHER S. HALES, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendant with violations of 18 U.S.C. § 1343 – Wire Fraud (4 counts); 18 U.S.C. § 1028A – Aggravated Identity Theft (2 counts); and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)– Criminal Forfeiture.

//
//

Petition to Seal Indictment

1

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agent believes that the above-named defendants pose a flight risk and could jeopardize the investigation if the charges are made public before the arrests are effected.

THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure the defendants have been arrested or until further order of this Court.

PHILLIP A. TALBERT
Acting United States Attorney

By: /S/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney

Petition to Seal Indictment