PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
KATHERINE T. LYDON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
Jun 10, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00111-WBS |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| ROBERT ALLEN POOLEY, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Christopher S. Hales to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of all the defendants or until further order of the Court.

Dated: June 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER TO SEAL

1