FILED
June 22, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ALLEN POOLEY,<br><br>Defendant. | Case No. 2:21-cr-00111-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT ALLEN POOLEY , Case No. 2:21-cr-00111-WBS  Charge 18 U.S.C. § 1343, from custody for the following reasons: for the following reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $ 25,000

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other): **With Pretrial Services supervision and**

  X    **conditions of release as stated on the record in court.**

Issued at Sacramento, California on June 22, 2021 at 2:17 PM.

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney