## SPECIAL CONDITIONS OF RELEASE

Re: Pooley, Robert Allen
No.: 2:21-CR-00111-1
Date:June 22, 2021

1.  You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3.  You must cooperate in the collection of a DNA sample;

4.  You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5.  You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6.  You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7.  You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used; and,

8.  You must report any contact with law enforcement to your pretrial services officer within 24 hours.