# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA



RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA
2021 JUN 11 PM 1:44

1129/652

USA,

v.

**ROBERT ALLEN POOLEY ,**

Case No: **2:21-CR-00111-WBS *SEALED***

**FILED**

JUN 25 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:   Robert Allen Pooley**

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

### WIRE FRAUD

in violation of Title    **18**    United States Code, Section(s)    **1343**

| | |
|---|---|
| A. Tupolo | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ A. Tupolo | **6/11/21        Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at    **NO BAIL**        by   **Magistrate Judge Jeremy D. Peterson**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| | |
|---|---|
| 6-11-2021 | Frank Newsum  DUSM |
| Date Received | Name and Title of Arresting Officer |
| 6/21/21 | /s/ |
| Date of Arrest | Signature of Arresting Officer |

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA
2021 JUN 11 PM 1:44

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

**ROBERT ALLEN POOLEY,**

Case No: **2:21-CR-00111-WBS *SEALED***

# WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Robert Allen Pooley

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

**WIRE FRAUD**

in violation of Title **18** United States Code, Section(s) **1343**

| | |
|---|---|
| A. Tupolo | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 6/11/21    Sacramento, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at   **NO BAIL** | by **Magistrate Judge Jeremy D. Peterson** |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| June 11, 2021 | Reggie Lee, Special Agent, U.S. DOT-OIG |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| June 21, 2021 | [signature] |
| Date of Arrest | Signature of Arresting Officer |