HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT ALLEN POOLEY<br><br>  Defendant. | Case No. 2:21-cr-00111-WBS-1<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date:   December 13, 2021<br>Time:   9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Acting United States Attorney Phillip A. Talbert, through Assistant United States Attornies Christopher Stanton Hales and Katherine Theresa Lydon, attorneys for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Robert Allen Pooley, that the previously-scheduled status conference date of December 13, 2021, be vacated and the matter be set for status conference on July 25, 2022 at 9:00 a.m, at the defendant's request.

To date, the government has produced over 19,000 individual Bates-stamped items, with additional discovery amounting to over 6 terabytes of data available for further production and inspection. Counsel for the defendant requires time to review discovery, conduct independent investigation, and meet with their client to review the material.

Additionally, defense counsel will be on extended medical leavel until July 2022. A continuance as arequested is necessary to maintain continuity of counsel.

Stipulation to Continue Status Conference               -1-

1   For all these reasons, Defense counsel believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 25, 2022, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  December 7, 2021           HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Hannah Labaree*
                                   HANNAH LABAREE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ROBERT ALLEN POOLEY

Dated: December 7, 2021            PHILLIP A TALBERT
                                   Acting United States Attorney

                                   */s/Christopher Stanton Hales*
                                   CHRISTOPHER STANTON HALES
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

                                   */s/Katherine Theresa Lydon*
                                   KATHERINE THERESA LYDON
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including July 25, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 13, 2021 status conference shall be continued until July 25, 2022, at 9:00 a.m.

Dated: December _____, 2021

Hon. William B. Shubb
United States District Judge