HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00111-WBS |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ROBERT ALLEN POOLEY | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for

Robert Allen Pooley, and designate counsel for service as follows:

MIA CRAGER
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  January 13, 2022

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ROBERT ALLEN POOLEY