1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  HANNAH LABAREE, # 294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Attorneys for Defendant
5  ROBERT ALLEN POOLEY

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  Case No.  2:21-cr-00111-WBS-1
                                    )
10             Plaintiff,           )  STIPULATION AND ORDER TO CONTINUE
                                    )  STATUS CONFERENCE, AND TO EXCLUDE
11     vs.                          )  TIME
                                    )
12  ROBERT ALLEN POOLEY             )   Date:   July 25, 2022
                                    )   Time: 9:00 a.m.
13             Defendant.           )   Judge: Hon. William B. Shubb
                                    )
14  _____     )

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Acting United States Attorney Phillip Talbert, through Assistant United

18 States Attornies Christopher Stanton Hales and Katherine Theresa Lydon, attorneys for Plaintiff,

19 and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree,

20 attorney for defendant Robert Allen Pooley, that the previously-scheduled status conference date

21 of July 25, 2022, be vacated and the matter be set for status conference on October 3, 2022 at

22 9:00 a.m, at the defendants' request.

23     To date, the government has produced over 19,000 individual Bates-stamped items, with

24 additional discovery amounting to over 6 terabytes of data available for further production and

25 inspection. Counsel for the defendant requires time to review discovery, conduct independent

26 investigation, and meet with their client to review the material.

27

28

1        For all these reasons, Defense counsel believe that the failure to grant the above-

2  requested continuance would deny them the reasonable time necessary for effective preparation,

3  taking into account the exercise of due diligence.

4        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

5  excluded from this order's date through and including October 3, 2022, pursuant to 18 U.S.C.

6  §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4,

7  based upon continuity of counsel and defense preparation.

8        Counsel and the defendant also agree that the ends of justice served by the Court granting

9  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

10                          Respectfully submitted,

11  Dated:  July 20, 2022            HEATHER E. WILLIAMS
12                          Federal Defender

13                          */s/ Hannah Labaree*
                              HANNAH LABAREE
14                          Assistant Federal Defender
                              Attorney for Defendant
15                          ROBERT ALLEN POOLEY

16  Dated: July 20, 2022             PHILLIP A. TALBERT
17                          United States Attorney

18                          */s/Christopher Stanton Hales*
                              CHRISTOPHER STANTON HALES
19                          Assistant U.S. Attorney
                              Attorney for Plaintiff

20                          */s/Katherine Theresa Lydon*
                              KATHERINE THERESA LYDON
21                          Assistant U.S. Attorney
22                          Attorney for Plaintiff

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including October 3, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 25, 2022 status conference shall be continued until October 3, 2022, at 9:00 a.m.

Dated:  July 20, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE