1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  HANNAH LABAREE, # 294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Attorneys for Defendant
5  ROBERT ALLEN POOLEY

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          )  Case No.  2:21-cr-00111-WBS-1
                                      )
10           Plaintiff,               )  STIPULATION AND PROPOSED ORDER TO
                                      )  CONTINUE STATUS CONFERENCE, AND TO
11       vs.                          )  EXCLUDE TIME
                                      )
12 ROBERT ALLEN POOLEY                )  Date:  February 13, 2023
                                      )  Time:  9:00 a.m.
13           Defendant.               )  Judge: Hon. William B. Shubb
                                      )
14                                    )

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Acting United States Attorney Phillip Talbert, through Assistant United

18 States Attornies Christopher Stanton Hales and Katherine Theresa Lydon, attorneys for Plaintiff,

19 and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree,

20 attorney for defendant Robert Allen Pooley, that the previously-scheduled status conference date

21 of December 12, 2022, be vacated and the matter be set for status conference on February 13,

22 2023 at 9:00 a.m, at the defendant's request.

23       To date, the government has produced over 19,000 individual Bates-stamped items, with

24 additional discovery amounting to over 6 terabytes of data available for further production and

25 inspection. Counsel for the defendant requires time to review discovery, conduct independent

26 investigation, and meet with her client to review the material.

27

28

Stipulation to Continue Status Conference          -1-

1    For all these reasons, Defense counsel believe that the failure to grant the above-

2   requested continuance would deny them the reasonable time necessary for effective preparation,

3   taking into account the exercise of due diligence.

4    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

5   excluded from this order's date through and including December 5, 2022, pursuant to 18 U.S.C.

6   §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4,

7   based upon continuity of counsel and defense preparation.

8    Counsel and the defendant also agree that the ends of justice served by the Court granting

9   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

10                                          Respectfully submitted,

11  Dated:  December 7, 2022                HEATHER E. WILLIAMS
                                            Federal Defender
12
                                            /s/ Hannah Labaree
13                                          HANNAH LABAREE
                                            Assistant Federal Defender
14                                          Attorney for Defendant
                                            ROBERT ALLEN POOLEY
15

16  Dated: December 7, 2022                 PHILLIP A. TALBERT
                                            United States Attorney
17
                                            /s/Christopher Stanton Hales
18                                          CHRISTOPHER STANTON HALES
                                            Assistant U.S. Attorney
19                                          Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference              -2-

1

2

3
                                              ORDER

4          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

5  stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

6  its Order. The Court specifically finds the failure to grant a continuance in this case would deny

7  counsel reasonable time necessary for effective preparation, taking into account the exercise of

8  due diligence.  The Court finds the ends of justice are served by granting the requested

9  continuance and outweigh the best interests of the public and defendant in a speedy trial.

10         The Court orders the time from the date of this order, up to and including February 13,

11 2023, shall be excluded from computation of time within which the trial of this case must be

12 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

13 [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further

14 ordered the December 12, 2022 status conference shall be continued until February 13, 2023, at

15 9:00 a.m.

16

17 Dated: December        , 2022

18                                                 _____
                                                  Hon. William B. Shubb
                                                  United States District Judge

19

20

21

22

23

24

25

26

27

28