HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
ROBERT POOLEY

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.  2:21-cr-00111-WBS |
| Plaintiff, | ) |
| | )  REQUEST FOR RULE 43 WAIVER OF |
| vs. | )  APPEARANCE ORDER |
| | ) |
| ROBERT POOLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ——————————————— | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ROBERT POOLEY, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, excepting judgment & sentencing.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates

1   under that Act without the defendant's personal presence.

2         The original signed copy of this waiver is being preserved by the attorney undersigned.

3   Dated: February    , 2023

4
5                                 /s/Robert Pooley_____
                                  (Defendant)
                                  Original retained by attorney
6

7         I agree and consent to my client's waiver of appearance.

8   Dated:  February 10, 2023

9                                 /s/ Hannah Labaree
                                  HANNAH LABAREE
10                                Assistant Federal Defender
                                  Attorney for Defendant
11

12        IT IS SO ORDERED.

13  Dated:  February 13, 2023

14                                WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Rule 43 Waiver of Appearance