PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-111 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROBERT POOLEY, | DATE: February 13, 2023
TIME: 9:00 a.m.
COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was before the Court for a status conference on February 13, 2023.

2. At the hearing, the matter was set for trial on February 6, 2024 and the Court excluded time pursuant to the Speedy Trial Act and Local Code T4.  By this stipulation, the defendant now memorializes in writing his motion to exclude time between February 13, 2023, and February 6, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes approximately 20,000 Bates-stamped pages of documents, as well as additional discovery amounting to more than 6 terabytes made available to the defense. All of this discovery has been either produced directly to counsel

and/or made available for inspection and copying.

   b)  Counsel for defendant has reviewed the discovery and is continuing to review and prepare for trial in collaboration with her paralegal and client.  This week, she will inspect hard copy discovery material at the U.S. Attorney's Office. In anticipation of trial, a co-counsel will be assigned to the case as well and this person will require additional time to review the discovery as set forth at section 3(a), *supra*.

   c)  Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to permit her anticipated co-counsel to review discovery. Counsel for defendant desires additional time to discuss potential resolutions with her client, and to otherwise prepare for trial.

   d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2023 to February 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: February 13, 2023

/s/ HANNAH LABAREE
HANNAH LABAREE
Counsel for Defendant
ROBERT POOLEY

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3