HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00111-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **DESIGNATION OF COUNSEL** |
| ROBERT POOLEY, | ) |
| Defendant. | ) |

Please remove Hannah Labaree as counsel of record and from the service list in the above matter. Mia Crager, will remain as a lead counsel and designated counsel for service.

Date: July 28, 2023            /s/ Hannah R. Labaree
                                              HANNAH R. LABAREE
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ROBERT POOLEY