| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGHAN MCLOUGHLIN, NY# 5342100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | Meghan_McLoughlin@fd.org |
| 6 | Attorney for Defendant |
| | ROBERT POOLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00111-WBS |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEARANCE AND** |
| | ) **DESIGNATION OF COUNSEL** |
| vs. | ) |
| ROBERT POOLEY | ) |
| Defendant. | ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for Robert Pooley, and designate counsel for service as follows:

> MEGHAN MCLOUGHLIN
> Assistant Federal Defender
> 801 I Street, 3rd Floor
> Sacramento, CA 95814
> Telephone: (916) 498-5700
> Meghan_Mcloughlin@fd.org

I hereby certify that I am an attorney admitted to practice in this court.

Dated: August 28, 2023

> */s/ Meghan McLoughlin*
> MEGHAN MCLOUGHLIN
> Assistant Federal Defender
> Attorney for Defendant
> ROBERT POOLEY