PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT POOLEY,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-CR-111 WBS<br><br>STIPULATION REGARDING TRIAL SETTING AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 6, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was previously set for trial to begin on February 6, 2024.

2. By this stipulation, the defendant now moves to continue the trial until May 14, 2024, and to exclude time between February 6, 2024, and May 14, 2024, under Local Code T4.

3. The parties agree to and request that the Court order the following schedule.

　　a)　Any motions pursuant to Rule 12 of the Federal Rules of Criminal Procedure shall be filed by February 5, 2024.

　　b)　Any oppositions to Rule 12 motions shall be filed by February 19, 204.

　　c)　Any reply briefs in further support of Rule 12 motions shall be filed by February 26, 2024.

      d)      The Trial Confirmation Hearing and Motion Hearing on any Rule 12 motions shall be held on March 4, 2024 at 9:00 a.m.

      e)      Trial shall begin at 9:00 a.m. on May 14, 2024. The parties estimate trial will take approximately 11 full trial days.

4. The parties agree and stipulate, and request that the Court find the following:

      a)      The discovery produced so far includes approximately 22,291 Bates-stamped pages of documents, as well as additional discovery amounting to more than 6 terabytes made available to the defense. All of this discovery has been produced directly to counsel and/or made available for inspection and copying. This month the government will begin review of Jencks Act materials and plans to produce that prior to trial. The process of conducting pre-trial interviews of witnesses will likely also generate additional discovery, which will require time to review and analyze.

      b)      Both defense counsel will require substantial time to review the discovery and prepare for trial. Ms. Crager recently stepped up to first chair on this case, following the former first chair's departure from the Office of the Federal Defender. Ms. McLoughlin filed an association of counsel to join the case on August 28, 2023.

      c)      Defense counsel desire additional time to consult with their client, to review the current charges, to conduct investigation and research related to the charges, and to review discovery for this matter, and otherwise prepare for trial.

      d)      Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2024 to May 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 22, 2023                    PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ KATHERINE T. LYDON
                                              KATHERINE T. LYDON
                                              Assistant United States Attorney

Dated:  September 22, 2023                    /s/ MIA CRAGER
                                              MIA CRAGER
                                              Counsel for Defendant
                                              ROBERT POOLEY

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ____ day of _____, ____.

                                              _____
                                              THE HONORABLE William B. Shubb
                                              SENIOR UNITED STATES DISTRICT JUDGE