HEATHER E. WILLIAMS, SBN, #122664
Federal Defender
MIA CRAGER, SBN #300712
MEGHAN McLOUGHLIN, SBN #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:  (916) 498-5700
Fax:  (916) 498-5710

Attorneys for Defendant-Movant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:21-cr-00111-WBS |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF ERRATA** |
| vs. | ) | **(ECF NO. 46, EXHIBITS A-H re MOTION TO SUPPRESS)** |
| ROBERT ALLEN POOLEY | ) | |
| Defendant. | ) | |

Please take notice that ECF No. 46, Mr. Pooley's Exhibits A-H in support of his Motion to Suppress is missing the cover page. The exhibits to be filed at ECF No. 48 will supersede the exhibits that were filed at ECF No. 46.

DATED: February 7, 2024                         Respectfully submitted,
                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Mia Crager*
                                                MIA CRAGER
                                                MEGHAN McLOUGHLIN
                                                Assistant Federal Defenders
                                                Attorneys for Defendant
                                                ROBERT ALLEN POOLEY

1