HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00111-WBS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **EXHIBITS A THROUGH H IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE** |
| ROBERT POOLEY, | ) | |
| Defendant. | ) | |

Mr. Robert Pooley, by and through counsel, respectfully submits the following exhibits in support of his motion to suppress evidence, filed at docket no. 45.

Respectfully submitted,

DATED: February 6, 2024          HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Mia Crager*
                                 MIA CRAGER
                                 MEGHAN McLOUGHLIN
                                 Assistant Federal Defenders
                                 Counsel for ROBERT POOLEY