## U.S. Opposition to Pooley's Motion to Strike Surplusage

## Table of Exhibits

| Exhibit | Description |
|---|---|
| 1 | Memorandum of Activity – Interview with David Jensen, FAA |
| 2 | Memorandum of Activity – Interview with Joshua Hall, USPA |
| 3 | Pages Extracted from Grand Jury Testimony of Reggie Lee, DOT |
| 4 | August 7, 2015, Letter from USPA to Pooley |
| 5 | August 18, 2015, Letter from UPT to Pooley |
| 6 | August 28, 2015, Email Between USPA and Pooley |
| 7 | Pages Extracted from FAA's Enforcement Investigation Report |
| 8 | Memorandum of Activity – April 22, 2021, Interview with Victim 1 |
| 9 | Memorandum of Activity – Interview with Victim 8 |
| 10 | Kwon's USPA and UPT ratings cards |
| 11 | Pages Extracted from Pooley's January 30, 2018, Interview with DOT |
| 12 | Pages Extracted from Pooley's April 27, 2021, Interview with DOT |
| 13 | USPA Statements on Accident |
| 14 | August 10, 2016, Letter from USPA to Pooley |
| 15 | Letter from Pooley to USPA |
| 16 | Memorandum of Activity – May 28, 2021, Interview with Victim 1 |
| 17 | September 1, 2016, Email from Pooley to Victim 1 |
| 18 | Memorandum of Activity – Interview with Victim 3 |
| 19 | Memorandum of Activity – Interview with Victim 4 |
| 20 | Memorandum of Activity – Interview with Victim 7 |
| 21 | Pages Extracted from Pooley's January 21, 2020, Deposition in Civil Case |
| 22 | Additional Pages Extracted from Pooley's January 30, 2018, Interview with DOT |