# EXHIBIT 3

```
 1                       GRAND JURY 2020B

 2                 EASTERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6

 7

 8

 9

10        REPORTER'S TRANSCRIPT OF AUDIO PROCEEDINGS

11                  TESTIMONY OF REGGIE LEE

12                      AT 501 I STREET

13                SACRAMENTO, CALIFORNIA 95814

14                  THURSDAY, JUNE 10, 2021

15

16

17

18

19  FOR THE GOVERNMENT:

20        PHILLIP A. TALBERT, UNITED STATES ATTORNEY

21        BY:  CHRISTOPHER S. HALES, AUSA

22             KATHERINE T. LYDON, AUSA

23        U.S. DEPARTMENT OF JUSTICE

24        501 I STREET, SUITE 10-100

25        SACRAMENTO, CALIFORNIA 95814
```

1          Looking at paragraph 20, did you learn, in the
2   investigation, that Rob Pooley got ratings as a USPA
3   tandem instructor examiner and as a UPT tandem examiner
4   in 2010?
5          A.   Yes.
6          Q.   Okay.  Who is Jay Stokes?
7          A.   Mr. Stokes is an experienced skydiver, who
8   also holds the tandem examiner rating.
9          Q.   Okay.  Did you interview him about Robert
10  Pooley's training to be a tandem instructor and then,
11  later, a tandem instructor examiner?
12         A.   Yes.
13         Q.   Okay.  What did he tell you about when Rob
14  Pooley got training?
15         A.   Mr. Stokes indicated to me that Mr. Pooley was
16  initially trained for the examiner in 2010.
17         Q.   Okay.  Was that for USPA and UPT?
18         A.   Correct.
19         Q.   Okay.  What did Mr. Stokes tell you about
20  whether he gave Rob Pooley UPT's guidelines for tandem
21  examiners, during that training?
22         A.   Mr. Stokes indicated to me that he required
23  all his students to have the materials with respect to
24  UPT.  Mr. Stokes provided those reading materials to all
25  his students.

```
 1  that he actually knew?
 2       A.   Yes.
 3       Q.   Okay.  And is that corroborated by what Jay
 4  Stokes told you -- I don't think I asked you this
 5  earlier.
 6            Who did Jay Stokes say was in the 2014 course
 7  with Rob Pooley, when he had to be retrained?
 8       A.   Mr. Stokes told me, in 2014, when Mr. Pooley
 9  came for a second recertification or second training,
10  Y.G.           was also in that class.
11       Q.   Okay.  So he said he trained both of them in
12  that class?
13       A.   That's correct.
14       Q.   Okay.  All right.  And looking over at Count
15  5, let's talk about Count 5 for a minute.
16            Does this refer to Mr. Kwon's paperwork that
17  we talked about earlier?
18       A.   Yes.
19       Q.   And, again, to reiterate, is the -- in the
20  means of identification column, is it correct that Y.G.
             's apparent preprinted signature appeared on
22  all the things that are listed there?
23       A.   Yes.
24       Q.   Okay.  The date July 1, 2016, in Count 5, what
25  is that date based upon?
```