# EXHIBIT 5

uninsured **United Parachute Technologies** llc.

Vector3   ∑sigma

August 18, 2015

Rob Pooley
986 Park Terrace Drive
Galt, CA 95532

Re: Suspension of UPT Tandem Examiner Rating –Pending USPA Reinstatement

Rob,

Thank you for taking the time to speak with me yesterday regarding USPA's decision to suspend your USPA Tandem Examiner rating effective July 26th, 2015 for a period of 1 year. In accordance with our agreement of rating reciprocity with USPA, we will also be suspending your UPT tandem examiner rating for this same time period. The effective end date of the suspension will be July 25th, 2016 unless USPA rescinds or modifies it's decision or suspension timeframes.

Please feel free to contact me with any questions or concerns. If I can be of any assistance to you during this process, please let me know. This suspension does not revoke or suspend your right to use the UPT Sigma tandem system acting as Pilot In Command (PIC) for normal tandem operations performing the duties of a Sigma Tandem Instructor.

Thank you for your cooperation,

Tom Noonan
Tandem Program Director
Uninsured United Parachute Technologies, LLC