# EXHIBIT 8

United States Department of Transportation - Office of Inspector General

# Memorandum of Activity

| Case Number:<br>I16A0120900 | Office:<br>JRI-5 Western (San Francisco) | Type of Activity:<br>Interview |
|---|---|---|
| Date of Activity:<br>04/22/2021 | Date Report Drafted:<br>04/26/2021 | Location of Activity:<br>Telephonic |
| Subject of Activity:<br>Victim 1 | Activity Conducted By (Name(s)):<br>Reggie Lee | Signature:<br>R L |

On April 22, 2021, Victim 1, Former Skydiver, Parachute Center, Lodi, CA, was telephonically interviewed by Special Agent Reggie Lee, U.S. Department of Transportation, Office of Inspector General, San Francisco, CA. After being advised of the identity of the interviewing agent and the nature of the interview, Victim 1 provided the following:

Victim 1 is a Drop Zone Operator in Mexico and has been operating his skydiving business for 11 years. He has been skydiving for 15 years.

In 2016, Victim 1 learned through a friend that the Parachute Center in Lodi offered the lowest price for jumps and Tandem Instructor course.

Victim 1 contacted the Parachute Center and he was referred to Rob Pooley (Pooley) via email. After scheduling his Tandem Instructor course with Pooley, Victim 1 drove from Mexico to California on July 2 or 4, 2016.

When Victim 1 arrived at the Parachute Center, he checked in at the front desk with Bill Dause (Dause). Dause was expecting Victim 1 for the Tandem Instructor course and informed him (Victim 1) that Pooley was unavailable for the course. Instead, Victim 1 was referred to another instructor, Michael Spurgeon (Spurgeon) who would instruct the course. Victim 1 made a cash payment to Dause for the jump tickets and rig rentals.

The Tandem Instructor course with Spurgeon lasted 3-4 days consisting of approximately 20 jumps. The instruction by Spurgeon was good. Dause was aware there was training occurring at the Parachute Center. Dause was always behind the front desk and was keenly aware of everything at the Parachute Center, to include sometimes firing people. Dause was also at the landing area to monitor everyone landing.

Pooley arrived at the Parachute Center toward the end of the course. Victim 1 paid Pooley for the Tandem Instructor course in cash. Pooley provided Victim 1 with the U.S. Parachute Association (USPA) and United Parachute Technologies (UPT) paperwork to certify completion of the course. Victim 1 noticed the paperwork had been pre-signed by another examiner, Y.G. and not by Pooley. Victim 1 asked Pooley why someone else's signature was on it and Pooley responded that it would be okay. Victim 1 did not know who Y.G. was and Y.G. was not at the Parachute Center during the course.

Victim 1 took photographs of the paperwork on his phone but the originals were left with Pooley so that it could be processed by USPA and UPT. Victim 1 returned to Mexico after completing the Tandem Instructor course.

Soon after the tandem skydiving accident, Victim 1 was informed that his Tandem Instructor rating was pulled. Victim 1 contacted Pooley and Dause for a refund. However, no refund was issued back to Victim 1.

As a result, Victim 1 had to retrain with Jay Stokes at a drop zone in San Diego where he had to pay $2,500 for the Tandem Instructor course again.

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

00002521

Following the interview, Victim 1 agreed to provide emails, text messages, and other relevant records related to the Tandem Instructor course at the Parachute Center.

On April 23, 2021, Victim 1 was telephonically contacted to verify additional details. Victim 1 confirmed that he was in Mexico during the initial exchange of emails on June 28 and 29, 2016 with the Parachute Center and Pooley. Victim 1 drove into the U.S. using a B1/B2 Visa Border Crossing Card. In the summer of 2016, he lost his card and had to request a new card.

Attachments:
- Screenshots of Facebook messages with Sergii and Y.G.
- Jun 28, 2016 email re: Tandem Ratings
- Jun 29, 2016 email re: Tandem Course, Lodi
- Oct 31, 2016 email re: Refund
- B1/B2 Visa Border Crossing Card

Reviewed By (Initials): K K     Date: 04/28/2021

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.