# EXHIBIT 9

United States Department of Transportation - Office of Inspector General

# Memorandum of Activity

| Case Number: | Office: | Type of Activity: |
|---|---|---|
| I16A0120900 | JRI-5 Western (San Francisco) | Interview |

| Date of Activity: | Date Report Drafted: | Location of Activity: |
|---|---|---|
| 06/09/2021 | 06/11/2021 | Microsoft Teams |

| Subject of Activity: | Activity Conducted By (Name(s)): | Signature: |
|---|---|---|
| Victim 8 | Reggie Lee | R L |

On June 9, 2021, Victim 8 ), former Skydiver, Parachute Center, Lodi, CA, was interviewed via Microsoft Teams by Special Agent Reggie Lee, U.S. Department of Transportation, Office of Inspector General, San Francisco, CA. Also present was Gabriel Becerra San Martin, friend of Victim 8 to assist with translation. After being advised of the identity of the interviewing agent and the nature of the interview, Victim 8 provided the following:

Victim 8 travelled to the Parachute Center from Chile for a month in August of 2016. The purpose of his trip was to obtain the Tandem Instructor rating with U.S. Parachute Association (USPA) and United Parachute Technologies (UPT).

At the Parachute Center, Rob Pooley (Pooley) indicated to Victim 8 that everything could be accomplished at the Parachute Center. Victim 8 enrolled in the Tandem Instructor course with Victim 5 , Yong Kwon (Kwon), and a few other guys. Victim 5 had contacted the Parachute Center prior to the trip and spoke with Bill Dause (Dause) who referred Victim 5 to Pooley.

Victim 8 believed he paid Pooley approximately $2,000 in cash for the course which was for USPA New Membership, USPA Canopy Proficiency Card, USPA Coach Rating, USPA Tandem Instructor Rating, USPA D License, and UPT Tandem Instructor Rating.

The course lasted two weeks. Candidates conducted 2-3 jumps per day followed by instructions. Pooley was the only Examiner in the course and there were no other Examiners teaching the course. After completing the course, Victim 8 was provided with USPA and UPT paperwork. Both paperwork were already signed by another guy who supposedly worked there but did not participate in the course.

Victim 8 had no idea that Pooley's Examiner ratings were suspended. Victim 8 stated "No way" when asked if he would have still taken the course knowing Pooley was suspended. He added there would have been no reason to pay Pooley.

Following Kwon's accident, people started asking Pooley about the status of their paperwork. Pooley responded not to worry and everything was okay. It was chaotic at the Parachute Center after the accident. Victim 8 recalled asking Pooley for his money back as Victim 8 had to return to Chile soon. However, Pooley did not return to the Parachute Center soon after the accident.

Victim 8 never received the Tandem Instructor ratings he paid for. Instead, he attended the course again after he returned to Chile where he to pay a second time.

Victim 8 believed he may have communicated with Pooley using his old employer's email address which he no longer has access to. Victim 8 agreed to check his cell phone and computer for photographs and records from his time at the Parachute Center.

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

Victim 8 added he had a very strong feeling on his return flight to Chile and that he felt very sad for Kwon and his family.

On June 15, 2021, Victim 8 emailed a photograph of himself and other skydivers at the Parachute Center, a photograph of his FAA Medical Certificate, and video of his skydives at the Parachute Center.

Attachments:
- Victim 8 photograph
- Victim 8 FAA Medical Certificate
- Victim 8 Video

Reviewed By (Initials): K K     Date: 06/28/2021

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

POOLEY_00018874