# EXHIBIT 11

# INTERVIEW TRANSCRIPTION

Command Name: U.S. Department of Transportation

Case Number: 116A0109009-PARACHUTE CENTER

Interviewee's Name: Rob Pooley

Identification of Investigator(s): Paolo Hernandez, Brian DuBois

Date of Interview: January 30, 2018

Transcription Services Provided by Global Solutions Group
Date of Transcription: 12/26/2020

GLOBAL

2216      PAOLO HERNANDEZ:  So you are -- you bought this house or

2217 you're renting a house?

2218      ROB POOLEY:  I bought it.

2219      PAOLO HERNANDEZ:  Oh you bought it?

2220      ROB POOLEY:  Yeah.

2221      PAOLO HERNANDEZ:  Yeah.

2222      ROB POOLEY:  I was the examiner for, um, the tandem

2223 instructor during the fatality last year and so there was a

2224 whole bunch of drama about that. Like --

2225      PAOLO HERNANDEZ:  Wait. Hold on. Let me [inaudible

2226 1:08:24]. So you're an examiner -- who -- who did you -- you

2227 were an examiner for the tandem --

2228      ROB POOLEY:  The tandem instructor that died last -- last

2229 year, I was his examiner. I -- I -- I certified him as a tandem

2230 instructor. I trained him as a tandem instructor and so there

2231 was a bunch of drama about that, and so that's when I stopped

2232 doing all of that.

2233      PAOLO HERNANDEZ:  What was his name?

2234      ROB POOLEY:  I think it's Kwon. It's Yong Kwon.

2235      PAOLO HERNANDEZ:  Okay. So --

2236      ROB POOLEY:  -- But I'm not 100% sure on the last name

2237 because Yong was his -- I don't remember --

2238      PAOLO HERNANDEZ:  He Korean?

2889     ROB POOLEY:  Oh okay.  There was -- it was a -- so the FAA
2890  has regulations and if you, uh, if you don't follow the FAA
2891  regulations they can - they can't do much that, and so --
2892  California just recently passed a law that if you don't follow
2893  FAA regulations, now we can fine you.
2894     BRIAN DUBOIS:  Okay.
2895     ROB POOLEY:  So it's like give -- they give the state of
2896  California the ability to enforce what the FAA -- what they
2897  believe the FAA wasn't enforcing.
2898     BRIAN DUBOIS:  Okay. Um, okay, yeah, now that's a
2899  California state thing. We don't deal with -- with that.
2900     ROB POOLEY:  Right.  Okay.
2901     BRIAN DUBOIS:  So --
2902     ROB POOLEY:  Yeah.  Okay.
2903     BRIAN DUBOIS:  -- um, okay. All right. Um, so Y.G. would
2904  sign each card. He's the one who signed that. You didn't sign
2905  them or anything on his behalf?
2906     ROB POOLEY:  No.
2907     BRIAN DUBOIS:  No. Okay. Um, if [inaudible 1:30:12] keep
2908  his [inaudible 1:30:13] card or --
2909     ROB POOLEY:  No.
2910     BRIAN DUBOIS:  No.
2911     ROB POOLEY:  We had documents, preprinted documents.

```
2912        BRIAN DUBOIS:  Pre -- so what are the preprinted documents?
2913        ROB POOLEY:  We have the whole set like the -- the
2914   paperwork for rating, if they're doing USPA, if they're a
2915   foreigner or anything --
2916        BRIAN DUBOIS:  Yeah.
2917        ROB POOLEY:  It's -- god it's a membership application, A
2918   license card, B license, C license, D license, canopy course
2919   proficiency card, um, coach proficiency card, which is multiple
2920   pages, tandem proficiency card, which is multiple pages. That's
2921   USPA. And then on the, um, manufacturer, it's the rating
2922   application, the probationary log book, the credit card
2923   authorization form, the test answers, which is five or six
2924   pages, so I mean it's a thick stack and a bunch -- a bunch of
2925   forms where there's a lot of redundancies.
2926        BRIAN DUBOIS:  Yeah.
2927        ROB POOLEY:  And so we often had those preprinted with our
2928   signatures on them.
2929        BRIAN DUBOIS:  Okay. Um, and so then how would -- how would
2930   it -- would you just take a preprinted form and --
2931        ROB POOLEY:  Well then, that's not the final [BACKGROUND
2932   NOISE 1:31:10] . The final [[BACKGROUND NOISE 1:31:11]
2933        BRIAN DUBOIS:  Which one is the final?
```