# EXHIBIT 12

# INTERVIEW TRANSCRIPTION

| | |
|---|---|
| **Command Name:** | U.S. Department of Transportation |
| **Case Number:** | I16A0120900 |
| **Interviewee's Name:** | Rob Pooley |
| **Job Title:** | |
| **Identification of Investigator(s):** | SA Reggie Lee and SA Richard Ficarelli |
| | U.S. DOT OIG |
| **Others present:** | |
| **Date of Interview** | April 27, 2021 - 9:19 a.m. PST |

Transcription Services Provided by Global Solutions Group

Date of Transcription:  4 May, 2021

GLOBAL

00002525

Witness Statement of Rob Pooley
April 27, 2021

```
 1   instructor, the person who's strapped on top --
 2          MR. ROB POOLEY:  Yeah.
 3          SPECIAL AGENT REGGIE LEE:  -- be -- be certified by
 4   the company, right.
 5          MR. ROB POOLEY:  Be trained by the manufacturer.
 6          SPECIAL AGENT REGGIE LEE:  Got it.  So, in -- in the
 7   case of Mr. Kwon, he would have -- he would have been required
 8   to have a training by someone appointed by the UPT --
 9          MR. ROB POOLEY:  Yeah.
10          SPECIAL AGENT REGGIE LEE:  -- to be a examiner in this
11   case?
12          MR. ROB POOLEY:  Yeah.
13          SPECIAL AGENT REGGIE LEE:  Okay.  And in his case it
14   was allegedly signed off by Mr., uh, Y.G.      , right?  You
15   recall --
16          MR. ROB POOLEY:  Yeah, but he was trained by me.
17          SPECIAL AGENT REGGIE LEE:  Okay.  Okay.  But at the
18   time, he was a --
19          MR. ROB POOLEY:  ((And he was)) trained by the -- the
20   manufacturer.
21          SPECIAL AGENT REGGIE LEE:  Got it.  Okay.  But at the
22   time that Mr. Kwon's paperwork was signed off --
```

For Official Use Only

18

Witness Statement of Rob Pooley
April 27, 2021

1      **MR. ROB POOLEY:** Yeah.
2      **SPECIAL AGENT REGGIE LEE:** -- Mr. Y.G.                 was
3  not in the country, right?
4      **MR. ROB POOLEY:** Correct.
5      **SPECIAL AGENT REGGIE LEE:** Okay. And you were the
6  only one who conducted that training at the time?
7      **MR. ROB POOLEY:** No. Actually, we have -- we -- the
8  training is done by evaluators.
9      **SPECIAL AGENT REGGIE LEE:** Right.
10     **MR. ROB POOLEY:** Examiners and evaluators.
11     **SPECIAL AGENT REGGIE LEE:** Got it.
12     **MR. ROB POOLEY:** So, who jumps with them on the
13 various training jumps varies. Like in -- in Young Kwon's case,
14 it wasn't me; it was -- I wanna say one of our -- it was either
15 -- his name was either Min-Sik (phonetic) --
16     **SPECIAL AGENT REGGIE LEE:** Mm-hmm.
17     **MR. ROB POOLEY:** -- that was one of the people we had,
18 and then the other one was -- we had two that spoke his
19 language.
20     **SPECIAL AGENT REGGIE LEE:** Got it.
21     **MR. ROB POOLEY:** So, it was one of those two that did
22 his jumps as the evaluator.

For Official Use Only

00002543