# EXHIBIT 13

USPA Acts to Ensure Proper Tandem Instructor Certification

9/1/16

A recent fatal tandem accident and subsequent information have led USPA to conclude that a number of candidates who attended tandem instructor rating courses at The Parachute Center in Lodi, California, and other locations conducted by either Rob Pooley, #155136, or Y.G.                     were not properly taught and/or were not properly certified. Some courses may have been abbreviated or incomplete, or candidates may not have met initial qualifications. Post-course rating applications may have been submitted under false pretenses or with forged signatures since, in some cases, the course examiner had been suspended and was not authorized to conduct courses.

In the interest of public safety, USPA is taking steps to ensure that all of approximately 140 tandem instructors and candidates affected can demonstrate proper emergency procedures, have completed the knowledge tests from USPA and tandem manufacturer United Parachute Technologies and have submitted proper rating applications to both UPT and USPA. About 120 must undergo a new USPA-developed refresher course (some immediately and most by September 30), while some 12 others have had their ratings suspended and must undergo a full and complete tandem instructor rating course conducted by a current USPA Tandem Examiner. Here is USPA's announcement explaining which requirements apply to which tandem instructors and candidates. Here is information USPA is providing to current tandem examiners, with details about the new refresher course.

After September 30, any affected tandem candidate or instructor who has not completed the appropriate process will be suspended (or continue to be suspended) from conducting tandem jumps.

USPA Statement on Tandem Skydiving Safety and Instructor Certification



**UNITED STATES PARACHUTE ASSOCIATION**

5401 Southpoint Centre Blvd • Fredericksburg, VA 22407 • Phone: 540-604-9740 • Fax: 540-604-9741
E-mail: uspa@uspa.org

## USPA Statement on Tandem Skydiving Safety and Instructor Certification

Each year, roughly a half million people across the U.S. safely and successfully jump out of an airplane for the first time on tandem skydives. The United States Parachute Association oversees tandem skydiving in the U.S., authorizing specially trained and USPA-rated tandem instructor examiners to conduct tandem instructor certification courses, whereby experienced skydivers go through extensive training to act as tandem instructors for first-time skydivers. Both USPA and the manufacturers of tandem skydiving equipment have certification programs in place to ensure that only qualified, experienced skydivers can become tandem instructors. Along with the Federal Aviation Administration and the tandem equipment manufacturers, USPA takes very seriously the responsibility of ensuring the safety of first-time skydivers.

USPA recently discovered that a certain number of skydivers acting as tandem instructors may not have received thorough training or proper certification. The association has taken immediate steps to ensure that these 140 affected skydivers acting as instructors are fully trained and certified. Twelve of those may have attended certification courses conducted by a tandem examiner with suspended ratings, and USPA has revoked the tandem instructor ratings of those individuals. The other affected individuals must undergo additional training, demonstrate proper emergency procedures and complete all the required knowledge tests to act as tandem instructors.

The U.S Parachute Association has 240 affiliated skydiving centers across the country that have agreed to follow USPA's safety rules and recommendations and use only USPA-rated instructors. These centers conduct tandem skydiving in a professional manner and make the safety of the tandem student their top priority.

For anyone interested in making a first skydive, USPA strongly recommends visiting a USPA-affiliated skydiving center. A complete list of these drop zones appears on the USPA website.

For more than three decades, tandem jumping has given millions of people the opportunity to easily experience the thrill of a lifetime while strapped to a certified tandem instructor. Over the past 10 years, tandem skydiving has had an extremely impressive safety record, with only 0.22 student fatalities per 100,000 jumps. According to the National Safety Council, a person is nearly four times more likely to be killed getting struck by lightning, with one fatality per 134,906 lightning strikes.

For additional information, contact Nancy Koreen, USPA Director of Sport Promotion, at sportpromo@uspa.org or 540.604.9742.

The United States Parachute Association is a voluntary, not-for-profit association dedicated to the safe enjoyment of skydiving.

00000078

## USPA Policy on Certain Tandem Instructor Candidates and Rating Holders

The U.S. Parachute Association has reason to question the validity and completeness of certain tandem instructor rating courses conducted by (currently suspended) USPA Tandem Examiners Rob Pooley, USPA member #155136, and Y.G.

**A) All persons who attended a tandem instructor rating course conducted by Pooley *after* July 25, 2015, when Pooley's USPA Tandem Examiner rating was suspended, must:**

- immediately cease conducting tandem jumps,
- attend a complete tandem instructor rating course conducted by a current USPA Tandem Examiner, and
- apply or reapply for tandem instructor ratings from both USPA and UPT (if jumping a UPT tandem system).

**B) All persons who attended a tandem instructor rating course conducted by Pooley from February 2011 through July 25, 2015, who *have not* already received valid UPT *and* USPA tandem instructor ratings, must:**

- immediately cease conducting tandem jumps,
- submit proof of completion of that USPA tandem instructor rating course to USPA,
- attend a new USPA-developed tandem instructor refresher course, and
- apply or reapply for tandem instructor ratings from both USPA and United Parachute Technologies (if jumping a UPT tandem system).

**C) All persons who attended a tandem instructor rating course conducted by Pooley from February 2011 through July 25, 2015, who *have* received valid UPT and USPA tandem instructor ratings, must:**

- provide evidence they have attended a USPA-developed refresher course taught by a current USPA Tandem Examiner, at their expense, by September 30, 2016.

**D) All persons who attended a tandem instructor rating course conducted by Y.G. from April 2014 forward, who *have not* already received valid UPT and USPA tandem instructor ratings, must:**

- immediately cease conducting tandem jumps,
- submit proof of completion of that tandem instructor rating course to USPA,
- attend a new USPA-developed tandem instructor refresher course, and
- apply for tandem instructor ratings from both USPA and UPT (if jumping a UPT tandem system).

All USPA Tandem Examiners have been provided details of these requirements, including the new USPA-developed refresher course, which should take between two and three hours to conduct, at a cost determined by each Examiner.

Among other requirements, Federal Aviation Regulations (105.45) require that any person who conducts tandem jumps: holds a master parachute license issued by an organization recognized by the FAA; has completed a course given by the manufacturer or a course acceptable to the FAA; and has been certified by the manufacturer or tandem course provider. Apart from manufacturers, USPA is the only organization recognized by the FAA as a tandem course provider, and USPA's D license is the only master parachute license recognized by the FAA. Thus, the FARs require all tandem instructors to be certified by either a manufacturer or by USPA, and hold a current USPA D license.

00000079

USPA's Basic Safety Requirements (2-1.F.4.c.1)state that any USPA member who conducts tandem jumps must have been certified by the appropriate parachute manufacturer as being properly trained on the use of the specific tandem parachute system to be used, and hold a current USPA Tandem Instructor rating.

USPA urges all drop zone operators to immediately verify that their tandem instructors hold the proper credentials to comply with the BSRs and the FARs.

Rob Pooley and Bill Dause, member #330, have had their USPA memberships and all USPA ratings suspended pending completion of an investigation. 'Y.G. has had his USPA Tandem Examiner rating suspended pending completion of an investigation.

Questions may be emailed to safety@uspa.org.

# #