# EXHIBIT 14



**UNITED STATES PARACHUTE ASSOCIATION**

5401 Southpoint Centre Blvd ● Fredericksburg, VA 22407 ● Phone: 540-604-9740 ● Fax: 540-604-9741
E-mail: uspa@uspa.org

August 10, 2016

Rob Allen Pooley
23597 N Highway 99
Acampo, CA 95220-9538

rpooley75@gmail.com

Via Overnight FedEx and Electronic Mail

**Re: Administrative Suspension of Membership and All Ratings Pending Further Investigation**

Dear Mr. Pooley,

It has come to my attention that on or about Saturday, August 6, 2016, Mr. Yong Hyun Kwon acted as a parachutist in command of a tandem parachute jump at the Parachute Center in Lodi, California. Tragically, that jump was fatal for both Mr. Kwon and his student.

Subject to additional investigation, the USPA has information and reason to believe that Mr. Kwon has never been a USPA member nor had Mr. Kwon met some or all of the following requirements set forth in Federal Aviation Regulation ("FAR") 105.45(a)(1), including that he:

> (iii) H[eld] a master parachute license issued by an organization recognized by the FAA, and

> (iv) Ha[d] successfully completed a tandem instructor course given by the manufacturer of the tandem parachute system used in the parachute operation or a course acceptable to the Administrator.

> (v) Ha[d] been certified by the appropriate parachute manufacturer or tandem course provider as being properly trained on the use of the specific tandem parachute system to be used.

Further, subject to additional investigation, the USPA has information and reason to believe you knew that he and other individuals have been (and may currently be) acting as parachutists in command in violation of FAR 105.45 and that you encouraged, or at the very least recklessly enabled, such individuals to do so.

00001485

The information that has come to USPA's attention (if true) is truly egregious and possibly unprecedented. It would be not only illegal but also in violation of various Basic Safety Requirements, which our members must follow. Given the gravity of that information, I, on behalf of USPA, am exercising my authority pursuant to Section 1-6.6(A)(3) of the USPA Governance Manual to administratively suspend your membership and ratings until the USPA can review the above-described conduct per Section 1-6, as well as any other information that comes to our attention.

Moving forward, per Section 1-6.5 of the Governance Manual, the above-described information will be investigated and the Compliance Group will convene. If you wish to appeal this administrative suspension, you may appeal to the Executive Committee per Section 1-6.6(A)(5). I have requested the appointment of another per Section 1-6.6(A)(6) to conduct the investigation of you.

Very truly yours,

/s/ Jason Putnam Gordon

Jason Putnam Gordon
USPA Pacific Regional Director
U.S. Parachute Association
rdjpg@putnamgordon.com
415.986.7200

cc:   Compliance group (via email only)
      Ed Scott (via email only)
      Jay Stokes (via email only)

The United States Parachute Association is a voluntary, not-for-profit association dedicated to the safe enjoyment of skydiving
www.uspa.org

00001487