# EXHIBIT 15

To whom it may concern,

Re: Y.G.

My name is Rob Pooley (USPA# 155136), I am a currently a suspended tandem instructor examiner. I used to conduct tandem instructor rating courses at The Parachute Center in Lodi, CA.

Approximately one year ago July 25th 2015, my certification from the U.S. Parachute Association and UPT was suspended for admistrative reasons. In order to continue working, I approached Y.G. to see if I could work under him. Y.G. agreed that I could work under his supervision while we were at The Parachute Center. Y.G. would have primary responsibility for training and examination, and I would assist with coordinating and evaluations. Y.G. was always very focused on safety and would not sign off on a candidate unless he was fully satisfied the student was ready.

Around May 2016, Y.G. left on a trip for Europe and did not return until August. During that time, I continued training students by myself under the assumption that it did infact meet the FAA guidlines. To make sure students would receive their ratings, I assisted the candidates in completeing their paperwork, signed their forms with Y.G.s name (without him knowing) and held the paperwork for Y.G.s return at which time I could tell him about the situation and have him help me make sure the candidates met all the requirements for the UPT and USPA ratings. In retrospect, I realize it was wrong of me to assume Y.G. would have been okay with this situation. Y.G. was not aware of the training we were doing here while he was away. Y.G. did not consent to me signing his name. Y.G. was also not compensated for me signing his name.

While Y.G. was gone several of his students: [redacted] and [redacted] gave me their paperwork and asked to send it in for them, but I didn't.

Around August 12, 2016, I spoke with Joshua Hall, from the USPA. I told the him that I intended to send the paperwork to Y.G. while he was in Europe so he could review and submit. Y.G. did not know that

Scanned by CamScanner

00020382

this was my intent. Y.G. did not do anything wrong and I regret bringing him into this situation.

One of the students I instructed while Y.G. was away was Yong Kwon. Y.G. did not know that I instructed this student or that I assisted Yong in completeing his paperwork with Y.G.s signiturers. I believe Yong was properly trained by me. However, Y.G. had nothing to do with Yong's training and did not supervise it. I never gave Y.G. any of the money paid by Yong or any other student while he was in Europe.

I am giving this statement freely, without being pressured by any threats or by being promised anything in return. Y.G. is simply a good examiner and I regret that his name is being tarnished by my using his signature.

If you have any questions, you can contact me by phone or by email.

Sincerely,

Rob Pooley

Scanned by CamScanner

00020383