# EXHIBIT 16

United States Department of Transportation - Office of Inspector General

# Memorandum of Activity

| Case Number: | Office: | Type of Activity: |
|---|---|---|
| I16A0120900 | JRI-5 Western (San Francisco) | Record of Conversation |

| Date of Activity: | Date Report Drafted: | Location of Activity: |
|---|---|---|
| 05/21/2021 | 05/21/2021 | Telephonic |

| Subject of Activity: | Activity Conducted By (Name(s)): | Signature: |
|---|---|---|
| Victim 1 | Reggie Lee | R L |

On May 21, 2021, Victim 1, Former Skydiver, Parachute Center, Lodi, CA, was telephonically contacted by Special Agent Reggie Lee, U.S. Department of Transportation, Office of Inspector General, San Francisco, CA for follow up. In July of 2016, Victim 1 was unaware that Rob Pooley (Pooley)'s Instructor Examiner ratings were suspended by U.S. Parachute Association (USPA) and United Parachute Technologies (UPT). Victim 1 learned of Pooley's suspension after the accident. When asked if Victim 1 would have taken the Tandem Instructor course had he known Pooley's ratings were suspended, Victim 1 responded "No, wouldn't have taken the course."

Victim 1 clarified that he paid for Tandem Instructor ratings for USPA and UPT. He was provided with USPA and UPT paperwork (which had Y.G. s signature) following his training.

Reviewed By (Initials): K K    Date: 05/24/2021

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.