# EXHIBIT 17

**From:** Rob Pooley <rpooley75@gmail.com>
**Sent:** Thursday, September 1, 2016 6:41:52 PM
**To:** Victim 1
**Subject:** Re: Tandem Course, Lodi

Victim 1,

You have no idea how sorry I am that all of this has happened. I agree that you and many other people deserve a refund. The largest portion of the fee paid goes to Bill not me, but Bill will not refund anything. That leaves me alone to try to refund people even though I only make around $200 for each Course. I have been trying my hardest give people as much of a refund as I can afford. (I'm a poor skydiver like everyone else) So far this has already cost me $15,000. I honestly don't have anything left. I'm completely broke. And I have no job. Fired from Lodi and suspended by USPA so I can't jump at any DZ.
That being said, I do acknowledge that I owe you. And in time I expect to be earning money again. I sincerely want to make things right with all of the people affected. There are over 140 people now affected. I know this is a bad situation for all these people but I hope at least some people understand that it is much worse for me. This has literally ruined my life. If you can be patient I will do my best to pay you. However, if you feel like you need to seek legal action then I completely understand. I would hate to see you have to spend more money for legal fees so I must tell you, I have no assets. No money in any accounts of any type, No house, no vehicles (I can't make the payment so I have to give up my car). My skydive gear is all gone (some stolen). People have even demanded that I give them personal items as payment so anything I did have that has value is gone. However you choose to proceed I understand. I m honestly very sorry.
Rob

On Thu, Sep 1, 2016 at 12:45 PM, Victim 1 wrote:
> Well I suppose you have notice about USPA today's post. I had not be able
> to jump since my ratings where never filed. This means I'm loosing money
> every weekend. I will get my ratings again at Skydive San Diego. I need you
> to refund me the $1,100.00 plus $400 of my travel expenses to Lodi and
> another extra $1,5000. For the jumps I had being paying to other
> instructors due to I have no ratings. I hope get a promptly reply from you
> so I hold the lawsuit with my lawyer.
>
> Sorry for all this. It is what it is.
>
> Victim 1
>
> El 12/08/2016 20:57, "Rob" <rpooley75@gmail.com> escribió:
>
>> I have a lot of people to deal with. Anyone doing their training here in
>> the last 9 weeks will need to retake their course. I'm trying to make
>> arrangements to give people refunds for their tandem course and help them
>> find a new course.
>> You have no idea how sorry I am. I'm trying to take care of everyone I
>> can but their are a lot of very angry people to deal with. Please be

>> patient.
>> Do you have the ability to attend a new course that we set up at another
>> location here in NorCal?
>>
>> Sent from my iPad
>>
>> On Aug 8, 2016, at 8:52 PM, Victim 1 > wrote:
>>
>> Hi Rob, can you send my papers please to this adress so I can finish the
>> paper work
>>
>> Blueskies
>>
>> Victim 1
>>
>> ████████████████████████
>>
>> 2016-07-04 11:25 GMT-07:00 Victim 1 >:
>>
>>> Hi, I'm on my way to Lodi, can I get my Airmans Medical at Sacramento?
>>> Any phone number to call you?
>>> El 29/06/2016 02:22, "Rob" <rpooley75@gmail.com> escribió:
>>>
>>> Hi,
>>>
>>> The Tandem Course will take two days if you don't waste time doing your
>>> practice jumps. The whole thing costs $1100. That includes all slots and
>>> gear rental. If you need a Coach Course too that will take another two days
>>> and costs $250. You must have your Airman's Medical done before we can
>>> start any of the tandem training.
>>> If you have any more questions email me directly.
>>>
>>> Look forward to seeing you around July 6th.
>>>
>>> Cheers,
>>> Rob.
>>>
>>> Sent from my iPad
>>>
>>>
>>