# EXHIBIT 21

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN JOAQUIN

-oOo-

CHENNY FRANCINE TURNER and
TODD TURNER,

     Plaintiffs,

vs.

PARACHUTE CENTER, INC.,
SKYDIVERS GUILD, INC,. WILLIAM
DAUSE, ROB POOLEY, CURTIS
BATES, MICHAEL SPURGEON, and
DOES 1 through 100,

     Defendants.
_____/

CASE NO.
STK-CV-UPI-2018-2192

**CERTIFIED TRANSCRIPT**

VIDEOTAPED DEPOSITION OF

ROBERT POOLEY

Tuesday, January 21, 2020

THE SOUZA GROUP
Certified Shorthand Reporters
4615 First Street, Suite 200
Pleasanton, California 94566

REPORTED BY:
JULIE L. BANTLEY, CSR
California CSR No. 11422

1   according to the FAA.
2       Q.  Did Mr. Kwon have all those qualifications,
3   if you know, in 2016?
4       A.  I believe he did, yes.
5       Q.  How do you know that?
6       A.  Well, I participated in his training, and
7   everybody needed to have those qualifications.
8       Q.  Did you verify them?
9       A.  I believe I did.
10      Q.  How did you verify them?
11      A.  The log book for the three years in the
12  sport, the actual FAA medical certificate, the
13  license requirement.  Just the various papers and
14  licenses.
15      Q.  How long have you been affiliated one way or
16  another with the Parachute Center?
17      A.  Since 2002.
18      Q.  And since 2002, how many people do you know
19  of that have died at the Parachute Center?
20      A.  I wouldn't know.
21      Q.  Something like 18.  Does that sound about
22  right?
23      A.  I don't think -- no, not since 2002.  I
24  think maybe since 1975 or whenever they started,
25  but...



1    A.   That's -- in -- in some case I would
2  personally give their paperwork to Bill Dause and
3  say they are finished with their training and they
4  are ready to start their probationary jobs.
5    Q.   What role did Michael Spurgeon have in the
6  Parachute Center?
7    A.   He was a tandem instructor there for many
8  years.  He was the -- the primary evaluator for many
9  of the tandem candidates.  Those are his two major
10 roles.  When he stopped doing the tandems, he became
11 an evaluator, and he would do the training with the
12 tandem candidates as the passenger basically.
13   Q.   So, now, Mr. Dause said that he was aware
14 that in 2015, you were no longer rated to do tandem
15 courses.  Are you aware of that?
16   A.   With USPA, yeah.  He knew that my USPA
17 rating was suspended for one year.
18   Q.   So at the time you conducted Mr. Kwon's
19 course, your USPA rating was suspended?
20   A.   Correct.
21   Q.   And Mr. Dause was aware of that?
22   A.   Yes, I believe so.
23   Q.   Do you and Mr. Dause do things socially
24 together?
25   A.   We've never -- I've never even had dinner



1   with him.
2       Q.  We talked a little bit -- and I have got
3   documents that I'll show you in a little while.  But
4   we talked a little bit about Mr. Kwon's training.
5   What part did you have in Mr. Kwon's training?
6       A.  Well, I coordinate courses.  I assign the
7   evaluators.  I generally do the initial equipment
8   training and the procedure training.  How to harness
9   a student.  How to handle and maintain a student.
10  How to move around in the airplane.  The -- the
11  initial largest portion of the ground training, I
12  would generally do.  And I did that section with
13  Mr. Kwon.
14      Q.  Okay.  And what is -- what has to be signed
15  off on in terms of the training that Mr. Kwon
16  obtained at the Parachute Center?
17      A.  For UPT, they have to meet the requirements:
18  The 500 jumps, the three years in the sport, the
19  master parachute license, the FAA medical.  So once
20  they have the requirements to take the course, then
21  the course is the ground training, the explanation
22  of the gear and how to use it.  They have to have
23  taken the test themselves that is self-study by
24  going through the manual and answering all the test
25  questions.  Then they do a jump with the tandem



1    equipment by themselves, and then they do a jump as
2    the passenger with an evaluator. And then they do
3    three jumps as the instructor with an evaluator as
4    the passenger. And then they are assigned to do
5    five practice jumps on their own with any skydiver
6    that has at least a hundred jumps.
7            Once they have done that, that's a total of
8    ten jumps, the five course jumps and the five
9    practice jumps, they are cleared to take first time
10   skydivers on a probationary status. So they have
11   their training card that says they have done the
12   solo, the front, the passenger ride, the three
13   instructional jumps with the evaluator. Then --
14   it's a -- the card is a log book. And then they do
15   the five, or they -- so they do the five course
16   jumps, the five practice jumps. Then jumps 11
17   through 25 are with the -- well, they can be with
18   anybody but generally they are with inexperienced
19   first-time tandem people, like walk-ins, for
20   example.
21       Q. So what did you sign off on as to Mr. Kwon's
22   instruction?
23       A. I don't remember what I signed off on. For
24   UPT, all I would need to sign off on that log book.
25   The initial endorsement says they have completed the



1    Y.G.            was in Russia at the time of
2    Mr. Kwon's training; right?
3        A.   Correct.
4        Q.   And that Y.G.           denies having signed
5    Mr. Kwon's paperwork?
6        A.   I'm aware that he denies it.
7        Q.   All right.  And you had said while we were
8    off the record that it was emailed to him and he
9    signed off on it via email.  Is that what your
10   testimony is?
11       A.   Paperwork that he signed off on was emailed
12   to him, whether he was in town or out of town.
13   Whether he was at the drop zone or anything.  The
14   paperwork packages were completed and checked for --
15   you know, make sure everything is done, and then
16   emailed to him.  That was the procedure.
17       Q.   Do you know who emailed them to him?
18       A.   Me most of the time.
19       Q.   And did you receive them back from him
20   signed?
21       A.   No, no.  They went to him and he handled it
22   from there.
23       Q.   Where would they go after --
24       A.   To the USPA and -- I'm sorry.
25       Q.   What would he do with them after he handled



TALTY COURT REPORTERS, INC.                                            41
408.244.1900 - www.taltys.com

1  it?
2       A.  He would double-check them for -- make sure
3  everything was complete, and he would email them to
4  UPT and USPA.
5       Q.  All right.  Do you know how they ended up at
6  the Parachute Center if he sent them into the USPA?
7       A.  The hard copies didn't go to Y.G., so they
8  stayed at the Parachute Center.
9       Q.  Understood.  But he had to sign them and
10 then forward to --
11      A.  Oh, okay.
12      Q.  -- USPA?
13      A.  Yeah.  All of the paperwork that we used,
14 both Y.G. and myself, was presigned.
15      Q.  Can you explain that?
16      A.  The form is -- it's a digital signature.
17      Q.  All of the signatures on the forms are
18 digital signatures?
19      A.  All of them.
20      Q.  Who affixes the --
21      A.  Well, actually, not all of them.  For
22 example, the five jumps that are done -- or the
23 jumps that are done with the evaluators, we don't
24 know how it is going to be.  Those are signed by
25 whoever the evaluator is at the time.  Whoever does

