EXHIBIT 22

# INTERVIEW TRANSCRIPTION

Command Name: U.S. Department of Transportation

Case Number:  116A0109009-PARACHUTE CENTER

Interviewee's Name: Rob Pooley

Identification of Investigator(s):  Paolo Hernandez, Brian DuBois

Date of Interview:  January 30, 2018

Transcription Services Provided by Global Solutions Group
Date of Transcription:  12/26/2020

GL BAL

POOLEY_00003171

2867        ROB POOLEY:  I don't see -- I can't imagine what could

2868   possibly be criminal about anything that happens here, so like

2869   I'm not too concerned about this.

2870        BRIAN DUBOIS:  Okay.

2871        ROB POOLEY:  I -- I think -- I find it kind of silly, you

2872   know. I understand when the FAA gets involved --

2873        BRIAN DUBOIS:  Yeah.

2874        ROB POOLEY:  -- and they look at the airplanes and stuff

2875   like that, but everything else, I'm like, ahhh.

2876        BRIAN DUBOIS:  Okay.

2877        ROB POOLEY:  I don't know who called who or who -- who's

2878   trying to make a point, but -- so anyway, I'm not too worried

2879   about this.

2880        BRIAN DUBOIS:  Yeah.

2881        ROB POOLEY:  I --

2882        BRIAN DUBOIS:  Okay. All right. No. As long -- and again it

2883   just -- in having this open conversation [crosstalk 1:29:06]

2884        ROB POOLEY:  Does this have to do with the new, um, the new

2885   regulate or the new -- what is it? A -- a new law passed that

2886   California can like supersede FAA regulation or --

2887        BRIAN DUBOIS:  That's a California thing. We -- we don't

2888   deal with California laws [inaudible 1:29:22] --

129                                              For Official Use Only

POOLEY_00003299

3300    BRIAN DUBOIS:  Okay.

3301    ROB POOLEY:  That just has the basic show you the PDF

3302 functionality. --

3303    BRIAN DUBOIS:  Yeah.

3304    ROB POOLEY:  But other PDF programs can do all sorts of

3305 things.

3306    BRIAN DUBOIS:  Okay.

3307    ROB POOLEY:  Honestly I've -- I've never asked him that,

3308 but I can't imagine he prints everything out and signs it and

3309 rescans it, but maybe he does.

3310    BRIAN DUBOIS:  And again, my big -- my -- my concern is you

3311 guys were sending him the documents after you trained somebody

3312 and he signing them from elsewhere.

3313    ROB POOLEY:  Yeah. But that's just -- these -- these things

3314 can stretch for weeks and months. Someone can do part of their

3315 training and then they can only afford to do those practice

3316 jumps one a weekend, you know.

3317    BRIAN DUBOIS:  Yeah. As they get money.

3318    ROB POOLEY:  Yeah. So I send them to him at his home. They

3319 always would get scanned and sent to his email wherever he is.

3320 So it's not like we -- it's not like train-, yeah, -- he was out

3321 of the country -- he was in Russia like during that incident,

3322 but man --

148                                              For Official Use Only

POOLEY_00003318

3323    BRIAN DUBOIS:  Well he was -- was he out of the country

3324    when Kwon was training?

3325    ROB POOLEY:  No. He was out of the country when Kwon died.

3326    BRIAN DUBOIS:  Okay. So when Kwon was trained, he was here

3327    with you?

3328    ROB POOLEY:  I don't remember --

3329    PAOLO HERNANDEZ:  Well and like --

3330    ROB POOLEY:  -- We didn't -- we -- we didn't care that he

3331    was or wasn't. So I -- I wouldn't remember when he was or wasn't

3332    here.

3333    BRIAN DUBOIS:  Okay. And I guess what I'm trying to clear

3334    up Rob, and please forgive me, it's -- I'm trying to grasp the

3335    concepts you're explaining --

3336    ROB POOLEY:  -- Mm-hm --

3337    BRIAN DUBOIS:  -- and you're doing a great job explaining

3338    it, I'm just - I'm having trouble wrapping my head around it.

3339    Y.G..'s signing off that he was available during this training.

3340    ROB POOLEY:  Mm-hm.

3341    BRIAN DUBOIS:  But it doesn't sound like that was always

3342    the case. Which maybe it's not necessary because you -- I mean

3343    you trained Y.G. but --

3344    ROB POOLEY:  That's kind of how we looked at it. You know

3345    like --

149                                    For Official Use Only

POOLEY_00003319

3346       BRIAN DUBOIS:  Okay.

3347       ROB POOLEY:  -- it's silly that he would need to oversee

3348 anything.

3349       BRIAN DUBOIS:  Yeah.

3350       ROB POOLEY:  In our minds it's just a signature to appease

3351 the USPA.

3352       BRIAN DUBOIS:  Okay.

3353       ROB POOLEY:  What we were doing was fine with the

3354 manufacturer. It's just we need his signature to appease the

3355 USPA.

3356       BRIAN DUBOIS:  Okay. Okay.

3357       PAOLO HERNANDEZ:  So after he gets the signature, he signs

3358 it and he sends it back here to the Center?

3359       ROB POOLEY:  No.

3360       PAOLO HERNANDEZ:  Or he -- he's the final --

3361       ROB POOLEY:  -- He sends it to -- he sends it to USPA. Just

3362 like a foreign individual shows up, he's already trained,

3363 they're already trained. And this is just fill out the

3364 paperwork, sign it. It has nothing to, you know, actual training

3365 and signatures --

3366       BRIAN DUBOIS:  -- [inaudible 1:44:57] --

3367       ROB POOLEY:  and then they're like, ahhh. But it got us in

3368 trouble, so. That a -- it's a poor attitude to have.

150                                             For Official Use Only

POOLEY_00003320