# EXHIBIT 1



U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| Parachute Center | I16A0120900 | 1/30/2018 | 19·01 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 23597 North Highway 99<br>Lodi, CA 95220 |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | | |
|---|---|---|---|
| ☐ YES  ☐ NO | | ☐ YES | ☑ NO |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number   1 |
| | | | Room Code          Description |
| 1 | 1 | | A4a     2017 Liability Forms |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| | *Ashley Strickland* |

Form IGF 1600.14 (12/83)                    CHAIN OF CUSTODY ON REVERSE

# CHAIN OF CUSTODY

| ITEM | DATE/TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-----------|-------------|-------------|---------|
| \ | 1/30/18 4:36 PM | PRINT NAME AND TITLE Ashley Strickland, SA / ORGANIZATION USDOT-OIG / SIGNATURE AshleyStrickland | PRINT NAME AND TITLE Reggie Lee / ORGANIZATION USDOT-OIG / SIGNATURE Reggie | evidence storage / Entered in Evidence PyL |
| 1 | 2/14/23 11:32 | PRINT NAME AND TITLE Richard Ficarelli, SA / ORGANIZATION USDOT-OIG / SIGNATURE R. Ficarelli | PRINT NAME AND TITLE SA Reggie Lee / ORGANIZATION DOT OIG / SIGNATURE Reggie | Released to case Agent |
| 1 | 2/21/23 10:30am | PRINT NAME AND TITLE SA Reggie Lee / ORGANIZATION DOT oig / SIGNATURE Reggie | PRINT NAME AND TITLE SA Richard Ficarelli / ORGANIZATION USDOT-OIG / SIGNATURE R. Ficarelli | Entered into Evidence |
| | | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | |
| | | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | |

**REMARKS**

## FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____  _____  _____
NAME (PRINTED)                    RANK/TITLE              ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|------|-------------|----------------|

1. _____  _____  _____

2. _____  _____  _____

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

POOLEY_00022107

POOLEY_00022107



**U.S. Department of Transportation**

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| Parachute Center | I16A0120900 | 1/30/2018 | *i8 o2* |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| **As per Search Warrant** | **23597 North Highway 99** **Lodi, CA 95220** |

| TO BE RETURNED ☐ YES ☐ NO | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | ☐ YES | ☑ NO |
|---|---|---|---|

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number   **2** |
| | | | Room Code              Description |
| 1 | 1 | | A4a    Liability Forms July 2015-2017 |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT *Ashley Strickland* |
|---|---|

Form IGF 1600.14 (12/83)                          CHAIN OF CUSTODY ON REVERSE

POOLEY_00022108

POOLEY_00022108

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 1/30/18 4:37 PM | **PRINT NAME AND TITLE** Ashley Strickland, SA  **ORGANIZATION** USDOT-OIG  **SIGNATURE** *Ashley Strickland* | **PRINT NAME AND TITLE** Reggie Lee  **ORGANIZATION** USDOT-OIG  **SIGNATURE** *Reggie L* | evidence storage  Entered in Evidence 2/4/L |
| 1 | 2/14/23 11:36 | **PRINT NAME AND TITLE** Richard Ficarelli, SA  **ORGANIZATION** USDOT-OIG  **SIGNATURE** *R. Finelli* | **PRINT NAME AND TITLE** SA Reggie Lee  **ORGANIZATION** DOT OIG  **SIGNATURE** *Reggie* | Released to Case Agent |
| 1 | 2/21/23 10:42 | **PRINT NAME AND TITLE** SA Reggie Lee  **ORGANIZATION** DOT OIG  **SIGNATURE** *Reggie* | **PRINT NAME AND TITLE** SA Richard Ficarelli  **ORGANIZATION** DOT OIG  **SIGNATURE** *Ficarelli* | Entered into Evidence |
| | | **PRINT NAME AND TITLE**  **ORGANIZATION**  **SIGNATURE** | **PRINT NAME AND TITLE**  **ORGANIZATION**  **SIGNATURE** | |
| | | **PRINT NAME AND TITLE**  **ORGANIZATION**  **SIGNATURE** | **PRINT NAME AND TITLE**  **ORGANIZATION**  **SIGNATURE** | |

**REMARKS**

---

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____     _____     _____
NAME (PRINTED)                      RANK/TITLE              ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |

