# EXHIBIT 2



# Department of Transportation Office of Inspector General
# FMC Pictures

| | |
|---|---|
| Case Name | Parachute Center |
| Case Number | I16A0120900 |
| Case Agent | DuBois, Brian |
| CCU Agent | Wilkerson, Matt |
| Seizure Location | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**

**Media Serial Number**    Z3TQ24TJ



2/8/2018

18

00001823



**Department of Transportation Office of Inspector General**

**FMC Pictures**

| | |
|---|---|
| Case Name | Parachute Center |
| Case Number | I16A0120900 |
| Case Agent | DuBois, Brian |
| CCU Agent | Wilkerson, Matt |
| Seizure Location | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**

**Media Serial Number**     Z3TQ24TJ



2/8/2018

19

00001824



# Department of Transportation Office of Inspector General
# FMC Pictures

| | |
|---|---|
| Case Name | Parachute Center |
| Case Number | I16A0120900 |
| Case Agent | DuBois, Brian |
| CCU Agent | Wilkerson, Matt |
| Seizure Location | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**

**Media Serial Number**     Z3TQ24TJ



2/8/2018

20

00001825



# Department of Transportation Office of Inspector General
## FMC Pictures

| | |
|---|---|
| Case Name | Parachute Center |
| Case Number | I16A0120900 |
| Case Agent | DuBois, Brian |
| CCU Agent | Wilkerson, Matt |
| Seizure Location | 23597 North Highway 99, Acampo, CA |

**Container Serial Number**

**Media Serial Number**     Z3TQ24TJ



2/8/2018

21

00001826



# Department of Transportation Office of Inspector General
# FMC Pictures

| | |
|---|---|
| Case Name | Parachute Center |
| Case Number | I16A0120900 |
| Case Agent | DuBois, Brian |
| CCU Agent | Wilkerson, Matt |
| Seizure Location | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**

**Media Serial Number**     Z3TQ24TJ



2/8/2018

22

00001827



# Department of Transportation Office of Inspector General
# FMC Pictures

| | |
|---|---|
| Case Name | Parachute Center |
| Case Number | I16A0120900 |
| Case Agent | DuBois, Brian |
| CCU Agent | Wilkerson, Matt |
| Seizure Location | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**

**Media Serial Number**    Z3TQ24TJ



# Department of Transportation Office of Inspector General
## FMC Pictures



| | |
|---|---|
| **Case Name** | Parachute Center |
| **Case Number** | I16A0120900 |
| **Case Agent** | DuBois, Brian |
| **CCU Agent** | Wilkerson, Matt |
| **Seizure Location** | 23597 North Highway 99<br>Acampo, CA |

**Container Serial Number**

**Media Serial Number**   Z3TQ24TJ



2/8/2018

24

00001829

# Department of Transportation Office of Inspector General
## FMC Pictures

| | |
|---|---|
| Case Name | Parachute Center |
| Case Number | I16A0120900 |
| Case Agent | DuBois, Brian |
| CCU Agent | Wilkerson, Matt |
| Seizure Location | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**   A1ss SDHC 4GB-1

**Media Serial Number**   A1ss SDHC 4GB-1



2/8/2018

25

00001830

# FMC Pictures

| | |
|---|---|
| **Case Name** | Parachute Center |
| **Case Number** | I16A0120900 |
| **Case Agent** | DuBois, Brian |
| **CCU Agent** | Wilkerson, Matt |
| **Seizure Location** | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**  A1ss SDHC 4GB-1

**Media Serial Number**  A1ss SDHC 4GB-1



## Department of Transportation Office of Inspector General
## FMC Pictures

| | |
|---|---|
| **Case Name** | Parachute Center |
| **Case Number** | I16A0120900 |
| **Case Agent** | DuBois, Brian |
| **CCU Agent** | Wilkerson, Matt |
| **Seizure Location** | 23597 North Highway 99 |
| | Acampo, CA |

**Container Serial Number**  A1SS SDHC 4GB-2

**Media Serial Number**  A1SS SDHC 4GB-2

