# EXHIBIT 3



POOLEY_00027277

POOLEY_00027277





