IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>ROBERT POOLEY,<br><br>                 Defendant. | CASE NO.  2:21-CR-111 WBS<br><br>DECLARATION OF FREDERICK E. COOPER V |

I, Frederick E. Cooper V, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a System Administrator with the Computer Crimes Unit of the U.S. Department of Transportation-Office of Inspector General.  I have been a DOT-OIG Systems Administrator since June 2011.  Initially, I worked in the Information and Technology Department.  In 2017, I transferred to the Computer Crimes Unit.

2. Assistant United States Attorney Katherine T. Lydon requested that I analyze the data extracted from the image of the computer seized from Parachute Center with serial number Z3TQ24TJ.  From now on in this declaration, when I refer to "the computer," I mean the computer with serial number Z3TQ24TJ.  Specially, she asked me to identify data tending to show the persons exercising dominion and control over the computer and particular locations within the computer, and data tending to show how private or public the computer and its folders were.

3. Below is some information I was able to gather responsive to that request.  This is working information only, and not the product of a full forensic analysis.

4. The system name of the computer was "BILL-HP".  A system name is typically assigned by the owner of the computer while first setting up the computer.  Here, when the computer was first set up on November 15, 2013, the system name was set as "BILL-HP".  The Registered

Owner was also set to "Bill".

5. Homegroup sharing was enabled on the computer. Homegroup sharing capabilities allow people logged into other computers on the same network to remotely access files and folders on the computer. The computers within the homegroup are not required to enter a username and password every time they access something shared within the homegroup.

6. There was no password required to log into the Bill user account. At the time of imaging, there were three user-created accounts on the computer: Bill (3,260 logins), UPSTestAdmin (3 logins), and Xerox (0 logins). Xerox was the only account that had a password. The password for the Xerox account was 1111.

7. I reviewed lists compiled using a program called Axiom of (1) various accounts accessed from the computer, and (2) various passwords saved on the computer and the corresponding accounts/websites. These lists contained accounts and saved passwords which, based on the account names and/or associated email addresses, appeared to belong to multiple different people. In addition to several with variations on Rob Pooley's name, Bill Dause's name, the paractr@softcom.net, and others, the Chrome Browser had saved passwords with respect to various websites for usernames including the following (with the full email addresses omitted for privacy): erikadufort@*****.**; gabbycurrie@*****.***; and florajean.

8. I identified five Apple iOS devices which backed up at some point to the computer. The Apple iOS devices had information associated with them, including Device Phone Name and Device Phone Number. For privacy, I only included the last four digits of the phone number in the list below:

| Device Phone Name | Device Phone Number |
|---|---|
| Bill's iPhone | ***-***-1162 |
| Katherine's iPhone | ***-***-5726 |
| Bill & Kathy's iPhone | ***-***-5726 |
| iPad | ***-***-1136 |
| Bill & Kathy's iPhone | ***-***-4480 |

9. I examined certain file structures on the computer, including the file path: This PC > OS (I:)> Users>Bill>Documents. Folders in that file path are reflected in the below screenshot:

| Name | Date modified | Type |
|---|---|---|
| AC43 | 11/15/2013 12:24 PM | File folder |
| Any Audio Converter | 12/31/2015 7:26 PM | File folder |
| Beech 99 | 6/8/2017 4:20 PM | File folder |
| David's research | 8/3/2014 1:40 PM | File folder |
| Lew's Thesis | 12/3/2016 6:44 PM | File folder |
| M24 | 11/15/2013 12:25 PM | File folder |
| Mail - kdmanifest57@hotmail.com_files | 9/15/2017 4:12 PM | File folder |
| My Music | 11/15/2013 11:19 AM | File folder |
| My Pictures | 11/15/2013 11:19 AM | File folder |
| My Stationery | 11/15/2013 12:25 PM | File folder |
| My Videos | 11/15/2013 11:19 AM | File folder |
| Optimizer Pro | 3/28/2014 6:52 PM | File folder |
| Parachute center docs | 9/20/2017 3:01 PM | File folder |
| Robs Docs | 12/31/2017 4:10 PM | File folder |
| Scans | 12/22/2014 3:46 PM | File folder |
| temp | 11/15/2013 12:25 PM | File folder |
| Think Manuals | 11/15/2013 12:25 PM | File folder |
| Updater5 | 11/15/2013 12:25 PM | File folder |
| USPA Instructor | 9/6/2016 4:12 PM | File folder |
| vector manual | 11/15/2013 12:25 PM | File folder |
| WDC | 11/15/2013 12:25 PM | File folder |

