# EXHIBIT 5

**From:** "Parachute Center" <paractr@softcom.net>
**To:** "Lassi-Pekka Ruuskanen" <lassi_05@hotmail.com>
**Subject:** Re: Looking for tandem instructor job
**Date:** Mon, 12 Oct 2015 10:03:28 -0700

Sounds Great!!!!
Thank you,
Kathy

**From:** Lassi-Pekka Ruuskanen
**Sent:** Monday, October 12, 2015 2:38 AM
**To:** Parachute Center
**Subject:** RE: Looking for tandem instructor job

Hi!

Now i have tickets! I coming 8 of november in evening and leave 5 of february. Do you have bunkhouse in drop zone? Can i book place there?

From: paractr@softcom.net
To: lassi_05@hotmail.com
Subject: Re: Looking for tandem instructor job
Date: Sat, 3 Oct 2015 08:45:41 -0700

We use Sigma Rigs here but Rob Pooley can switch you over to that rating.  Tandems pay $20 plus tips from the customers.  Come any time!!!!
Thank you,
Kathy Dause

**From:** Lassi-Pekka Ruuskanen
**Sent:** Saturday, October 03, 2015 5:27 AM
**To:** Parachute Center
**Subject:** RE: Looking for tandem instructor job

Sweet! how much you pay for one jump? are all jumps with handycam? when you need me? i have strong tandem license do you use sigma or strong rig? i am available now but it takes couple weeks to get visa to US and have to find fly tickets too.

From: paractr@softcom.net
To: lassi_05@hotmail.com
Subject: Re: Looking for tandem instructor job
Date: Fri, 2 Oct 2015 09:36:35 -0700

We can sure use you in our skydiving family!!!!
Thank you,
Kathy

**From:** Lassi-Pekka Ruuskanen
**Sent:** Friday, October 02, 2015 4:57 AM
**To:** paractr@softcom.net
**Subject:** Looking for tandem instructor job

HI!

I am Lassi-Pekka Ruuskanen 23 years old from Finland. Looking for tandem instructor job for next winter. I have now 180 tandems, 805 skydives and 445 base jumps. This summer i have jumps 130 tandems in my drop zone in Finland from cessna 182 last 80 with handcam. I am looking forward to get TI job and escape Finnish cold winter. If you have some questions ask. Could be available since october if you need me let me know please :)

Lassi-Pekka Ruuskanen
lassi_05@hotmail.com
+358405816146

390C0F3E-00000161.eml 

390C0F3E-00000161.eml

No Preview Available

| | |
|---|---|
| Item Date | 2015-10-12 13:03:28 |
| File Owner | BUILTIN\Administrators |
| File Type | RFC822 Email Message |
| GUID | fe00f8f8-9ec2-43f0-85b1-0cf9ee345eff |
| Path Name | /Evidence 1/I16A0120900-Parachute Center/Z3TQ24TJ/Z3TQ24TJ.E01/[Unnamed Disk Image]/OS/[File System Root]/Users/Bill/AppData/Local/Microsoft/Windows Live Mail/Softcom (pa a49/Sent Items |

| | |
|---|---|
| **From:** | "Parachute Center" <paractr@softcom.net> |
| **To:** | "Richard Keir" <richardkeir@gmail.com> |
| **CC:** | "Rob Pooley" <rpooley75@gmail.com> |
| **Subject:** | Re: Tandem Rating course Dates |
| **Date:** | Tue, 5 Jan 2016 12:20:18 -0800 |

Hi Richard,

I am going to give you Rob Pooley's email address and phone number.  He is the one that gives the tandem ratings.
It is:  rpooley75@gmail.com.  His phone number is 916-505-1971.
Thank you,
Kathy Dause

**From:** Richard Keir
**Sent:** Tuesday, January 05, 2016 1:27 AM
**To:** paractr@softcom.net
**Subject:** Tandem Rating course Dates

Hi,

My Name is Richard, I am interested in completing my tandem rating at Lodi. I was just wondering when your next course is running?

Thanks in advance


Kind regards,

Richard Keir
0421 057 826

# 19523BEF-000001DE.eml



19523BEF-000001DE.eml

**No Preview Available**

| | |
|---|---|
| Item Date | 2016-01-05 15:20:18 |
| File Owner | BUILTIN\Administrators |
| File Type | RFC822 Email Message |
| GUID | 3fb8c1f7-f661-4434-b8af-f5ad30936e30 |
| Path Name | /Evidence 1/I16A0120900-Parachute Center/Z3TQ24TJ/Z3TQ24TJ.E01/[Unnamed Disk Image]/OS/[File System Root]/Users/Bill/AppData/Local/Microsoft/Windows Live Mail/Softcom (pa a49/Sent Items |

**From:** "Parachute Center" <paractr@softcom.net>
**To:** "Yuri Garmashov" <yurig.garmashov@gmail.com>
**Subject:** Re: Invitation
**Date:** Tue, 28 Jun 2016 14:26:06 -0700

Hi Yuri!!!!!

Sounds wonderful!!!!!
WE are doing fine here but it is a little hot 😅
Thank you,
Kathy

**From:** Yuri Garmashov
**Sent:** Tuesday, June 28, 2016 11:19 AM
**To:** Parachute Center
**Subject:** Re: Fw: Invitation

Hi Kathy,
How are you?
I will take care of it. I am comming back in August.
Thank you.
Yuri.

On Jun 28, 2016 9:15 PM, "Parachute Center" <paractr@softcom.net> wrote:

Hi Yuri,

Could you please answer this email.  We would love to have them here and an invitation letter is no problem but I think they need you to qualify them for the tandem Rating.  Are you coming back to us soon?  I hope so!!!!!

Thank you,
Kathy Dause

**From:** Олег Леуцкий
**Sent:** Tuesday, June 28, 2016 12:45 AM
**To:** paractr
**Subject:** Invitation

Hello! I'd like to take TM course at your dropzone. Can you send me an invitation, please, for making my documents procedure easy?

Blue Skies,

Oleg Leutsky, Ukraine

# 16496DF1-000002EB.eml



16496DF1-000002EB.eml

No Preview Available

| | |
|---|---|
| Item Date | 2016-06-28 17:26:06 |
| File Owner | BUILTIN\Administrators |
| File Type | RFC822 Email Message |
| GUID | 035f5811-bf42-42d4-b5ff-53d0a686243d |
| Path Name | /Evidence 1/I16A0120900-Parachute Center/Z3TQ24TJ/Z3TQ24TJ.E01/[Unnamed Disk Image]/OS/[File System Root]/Users/Bill/AppData/Local/Microsoft/Windows Live Mail/Softcom (pa a49/Sent Items |