# EXHIBIT 6

**Index of physical evidence seized from Robert Pooley's Locker**

| Item | Description | Date, or if multiple dates, latest date in item |
|---|---|---|
| | **Three Ring Binder Containing Pooley's Doctored USPA and UPT Applications, among other documents** | |
| | 2-inch three ring binder with the front cover "Tandem Instruction for Dummies" containing:<br>- In the front right pocket (all undated): The UPT Vector tandem Test answers, with "Master" written in the top right in red; the UPT Sigma Tandem test and answers, part of a certification form; part of a list of causes of tandem fatalities; what appears to be a document relating to customers who purchased photography packages.<br>- numerous colored plastic dividers with file pouches holding blank USPA and UPT documents, including:<br>- Blank USPA New Or Renewing Membership Applications<br>- Blank USPA License A Proficiency Card and Application preprinted with Pooley's initials and signature<br>- Blank USPA Canopy Piloting Proficiency Card Preprinted with Pooley and Garmashov's names and signatures<br>- Blank USPA License Applications<br>- Blank USPA Rating Renewal Form<br>- Blank USPA Coach Rating Course Proficiency Card<br>- Blank Tandem Instructor Rating Course Proficiency Card preprinted with Garmashov's Name and Signature SAME ONE USED FOR KWON pools name isn't anwhere<br>- Blank USPA Professional Exhibition (PRO) Rating Proficiency Card<br>- Blank USPA B License Exams<br>- Blank USPA C License Exams<br>- Blank USPA D License Exams (2009 and 2014 editions)<br>- Blank USPA Coach Exams<br>- Blank AFF Instructor Exams<br>- Blank Exhibition (PRO) Rating Written Exam #1 & Answer Sheets<br>- Tandem Emergencies Scenarios<br>Various Laminated sheets, including (but not limited to):<br>- Exam answer keys<br>- UPT Sigma Tandem System Malfunction decision flow chart<br>- UPT Paperwork Checklist for Tandem Instructors, with a red flag with a check mark on it<br>- Instructor Examiner Checklist for USPA Courses (Items to USPA)<br>- UPT 71-question Tandem Sigma Exam<br>- UPT Credit Card Authorizations<br>Back folder:<br>- Canopy Related Fatalities handouts, Essential Skills Canopy outline course | All Undated |

| | | |
|---|---|---|
| | **Stack of 25 CDs** | |
| | DVD-R with handwritten label: "Bill Dause Malfunctions 2008" | Dated 2008 but based on storage was likely "in use" in 2015 |
| | DVD-R with handwritten lettering: "Bill Dause Malfunctions" contained within a clear green hard case. | No date |
| | DVD-R with handwritten lettering: "*Bill's* '08" contained within a Clear blue hard case | Dated in 2008 but based on storage appears to have been still "in use" in 2015 |
| | White CD with handwritten label: "Skydive pic" | Undated |
| | 7 DVD-R with no labels, (6 loose, one in a white paper sleeve bearing instructions on "HOW TO FIND YOUR PHOTOS" and advising if you have trouble with your disk "DO NOT CALL THE PARACHUTE CENTER.  They will not be able to help you" and will direct you to video people) | Undated |
| | 3 DVD-Rs (one contained within a blue sleeve) with handwritten label: "skydive" | Undated |
| | 1 DVD-R labeled: "MAY/JOHN" within blank white paper sleeve | Undated |
| | DVD-R labelled "Bill's" in a clear plastic sleeve | Undated |
| | DVD-R labelled "D-TOUR" in a purple CD case | Undated |
| | DVD-R labelled "Skydive Veronica" | Undated |
| | DVD-R with handwritten lettering: "Learn to Skydive" | Undated |
| | DVD-R with handwritten lettering: "Break away" struck through at the top;<br>"Pack like a pro<br>Ground Rush" at the bottom, contained in a white blank paper sleeve | Undated |
| | DVD-R with handwritten lettering:  "WS. BAO OPENINGS<br>Jhonny FLOREZ" | Undated |
| | DVD-R with handwritten lettering:<br>"Skydive Michelle" | Undated |
| | DVD with handwritten lettering:<br>"Keen. N. Able" | Undated |
| | DVD-R with handwritten lettering: "fly lik a Pro<br>Break@way" | Undated |
| | DVD-R with handwritten lettering:<br>"SKYDIVE DVD<br>JIMMY<br>209 327 9781"<br>Contained within a blue paper sleeve | Undated |
| | **Loose slips of paper** | |
| | Printout from "Larson Jewelers - Specializing in Fine & Unique Wedding Bands" reflecting an order of two rings by Rob Pooley, at the billing and shipping address of the Parachute Center's physical location, using the | July 21, 2016 |

