# EXHIBIT 7

Case 2:21-cr-00111-WBS   Document 51-8   Filed 02/20/24   Page 2 of 4

UNITED STATES PARACHUTE ASSOCIATION

# INSTRUCTIONAL RATING MANUAL





## 2016–2017

## 15. Instructor Examiner Administrative Responsibilities

A. **Responsibilities of the Instructor Examiner**
   1. Before the course
      a. Coordinate course dates and hosting arrangements with the USPA Group Member drop zone
      b. Register the course with USPA Headquarters if desired. (USPA will list the course on its website calendar for instructional rating courses.)
      c. Courses registered 45 days in advance may also be listed in Parachutist magazine
      d. Registration may be accomplished by completing the online course registration form located in the rating course calendar on the USPA website.
      e. Each course must be planned to allow for an adequate number of days to run the course and complete the ground and air evaluations
      f. Ensure each candidate has completed any prerequisite course requirements
         (1) Proficiency card completed in required areas
         (2) Possesses a SIM and IRM dated within two years of the course
         (3) Acquired the necessary jump number and/or freefall time
         (4) Completed the written test prior to arrival at the course
      g. Arrange for adequate staffing for the course
         (1) Ensure the drop zone has arranged for the necessary aircraft and pilot support
         (2) Additional course evaluators will be needed for more than three course candidates
         (3) A ratio of one evaluator per three candidates will help the course run at the correct pace
   2. Opening the course
      a. Introduction
         (1) Introduction of the IE and course staff
         (2) Establish the schedule for the course, providing a short explanation of the planned activities for each day of the course
         (3) Ensure that each candidate and course staff member has clear expectations of what is expected from the course candidates and staff
         (4) Introduction of the candidates to the course staff and each other
         (5) Determine why each course candidate is attending the course
         (6) Use of creative ice breakers as a fun and interesting way to handle course introductions and begin the team-building process
         (7) Collect course fees
      b. Creative Ice Breakers
         (1) Introduce Yourself
         (2) Introduce Your Neighbor (see facilitation section)
         (3) My Favorite (see facilitation section)
         (4) False Colors (see facilitation section)
      c. Confirm course requirements have been met by each candidate
         (1) Current regular member of USPA
         (2) Appropriate USPA license
         (3) Proficiency card requirements for any items required before the course have been completed
         (4) Verify the candidate has obtained the jump numbers or freefall time required
         (5) Candidate must be a USPA Coach or expired USPA rating holder for any USPA Instructor rating
         (6) FAA 3rd class medical or equivalent medical exam is required for the USPA Tandem Instructor rating
         (7) Section 1 of each rating course syllabus in the Instructional Rating Manual includes the course requirements for candidates, IEs and the evaluation staff used for each course.
         (8) Be present and attentive for the entire course from start to finish.
   3. During the course
      a. Use the same principals of instruction reviewed with the candidates from the Coach Course syllabus while running the course
         (1) Keeps the course on track
         (2) Leads by example
      b. In addition to leading the course, each IE is expected to mentor the evaluators in the course
         (1) New course evaluators will need direct supervision and close guidance from the IE in order to learn the correct evaluation process
         (2) Evaluators who are seeking the IE rating should be given the opportunity to complete the required tasks listed on the IE proficiency card
         (3) The IE must ensure that the course evaluators apply the same standards to each course candidate
   4. After the course
      a. Complete the after-action report
      b. Collect each evaluator information form
      c. Make copies of all successful candidate proficiency cards
      d. Complete any required letters of recommendation for any course evaluator who qualifies as a new IE
      e. For tandem instructor rating candidates, collect a copy of the FAA third class medical or equivalent
      f. Collect candidate course fees and USPA rating fees (if applicable)
      g. Send a copy of the above listed materials to USPA Headquarters, including any rating fees

B. COURSE RECORDS

1. Each candidate should retain his original proficiency card (or a copy of it) for personal records
2. Items to be retained by the IE for at least two years
    a. After action report
    b. Candidate written tests
    c. Air skills evaluation forms
    d. Ground skills evaluation forms
    e. Copy of any letters of recommendations
    f. Copy of Proficiency cards