# EXHIBIT 8

# Tandem Examiner Guide Lines
# For the
# Certification of Tandem Instructors

With the Tandem Vector/Sigma System



**Eleventh Edition – January 2013**

Uninsured United Parachute Technologies
1645 Lexington Avenue
DeLand, FL 32724
USA

mark@uptvector.com
www.uptvector.com
(386) 736-7589 Phone
(386) 734-7537 Fax

1

POOLEY_00022475

Tandem Vector/Sigma owners are obligated to report the sale of a tandem system to United Parachute Technologies as well as verifying that the purchaser is a current United Parachute Technologies tandem instructor.

    E. Record Keeping

The manufacture must have a copy of all the required paper work before the candidate can continue doing tandems after the initial 5 training jumps (use the Examiner check list), not submitting all information is grounds for loss of your tandem examiner rating.

Examiners must maintain a copy of all submitted paper work.

All paper work should be submitted no later 3 working days after the 5 initial jumps.

**United Parachute Technologies Tandem Instructor Emergency Procedures**
**Re-currency and Certification Checklist**

Aim: To confirm candidate is familiar and comfortable with procedures to handle all possible tandem emergencies.

Aids:
- Tandem rig to be used;
- Experienced jumper to act as helper and student/passenger;
- Rubber bands wrapped around the drogue to make it easier to re-insert into the pouch.

Tips:
- Before the test of each emergency, confirm your helper knows what they need to do;
- Where the test of an emergency requires the use of cutaway and reserve handles, watch the candidates eyes and hands during their reaction;
- Brief the candidate just to touch the cutaway and reserve handles say they are pulling the handles and not to actually pull them;
- Ask the candidate to say what they are doing as they are doing it;
- Be aware of how much time they use to react.