PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>ROBERT POOLEY,<br><br>            Defendant. | CASE NO. 2:21-CR-111 WBS<br><br>STIPULATION REGARDING RULE 12 BRIEFS DEADLINES; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 4, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     The defense filed timely Rule 12 motions on February 5, 2024.

2.     By previous order, the following schedule had been set for subsequent Rule 12 briefing:

     a)     Any oppositions to Rule 12 motions were due February 19, 2024.

     b)     Any reply briefs in further support of Rule 12 motions were due by February 26, 2024.

3.     February 19, 2024 is Presidents Day, a federal holiday for which the Court is closed.

4.     The parties agree to and request that the Court order the following amended schedule;

     a)     Any oppositions to Rule 12 motions shall be filed by February 20, 2024.

     b)     Any reply briefs in further support of Rule 12 motions shall be filed by February

1    27, 2024.

2       5.       The previously set dates for trial (May 14, 2024) and Trial Confirmation Hearing and

3  Rule 12 Motions Hearing (March 4, 2024) shall remain unchanged.

4       IT IS SO STIPULATED.

5

6

7  Dated:  February 23, 2024                    PHILLIP A. TALBERT
                                               United States Attorney

8

9                                              /s/ KATHERINE T. LYDON
                                               KATHERINE T. LYDON
                                               Assistant United States Attorney

10

11

12  Dated:  February 23, 2024                    /s/ MIA CRAGER
                                               MIA CRAGER
                                               Counsel for Defendant
13                                              ROBERT POOLEY

14

15

16                          **[PROPOSED] ORDER**

17       IT IS SO FOUND AND ORDERED this _____ day of _____, _____.

18

19                                              _____
                                               THE HONORABLE William B. Shubb
20                                              SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION RE: RULE 12 MOTIONS DEADLINES                    2