PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT POOLEY,<br><br>　　　　　　　Defendant. | CASE NO.  2:21-CR-111 WBS<br><br>STIPULATION REGARDING RULE 12 BRIEFS DEADLINES;  FINDINGS AND ORDER<br><br>DATE: March 4, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　The defense filed timely Rule 12 motions on February 5, 2024.

2.　By previous order, the following schedule had been set for subsequent Rule 12 briefing:

　　a)　Any oppositions to Rule 12 motions were due February 19, 2024.

　　b)　Any reply briefs in further support of Rule 12 motions were due by February 26, 2024.

3.　February 19, 2024 is Presidents Day, a federal holiday for which the Court is closed.

4.　The parties agree to and request that the Court order the following amended schedule;

　　a)　Any oppositions to Rule 12 motions shall be filed by February 20, 2024.

　　b)　Any reply briefs in further support of Rule 12 motions shall be filed by February

27, 2024.

5. The previously set dates for trial (May 14, 2024) and Trial Confirmation Hearing and Rule 12 Motions Hearing (March 4, 2024) shall remain unchanged.

IT IS SO STIPULATED.

Dated:  February 23, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  February 23, 2024

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
ROBERT POOLEY

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE