# Exhibit I:
# Declaration of William Dause

HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00111-WBS |
|---|---|
| Plaintiff, | ) **DECLARATION OF WILLIAM DAUSE** |
| vs. | ) |
| ROBERT POOLEY, | ) Judge: Hon. William B. Shubb |
| Defendant | |

I, William Dause, do declare the following:

1. I was present at the Parachute Center on January 30, 2018 when agents entered with a search warrant.

2. There were many agents and officers who participated in the search. I estimate there were about twenty. Many were in uniforms bearing the names of various law enforcement agencies and some were in regular clothes with lanyards around their necks. I recognized at least one employee from the Federal Aviation Administration (FAA).

3. Agents were at the Parachute Center searching for several hours that day. I would estimate agents were there from about 7 or 8 A.M. until around 6 P.M. They informed me that they were downloading all the data on all the computers, which took a long time.

4. I offered to help them find what they were looking for, but they did not take me up on this offer.

5. One of the computers they downloaded was the one at a desk where I worked. Rob Pooley would also use that computer. He would generally assist me with technological problems because I am not very proficient with computers myself. He also had his own files on the computer. If there is a folder called Robs Docs or Robs Files, those would be his files. I never went in that folder. I am not good with computers so I am not even sure I could find that folder

on the computer, but I also would not go in there because those were Rob's file and not something related to me.  After he printed documents (there was a printer attached to that computer) he would sometimes show them to me, but while the document existed on the computer I would not see it.

6. During the search, the agents opened all the lockers at the Parachute Center.  When I saw them going into the lockers, I told the officers that those were private lockers that were not part of the business.  I told them multiple times, but the officers said the warrant let them go in there.

I affirm that the above is true and correct to the best of my personal knowledge.

DATED: February 27, 2024, in Lodi, California.

*/s/ William Dause*

2