HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT POOLEY, <br><br> Defendants. | Case No. 2:21-cr-00111-WBS <br><br> **MOTION *IN LIMINE* #3 (TO PROHIBIT REFERENCING WITNESSES BY "VICTIM NUMBER")** <br><br> Date: April 29, 2024 <br> Time: 9:00 A.M. <br> Judge: Hon. William B. Shubb |

### I. MOTION

Mr. Pooley moves *in limine* to use the real names of witnesses at trial instead of the "victim numbers" assigned by the government and used in its filings. The alleged victims in this case are all adults and there is no basis to refer to them as anything other than their names.

### II. FACTUAL BACKGROUND

In the government's recent filings, *see, e.g.*, Dkt. 50, the government refers to the alleged victims by number. The exhibits attached to the government's filings have the real names of the victims redacted and replaced by labels such as "Victim 1." The filings also refer to the person whose signature was allegedly "used" in aggravated identity theft only by his initials, Y.G. The defense brings this motion *in limine* to prohibit hiding the true names of the alleged victims at trial.

-1-

### III. ARGUMENT

Referring to the alleged victims as "Victim 1" through "Victim 8" – as opposed to their actual names – is prejudicial and unnecessary. All alleged victims in this case are adults. There are no minor victims. Hiding their identities from the jury with initials or using a prejudicial shorthand like "Victim 1" should also be disallowed under Rule 403. The alleged victims here should be addressed by name. *See United States v. Powell*, 2023 WL 3060708, at *3 (D. Idaho Apr. 24, 2023) ("The Court would encourage the government to refer to the alleged victim by name to avoid the issue. But if the government chooses to use the term 'victim' in some situations, it should use the more accurate phrase '*alleged* victim.'"). Repeatedly using the label "Victim [#]" is prejudicial because it implies that "Victims 1 through 8" have already been determined to be victims. *Crawford v. City of Bakersfield*, 2016 WL 5870209, at *8 (E.D. Cal. Oct. 6, 2016) (finding "use of the terms shooter, killer, and victim" was "inflammatory terminology"); *Estate of Zahn v. City of Kent*, 2016 WL 541397 at *4 (W.D. Wash. Feb. 11, 2016) (finding that "[t]he labels 'shooter' and 'victim' are unnecessarily argumentative" and the plaintiffs could "easily refer" to the officer and decedent by name); *United States v. Sena*, 2021 WL 4129247, at *2 (D.N.M. Sept. 9, 2021) (finding repeated use of the word "victim" could cause prejudice, and noting that excluding the word did not prevent a party from describing injuries or presenting evidence in a criminal trial).

### IV. CONCLUSION

Mr. Pooley respectfully requests that the Court direct that the alleged victims be referred to by name rather than "Victim 1" through "Victim 8" or by initials.

.

Date: April 1, 2024              Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Mia Crager*
                                 MIA CRAGER
                                 MEGHAN McLOUGHLIN
                                 Assistant Federal Defenders
                                 Attorneys for Defendant
                                 ROBERT POOLEY