IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>ROBERT POOLEY,<br><br>                Defendant. | CASE NO. 2:21-CR-111 WBS<br><br>DECLARATION OF KATHERINE T. LYDON |

I, Assistant United States Attorney Katherine T. Lydon, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. Attached hereto as Exhibit 1 are communications from USPA regarding steps taken and retraining requirements in the wake of the fatal tandem accident with respect to approximately 140 tandem instructor candidates taught by Pooley and/or Y.G during the period of Pooley's suspension.

2. Attached hereto as Exhibit 2 are FAA Inspector David Jensens's notes from his meeting with Bill Dause in which Dause gave him Kwon's USPA and UPT paperwork, and a copy of those documents.

3. Attached hereto as Exhibit 3 are Jensen's interview notes from his meeting with Pooley.

4. Attached hereto as Exhibit 4 are two letters by Pooley exonerating Y.G. and explaining he used Y.G.'s signature without his knowledge.

Dated: April 15, 2024

                                        By:  */s/ Katherine T. Lydon*
                                                 Katherine T. Lydon
                                                 Assistant United States Attorney