# EXHIBIT 2

| RECORD OF | ☒ VISIT | ☐ CONFERENCE OR | ☐ TELEPHONE CALL | TIME | DATE |
|---|---|---|---|---|---|
| | | | | 12:00 PM | 08/09/2016 |

| NAME(S) OF PERSON(S) CONTACTED OR IN CONFERENCE AND LOCATION | ROUTING | |
|---|---|---|
| William (Bill) Dause at Parachute Center, Acampo, Ca. | SYMBOL | INITIALS |
| | | DTJ |

**SUBJECT**
Tandem Incident of Mr. Yonghyeon Kwon performing a tandem parachute operation with a Mr. Tyler Turner at the Lodi Parachute Center

**DIGEST**
Asked Mr. Dause if he had seen the video of the Incident from cameraman Denys Somin.

Mr. Dause said "yes" he had seen the video and the still pictures printed from the video that Pete Swan had printed from his analysis of the jump events.

Mr. Dause stated there was a sequencing problem with the jump.

Mr. Dause submitted a package of paperwork that was the still pictures from Pete Swans printed analysis of video.

Mr. Dause submitted Mr. Yonghyeon Kwon USPA documents that appeared to be USPA membership, A License and Canopy applications. Also USPA & UPT Tandem course application. All of these documents were very hard to read (light print ink).

Mr. Dause explained that the documents he has are light in print and the copy machine cannot make it darker.

Mr. Dause stated that a Curtis Bates was the pilot of aircraft N153KD used in this parachute operations.

**CONCLUSION, ACTION TAKEN, OR REQUIRED**
ASI completed tandem incident investigation Sept 7, 2016, FAA Incident form 8020-23 with technical report of the jump sequence, investigation findings and issues. Opened Enforcement Investigation Report (EIR) with FAR 105.45(a)(1)(iii), (iv) & (v) and CFR Title 49 §1540.103 (a)(b)&(c) violations cited on Bill Dause.

| DATE | TITLE | SIGNATURE |
|---|---|---|
| 09/07/2016 | Aviation Safety Inspector | [signature] |

FAA Form 1360-33 (10/12) Supersedes Previous Edition                                          Page 1

DIGEST (CONT.)

9/1/16 Returned to the Parachute Center with Inspector DeSeelhorst to follow up on aircraft N153KD.
Mr. Dause produced a copy of Arron Booth New Zealand Parachute Association card with endorsement D, ratings Jumpmaster, Tandem and Strong Vector & Sigma. Mr. Booth had flown with Turners friend Quinan. Confirmed with Mr. Dause that USPA does not recognize foreign tandem instructor cards.
Gave Mr. Dause a pilots bill of rights flyer for apparent F.A.R §105.45 (a) (iii) (iv) & (v) violations.
Mr. Dause also stated Rob Pooley and his USPA examiners rating was suspended by the USPA since July 2015 and he agreed Pooley was not authorized to conduct tandem courses.



**United States Parachute Association**
5401 Southpoint Centre Boulevard
Fredericksburg, VA 22407-2612
(540) 604-9740, fax: (540) 604-9741
e-mail: membership@uspa.org

# USPA New or Renewing Membership Application

**NAME:** FIRST (AND MIDDLE) YungHyeon    LAST Kwon

**MAILING ADDRESS:** 515-10, Huangseong-dong

CITY Gyeongju-si    STATE Gyeongsang buk-do    ZIP CODE 38084

COUNTRY South Korea

E-MAIL ADDRESS q43170@naver.com

SEX M    DATE OF BIRTH 01 25 91    PHONE NUMBER ____    FAX NUMBER ____
M/F      MO DY YR

Join or renew online at www.uspa.org to save a stamp and help keep the cost of dues down.

**Domestic Membership:**
(includes standard magazine delivery)
- ☐ New member: ...$65
- ☐ Renewing or expired members: ...$55
- ☐ **Optional** upgraded magazine delivery (add): ...$30
- ☐ Lifetime Membership*: ...$1,000

**Foreign Membership:**
(includes standard magazine delivery)
- ☑ New member: ...$74
- ☐ Renewing or expired members: ...$64
- ☐ **Optional** upgraded magazine delivery (add): ...$41
- ☐ Lifetime Membership*: ...$2,500

*(includes standard magazine delivery) Rating fees and upgrades are **not included** with lifetime membership and must be added to the total payment.

