# EXHIBIT 3

| RECORD OF | ☒ VISIT | ☐ CONFERENCE OR | ☐ TELEPHONE CALL | TIME 12:00 PM | DATE 08/25/2016 |
|---|---|---|---|---|---|

| NAME (S) OF PERSON (S) CONTACTED OR IN CONFERENCE AND LOCATION | ROUTING | |
|---|---|---|
| Robert Pooley at Parachute Center, Acampo, Ca. | SYMBOL | INITIALS |
| | | DTJ |

**SUBJECT**
Tandem Incident of Mr. Yonghyeon Kwon performing a tandem parachute operation with a Mr. Tyler Turner at the Lodi Parachute Center

**DIGEST**

Contact made with Robert Pooley at the Lodi Jump Center.

Asked Mr. Pooley about Mr. Yonghyeon Kwon USPA documents that appeared completed by himself and Y■■ G■■■■■■ with a date of 7/1/16 on Mr. Kwon's Tandem proficiency Card application, when Mr. G■■■■■■ was in Russia at this date.
Mr. Pooley had no answer except that he stated Bill Dause handles all the paperwork.

Asked Mr. Pooley about his USPA examiners rating being suspended by the USPA since July 2015 and was not authorized to conduct tandem courses.
Mr. Pooley had known of this suspension and had no answer except that he stated he figured it would be automatically reinstated after a years' time.

**CONCLUSION, ACTION TAKEN, OR REQUIRED**
ASI completed tandem incident investigation Sept 7, 2016, FAA Incident form 8020-23 with technical report of the jump sequence, investigation findings and issues. Opened Enforcement Investigation Report (EIR) with FAR 105.45(a)(1)(iii), (iv) & (v) and CFR Title 49 §1540.103 (a)(b)&(c) violations cited on Bill Dause. Opened Enforcement Investigation Report (EIR) with FAR 105.45(a)(1),(iv) violation cited on Robert Pooley.

| DATE | TITLE | SIGNATURE | |
|---|---|---|---|
| 09/07/2016 | Aviation Safety Inspector | *[signed]* | |

FAA Form 1360-33 (10/12) Supersedes Previous Edition   Page 1

POOLEY_00022240

POOLEY_00022240