HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>ROBERT ALLEN POOLEY,<br><br>*Defendant.* | Case No. 2:21-cr-00111-WBS<br><br>**REPLY TO UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* #4 (TO EXCLUDE EVIDENCE REGARDING QUALITY OF EMERGENCY PROCEDURES TRAINING)**<br><br>Date: April 29, 2024<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

The government apparently misunderstands what the defense is seeking to exclude. The defense is not seeking to exclude all evidence of the contents of the Tandem Instructor course that Mr. Pooley allegedly taught. Instead, Mr. Pooley seeks to exclude evidence regarding the quality of emergency procedures training he provided, such as whether that training complied with applicable standards or was otherwise satisfactory. Specifically, Mr. Pooley is referring to statements the government has elicited from witnesses regarding the quality of the emergency procedures training provided and opinions about the training in relation to other trainings they have received. *See, e.g.*, Dkt. 50, Ex. 18 (discussing whether Mr. Pooley's training was adequate, in witness's opinion), Ex. 20. (comparing Mr. Pooley's training to another instructor's).

It appears the government does not oppose this request. As the government states, Mr. Pooley is not being prosecuted for being a poor teacher. Thus, the Court should grant his Motion

*in Limine* #4 and exclude all evidence or testimony regarding the quality of the emergency procedures training, including any opinions of the training in relation to other trainings received.

Dated: April 22, 2024          HEATHER E. WILLIAMS
                               Federal Defender


                               */s/ Meghan McLoughlin*
                               MEGHAN McLOUGHLIN
                               MIA CRAGER
                               Assistant Federal Defenders
                               Attorneys for Defendant
                               ROBERT ALLEN POOLEY