| CAED 435<br>(Rev. 10/2023) | United States District Court, Eastern District of California | **FOR COURT USE ONLY** |
|---|---|---|

**TRANSCRIPT ORDER**

**DUE DATE:**

*PLEASE Read Instruction Page (attached):*

| 1.YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| | | | |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| | | | |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM | 12. TO |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |

**16. ORDER FOR**

| ⇒ APPEAL No. | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
|---|---|---|---|
| NON-APPEAL | ⇒ CIVIL | ⇒ IN FORMA PAUPERIS | ⇒ OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ENTIRE TRIAL | | | OTHER (Specify Below) | | |
| JURY SELECTION | | | | | |
| OPENING STATEMENTS | | | | | |
| CLOSING ARGUMENTS | | | | | |
| JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER**                    (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | | | NO. OF COPIES | | |
| 14-Day | | | NO. OF COPIES | | |
| 7-Day | | | NO. OF COPIES | | |
| 3-Day | | | NO. OF COPIES | | |
| Next Day | | | NO. OF COPIES | | |
| 2- HOUR | | | NO. OF COPIES | | |
| REALTIME | | | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| | |

| 20. DATE | PHONE NUMBER |
|---|---|
| | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |