1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9  UNITED STATES OF AMERICA,                     CASE NO.  2:21-CR-00111 WBS

10                          Plaintiff,

11                  v.                            VERDICT FORM

12  ROBERT ALLEN POOLEY,

13                          Defendant.

14
15     WE, THE JURY, FIND THE DEFENDANT, ROBERT ALLEN POOLEY, AS FOLLOWS:

16
17  AS TO COUNT 1 OF THE INDICTMENT:

18     <u>GUILTY</u>          <u>NOT GUILTY</u>

19                                          of Count 1, Wire Fraud, in violation of Title 18, United States
                                            Code, Section 1343, regarding the email from Fabricio
    _____      _____           Palomino to Parachute Center, sent on or about June 28, 2016.
20
21
22  AS TO COUNT 2 OF THE INDICTMENT:

23     <u>GUILTY</u>          <u>NOT GUILTY</u>

24                                          of Count 2, Wire Fraud, in violation of Title 18, United States
                                            Code, Section 1343, regarding the email from Robert Pooley to
25  _____      _____           Fabricio Palomino, sent on or about June 29, 2016.

26
27
28

1

1    AS TO COUNT 3 OF THE INDICTMENT:

2        <u>GUILTY</u>         <u>NOT GUILTY</u>

3                                          of Count 3, Wire Fraud, in violation of Title 18, United States
                                           Code, Section 1343, regarding the email from Fabricio Palomino
4        _____      _____      to Robert Pooley, sent on or about July 4, 2016.

5

6
     AS TO COUNT 4 OF THE INDICTMENT:
7
8        <u>GUILTY</u>         <u>NOT GUILTY</u>

                                           of Count 4, Wire Fraud, in violation of Title 18, United States
9                                          Code, Section 1343, regarding the email from Robert Pooley to
                                           USPA and morgan@verticalfilms.com.au, sent on or about
10       _____      _____      August 1, 2016.

11

     AS TO COUNT 5 OF THE INDICTMENT:
12
13       <u>GUILTY</u>         <u>NOT GUILTY</u>

                                           of Count 5, Aggravated Identity Theft, in violation of Title 18,
14                                         United States Code, Section 1028A(a)(1), regarding the
                                           signatures of Yuri Garmashov on USPA D license application,
15                                         USPA Tandem Instructor Rating Course Proficiency Card, and
                                           UPT Tandem Instructor Certification Form for YongHyeon
16       _____      _____      Kwon, dated on or about July 1, 2016.

17
     AS TO COUNT 6 OF THE INDICTMENT:
18
19       <u>GUILTY</u>         <u>NOT GUILTY</u>

                                           of Count 6, Aggravated Identity Theft, in violation of Title 18,
20                                         United States Code, Section 1028A(a)(1), regarding the
                                           signatures of Yuri Garmashov on USPA Tandem Instructor
21       _____      _____      Rating Course Proficiency Card for Morgan Lachlan Mackay,
                                           dated on or about August 1, 2016.

22

23

24

25
         _____              _____
26       DATED                                 FOREPERSON

27

28

VERDICT FORM                                       2