PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00111 WBS |
| Plaintiff, | GOVERNMENT'S PROPOSED STATEMENT OF THE CASE |
| v. | |
| ROBERT ALLEN POOLEY, | DATE: May 15, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

    The defendant, Robert Pooley, is charged with four counts of Wire Fraud and two counts of Aggravated Identity Theft. The government alleges that the defendant, while working at Lodi Parachute Center, falsely held himself out to be a tandem skydiving Examiner. A tandem skydiving Examiner is a person certified to teach courses to skydivers that qualify them to become Tandem Instructors who can perform tandem skydives with members of the public. The government alleges that as a result of Pooley falsely giving the impression he was a certified Examiner, skydivers paid him to take his courses, believing they would become certified Tandem Instructors as a result of those courses. In reality, the government alleges, the defendant's Examiner ratings were suspended, so he had no ability to award Tandem Instructor credentials, or "ratings," to those who took his tandem skydiving courses. To avoid detection, the government alleges, Pooley used the name and preprinted signature of another Examiner on the certification paperwork. Ultimately, the government alleges, the fraud was detected. The

government alleges that skydivers who had paid Pooley money to take his course while his rating was suspended did not become Tandem Instructors, or had to pay more money to retrain with another Examiner to become Tandem Instructors.  Each of the four Wire Fraud counts concern, the government alleges, emails which were foreseeably sent in furtherance of the defendant's fraud scheme.  With respect to the Aggravated Identity Theft counts, the government alleges that, by using the signature of another Examiner, Pooley unlawfully used the means of identification of another during and in relation to the crime of wire fraud.

The defendant has pleaded not guilty to all charges.  Charges against the defendant are merely allegations and do not constitute proof.[1]

Dated:  May 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *DHRUV M. SHARMA*
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys

---

[1] The Court has also asked for a more developed version of this statement, including a discussion of the elements of the charges. The government has submitted such a version as Jury Instruction No. 2 in its Proposed Jury Instructions filed concurrently herewith.