HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, SBN # 300172
MEGHAN MCLOUGHLIN, SBN # 354051
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00111-WBS |
| Plaintiff, | |
| vs. | **MR. POOLEY'S PROPOSED VERDICT FORM** |
| ROBERT POOLEY, | |
| Defendant. | |

Robert Pooley requests that the Court provide the following verdict form to the jury.


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2024                    */s/  Mia Crager*
MIA CRAGER
MEGHAN McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
ROBERT POOLEY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*United States v. Robert Allen Pooley*

Case No. 2:21-cr-00111-WBS

WE, THE JURY, in the above-entitled case, unanimously find the following verdict:

**Count One**: 18 U.S.C. § 1343 – Wire Fraud.

As to Defendant Robert Pooley,

<u>NOT GUILTY</u>                                    <u>GUILTY</u>

_____                    _____

**Count Two**: 18 U.S.C. § 1343 – Wire Fraud.

As to Defendant Robert Pooley,

<u>NOT GUILTY</u>                                    <u>GUILTY</u>

_____                    _____

**Count Three**: 18 U.S.C. § 1343 – Wire Fraud.

As to Defendant Robert Pooley,

<u>NOT GUILTY</u>                                    <u>GUILTY</u>

_____                         _____

**Count Four**: 18 U.S.C. § 1343 – Wire Fraud.

As to Defendant Robert Pooley,

<u>NOT GUILTY</u>                                    <u>GUILTY</u>

_____                         _____

**Count Five**: 18 U.S.C. § 1028A – Aggravated Identity Theft.

As to Defendant Robert Pooley,

<u>NOT GUILTY</u>                                    <u>GUILTY</u>

_____                         _____

**Count Six**: 18 U.S.C. § 1028A – Aggravated Identity Theft.

     As to Defendant Robert Pooley,

<u>NOT GUILTY</u>                                                  <u>GUILTY</u>

_____                                   _____

_____                                         _____

DATED                                   FOREPERSON