HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, SBN # 300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00111 WBS |
| Plaintiff, | **MR. POOLEY'S FIRST AMENDED WITNESS LIST** |
| vs. | |
| ROBERT POOLEY, | Date: May 15, 2024 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

Defendant Robert Pooley, by and through his undersigned attorney of record, hereby designate the following as potential witnesses for the trial in the above-captioned matter, reserving the right to add to the list as circumstances dictate:

1. Robert Beegle

2. Terry Booth

3. Sheryl Bothwell

4. Melvin Buford

5. Chad Cogburn

6. John Coldren

7. James Crouch

8. Katherine Dause

| | | |
|---|---|---|
| 9. | William Dause |
| 10. | William Desilva |
| 11. | Juan Doig |
| 12. | Robert Feldman |
| 13. | Richard Gann |
| 14. | Yuri Garmashov |
| 15. | Ian Gregor |
| 16. | Joshua Hall |
| 17. | Roger Hoffman |
| 18. | Sergii Ivanov |
| 19. | Rasmus James |
| 20. | David Jenner |
| 21. | Kyung Keum |
| 22. | Brandon Lecocq |
| 23. | Reggie Lee |
| 24. | Jimmy Mendoza |
| 25. | Lelo Mras |
| 26. | Dennis Murphy |
| 27. | Brad North |
| 28. | Jeremy Paduano |
| 29. | Mark Procos |
| 30. | Nicholas Roti |
| 31. | Timeteo Salgado |
| 32. | Glenn Sheets |
| 33. | Fred Smith |
| 34. | Susan Sullivan |
| 35. | Peter Swann |

1      36.    Michael Wadkins

2      37.    Patrick Wong

Additionally, the defendant reserves the right to testify on his own behalf and call any other witness on the government's witness list.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 13, 2024          /s/ *Mia Crager*
MIA CRAGER
MEGHAN McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
ROBERT POOLEY