HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, SBN # 300172
MEGHAN McLOUGHLIN, SBN #354051
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00111-WBS |
|---|---|
| Plaintiff, | ) **MR. POOLEY'S FIRST AMENDED** |
| | ) **EXHIBIT LIST** |
| vs. | ) |
| ROBERT POOLEY, | ) Date: May 15, 2024 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

Mr. Robert Pooley, by and through undersigned counsel, respectfully submits the following exhibit list. Mr. Pooley respectfully requests to reserve the opportunity to amend this list as appropriate. The defense is using exhibit numbers instead of exhibit letters and beginning the range at a suitably large number to avoid any overlap with the government exhibits.

///

///

///

///

///

///

///

///

Defendant's First Amended Exhibit List        -1-        *U.S. v. Pooley,* 2:21-cr-111-WBS

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2000 | Sigma Tandem System Owner's Manual, 03-08-2016 | | |
| 2001 | Sigma Tandem System Owner's Manual, 01-08-2017 | | |
| 2002 | Section VI, 9. Module: Aircraft Procedures, excerpt from the UPT "Tandem Examiner Guide Lines for the Certification of Tandem Instructors", 11th Edition, April 21, 2010 | | |
| 2003 | Reporter's transcript of Grand Jury testimony of Reggie Lee, on June 10, 2021 | | |
| 2004 | June 22, 2021 Press Release by the Dept. of Justice, Eastern District of California, *San Joaquin County Skydiver Arrested for Running Unauthorized Tandem Instructor Courses* | | |
| 2005 | Online information about the United States Parachute Association (USPA), printed on April 30, 2024 from the website www.uspa.org/about-uspa/what-is-uspa | | |
| 2006 | USPA Skydivers Information Manual 2016-2017 | | |
| 2007 | Joshua Hall Subpoena Return - Documents Set 1 and Set 2 | | |
| 2008 | MOA - Telephonic interview of Joshua Hall by Special Agent Brian DuBois, on February 23, 2017 | | |
| 2009 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 63 - Order granting Motion to Enforce Settlement Agreement | | |
| 2010 | USPA Instructional Rating Manual 2016-2017 | | |
| 2011 | USPA Statement on Tandem Skydiving Safety and Instructor Certification | | |
| 2012 | USPA Policy on Certain Tandem Instructor Candidates and Rating Holders | | |
| 2013 | Google Return Letter 1906057 dated August 17, 2018 | | |
| 2014 | Google Return Letter 57696981 dated April 12, 2024 | | |
| 2015 | Reporter's transcript of Grand Jury testimony of Peter Swann, on December 5, 2019 | | |
| 2016 | MOA - Interview of Peter Swann by Special Agents Brian DuBois and Reggie Lee, on June 27, 2017 | | |
| 2017 | MOA - Interview of Peter Swann by Special Agent Brian DuBois, on January 12, 2018 | | |
| 2018 | MOA - Telephone call with Peter Swann by Special Agent Kyung Keum, on November 19, 2019 | | |

| | | | | |
|---|---|---|---|---|
| 1 | 2019 | MOA - Interview of Peter Swann by Special Agent Kyung Keum, on November 26, 2019 | | |
| 2, 3 | 2020 | MOA - Interview of Peter Swann by Special Agent Reggie Lee with AUSA Christopher Hales, on December 5, 2019 | | |
| 4 | 2021 | Transcript of Robert Pooley interview by Special Agents Brian DuBois and Paolo Hernandez, on January 30, 2018 | | |
| 5, 6 | 2022 | Transcript of Robert Pooley interview by Special Agents Reggie Lee and Richard Ficarelli, on April 27, 2021 | | |
| 7 | 2023 | PayPal Account information of Robert Pooley obtained by Special Agent Reggie Lee on June 18, 2021 | | |
| 8, 9 | 2024 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 37 - Memo in Support of Motion to Enforce Settlement Agreement | | |
| 10, 11 | 2025 | Email from Robert Pooley to Carlos Martinez Medel on August 9, 2016 forwarding email from JC Coldren with Subject: Tandem Examiner Inquiry | | |
| 12, 13 | 2026 | Documents seized from Yuri Garmashov's locker at the Parachute Center during Search Warrant execution on January 30, 2018 | | |
| 14, 15 | 2027 | Blank USPA Tandem Instructor Rating Application forms with Yuri Garmashov's signatures, seized from Yuri Garmashov's locker at the Parachute Center during Search Warrant execution | | |
| 16, 17 | 2028 | Photos of a desk with computers taken during the execution of a search warrant at the Parachute Center in Lodi, on January 30, 2018 | | |
| 18, 19 | 2029 | Emails in April 2021 between Special Agent Reggie Lee and Tom Noonan regarding UPT receipt of paperwork for Lachlan Morgan Mackay | | |
| 20, 21 | 2030 | Email from Special Agent Reggie to Tom Noonan on April 29, 2021 regarding Lachlan Morgan Mackay and communication from parachutecentervideodesk@gmail.com | | |
| 22 | 2031 | May 14, 2021 Emails - USPA unable to find certain archived emails of Jim Crouch and Susan Sullivan | | |
| 23, 24 | 2032 | Emails in May 2021 between Special Agent Reggie Lee and Ron Bell of USPA regarding emails from parachutecentervideodesk@gmail.com | | |
| 25, 26 | 2033 | Notes of Special Agent Reggie Lee from interview of Danny Overeem on June 1, 2021 | | |
| 27 | 2034 | USPA Tandem Instructor Rating Application of Danny Overeem | | |