1. _____    _____    _____

2. _____    _____    _____

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

POOLEY_00022109

POOLEY_00022109



U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO |
|---|---|---|---|
| Parachute Center | I16A0120900 | 1/30/2018 | 18-03 |
| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED | | |
| As per Search Warrant | 23597 North Highway 99<br>Lodi, CA 95220 | | |

TO BE RETURNED  ☐ YES  ☐ NO

GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P.   ☐ YES  ☑ NO

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE |
|---|---|---|---|
| | | | BOX/Container Number   3 |
| | | | Room Code          Description |
| 1 | 1 | | A1xx    Liability Forms January 2018 |
| 2 | 1 | | A1ll    Yuri Cert Cards; Yuri Letter; Yuri Exams |
| 3 | 1 | | A1xx    Tandem Jump Receipts |
| 4 | 1 | | A1ll    US Parachute association license application; Coach Rating course proficiency card; USPA New or Renewing Member Application; Blue notebook containing tandem parachute operations |
| 5 | 1 | | A1xx    Tandem Receipts; Training Documents |
| 6 | 1 | | A2f     FAA Records 2016 |
| 7 | 1 | | A2f     **POSSIBLE TAINT INFORMATION**  Found in an envelope marked "Legal" |
| 8 | 1 | | A2f     **POSSIBLE TAINT INFORMATION**  Found in an envelope marked "Legal" |
| 9 | 1 | | A2f     Folder of aircraft accident records for Caravan |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| | Ashley Strickland |

Form IGF 1600.14 (12/83)                     CHAIN OF CUSTODY ON REVERSE

POOLEY_00022110

POOLEY_00022110

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-9 | 1/30/18 4:37 PM | PRINT NAME AND TITLE Ashley Strickland, SA<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *Ashley Strickland* | PRINT NAME AND TITLE Reggie Lee<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *Reggie L* | evidence storage<br>Entered in Evidence R-1 |
| 1-9 | 2/14/23 11:39 | PRINT NAME AND TITLE Richard Ficarelli, SA<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *R. Ficarelli* | PRINT NAME AND TITLE SA Reggie Lee<br>ORGANIZATION DOT OIG<br>SIGNATURE *R.L.* | Released to Case Agent |
| 1-9 | 2/21/23 1040 | PRINT NAME AND TITLE SA Reggie Lee<br>ORGANIZATION DOT OIG<br>SIGNATURE *R.L.* | PRINT NAME AND TITLE SA Richard Ficarelli<br>ORGANIZATION DOT OIG<br>SIGNATURE *Ficarelli* | Entered into Evidence |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____ _____ _____
NAME (PRINTED)                    RANK/TITLE                      ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |

1. _____ _____ _____

2. _____ _____ _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| Parachute Center | I16A0120900 | 1/30/2018 | 18-01 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 23597 North Highway 99<br>Lodi, CA 95220 |

TO BE RETURNED  ☐ YES  ☐ NO

GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P.    ☐ YES   ☑ NO

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE |
|---|---|---|---|
| | | | BOX/Container Number    4 |
| | | | Room Code _____    Description |
| 1 | 1 | | A2b    Bank Account Docs; DOL Records; FAA Records |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| | Ashley Strickland |

Form IGF 1600.14 (12/83)

CHAIN OF CUSTODY ON REVERSE

POOLEY_00022112

POOLEY_00022112

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 1/30/18 4:37 PM | PRINT NAME AND TITLE Ashley Strickland, SA<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *Ashley Strickland* | PRINT NAME AND TITLE Reggie Lee<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *Reggie Lee* | evidence storage<br>Entered in Evidence RL |
| 1 | 2/14/23 11:41 | PRINT NAME AND TITLE Richard Ficarelli, SA<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *R. Ficarelli* | PRINT NAME AND TITLE SA Reggie Lee<br>ORGANIZATION DOT OIG<br>SIGNATURE *R. Lee* | Released to Case Agent |
| 1 | 2/21/23 1041 | PRINT NAME AND TITLE SA Reggie Lee<br>ORGANIZATION DOT OIG<br>SIGNATURE *R. Lee* | PRINT NAME AND TITLE SA Richard Ficarelli<br>ORGANIZATION DOT OIG<br>SIGNATURE *R. Ficarelli* | Entered into Evidence |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____   _____   _____
NAME (PRINTED)                    RANK/TITLE                    ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME                                ORGANIZATION                                SIGNATURE/DATE