10. The Desktop of the computer reflects folders and documents, including the following. This list only shows the folders and/or documents within the screen capture area.

| Name | Date modified | Type | Size |
|---|---|---|---|
| Bills phone music | 11/27/2017 6:33 PM | File folder | |
| Bill's Videos | 3/31/2017 2:31 PM | File folder | |
| Cessna in Field | 11/11/2016 6:36 PM | File folder | |
| Kathys pics 23517 | 5/23/2017 5:14 PM | File folder | |
| music mp3 | 1/1/2016 5:21 PM | File folder | |
| New folder | 12/28/2017 12:55 PM | File folder | |
| Phone photos | 12/30/2015 6:33 PM | File folder | |
| Rig Spreadsheet | 1/29/2018 3:54 PM | File folder | |
| scan | 9/5/2017 5:00 PM | File folder | |
| Scan 2 | 9/12/2017 4:31 PM | File folder | |
| USPA_Forms_Manuals | 5/2/2015 4:17 PM | File folder | |
| AFF Information | 5/11/2015 4:43 PM | Adobe Acrobat D... | 46 KB |
| CD Drive - Shortcut | 9/5/2017 4:53 PM | Shortcut | 1 KB |
| Classic Solitaire | 12/21/2013 4:07 PM | Shortcut | 2 KB |
| desktop | 1/9/2018 11:45 AM | Configuration sett... | 1 KB |
| Documents - Shortcut | 11/15/2013 12:22 PM | Shortcut | 2 KB |
| IFLY Instructors | 9/26/2016 6:55 PM | Adobe Acrobat D... | 61 KB |
| Jan Randa Dahl Arrest Warrant Letter | 12/18/2017 5:20 PM | Adobe Acrobat D... | 92 KB |
| Jan Randa Dahl | 11/10/2017 2:49 PM | Adobe Acrobat D... | 182 KB |
| Jason Putnam | 12/28/2017 5:15 PM | Adobe Acrobat D... | 38 KB |
| Kim Bo Larson | 1/17/2018 4:19 PM | Adobe Acrobat D... | 217 KB |
| Lodi Loop | 7/31/2017 4:54 PM | Adobe Acrobat D... | 101 KB |
| Log in to your PayPal account | 8/19/2015 2:12 PM | Internet Shortcut | 1 KB |
| Microsoft Fix it | 11/20/2013 7:54 PM | Internet Shortcut | 1 KB |
| pic from Arizona | 3/5/2016 2:39 PM | JPG File | 102 KB |
| Scan2-Zipped | 9/12/2017 4:31 PM | Compressed (zipp... | 153,135 KB |
| scan-zipped | 9/5/2017 5:00 PM | Compressed (zipp... | 128,235 KB |
| Tandem Parachute Investigation | 8/13/2016 5:37 PM | QuickTime Movie | 4,349 KB |
| Training Program | 3/9/2015 4:06 PM | Adobe Acrobat D... | 1,698 KB |
| WorkCentre_7500-system-sw_061_121_22 | 12/24/2014 5:43 PM | Compressed (zipp... | 323,542 KB |

11. Below is a screenshot of the file structure of the file path that led to the folder "New Docs" within the folder "Robs Docs" within the Bill user account.  I viewed this folder on a computer set to East Coast time.  Timestamps reflected in the below screenshot may not be accurate.



Dated:  February 20, 2024

By: _____
     Frederick E. Cooper V

DECLARATION OF FREDERICK E. COOPER V      5