| | | |
|---|---|---|
| | email address rpooley75@gmail.com, via payment method of PAYPALEXPRESS, along with a slip of paper pertaining to ring resizing | |
| | Approximately 6 x 4 inch slip of paper with 15 people's first names written by hand | Undated |
| | A "HOW TO FIND YOUR PHOTOS" slip of paper which usually accompanied DVD-Rs of skydive jumps, with the name, address and phone number of Tim long and a note "Mailed 3/3/14" | Undated but bears a note "Mailed 3/3/14" |
| | The name and contact info of Joel Hunter with a note "*Try to find VIDEOS" | Undated |
| | Two slips of paper, one bearing "Rig check" notes in Spanish and the other with the answers to a multiple choice 40-question test, with the latter slip bearing the name "Sebastien Giovimecchini" | Undated |
| | Two slips of paper, one bearing "Freefall" notes in Spanish, and the other with the answers to a multiple choice 40-question test, both slips bore the name "Consuelo" | Undated |
| | Robert Pooley's Medical Certificate Third Class and Student Pilot Certificate, reflecting Date of Examination: August 24, 2006 | Unclear what date this license was operative. Reflects a medical exam date in 2006 but the FAA medical license was by definition only in use after the exam. |
| | Slip of paper with smudged writing: "GENERAL USPA AFF INSTRUCTOR" and what appears to be partial multiple choice test answers, on National Guard paper | Undated |
| | Parachute Center receipt reflecting Parachute Center sold Rob Pooley a "Hero 4 Silver" for $350 on June 18, 2016 | Undated |
| | 6 order forms for Camera Wing suits and Bombay FreeFly Topper suits | Undated |
| **Loose USPA and UPT Paperwork Packets (not in manilla folder)** | | |
| | USPA and UPT paperwork for Michael Jeffet *(for this one only, detailed each document below to give a sense of what can be contained in the USPA and UPT packets)* UPT Tandem Instructor Certification Form reflecting training jumps June 8, 2015 – July 8, 2015 UPT Credit Card Authorization (undated) UPT Tandem Parachute Jumper Agreement dated August 30, 2015 UPT Tandem Instructor Training Logbook (incomplete) reflecting jumps ranging from June 8, 2015-December 8, 2015 and bearing Yuri Garmashov's preprinted signature. Answers to 71-question exam (undated) USPA New or Renewing Membership Application (undated) USPA A License Proficiency Card and Application signed by Rob Pooley with date June 6, 2015 | August 5, 2015 (date of final examiner certification for packet) |

| | | |
|---|---|---|
| | USPA License Application signed by Yuri Garmashov with date June 6, 2015<br>USPA Canopy Piloting Proficiency Card reflecting training and jumps from June 6, 2015-June 20, 2015<br>USPA Coach Rating Course Proficiency Card reflecting Yuri Garmashov's preprinted signature certifications with dates from June 6, 2015-June 7, 2015<br>USPA Tandem Instructor Rating Course Proficiency Card, with Yuri Garmashov's preprinted signature and Robert Pooley's reflecting certifications June 8, 2015 – July 8, 2015<br>FAA Medical Certificate, Third Class dated August 5, 2015 | |
| | USPA and UPT paperwork packet for Luis Lopez Fleitas, reflecting training jumps ranging from February 3, 2014, through certifications on September 1, 2015 | September 1, 2015 |
| | USPA and UPT paperwork packet for Jeanre'my Boulet-Giroux, reflecting training jumps ranging from September 28, 2012 with the final certification by Pooley December 7, 2015 | December 7, 2015 |
| | USPA and UPT paperwork packet for Guiliermo Canatta Sosa, reflecting training jumps ranging from May 15, 2015 with the final certification by Pooley August 17, 2015 | August 17, 2015 |
| | USPA and UPT paperwork packet for Amit Avrustsky, reflecting training jumps ranging from February 1, 2013 with the final certification by Garmashov September 1, 2015 | September 1, 2015 |
| | USPA and UPT paperwork packet for Lucas Montenegro, reflecting training jumps ranging from June 13, 2015, with the final certification by Pooley on July 6, 2015 | July 6, 2015 |
| | USPA and UPT paperwork packet for Hugo Vieira Cardenas Marin, reflecting training jumps ranging from July 23, 2015, with the final certification by Pooley dated August 2, 2015 | August 2, 2015 |
| | USPA and UPT paperwork packet for Jordan Van Den Berg, reflecting training jumps ranging from May 13, 2011, with the final certification purportedly by Garmashov using a preprinted signature dated September 26, 2015 and the latest date on the document being a waiver signed September 27, 2015 | September 27, 2015 |
| | USPA and UPT paperwork packet for Apiati Apanui, reflecting training jumps ranging from May 8, 2011 with the final certification by Rob Pooley on October 22, 2014 | October 22, 2014 |
| | A handwritten 71-question test answer sheet for Ben Fuller, undated | Undated |
| | A USPA Ground instruction Evaluation Form for Joe. Undated. | Undated |
| | USPA and UPT paperwork packet for Jamie Lee, reflecting a training jumps ranging from July 21, 2011 with the final certification by Rob Pooley June 26, 2015 | June 26, 2015 |
| | USPA License Application for Tom Moormeister dated October 10, 2015 | October 10, 2015 |
| | USPA and UPT paperwork packet for Matias Baeza Parker, reflecting training jumps from March 9, 2014, with final certification purportedly by Yuri Garmashov with a preprinted signature on September 3, 2015 | September 3, 2015 |