**Ratings:**
- ☐ Instructional rating renewal fee: ...$30
  Signature verification required (see reverse side)
- ☐ PRO rating renewal fee: ...$15/$35
  Signature verification required (see reverse side)
  $15 for renewal only; $35 total for renewal, plus optional new card (requires new 1" x 1" photo)

**Donations:**
- ☐ U.S. Team Trust Fund: ...$____
- ☐ Airport Access Defense Fund: ...$____

- ☐ **Expedited Processing:** ...$20
  Normal processing and delivery of membership card takes three to four weeks. Expedited processing with e-mail or fax confirmation (choose below) is done within 48 hours. Allow two weeks for delivery of card on expedites.
  ☐ fax confirmation (number): ____
  ☐ e-mail confirmation (address): ____

**Total Payment** (please add total and fill in): 74
U.S. payments by Visa, MasterCard, check or money order.
All foreign payments must be by VISA or MasterCard.

USPA dues, rating fees, and AAD Fund donations are not deductible as charitable contributions for federal income tax purposes.

☐ Check here if you do **not** want your name to appear on a mailing list occasionally sold by USPA. (does not include e-mail or telephone).

Please take a moment to answer some important questions:
My preferred method of communication with USPA is:
☐ phone   ☐ fax   ☐ postal mail   ☑ e-mail
What is your profession? Student
Total sport jumps in the last 12 months: 500
Total sport jumps to date: from 05/2017
Malfunctions in the last 12 months: 1 (one time)
Number of skydiving injuries requiring a medical care facility in the last 12 months: No
Did you participate in USPA Safety Day this year? No
Complete if you are an expired or rejoining member:
USPA membership number: ____
USPA license numbers:
A ____  B ____  C ____  D ____
Year membership expired: ____
Total number of years as a USPA member: ____

**Support your U.S. Team and your right to skydive!**


U.S. Parachute Team Trust Fund! Help support U.S. Teams. Please add your tax deductible contribution to your total payment. Thank you!


Airport Access Defense Fund! Help support the fund to keep drop zones open. Please add your donation to your total payment.

If paying by credit card: ☑  VISA   ☐  MasterCard

Expiration Date 11 19

4548 ____ ____ 6797 18 2

Cardholder Signature: 권융현

Scanned by CamScanner

Case 2:21-cr-00111-WBS





Scanned by CamScanner

# USPA CANOPY PILOTING PROFICIENCY CARD

## CANOPY PILOT INFORMATION

Name: Yonghyeon Khyn
USPA Number: Pending                Expiration Date: ___
Mailing Address: 515-16 Hwangseong-dong
Addtl Address: ___
City: Gyeongju-si   Nearest big city Zip or Postal Code: 38054   Country: South Korea
Weekday Phone: (___)___   Email: ㅋ15ㅣ@naver.com
License Number: ___   Total Sport Jumps: 553
Canopy Type and Size: Katana 120

## INSTRUCTIONS

This completed and signed canopy proficiency card is required to obtain a USPA B license. Candidates must include a copy of this card with the USPA B license application to USPA Headquarters in order for USPA to issue the B license. USPA does not issue advanced canopy ratings or qualify canopy piloting instructor examiners.

USPA requires drop zone management to verify the qualifications of the S&TA and verifying officials. A current USPA Safety & Training Advisor (S&TA), Instructor Examiner, Coach Examiner, or Board member must verify that the training has been completed by endorsing this proficiency card. See Section 6-10 of the USPA Skydiver's Information Manual (SIM) for the course director requirements. Candidates must perform these training jumps during dedicated clear-and-pull skydives from at least 5,000 feet.

Canopy Pilot: By observing recommendations outlined in Section 6-10 and 6-11 (and other related sections) of the SIM, you have exhibited a level of commitment to safe canopy piloting.