| | | | | |
|---|---|---|---|---|
| | 2035 | UPT/USPA tandem instructor training paperwork of Brad North | | |
| | 2036 | Emails between Special Agent Reggie Lee and Brad North from March 23, 2021 to March 31, 2021 | | |
| | 2037 | MOA - Interview of Brad North by Special Agents Reggie Lee and Richard Ficarelli, on March 29, 2021 | | |
| | 2038 | MOA - Interview of Brad North by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma, on February 5, 2024 | | |
| | 2039 | Text messages between Brad North and Special Agent Reggie Lee | | |
| | 2040 | MOA - Document receipt of Brad North's tandem instructor training paperwork by Special Agent Reggie Lee | | |
| | 2041 | Special Agents' notes from interviews of Brad North | | |
| | 2042 | Emails on August 20-21, 2015 between Robert Pooley and Yuri Garmashov with Subject: Tandem candidates | | |
| | 2043 | Tandem instructor certification paperwork of Jason Spurgeon | | |
| | 2044 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | | |
| | 2045 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | | |
| | 2046 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | | |
| | 2047 | Email from Yuri Garmashov to yurig@89vx.net with Subject: Screenshot (September 30, 2016 2:24 PM) | | |
| | 2048 | Emails on April 22, 2021 between Special Agent Reggie Lee and Gonzalo Fabricio Palomino Benitez with attached screenshots of Facebook messages | | |
| | 2049 | MOA - Telephonic interview of Gonzalo Fabricio Palomino Benitez by Special Agent Reggie Lee, on April 22, 2021 | | |
| | 2050 | Emails between Special Agent Reggie Lee and Gonzalo Fabricio Palomino Benitez from April 22, 2021 to June 23, 2021 | | |
| | 2051 | Screenshots of Facebook messages between Gonzalo Fabricio Palomino Benitez and Sergii Osadchyi | | |
| | 2052 | MOA - Special Agent Reggie Lee telephone call with Gonzalo Fabricio Palomino Benitez on May 21, 2021 | | |
| | 2053 | MOA - Telephonic interview of Gonzalo Fabricio Palomino Benitez by Special Agent Reggie Lee, on May 28, 2021 | | |