1. _____   _____   _____

2. _____   _____   _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

POOLEY_00022113

POOLEY_00022113

U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| **Parachute Center** | **I16A0120900** | **1/30/2018** | |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| **As per Search Warrant** | **23597 North Highway 99**<br>**Lodi, CA 95220** |

TO BE RETURNED  ☐ YES  ☐ NO

GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P.    ☐ YES   ☒ NO

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE |
|---|---|---|---|
| | | | BOX/Container Number    **5** |
| | | | Room Code _____   Description |
| 1 | 1 | | A4    Liability Forms 2016 |

NAME AND SIGNATURE OF WITNESS (IF AVAILABLE)

NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT

*Ashley Strickland*

Form IGF 1600.14 (12/83)    CHAIN OF CUSTODY ON REVERSE

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 1/30/18 4:37 PM | PRINT NAME AND TITLE Ashley Strickland, SA<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *Ashleystrickland* | PRINT NAME AND TITLE Reggie Lee<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *Reg L* | evidence storage<br>Entered in Evidence RHL |
| 1 | 2/14/23 11:43 | PRINT NAME AND TITLE Richard Ficarelli, SA<br>ORGANIZATION USDOT-OIG<br>SIGNATURE *R. Ficarelli* | PRINT NAME AND TITLE SA Reggie Lee<br>ORGANIZATION DOT OIG<br>SIGNATURE *RL* | Released to Case Agent |
| 1 | 2/21/23 1042 | PRINT NAME AND TITLE SA Reggie Lee<br>ORGANIZATION DOT OIG<br>SIGNATURE *RL* | PRINT NAME AND TITLE SA Richard Ficarelli<br>ORGANIZATION DOT OIG<br>SIGNATURE *RF* | Entered into Evidence |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |
| | | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | PRINT NAME AND TITLE<br>ORGANIZATION<br>SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____    _____    _____
NAME (PRINTED)                      RANK/TITLE                  ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME                                 ORGANIZATION

                                                                    SIGNATURE/DATE

1. _____    _____

2. _____    _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|

Parachute Center

NAME OF PERSON FROM WHOM PROPERTY SEIZED

**I16A0120900**

**1/30/2018**

LOCATION WHERE PROPERTY SEIZED

**As per Search Warrant**

**23597 North Highway 99**
**Lodi, CA 95220**

TO BE RETURNED
☐ YES   ☐ NO

GRAND JURY MATERIAL - DISSEMINATE
ONLY UNDER RULE 6(e), F.R.C.P.

☐ YES   ☑ NO

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number    **7** |
| | | | Room Code          Description |
| 1 | 1 | | A4      Liability Forms 2016 |

NAME AND SIGNATURE OF WITNESS (IF AVAILABLE)

NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT

Form IGF 1600.14 (12/83)

CHAIN OF CUSTODY ON REVERSE

POOLEY_00022116

POOLEY_00022116

# CHAIN OF CUSTODY

| .M | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 1/30/18 4:38 pm | PRINT NAME AND TITLE: Ashley Strickland, SA<br>ORGANIZATION: USDOT-OIG<br>SIGNATURE: *Ashley Strickland* | PRINT NAME AND TITLE: Reggie Lee<br>ORGANIZATION: USDOT-OIG<br>SIGNATURE: | evidence storage<br>Entered in Evidence RYL |
| 1 | 2/14/23 11:27 | PRINT NAME AND TITLE: Richard Ficarelli, SA<br>ORGANIZATION: USDOT-OIG<br>SIGNATURE: *R. Ficarelli* | PRINT NAME AND TITLE: SA Reggie Lee<br>ORGANIZATION: DOT OIG<br>SIGNATURE: | Released to Case Agent |
| 1 | 2/21/23 1042 | PRINT NAME AND TITLE: SA Reggie Lee<br>ORGANIZATION: DOT OIG<br>SIGNATURE: | PRINT NAME AND TITLE: SA Richard Ficarelli<br>ORGANIZATION: DOT OIG<br>SIGNATURE: | Entered into Evidence |
| | | PRINT NAME AND TITLE:<br>ORGANIZATION:<br>SIGNATURE: | PRINT NAME AND TITLE:<br>ORGANIZATION:<br>SIGNATURE: | |
| | | PRINT NAME AND TITLE:<br>ORGANIZATION:<br>SIGNATURE: | PRINT NAME AND TITLE:<br>ORGANIZATION:<br>SIGNATURE: | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____  _____  _____
NAME (PRINTED)                RANK/TITLE    ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

| NAME | ORGANIZATION | SIGNATURE/DATE |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |

MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

POOLEY_00022117

POOLEY_00022117



**U.S. Department of Transportation**

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| Parachute Center | I16A0120900 | 1/30/2018 | 18-06 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 23597 North Highway 99 <br> Lodi, CA 95220 |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | |
|---|---|---|
| ☐ YES   ☐ NO | | ☐ YES   ☑ NO |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number   6 |
| | | | Room Code            Description |
| 1 | 1 | | A4      Liability Forms 2016 |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| | *Ashley Strickland* |

Form IGF 1600.14 (12/83)                    CHAIN OF CUSTODY ON REVERSE

POOLEY_00022118

POOLEY_00022118

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 1/30/18 4:38 PM | PRINT NAME AND TITLE Ashley Strickland, SA  ORGANIZATION USDOT-OIG  SIGNATURE AshleyStrickland | PRINT NAME AND TITLE Reggie Lee  ORGANIZATION USDOT-OIG  SIGNATURE Reggie Lee | evidence storage   Entered in Evidence Rm |
| 1 | 2/14/23 11:45 | PRINT NAME AND TITLE Richard Ficarelli, SA  ORGANIZATION USDOT-OIG  SIGNATURE R. Ficarelli | PRINT NAME AND TITLE SA Reggie Lee  ORGANIZATION DOT OIG  SIGNATURE Reggie | Released to case Agent |
| 1 | 2/21/23 10:42 | PRINT NAME AND TITLE SA Reggie Lee  ORGANIZATION DOT OIG  SIGNATURE Reggie | PRINT NAME AND TITLE SA Richard Ficarelli  ORGANIZATION DOT OIG  SIGNATURE Richard | Entered into Evidence |
| | | PRINT NAME AND TITLE  ORGANIZATION  SIGNATURE | PRINT NAME AND TITLE  ORGANIZATION  SIGNATURE | |
| | | PRINT NAME AND TITLE  ORGANIZATION  SIGNATURE | PRINT NAME AND TITLE  ORGANIZATION  SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____       _____       _____
NAME (PRINTED)                          RANK/TITLE                ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME                              ORGANIZATION                    SIGNATURE/DATE

1. _____     _____     _____

2. _____     _____     _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)



U.S. Department of Transportation

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO |
|---|---|---|---|
| Parachute Center | I16A0120900 | 1/30/2018 | 13-06 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 23597 North Highway 99 <br> Lodi, CA 95220 |

| TO BE RETURNED | GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P. | |
|---|---|---|
| ☐ YES   ☐ NO | | ☐ YES   ☑ NO |

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE |
|---|---|---|---|
| | | | BOX/Container Number   8 |
| | | | Room Code          Description |
| 1 | 1 | | A1ss    (Pooley Locker) USPA and UPT applications; 25 CDs |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| | Ashley Strickland |

Form IGF 1600.14 (12/83)          CHAIN OF CUSTODY ON REVERSE

POOLEY_00022120

POOLEY_00022120

# CHAIN OF CUSTODY

| .M | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| \ | 1/30/18 4:39 pm | PRINT NAME AND TITLE Ashley Strickland, SA / ORGANIZATION USDOT-OIG / SIGNATURE *(signature)* | PRINT NAME AND TITLE Reggie Lee / ORGANIZATION USDOT-OIG / SIGNATURE *(signature)* | evidence storage / Enter in Evidence Rm |
| \ | 2/14/23 11:51 | PRINT NAME AND TITLE Richard Ficarelli, SA / ORGANIZATION USDOT-OIG / SIGNATURE *(signature)* | PRINT NAME AND TITLE Reggie Lee SA / ORGANIZATION DoT OIG / SIGNATURE *(signature)* | Released to Case Agent |
| \ | 2/21/23 1040 | PRINT NAME AND TITLE SA Reggie Lee / ORGANIZATION DOT OIG / SIGNATURE *(signature)* | PRINT NAME AND TITLE SA Richard Ficarelli / ORGANIZATION DOT OIG / SIGNATURE *(signature)* | Entered into Evidence |
| | | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | |
| | | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | PRINT NAME AND TITLE / ORGANIZATION / SIGNATURE | |

REMARKS

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____    _____    _____
NAME (PRINTED)                        RANK/TITLE                    ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME                                      ORGANIZATION                          SIGNATURE/DATE