4

| | | |
|---|---|---|
| | USPA and UPT paperwork packet for Eduardo Denis Kim, reflecting training jumps ranging from October 12, 2013, with final certification purportedly by Yuri Garmashov with a preprinted signature on September 2, 2015 | September 2, 2015 |
| | USPA and UPT paperwork packet for James Joseph Moore Garcia-Ortego, reflecting training jumps ranging from June 6, 2012, with final certification purportedly by Yuri Garmashov with a preprinted signature on September 2, 2015 | September 2, 2015 |
| | USPA and UPT paperwork packet for Pablo Romero reflecting training jumps ranging from October 27, 2012, with the final certification by Pooley using a preprinted signature July 16, 2015 | July 16, 2015 |
| | USPA and UPT paperwork packet for Adam Johnson, reflecting training jumps ranging from July 13, 2015, with the final certification signed off September 2, 2015 by Garmashov | September 2, 2015 |
| | USPA and UPT paperwork packet for Minsik Jeong, reflecting training jumps ranging from January 2, 2013, with the final certification purportedly by Garmashov with a preprinted signature on September 2, 2015 | September 2, 2015 |
| **Yellow Manilla Folder Containing Assorted Students USPA and UPT Paperwork and other documents** | | |
| | Thick yellow manilla folder containing an assortment of documents, including numerous USPA and UPT forms, emails with USPA, other USPA and UPT related documents, other documents appearing to relate to tandem parachuting, official documents in Russian which appear to relate to parachuting students, various undated test answer sheets, among others | Large date range (2012-2016) among the documents with dates |
| **Other loose documents** | | |
| | USPA Evaluator Information Sheets for Michael Roberts and Chad Cogburn | undated |
| | USPA After-Action and Feedback Report for Garmashov, with Pooley Cogurn and Roberts acting as Staff, dated September 3, 2015 | September 3, 2015 |
| | Blank USPA License Application forms with Yuri Gamarshov's preprinted name, initials, and signature | Undated |
| | Blank USPA Canopy Piloting Proficiency Cards with Pooley and Garmashov's preprinted names and signatures | Undated |
| | Blank USPA License a Proficiency Card and Application with Pooley's preprinted name and signature | Unddated |
| | Blank USPA License Exam Answer Sheet | Undated |
| **Manilla folder containing 3 USPA/UPT-related documents** | | |
| | Manilla folder labelled "ARMANDO ORTIZ GUERRERO" containing various paperwork, including:<br><br>A USPA Group Member Initial Application" for "California Skydive School" located at Parachute Center's address with Rob Pooley listed under "Name of DZ [Dropzone] Owner (or president or CEO if corporation)." USPA Aircraft Status form for various aircrafts at Parachute Center, possibly part of the application. | Folder was undated; documents within it varied, with the latest certification of May 3, 2015 (but of course UPT paperwork is mandated to be |

5

|  | USPA UPT forms for Gwillym Hewetson reflecting jumps from April 10, 2015 and final certification by Robert Pooley May 3, 2015 | maintained by the Examiner) |
|---|---|---|
|  | Photocopies of handwritten answers to multiple choice tests in multiple handwriting |  |
|  | **Yellow UPT Tandem Vector Training Logbooks** ||
|  | UPT Logbook for Miguel Peneda Fandino, reflecting jumps from 2005 onward, with Robert Pooley's certification dated 10/20/11 | Certification October 20, 2011 |
|  | UPT Logbook for Federico Busanello, reflecting jumps from October 2, 2012, with Robert Pooley's certification October 21, 2012, and the "Applicant Data" section on the back indicating that Basanello was current on his USPA rating as of "5/31/13" | Last date on document 5/31/13 |
|  | **USPA Correspondence** ||
|  | Unopened FedEx Envelope from Jim Crouch at USPA to Rob Pooley, with stamp indicating it was sent priority overnight August 11, 2016 | August 11, 2016 |
|  | Two copies of September 20, 2016 Notice of Violation Letter from USPA Western Regional Director Josh Hall to Robert Pooley | September 20, 2016 |
|  | **Memory cards** ||