## TRAINING

Reviewed SIM Section 6-10
Authorized Signature: [signature]
USPA Membership or License Number: 155136   Date: 6.14.14

Reviewed SIM Section 6-11
Authorized Signature: [signature]
USPA Membership or License Number: 155136   Date: 6.14.14

## CANOPY DISCOVERY DRILLS

### 1) Evaluation Jump
- Collapse slider
- Loosen chest strap
- Check brake line length
- Practice flare up high
- Plan and execute a distinct downwind, base and final approach

Verifying Official's Name: Rob Pooley
Signature: [signature]
License: D-24848
Date: 6.13.14

### 2) Basic Aerodynamics, Effective Flaring and Riser Turns:
- Practice flares, five with eyes open
- Practice flares, five with eyes closed
- 90, 180, 360 degree turn with rear risers
- 90, 180, 360-degree turn with front risers
- Plan and execute a distinct downwind, base and final approach

Verifying Official's Name: Rob Pooley
Signature: [signature]
License: D-24848
Date: 5.13.14

### 3) Flat Turns and Braked Canopy Flight
- Flare from 1/4, 1/2, 3/4 brakes (simulated landing)
- 180-degree braked turn (1/4, 1/2, 3/4 brakes)
- Plan and execute a distinct downwind, base and final approach
- Land from half-braked position

Verifying Official's Name: Rob Pooley
Signature: [signature]
License: D-24848
Date: 6.13.14

### 4) Stalls and Crosswind Landing
- Rear riser flare (simulated landing)
- Full ram-air stall using toggles
- Full ram-air stall using rear risers
- Plan and execute a crosswind oriented downwind, base and final approach

Verifying Official's Name: Rob Pooley
Signature: [signature]
License: D-24848
Date: 6.13.14

### 5) Long Spot
- Return from long spot
  Comparison
- Using toggles
- Using rear risers
- Plan and execute a distinct downwind, base and final approach

Verifying Official's Name: Rob Pooley
Signature: [signature]
License: D-24848
Date: 6.13.14

## SIGNATURE IDENTIFICATION (S&TA, IE, CE, BOD)

(Print Name): Yuri Garmashov
(Signature): [signature]
USPA Membership or License Number: 163264

MAR. 2012

Scanned by CamScanner

POOLEY_00022245

# UNITED STATES PARACHUTE ASSOCIATION® LICENSE APPLICATION

(Please type or print)
Name YeonHyeon Kwon
Street Address 515-10 HwangSeong-Dong
City Gyeongju-Si State Gyeongsangbukdo Zip 38064
Country South Korea   U.S. Citizen ☐ Yes ☒ No   DOB 01/25/91

USPA # reading
X 권연현
Signature of Applicant

License Number(s) Issued:

| Type | | |
|---|---|---|
| ☐ B | $ | License Fee ($30 each license) |
| ☒ C | $ 30 | Expedite with fax or email confirmation (add $20) |
| ☒ D | $ 30 | |
| | $ | Total   Fax # or email address 9-49170@naver.com |
| | | Phone # |

☒ VISA ☐ ☐ ☐ Discover   OR ☐ check   Make U.S. checks only payable to "USPA."
U.S. payments: Mail check or money order payable to "USPA" or pay by VISA, MasterCard or Discover.
Foreign payments: Only VISA, MasterCard and Discover accepted for foreign payment.
No foreign checks or money orders.

4 8 4 8 ⬚ ⬚ ⬚ 1 1 6 7 0 7 1 8 2   1 / 1 9   6 2 5
                                                                month  year   3-digit security code
                                                                expiration date   on back of card

## 1. EXPERIENCE (Fill in both categories)

| Total Jumps | 553 |
|---|---|
| Total Freefall Time | 28965 Sec. |

## 2. SKILL TABLES

Fill in the number of the highest license you currently hold and all the information requested for each license that is higher than the one you currently hold, up to and including the license you are applying for. For each license requirement met, write in either the number of the jump, the date of the training or the score, accordingly. The verifying official must initial each block of the skill verification table and sign the verification box. Refer to the Skydiver's Information Manual, Section 3, for specific requirements.

### A # _____ LICENSE Number*

*If applying for A-license provide a photocopy of a completed USPA A-license Application, signed by a USPA Instructor, Instructor Examiner or member of the USPA Board of Directors.

◊ List jump numbers used to meet the accuracy requirements: 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231

### B # _____ LICENSE Number (or fill out below)

| Requirements | Jump No. or date | Initial |
|---|---|---|
| Accuracy (10 jumps) | ◊ | |
| Maneuvers | 4.5.14 | |
| Water Training | 50 | |
| Canopy Course (See SIM 5-1) | 4.5.14 | |
| Exam Score | 90 | |

### C # _____ LICENSE Number (or fill out below)

| Requirements | Jump No. or date | Initial |
|---|---|---|
| Accuracy (25 jumps) | ◊ | |
| Maneuvers | 5.0.15 | |
| Exam Score | 100 | |

### D

| Requirements | Jump No. or date | Initial |
|---|---|---|
| Night Jump #1 | 458 | GG |
| Night Jump #2 | 459 | GG |
| Exam Score | 100 | GG |

## 3. KNOWLEDGE

A USPA instructor administers the written exam(s) (B, C, and D licenses), records the passing score(s) in the skill table(s), and initials the box(es).