| | | | | |
|---|---|---|---|---|
| | 2054 | MOA - Interview of Gonzalo Fabricio Palomino Benitez by Special Agents Reggie Lee and Richard Ficarelli, on February 7, 2024 | | |
| | 2055 | Agent notes from interview of Gonzalo Fabricio Palomino Benitez on February 7, 2024 | | |
| | 2056 | Notes of Special Agent Reggie Lee from interview of Gonzalo Fabricio Palomino Benitez on April 22, 2021 | | |
| | 2057 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 3 - Complaint | | |
| | 2058 | Cover photo from the July 2013 issue of Parachutist - photo of Yuri Garmashov | | |
| | 2059 | Text messages from and to 949-412-5339 and from July 8 through August 30, 2016 | | |
| | 2060 | Text messages from and to 916-595-6172 on August 7-8, 2016 | | |
| | 2061 | Email from Yuri Garmashov to Tom Noonan on August 10, 2016 | | |
| | 2062 | Emails on August 12, 2016 between David Jensen and Yuri Garmashov | | |
| | 2063 | Emails from August 12-17, 2016 between David Jensen and Yuri Garmashov | | |
| | 2064 | Letter dated August 29, 2016 from Jason Putnam Gordon to Yuri Garmashov regarding USPA Administrative Suspension of Instructor Examiner Ratings Pending Further Investigation | | |
| | 2065 | Letter dated August 29, 2016 from Tom Noonan to Yuri Garmashov regarding Suspension of UPT Tandem Examiner Rating Pending USPA Reinstatement | | |
| | 2066 | Email from Kevin Stone to Yuri Garmashov on September 5, 2016 in reply to Garmashov's email on September 1, 2016 with Subject: USPA statement | | |
| | 2067 | Email from Evan Beecher to Yuri Garmashov on September 5, 2016 - Potential draft letter | | |
| | 2068 | Reply email from Yuri Garmashov to Evan Beecher on September 6, 2016 - Potential draft letter | | |
| | 2069 | Reply email from Evan Beecher to Yuri Garmashov on September 6, 2016 - Potential draft letter | | |
| | 2070 | Email from Yuri Garmashov to Robert Pooley on September 7, 2016 with attached letter | | |
| | 2071 | Email from Yuri Garmashov to Robert Pooley on September 8, 2016, Subject: letter | | |

| | | | |
|---|---|---|---|
| 2072 | Email from Yuri Garmashov to Joshua Hall on September 8, 2016, with attached undated letter signed by Robert Pooley | | |
| 2073 | Yuri Garmashov statement of events in 2016 in relation to his USPA suspension | | |
| 2074 | Letter dated October 13, 2016, from Jan Meyer (USPA) notifying Yuri Garmashov that his USPA membership and all ratings have been revoked | | |
| 2075 | Email from Tom Noonan to Yuri Garmashov on October 17, 2016 regarding attached UPT rating revocation letter | | |
| 2076 | Yuri Garmashov statement of events in 2016 in relation to his USPA suspension | | |
| 2077 | Michael Wadkins letter to USPA, dated February 6, 2017 | | |
| 2078 | Lachlan Mackay tandem instructor certification paperwork from retraining with Michael Wadkins | | |
| 2079 | Video of Yuri Garmashov deposition on Feb. 11, 2020 | | |
| 2080 | Transcript of Yuri Garmashov deposition on Feb. 11, 2020 | | |
| 2081 | Emails on June 8, 2021 between Special Agent Reggie Lee and Fabian Munoz | | |
| 2082 | MOA - Interview of Fabian Munoz by Special Agent Reggie Lee, on June 9, 2021 | | |
| 2083 | MOA - Interview of Fabian Munoz on January 31, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with Special Agent Christina Jones providing Spanish translation | | |
| 2084 | Agent notes from interview of Fabian Munoz on January 31, 2024 | | |
| 2085 | Fabian Munoz tandem instructor certification paperwork from retraining with Timoteo Salgado | | |
| 2086 | MOA - telephonic interview of Willard "Jay" Stokes by Special Agent Brian DuBois, on December 27, 2017 | | |
| 2087 | MOA - telephonic interview of Willard "Jay" Stokes by Special Agent Reggie Lee, on May 27, 2021 | | |
| 2088 | MOA - interview of Willard "Jay" Stokes by Special Agents Reggie Lee and Richard Ficarelli, on February 6, 2024 | | |
| 2089 | Notes of Special Agent Reggie Lee from interview of Willard "Jay" Stokes on May 27, 2021 | | |