1. _____    _____    _____

2. _____    _____    _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)

POOLEY_00022121

POOLEY_00022121

**U.S. Department of Transportation**

Office of Inspector General

# EVIDENCE CUSTODY DOCUMENT

| CASE TITLE | PROJECT NUMBER | DATE AND TIME OF SEIZURE | LOG NO. |
|---|---|---|---|
| Parachute Center | I16A0120900 | 1/30/2018 | 19-07 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| As per Search Warrant | 23597 North Highway 99<br>Lodi, CA 95220 |

TO BE RETURNED ☐ YES ☐ NO

GRAND JURY MATERIAL - DISSEMINATE ONLY UNDER RULE 6(e), F.R.C.P.      ☐ YES   ☑ NO

| ITEM | QUAN-TITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE. |
|---|---|---|---|
| | | | BOX/Container Number    **9** |
| | | | Room Code          Description |
| 1 | 1 | | A2f    Credit Card Receipts 2016 |
| 2 | 1 | | A2f    Credit Card Receipts July 2015-December 2015 |
| 3 | 1 | | A1a    Sony Memory Stick Duo 4GB/Found in Sony HandyCam |
| 4 | 1 | | A1yy   SkyDive Lodi Receipts |
| 5 | 1 | | A1yy   Rushcube Receipts |
| 6 | 1 | | A1     USPA and FAA Letters |

| NAME AND SIGNATURE OF WITNESS (IF AVAILABLE) | NAME AND SIGNATURE OF RECEIVING SPECIAL AGENT |
|---|---|
| | *Ashley Strickland* |

Form IGF 1600.14 (12/83)                           CHAIN OF CUSTODY ON REVERSE

POOLEY_00022122

POOLEY_00022122

# CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|------|-------------|-------------|-------------|---------|
| 1-6 | 1/30/18 4:39pm | PRINT NAME AND TITLE: Ashley Strickland, SA  ORGANIZATION: USDOT-OIG  SIGNATURE: Ashley Strickland | PRINT NAME AND TITLE: Reggie Lee  ORGANIZATION: USDOT-OIG  SIGNATURE: | evidence storage  Entered in Evidence RML |
| 3 | 4/3/18 11:33am | PRINT NAME AND TITLE: BRIAN DUBOES  ORGANIZATION: USDOT-OIG  SIGNATURE: B Rub. | PRINT NAME AND TITLE: FEDEX  ORGANIZATION: 7719 0324 3823  SIGNATURE: | Transfer to CCU |
| 1-6 | 2/14/23 11:53 | PRINT NAME AND TITLE: Richard Ficarelli, SA  ORGANIZATION: USDOT-OIG  SIGNATURE: R. Smith | PRINT NAME AND TITLE: SA Reggie Lee  ORGANIZATION: DOT OIG  SIGNATURE: | Released to Case Agent |
| 1-6 | 2/21/23 1040 | PRINT NAME AND TITLE: SA Reggie Lee  ORGANIZATION: DOT OIG  SIGNATURE: | PRINT NAME AND TITLE: SA Richard Ficarelli  ORGANIZATION: DOT-OIG  SIGNATURE: | Entered into Evidence |
|  |  | PRINT NAME AND TITLE:  ORGANIZATION:  SIGNATURE: | PRINT NAME AND TITLE:  ORGANIZATION:  SIGNATURE: |  |

**REMARKS**

# FINAL DISPOSAL ACTION

FINAL DISPOSAL AUTHORITY

_____    _____    _____
NAME (PRINTED)                          RANK/TITLE                              ORGANIZATION

PERSON(S) RECEIVING ITEM(S)/WITNESSING DISPOSAL ACTION

NAME                             ORGANIZATION                        SIGNATURE/DATE

1. _____    _____    _____

2. _____    _____    _____
MAY BE CONTINUED IN REMARKS IF NECESSARY

INDICATE IN DISPOSAL ACTION COLUMN (ON FRONT) BY NUMBER AND LETTER CODE PERSON(S) RECEIVING OR WITNESSING ACTION AND TYPE OF ACTION: RETURNED TO INDIVIDUAL OWNER (I), TURNED INTO SUPPLY (S), TO ANOTHER AGENCY (A), DESTROYED (D), OTHER METHOD (M) (EXPLAIN IN REMARKS ABOVE)