## 4. VERIFICATION (Please print or type)

I certify that I have personally checked the applicant's logbook(s) and found documentation that the applicant has met all applicable requirements as specified in the Skydiver's Information Manual, Section 3-1.

Name of verifying official (Print legibly) [REDACTED]

Signature of verifying official _____ Date 1.26.16   Membership number and title [REDACTED]

NOTE: License applications must be signed by a verifying official.

A D-license application requires the signature of a member of the USPA Board of Directors, a Safety & Training Advisor or an Instructor Examiner.

Applications for B and C licenses may be signed by any current USPA Instructor or higher.

NOTE: D LICENSE REQUIRES SIGNATURE OF S&TA OR HIGHER.

## 5. CHECK LIST

☐ Experience table completed—Block 1.
☐ All appropriate boxes on skill table completed—Block 2.
☐ Signature (in verification box) of appropriately-rated verifying official—Block 4.

Mail to USPA • 5401 Southpoint Centre Blvd. • Fredericksburg, VA 22407 • with $30 for each license requested, or email to safety@uspa.org or Fax (540) 604-9741 with your credit card authorization.

12/14

# COACH RATING COURSE PROFICIENCY CARD

**CANDIDATE:** Refer to the rating requirements listed in the Introduction and Orientation section of the USPA Coach Rating Course outline in the USPA Instructional Rating Manual. Some requirements are listed there alone, and some are listed only on this proficiency card.

Sign-off dates may not be more than 24 months old as of the course start date. Many requirements may be performed in conjunction with a USPA Coach Rating Course.

**VERIFYING OFFICIALS:** Use this form to record that the candidate has met all necessary requirements for the USPA Coach rating. The level of official verification is indicated with each requirement. Each of the undersigned certifies that he or she has personally verified those qualifications listed.

## USPA COACH RATING APPLICATION

Name: YongHyeon Kwon

USPA #: Pending   Expiration Date: / /

Mailing Address: 515-10, Hwangseong-dong,

Add'l. Address: ____

City: Gyeongju-si   State: Gyeongsang   Zip or Postal Code: 38064   Country: South Korea

Weekday Phone: ( )   E-Mail: 9A317@naver.com

DOB: 01/25/1991   Sex: ☒ M ☐ F   Occupation: student

License Number: pending   (Must be USPA or FAI B or higher)

Total Freefall Time: 28958 sec.   Total Sport Jumps: 553

Applicant's Signature (for future authentication purposes): 권용현

$35 Rating Fee:  ☐ Paid by candidate with application   ☐ Returned with After-Action Report

☐ MasterCard  ☒ VISA   4 5 4 8 0 0 1 1 0 7 9 7 1 8 2   Expiration date MO 11 / YR 19

Signature: 권용현

I certify that YongHyeon Kwon has:
name of candidate

### BEFORE THE USPA COACH RATING COURSE:

1. Correctly answered at least 80% of the questions on the USPA Coach Final Examination.
   Course examiner signature   Date 6.28.16

2. Assisted in one complete solo first-jump course.
   USPA Instructor signature   Date 6.28.16

### AT THE USPA COACH RATING COURSE:

3. Successfully conducted two satisfactory training sessions from the topics listed in the Coach Rating Course Evaluation outline.
   Evaluator signature   Date 6.28.16
   Evaluator signature   Date 6.28.16

4. Demonstrated the ability to teach the following topics from Categories F-H of the ISP.
   • floater exit   Evaluator signature   Date 6.28.16
   • diver exit   Evaluator signature   Date 6.28.16
   • forward and dock   Evaluator signature   Date 6.28.16
   • fall rate   Evaluator signature   Date 6.28.16
   • tracking with awareness   Evaluator signature   Date 6.28.16