| | | | |
|---|---|---|---|
| 2090 | Agent notes from interview of Willard "Jay" Stokes on February 6, 2024 | | |
| 2091 | MOA - Interview of Mark Procos by Special Agents Reggie Lee and Richard Ficarelli, on January 31, 2024 | | |
| 2092 | Agent notes from interview of Mark Procos on January 31, 2024 | | |
| 2093 | MOA - Interview of Lachlan Morgan Mackay by Special Agents Reggie Lee and Richard Ficarelli, on January 23, 2024 | | |
| 2094 | Special Agent notes from interview of Lachlan Morgan Mackay on January 23, 2024 | | |
| 2095 | FAA Enforcement Investigation Report (EIR) of Robert Pooley | | |
| 2096 | MOA - Interview of FAA Inspectors David Jensen and Matt DeSeelhorst by Special Agents Brian DuBois and Kathryn Kerkhoff, on January 4, 2017 | | |
| 2097 | MOA - David Jensen contacted Special Agent Brian DuBois on June 27, 2017 | | |
| 2098 | MOA - David Jensen contacted Special Agent Brian DuBois via email, on December 15, 2017 | | |
| 2099 | MOA - Special Agent Kyung Keum met and received documents from David Jensen, on December 20, 2019 | | |
| 2100 | MOA - Special Agent Kyung Keum received documents from David Jensen, on January 23, 2020 | | |
| 2101 | Record of Conversation (notes) on September 1, 2016 with Yuri Garmashov by David Jensen | | |
| 2102 | Record of Visit - David Jensen contact with Yuri Garmashov at the Parachute Center, on September 1, 2016 | | |
| 2103 | MOA - Interview of Yuri Garmashov by Special Agent Kyung Keum, on March 5, 2020 | | |
| 2104 | Transcript of Yuri Garmashov interview by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | |
| 2105 | Audio file of recording of Yuri Garmashov interview by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | |
| 2106 | MOA - Interview of Yuri Garmashov by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | |
| 2107 | July 8, 2021 Dept. of Justice Proffer Agreement with Yuri Garmashov | | |
| 2108 | MOA - Interview of Yuri Garmashov by Special Agents Reggie Lee, on July 12, 2021 | | |

| | | | |
|---|---|---|---|
| 2109 | Notes of Special Agent Reggie Lee from Proffer interview of Yuri Garmashov, on July 12, 2021 | | |
| 2110 | August 12, 2016 email from Morgan Mackay to Robert Pooley (rpooley75 gmail) re: Ratings | | |
| 2111 | September 1, 2016 email from Yuri Garmashov (yurig.garmashov gmail) re: USPA statement | | |
| 2112 | October 25, 2016 email from Yuri Garmashov (yurig.garmashov gmail) to Alexey Kharitonov (v-yablochko@yandex.ru) | | |
| 2113 | August 23, 2015 email from parachutecentervideodesk@gmail.com re: New TI paperwork package for Jason Spurgeon | | |
| 2114 | August 23, 2015 email from parachutecentervideodesk@gmail.com to Yuri Garmashov (yuri.garmashov gmail) with attached UPT and USPA paperwork for Jason Spurgeon | | |
| 2115 | 59:58-1:00:12 of Rob's Video Depo 1/21/20. Agent asks when Rob conducted Kwon's training at the Parachute Center. | | |
| 2116 | 44:37-45:55 of Rob's Video Depo 1/21/20. Agent asks about Rob's suspended rating during Kwon's training and his personal relationship with Dause. | | |
| 2117 | 14:02 - 14:40 from DOT Interview with Robert Pooley on April 27, 2021. Agent asks about who trained and signed off on Kwon's training. | | |
| 2118 | 8:03 - 8:13 of Rob's Video Depo 1/21/20. Agent asks if the manual looks like the one he used to train Kwon. | | |
| 2119 | 9:00 - 9:37 from DOT Interview with Robert Pooley on Jan 20, 2018. Agent askes about specific trainings for specific types of skydiving (accelerated free fall). | | |
| 2120 | 11:19 - 12:25 from DOT Interview with Robert Pooley on January 20, 2018 | | |
| 2121 | 1:08:45 - 1:09:06 from DOT Interview with Robert Pooley on January 20, 2018 | | |
| 2122 | 1:42:53 - 1:43:27 from DOT Interview with Robert Pooley on January 20, 2018. Rob tells Agent that he scans paperwork to Yuri wherever he is. | | |
| 2123 | 1:52:28 - 1:53:07 from DOT Interview with Robert Pooley on January 20, 2018. Agent asks about Yuri being out of town and if he knew Rob was training people while he is gone. | | |
| 2124 | 1:51:11 - 1:51:55 from DOT Interview with Robert Pooley on January 20, 2018. | | |
| 2125 | 29:34 - 29:52 from DOT Interview with Yuri Garmashov on April 29, 2021. Agent asks if Yuri knows who has paperwork. | | |