5. Demonstrated the ability to conduct a satisfactory debriefing.
   Evaluator signature   Date 6.28.16

6. Correctly performed a pre-jump equipment check.
   Evaluator signature   Date 6.28.16

2009-2010 IRM | USPA.ORG | 49

Scanned by CamScanner

Page 2    CANDIDATE NAME  YongHyech Kwon    Member # pending

## COACH

7. Successfully completed two air evaluations.

_____  1.28.16
Evaluator signature          Date

_____  1.28.16
Evaluator signature          Date

8. Participated in all portions of the USPA Coach Rating Course.

_____  1.28.16
Course examiner signature    Date

### RATING RECOMMENDATION

I have personally examined and recommend this applicant for the USPA Coach rating. He or she has demonstrated the ability to, under the supervision of a USPA Instructor, teach the general (non-method-specific) sections of the first jump course, conduct group freefall skills training, supervise students making group freefall training jumps, and conduct recurrency training and jumps with licensed skydivers.

██████████████████   163264
Course examiner name (please print)   Member #

_____
Course examiner signature

Course Date  1.26.16

CA sky dive school, Acampo
Original Course Location

---

### COURSE/EXAMINER VERIFICATION CHECKLIST

❏ Examiner membership and rating expiration date_____
❏ Course Location_____(must be a current USPA Group Member drop zone)
❏ Course dates and location registered with USPA Headquarters on (date)_____
❏ Candidate USPA Membership expiration date_____
❏ Full Course     ❏ Challenge Course (See Section 1 of course syllabus for requirements)

Scanned by CamScanner

# TANDEM INSTRUCTOR RATING COURSE PROFICIENCY CARD

**CANDIDATE:** Refer to the rating requirements listed in the Introduction and Orientation section of the USPA Tandem Instructor Rating Course outline in the USPA Instructional Rating Manual. Some requirements are listed there alone, and some are listed only on this proficiency card.

Sign-off dates may not be more than 24 months old as of the course start date. Many requirements may be performed in conjunction with a USPA Tandem Instructor Rating Course.

**VERIFYING OFFICIALS:** Use this form to record that the candidate has met all necessary requirements for the USPA Tandem Instructor rating. The level of official verification is indicated with each requirement. Each of the undersigned certifies that he or she has personally verified those qualifications listed.

*Current USPA Instructors need not meet starred requirements.

## USPA TANDEM INSTRUCTOR RATING APPLICATION

Name: YongHyeon Kwon    USPA #: pending    Expiration Date: __/__/__

Mailing Address: 514-10, Hwangseong-dong

Add'l. Address: ____

City: Gyeongju-si    State: Gyeongsangbuk-do    Zip or Postal Code: 38084    Country: South Korea

Weekday Phone: ( )    E-Mail: q6317@naver.com

DOB: 01/25/1991    Sex: ☒M ☐F    Occupation: student

License Number: pending    (USPA or FAI D license required.)

FAA Medical Exp. Date: 1/30/18 (include copy of medical with this application)

Total Freefall Time: 28995 sec    Total Sport Jumps: 153 (minimum 500 required.)

Applicant's Signature (for future authentication purposes): 권용현

$50 Rating Fee: ☐ Paid by candidate with application  ☐ Returned with After-Action Report

☐ MasterCard  ☒ VISA  4848 0010 7971 82    expiration date MO 11 YR 19

I certify that    Signature: 권용현    YongHyeon Kwon    has:
                                name of candidate

**PRIOR TO ARRIVAL AT THE USPA INSTRUCTOR RATING COURSE:**

1. Assisted in two tandem first-jump courses toward Category A requirements.
   _____ / 6.27.16
   USPA Tandem Instructor signature / Date
   _____ / 6.27.16
   USPA Tandem Instructor signature / Date

2. Assisted in two Category B tandem ground preps.
   _____ / 6.28.16
   USPA Tandem Instructor signature / Date
   _____ / 6.28.16
   USPA Tandem Instructor signature / Date

3.* Assisted in two Category D ground preps.
   _____ / 6.29.16
   USPA Instructor signature / Date
   _____ / 6.29.16
   USPA Instructor signature / Date

4.* Observed ground preps in Categories B, C, E, and F.
   _____ / 6.29.16
   USPA Instructor signature / Date

5.* Correctly taught freefall stability and basic freefall maneuvers, including freefall turns, backloops, barrel rolls, front loops, and tracking.
   _____ / 6.29.16
   USPA Instructor signature / Date