| # | Ex. | Description | | |
|---|------|-------------|---|---|
| 1 | 2126 | 2:35 - 3:00 from DOT Interview with Yuri Garmashov on April 29, 2021 | | |
| 2 | 2127 | 22:42 - 22:45 from DOT Interview with Yuri Garmashov on April 29, 2021 | | |
| 3 | | | | |
| 4 | 2128 | Code of Federal Regulations, Title 14, Section 105.45, Use of tandem parachute systems. | | |
| 5 | 2129 | Spreadsheet – Tandem Instructor candidate list (POOLEY_00001488) | | |
| 6 | 2130 | Images from the Facebook page of Skydive Lodi Parachute Center | | |
| 7 | | | | |
| 8 | 2131 | Payment confirmation email from PayPal to Katherine Dause, dated August 10, 2015 for mobile payment of $390 to "Lachlan Mackay" | | |
| 9 | | September 24, 2015 email from parachutecentervideodesk@gmail.com to Susan Sullivan, with attached USPA paperwork of Vicki Allen, re: License and rating package for Vicki Allen | | |
| 10 | 2132 | | | |
| 11 | | | | |
| 12 | 2133 | September 25, 2015 email from Susan Sullivan to prachutecentervideodesk@gmail.com re: License and rating package for Vicki Allen | | |
| 13 | 2134 | August 11, 2016 email from Morgan Mackay to Robert Pooley, (rpooley75 gmail) re: Ratings | | |
| 14 | | | | |
| 15 | 2135 | August 12, 2016 email from Yuri Garmashov (yurig.garmashov gmail) to David Jensen | | |
| 16 | 2135R | August 12, 2016 email from Yuri Garmashov (yurig.garmashov gmail) to David Jensen [REDACTED] | | |
| 17 | 2136 | August 19, 2016 email from richardkeir@gmail.com to Yuri Garmashov (yuriggarmashov gmail) re: tandem rating | | |
| 18 | | | | |
| 19 | 2137 | August 26, 2016 email from Jim Crouch to Yuri Garmashov (yurig.garmashov gmail) re: Rating questions | | |
| 20 | | February 12, 2021 – February 22, 2021 email exchange between Special Agent Reggie Lee and Sangyeul Jeong, re: Tandem course information request | | |
| 21 | 2138 | | | |
| 22 | | June 15, 2021 email from Fabian Munoz to Special Agent Reggie Lee transferring three files (two images and one video) | | |
| 23 | 2139 | | | |
| 24 | 2140 | Notes of Special Agent Reggie Lee from interview of Fabian Munoz on June 9, 2021 | | |
| 25 | | June 8, 2021 – April 30, 2024 email exchange between Special Agent Reggie Lee and Carlos Obaid and Fabian Munoz re: paperwork question | | |
| 26 | 2141 | | | |
| 27 | 2142 | April 29 – April 30, 2024 email exchange between Special Agent Reggie Lee and Fabian Munoz re: Situation in Chile currently | | |
| 28 | | | | |

| | | | | |
|---|---|---|---|---|
| 1, 2 | 2143 | June 22, 2021 email from Reggie Lee to Gonzalo Fabricio Palomino Benitez (Skydive Baja) with web link to Dept. of Justice Press Release titled *San Joaquin County Skydiver Arrested Running Unauthorized Tandem Instructor Courses* | | |
| 3, 4 | 2144 | January 22 – January 23, 2024 email exchange between Special Agent Reggie Lee and (Lachlan) Morgan Mackay, with Special Agent Richard Ficarelli copied, re: Mackay-DOT call | | |
| 5, 6 | 2145 | April 12 – April 13, 2024 email exchange between (Lachlan) Morgan Mackay and Special Agent Reggie Lee in which Mr. Mackay indicates he cannot make it to court to testify. | | |
| 7, 8 | 2146 | Memo re interview of Ron Bell on April 24, 2024 by Special Agent Reggie Lee, with AUSAs Dhruv Sharma and Kate Lydon | | |
| 9 | 2147 | Special Agent Reggie Lee's notes from the interview of Ron Bell on April 24, 2024 | | |
| 10, 11 | 2148 | Screenshot of Excel Spreadsheet (POOLEY_00032966) of Jim Crouch's notes of USPA's disciplinary action of Robert Pooley | | |
| 12, 13 | 2149 | Memo re interview of Jim Crouch on April 29, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 14 | 2150 | Agents' notes from the interview of Jim Crouch on April 29, 2024 | | |
| 15, 16 | 2151 | Memo re interview of Yuri Garmashov on April 29, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 17 | 2152 | Agents' notes from the interview of Yuri Garmashov on April 29, 2024 | | |
| 18, 19, 20 | 2153 | Memo re interview of Joaquin Gomez on May 3, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 21 | 2154 | Agents' notes from the interview of Joaquin Gomez on May 3, 2024 | | |
| 22 | 2155 | Memo regarding the service of subpoenas on Joshua Hall and USPA (accepted by Jim Crouch) on March 30, 2017 | | |
| 23, 24 | 2156 | Memo re interview of Joshua Hall on May 1, 2024 by Special Agent Reggie Lee, with AUSA Kate Lydon, USPA Executive Director Albert Berchtold, and Sam Burdick, attorney for USPA | | |
| 25, 26 | 2157 | Special Agent Reggie Lee's notes from the interview of Joshua Hall on May 1, 2024 | | |
| 27 | 2158 | Memo of interview of Paolo Hernandez on May 10, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | |

| | | | |
|---|---|---|---|
| 2159 | Special Agent Reggie Lee's notes from the interview of Paolo Hernandez on May 10, 2024 | | |
| 2160 | Memo of interview of David Jensen on April 30, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma, and FAA attorney Fatima Stokley | | |
| 2161 | Agents' notes from the interview of David Jensen on April 30, 2024 | | |
| 2162 | December 15 – December 16, 2017 email exchange between David Jensen and Special Agent Brian DuBois | | |
| 2163 | September 20, 2016 – January 3, 2018 email exchange between David Jensen and Special Agent Brian DuBois | | |
| 2164 | Memo re interview of Carlos Martinez on April 23, 2024 by Special Agent Reggie Lee, with AUSA Kate Lydon | | |
| 2165 | Special Agent Reggie Lee's notes from the interview of Carlos Martinez on April 23, 2024 | | |
| 2166 | Memo re interview of Brad North on May 9, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2167 | Special Agent Reggie Lee's notes from the interview of Brad North on May 9, 2024 | | |
| 2168 | Memo re interview of Danny Overeem on April 19, 2024 by Special Agent Reggie Lee, with AUSA Kate Lydon | | |
| 2169 | Special Agent Reggie Lee's notes from the interview of Danny Overeem on April 19, 2024 | | |
| 2170 | Memo re interview of Mark Procos on May 9, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2171 | Special Agent Reggie Lee's notes from the interview of Mark Procos on May 9, 2024 | | |
| 2172 | Memo re interview of Mark Procos on May 13, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSA Dhruv Sharma | | |
| 2173 | Agents' notes from the interview of Mark Procos on May 13, 2024 | | |
| 2174 | Memo re interview of Ryan Scott on April 22, 2024 by Special Agent Reggie Lee | | |
| 2175 | Special Agent Reggie Lee's notes from the interview of Ryan Scott on April 22, 2024 | | |
| 2176 | Memo re interview of Daniel Soto on May 1, 2024 by Special Agent Richard Ficarelli | | |
| 2177 | Special Agent Richard Ficarelli's notes from the interview of Daniel Soto on May 1, 2024 | | |

| | | | | |
|---|---|---|---|---|
| 2178 | Memo re interview of Peter Swan on April 23, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | | |
| 2179 | Special Agent Reggie Lee's notes from the interview of Peter Swan on April 23, 2024 | | | |
| 2180 | Memo re interview of Peter Swan on May 10, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | | |
| 2181 | Special Agent Reggie Lee's notes from the interview of Peter Swan on May 10, 2024 | | | |
| 2182 | March 3 – March 4, 2017 email exchange re: fraudulent & unethical practices | | | |
| 2183 | Photo of Yuri Garmashov doing tandem jump in 2017, taken by Peter Swan | | | |
| 2184 | RESERVED | | | |
| 2185 | RESERVED | | | |
| 2186 | RESERVED | | | |
| 2187 | RESERVED | | | |
| 2188 | RESERVED | | | |
| 2189 | RESERVED | | | |
| 2190 | RESERVED | | | |
| 2191 | RESERVED | | | |
| 2192 | RESERVED | | | |
| 2193 | RESERVED | | | |
| 2194 | RESERVED | | | |
| 2195 | RESERVED | | | |
| 2196 | RESERVED | | | |
| 2197 | RESERVED | | | |

| | | | |
|---|---|---|---|
| 2198 | RESERVED | | |
| 2199 | RESERVED | | |
| 2200 | RESERVED | | |

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: May 15, 2024            */s/ Mia Crager*
                              MIA CRAGER
                              MEGHAN McLOUGHLIN
                              Assistant Federal Defender
                              Attorney for Defendant
                              ROBERT POOLEY