6.* Prepared an effective canopy flight plan and provided ground-to-air (for example, radio) instruction for winds up to 14 mph.
   _____ / 6.29.16
   USPA Instructor signature / Date

7.* Participated in the spotting and aircraft lessons from Categories D through H (or equivalent training).
   (initials:) Category D ☒  Category G ☒
              Category E ☒  Category H ☒
              Category F ☒
   _____ / 6.29.16
   USPA Instructor signature / Date

2009-2010 IRM | USPA.ORG | 195

TANDEM

Scanned by CamScanner

CANDIDATE NAME  Yong Hyeen  Kwon   Member # pending

8.* Demonstrated five practice tandem cutaways wearing tandem equipment and with a simulated student in the student harness in the presence of a USPA Tandem Instructor or Tandem Instructor Examiner.

_____  6.29.16
1. Supervising USPA Tandem Instructor signature   Date

9.* Made 10 jumps to teach and observe basic group freefall skills (verification of 10 entries in the candidate's logbook).

_____  7.1.16
Course Examiner's signature   Date

10. Correctly answered at least 80% of the questions on the USPA Tandem Instructor Final Examination.

_____  7.1.16
Course examiner signature   Date

AT THE USPA INSTRUCTOR RATING COURSE:

11. During tandem jumps, demonstrated the ability to perform all the following:

• Establish and maintain stability throughout the jump.

_____  6.27.16
Evaluator signature   Date

• Recover from intentional, planned instability on exit.

_____  6.27.16
Evaluator signature   Date

• Heading control during tandem freefall and droguefall.

_____  6.27.16
Evaluator signature   Date

12. Earned a score of Satisfactory on all sections and subsections of the Tandem In-Air Skills and Instruction Evaluation Form and the Training, Supervision, and Debriefing Evaluation Form.

_____  6.28.16
Course examiner signature   Date

13. Correctly and completely rigged a simulated student for a tandem jump and completed a satisfactory pre-jump check of all associated systems.

_____  6.28.16
Evaluator signature   Date

14. Conducted five successful initial tandem evaluation jumps.

_____  6.29.16
1. Evaluator signature   Date
_____  6.29.16
2. Evaluator signature   Date
_____  6.29.16
3. Evaluator signature   Date

_____  6.29.16
4. Evaluator signature   Date
_____  7.1.16
5. Evaluator signature   Date

15.* Correctly prepared and checked a solo student's equipment, including canopy selection, prior to rigging up.

_____  6.27.16
USPA Instructor signature   Date

16.* Completed one satisfactory Category D freefall and canopy training session and air evaluation during a Tandem Instructor Rating Course.

_____  6.29.16
Course Examiner signature   Date

17. Participated in all portions of the USPA Tandem Instructor Rating Course.

_____  6.29.16
Course examiner signature   Date

18. Has a minimum of 3 years of experience in parachuting.

_____  6.29.16
Course examiner signature   Date

19. Conducted five practice tandem jumps.

_____  7/1/16
1. Supervising USPA Tandem Instructor signature   Date
_____  7/1/16
2. Supervising USPA Tandem Instructor signature   Date
_____  7/1/16
3. Supervising USPA Tandem Instructor signature   Date
_____  7/1/16
4. Supervising USPA Tandem Instructor signature   Date
_____  7/1/16
5. Supervising USPA Tandem Instructor signature   Date

## RATING RECOMMENDATION

I have personally examined and recommend this applicant for the USPA Tandem Instructor rating. He or she has demonstrated the ability to train and jump with tandem students and to train and supervise non-method-specific students for the USPA A license.

[redacted]
USPA Tandem Instructor Examiner name and Member #

_____
USPA Tandem Instructor Examiner signature
Date  7/1/16

CA Skydive School, Acampo, CA
Course Location

UPT Sigma
Tandem Equipment Used for Rating

### COURSE/EXAMINER VERIFICATION CHECKLIST

☐ Examiner membership and rating expiration date _____
☐ Course Location _____ (must be a current USPA Group Member drop zone)
☐ Course dates and location registered with USPA Headquarters on (date) _____
☐ Candidate USPA Membership expiration date _____
☐ Full Course   ☐ Challenge Course   ☐ Mfg. Transition Course (tandem only)
(See Section 1 of course syllabus for requirements)

Scanned by CamScanner

UNITED STATES OF AMERICA
Department of Transportation
Federal Aviation Administration

## MEDICAL CERTIFICATE THIRD CLASS

This certifies that (Full name and address):

YONGHYEON KWON SR
Skydive Lodi Parachute Center 23597 North Highway 99
Acampo CA 95220 USA

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 01/25/1991 | 69 | 144 | BLACK | BLACK | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

Limitations: None

Examiner:
Date of Examination: 06/24/2016
Examiner's Designation No.: 000013758
Signature: [signed]
Typed Name: ALLEN E PRIEST JR, MD

AIRMAN'S SIGNATURE: 권용현

Applicant ID: 2902015651    Control No.: 200007391944

FAA Form 8500-9   (3-12) Supersedes Previous Edition    NSN: 0052-00-670-7002

### CONDITIONS OF ISSUE

The holder of this certificate must:

- Have it in his or her personal possession at all times while exercising privileges of an airman certificate. (14CFR § 61.3)
- Understand that the issuance of a medical certificate by an Aviation Medical Examiner may be reversed by the FAA within 60 days. (14CFR § 67.407)
- Comply with validity standards specified for first-, second-, and third-class medical certificates. (14CFR § 61.23)
- Comply with any statement of functional, operational, and/or time limitation issued as a condition of certification. (14CFR § 67.401)
- Comply with the standards relating to prohibitions on operation during medical deficiency. (14CFR §§ 61.53, 63.19, and 65.49)

For International Operations Only: Some holders may be affected by certain international medical standards. Consult the U.S. Aeronautical Information Publication for U.S. differences with ICAO Annex 1 medical standards.



AEROSPACE MEDICAL CERTIFICATION DIVISION, AAM - 300
FAA Civil Aerospace Medical Institute
Mike Monroney Aeronautical Center
P.O Box 26080
Oklahoma City, OK 73125-9914

YONGHYEON KWON SR
Skydive Lodi Parachute Center 23597 North Highway 99
Acampo CA 95220 USA

Dear Airman:

Above is your new medical certificate. It supersedes any previous one you may have been issued.

To validate this certificate, it is necessary that you sign it in the space provided (Airman's Signature).

This certificate must be in your possession at all times while exercising your pilot privileges.

Created on: Friday June 24, 2016

Scanned by CamScanner

uninsured **United Parachute Technologies, LLC.**

Vector3           8        Sigma

## TANDEM INSTRUCTOR CERTIFICATION FORM

Name  Yong Hyeon  Kwon            Age  2C            / /
Mailing Address  515-10  Huangseong-dong                    $ 50.00
City  Gyeong ju-s.   State  Gyeongsangbuk-do  Zip  38084   Country  South Korea
Home Phone _____  Work Phone _____  Fax _____
E-Mail  9431 7@naver.com
Date of First Jump  6 / 25 / 15    Number of Jumps  553
Instructional Rating(s) (Please attach copy)  USPA Coach  pending         Current / Expired
USPA D-License/ Equivalent  Pending    FAA Medical Certificate # (Please attach copy) see attached
Home Drop Zone  Parachute center    National Aero Club  USPA

### Applicant Training Record

| Jump # | Date | Aircraft | Name of Passenger | Examiner's Comments and Signature |
|---|---|---|---|---|
| 1. | 6.27.16 | twin otter | Solo | _(signature)_ |
| 2. | 6.27.16 | twin otter | agent ride | _(signature)_ |
| 3. | 6.28.16 | twin otter | Mike S. | _(signature)_ |
| 4. | 6.28.16 | twin otter | Mike S. | _(signature)_ |
| 5. | 6.28.16 | twin otter | Mike S. | _(signature)_ |

Name of Examiner (Please Print) ███████

### Cross-Training to a Vector Sigma from another Tandem Rating

| Date | Aircraft | Name of Passenger | Examiner's Comments and Signature |
|---|---|---|---|
| 1. __/__/__ | | | |
| 2. __/__/__ | | | |

Name of Examiner (Please Print) _____

Applicant must possess a current tandem rating from another manufacturer, complete a Vector Sigma Tandem ground school, and complete a minimum of two Vector Sigma tandem jumps.

1645 Lexington Avenue DeLand, FL 32724-2106 USA • Telephone 386 736 7589 • Fax 386 734 7537 • www.uptvector.com
Sales & Marketing Department • upt@uptvector.com
FORM-268 Rev. 0   7/19/12                                                                 1:2

Scanned by CamScanner