PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00111 WBS |
|---|---|
| Plaintiff, | NOTICE OF SECOND AMENDMENTS TO GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: May 15, 2024 |
| ROBERT ALLEN POOLEY, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits its notice of second amendments to the list of exhibits it may mark for identification or introduce in its case-in-chief.  Each change or addition has been noted below in track changes.

| EXH. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| | Exhibits Constituting Counts Charged in Indictment | | | |
| 1 | Email from Parachute Center to Rob Pooley dated June 28, 2016, forwarding message from Fabricio Palomino (Skydive Baja) re: tandem ratings | POOLEY_00030967 | | |

| | | | | |
|---|---|---|---|---|
| 1a | Email from Parachute Center to Rob Pooley dated June 28, 2016, forwarding message from Fabricio Palomino (Skydive Baja) re: tandem ratings | POOLEY_00301121 | | |
| 2 | June 29, 2016 email from Robert Pooley to Fabricio Palomino providing information about the "Tandem Course," including that it will cost $1,100, and ending, "Look forward to seeing you around July 6th." | POOLEY_00020999 | | |
| 3 | July 4, 2016 Email from Fabricio Palomino to Pooley stating that Pooley was "on my way to Lodi," and asking where Victim 1 could get his "Airmans [sic] Medical." | POOLEY_00020940 | | |
| 4 | August 1, 2016 Email from Pooley to a USPA representative and Morgan Mackay attaching a USPA Tandem Instructor Rating Course Proficiency Card for Morgan Lachlan Mackay, bearing multiple purported signatures of Yuri Garmashov | POOLEY_00023987, POOLEY_00023985-POOLEY_00023986 | | |
| 5 | USPA D license application, USPA Tandem Instructor Rating Course Proficiency Card, and UPT Tandem Instructor Certification Form for YongHyeon Kwon, bearing Yuri Garmashov's signature | POOLEY_00019055-POOLEY_00019065 | | |
| 6 | USPA Tandem Instructor Rating Course Proficiency Card for Morgan Lachlan Mackay, bearing Yuri Garmashov's signature dated on or about August 1, 2016 | POOLEY_00023987, POOLEY_00023985-POOLEY_00023986 | | |
| | Photos of Relevant Persons | | | |
| 7 | Excerpt~~Photograph~~ of Robert Pooley's~~ taken from~~ DMV file | POOLEY_00001926 | | |

| | | | | |
|---|---|---|---|---|
| 7p | Photograph of Robert Pooley taken from DMV file | | | |
| 8 | Excerpt ~~Photo of~~ of Bill Dause's ~~taken from~~ DMV file | POOLEY_00001920 | | |
| 8p | Photo of Bill Dause taken from DMV file | | | |
| 9 | Excerpt of~~Photo of~~ Yuri Garmashov~~'s~~ taken from DMV file | POOLEY_000~~334300~~ 1936 | | |
| 9p | Photo of Yuri Garmashov taken from DMV file | | | |
| 10 | Picture of YongHyeon Kwon taken from border records | POOLEY_00030931 | | |
| 11 | Picture of Fabricio Palomino taken from border records | POOLEY_00030933 | | |
| 12 | Picture of Fabian Munoz taken from border records | POOLEY_00030932 | | |
| 13 | Picture of Carlos Obaid taken from border records | POOLEY_00030930 | | |
| 14 | Picture of Carlos Martinez taken from border records | POOLEY_00030928 | | |
| 15 | Picture of Lachlan Morgan Mackay taken from border records | POOLEY_00030926 | | |
| 16 | Picture of Danny Overeem taken from border records | POOLEY_00030929 | | |
| 17 | Excerpt of Katherine Dause's DMV File | POOLEY_000334444 | | |
| 17 | Photo of Katherine Dause taken from DMV File | | | |
| Exhibit pertaining to Fabricio Palomino | | | | |
| 20 | October 31, 2016, email from between Palomino, Pooley and Parachute Center re: refund | POOLEY_00023217 | | |
| 21 | June 28, 2016, email from Fabricio Palomino to Parachute Center inquiring about "getting my tandem ratings with you guys" and seeking information about examiners and cost. | POOLEY_00002515 | | |
| 22 | Text message chain between Fabricio Palomino and Sergii | POOLEY_00024050-POOLEY_00024052 | | |
| 22r | Text message chain between Fabricio Palomino and Sergii | POOLEY_00024050-POOLEY_00024052 | | |

| 23 | Text message chain between Fabricio Palomino and Yuri Garmashov | POOLEY_00024054-POOLEY_00024056 | | |
| 24 | Photos of Fabricio Palomino tandem skydiving captioned "Tandem Ratings" dated July 8, 2016 | POOLEY_00029447-POOLEY_00029448 | | |
| 25 | Fabricio Palomino border crossing card | POOLEY_00024085 | | |
| Exhibits pertaining to Brad North | | | | |
| 30 | Brad North's USPA/UPT paperwork, including UPT Tandem Instructor Certification Form and USPA Tandem Instructor Rating Course Proficiency Card | POOLEY_00029460-POOLEY_00029472 | | |
| 31 | Screenshot of Facebook Messenger conversation with Pooley | POOLEY_00023120 | | |
| 32 | Text messages exchanged between Brad North and Robert Pooley | POOLEY_DEFENSE _00301-00306 | | |
| Exhibits pertaining to Fabian Munoz | | | | |
| 40 | Photograph of Munoz and friends at Parachute Center | POOLEY_00018870 | | |
| 41 | Video of Munoz conducting tandem jump with customer | POOLEY_00018872 | | |
| 41a | Excerpts from video of Munoz conducting tandem jump with customer, 0:32 – 1:55 | POOLEY_00018872 | | |
| 42 | Border crossing record reflecting Fabian Munoz entered the U.S. July 6, 2016 and left the U.S. August 5, 2016 | POOLEY_00030912-POOLEY_00030913 | | |
| Exhibits pertaining to Kwon | | | | |
| 50 | Certification for Border crossing document pertaining to YongHyeon Kwon | POOLEY_00027570 | | |
| 51 | Border crossing documents reflecting that Kwon flew into the U.S. on June 21, 2016 | POOLEY_00027566-POOLEY_00027569 | | |
| Exhibits pertaining to Garmashov | | | | |
| 60 | Certification for border crossing documents | POOLEY_00002016 | | |

| 61 | Border crossing documents reflecting that Garmashov flew from SFO to Haneda City, Tokyo on May 20, 2016, and returned to the U.S. on a flight from Helskinki, Finland to JFK on August 2, 2016 | POOLEY_00002017-POOLEY_00002027 | | |
|---|---|---|---|---|
| 62 | DMV record pertaining to Garmashov's CA driver's license reflecting his signature | POOLEY_00001936 | | |
| Exhibits pertaining to FAA Inspector David Jensen | | | | |
| 70 | August 12, 2016 email from Garmashov to Jensen | POOLEY_00020551 POOLEY_00020548 POOLEY_00020549 POOLEY_00020550 | | |
| 70r | Redacted version of August 12, 2016 email from Garmashov to Jensen and attachments | POOLEY_00020551 POOLEY_00020548 POOLEY_00020549 POOLEY_00020550 | | |
| 71 | September 24, 2016 email from Garmashov to David Jensen re Kwon documents and attachment | POOLEY_00020439 POOLEY_00020429-20438 | | |
| USPA Documents | | | | |
| 80 | 2014-2015 USPA Instructional Rating Manual | POOLEY_00025078-POOLEY_00025407 | | |
| 81 | 2016-2017 Instructional Rating Manual | POOLEY_00023256-POOLEY_00023573 | | |
| 82 | 2014-2015 Skydiver's Information Manual | POOLEY_00024493-POOLEY_00024762 | | |
| 84 | 2016-2017 Skydiver's Information Manual | POOLEY_00024221-POOLEY_00024492 | | |
| 85 | February 24, 2014 email from Jason Putnam Gordon to Pooley re: disciplinary letter and attachment | POOLEY_00020754-POOLEY_00020756 | | |
| UPT Documents | | | | |
| 100 | Tandem Examiner Guide Lines for the Certification of Tandem Instructors – Revised April 21, 2010 | POOLEY_00023131-POOLEY_00023205 | | |
| 101 | Tandem Examiner Guide Lines for the Certification of Tandem Instructors – Revised January 2013 | POOLEY_00018950-POOLEY_00019024 | | |
| 102 | Pooley 2010 Tandem Examiner Certification Form | POOLEY_00033073-00033081 | | |

| 103 | Pooley 2014 Tandem Examiner Re-Certification Form, with Letter of Re-Certification from Jay Stokes | POOLEY_00033067-POOLEY_00033068, POOLEY_00033070 | | |
|---|---|---|---|---|
| 104 | Pooley 2015 Tandem Examiner Re-Certification Form | POOLEY_00033071-POOLEY_00033072 | | |
| 105 | Pooley 2006 Tandem Instructor Forms | POOLEY_00033077-POOLEY_00033095 | | |
| Excerpts from Pooley's January 21, 2020 Deposition | | | | |
| 201.1 | Entire deposition (first half of recording) | POOLEY_00027092 | | |
| 201.2 | Entire deposition (second half of recording) | POOLEY_00027093 | | |
| 202 | Deposition transcript | POOLEY_00002272-POOLEY_00002371 | | |
| 203 | 6:12 – 7:31 (tr. 9:9- 10:14, Pooley stating he does not do tandem jumps with skydivers and then admitting he still does them on occasion and last did one a couple weeks ago, and claims he has a certification to use Sigma rigs) | | | |
| 204 | 27:08 – 27:28 (tr. 23:24 – 24:6, Kwon used a tandem rig provided by Parachute Center) | | | |
| 205 | 32:09 –  34:15 (tr. 28:6-29:14, Pooley states his interpretation of the requirements to do tandem jumps with customers and alleges that Kwon had all those qualification, which he knows because he participated in his training) | | | |
| 206 | 44:18 – 44:47 (tr. 36:13-36:20, Pooley states that at the time he conducted Kwon's course, his USPA rating was suspended) | | | |

| | | | | |
|---|---|---|---|---|
| 207 | 45:10 – 53:42 (tr. 37:2- 43:20, Pooley describes the part he had in Kwon's training and what had to be signed off on in terms of the training Kwon obtained at Parachute Center, and claims he does not remember what he signed off on, and claims the examiner does not have to do any part of it and if the Examiner trusts the Evaluator, the Examiner can just "take his word." Claims that Garmashov signed Kwon's tandem card, then says that Garmashov was in Russia and the cards were sent to him for verification, while hard copies were kept at Parachute Center) | | | |
| 208 | 53:42 – 54:04 (tr. 43:21 – 44:2, does not Kwon was on probation at time of fatal jump. Trained him recent to fatality). | | | |
| 209 | 56:14 – 56:46 (tr. 44:25-45:9, Kwon "was only there from his country to get the tandem rating and the  - - and then go home." It's very difficult and expensive to get the rating elsewhere) | | | |
| 210 | 1:01:23 -1:02:29  (tr. 48:6-49:8, Pooley claims the FAA only requires that the Examiner be trained by the manufacturer to be an Examiner, USPA rating is not required at all to perform tandem jump certification training) | | | |

| | | | | |
|---|---|---|---|---|
| 211 | 1:02:29 – 1:02:38 (tr. 49:9-12, "Your USPA tandem instructor examiner rating was suspended at the time of Mr. Kwon's training; correct? A: That is correct, yes.") | | | |
| 212 | 1:03:52 – 1:05:24 (tr. 50:9-51:16, Kwon's emergency procedures training; "we had an evaluator that spoke his language that did his jumps") | | | |
| 213 | 1:12:08 – 1:13:07 (tr. 55:2-55:18, to ensure Kwon was qualified Dause "spoke with the examiner" Q: "Who was the examiner?" A. "Me.") | | | |
| | | POOLEY  00027093 | | |
| 214 | 3:39 – 4:36 (tr. 63:15-64:8, Q: "Are you aware that the USPA says that you were suspended at the time and were not authorized to conduct courses? A. For the USPA, yes. I was not authorized to conduct USPA courses."; aware that 120 tandem instructors had to undergo a refresher course because of him) | | | |
| 215 | 13:18 – 15:54 (tr. 68:16- 70:5, Pooley is shown his UPT card that expired in April 2016, claims he did not need to renew it) | | | |
| 216 | 15:58 –  18:43 (tr. 70:6 – 71:22, Pooley identifies Garmashov's signatures on Kwon's paperwork, claims he just needed to be told jumps were done to verify, and confirms forms are printed pre-signed) | | | |

| | | | | |
|---|---|---|---|---|
| 217 | 18:44 – 20:42 (tr. 71:24 – 73:9, Pooley explains why people want USPA ratings, identifies Garmashov's signatures on Kwon's paperwork and confirms he wasn't there for Kwon's training) | | | |
| 218 | 23:06 – 24:29 (tr. 75:3 - 76:5, "For the USPA [expiration date of examiner rating] does mater.  They do care.  These are USPA forms . . . Obviously Yong Kwon wanted to get his USPA licenses and ratings as well" | | | |
| **Audio Excerpts from 2018 Interview of Pooley by DOT-OIG** | | | | |
| 300 | Entire recording | POOLEY_00003343 | | |
| 301 | 8:22 - 9:37 (Pooley states that customers pay him for training and that you need a tandem rating from the manufacturer in order to teach tandems) | | | |
| 302 | 11:19 - 12:34 (Pooley states that he does not carry any ratings now but lists the ratings he once had, including examiner. Customers would pay him and he would sign off on their paperwork. He went tandem skydiving this summer) | | | |
| 303 | 52:23 - 52:53 (Pooley acknowledges knowing Garmashov) | | | |
| 304 | 1:07:31 - 1:09:06 (Pooley was a tandem examiner and was the examiner of instructor that died, Kwon. He certified Kwon) | | | |

| | | | | |
|---|---|---|---|---|
| 305 | 1:16:29-1:17:30 (Pooley didn't sign off on Kwon's certification because he was suspended at the time. Claims he was suspended by USPA, not the manufacturer.) | | | |
| 306 | 1:29:55 - 1:31:00 (Pooley used pre-printed documents with Garmashov's signatures) | | | |
| 307 | 1:33:27 - 1:34:29 (Pooley provided training when Garmashov was not physically present) | | | |
| 308 | 1:42:52 - 1:43:44 (Pooley sent Garmashov documents when Garmashov was away. Garmashov was in Russia when Kwon died.) | | | |
| 309 | 1:43:44 -1:45:05 (Pooley didn't care whether or not Garmashov was there when Kwon was trained. His signature was just there to appease the USPA. | | | |
| 310 | 1:49:27 - 1:50:19 (Pooley helped people tandem ratings from USPA, manufacturer or both) | | | |
| 311 | 1:51:37 - 1:52:10 (Pooley was not forced or pressured to write letter to USPA, and not caused by the drama after the incident) | | | |
| Audio Excerpts from 2021 Interview of Pooley by DOT-OIG | | | | |
| 400 | Entire recording | POOLEY_00002524 | | |
| 401 | 10:47 - 11:41 (Pooley confirms email to Palomino came from him and was "very typical) | | | |

| 402 | 14:30 - 14:39 (Garmashov not in the country when Kwon's paperwork was signed off) | | | |
|---|---|---|---|---|
| 403 | 17:52 - 18:00 (USPA wouldn't accept Pooley's name on certification cards, so Garmashov had to sign for it) | | | |
| 404 | 18:45 – 18:56 (Pooley trained Kwon. Garmashov was out of the country) | | | |
| Physical Evidence Seized From Pooley's Locker at Parachute Center | | | | |
| 500 | "Tandem Instruction for Dummies" 3-ring binder (contains USPA Tandem Instructor Rating Course Proficiency UPT Tandem Instructor Certification Forms with Yuri Garmashov's preprinted signature) found in Pooley's locker | Original | | |
| 501 | March 2012 USPA and UPT documents for Federico Busanello found in manilla envelope in Pooley's locker Pooley's wet and preprinted signatures | Original | | |
| 502 | December 2013 USPA and UPT documents for Kertis Gilchrist found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 503 | April 2014 USPA and UPT documents for Ricardo Santos found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 504 | April 2014 USPA and UPT documents for Thomas Rodriguez de Oliveira found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |

| 505 | April 2014 USPA and UPT documents for John Platner found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 506 | May 2015 USPA and UPT documents for Kenton Outtrim found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 507 | June 2015 USPA and UPT documents for Edgar Tokria found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 508 | June 2015 USPA and UPT documents for James E. Stanley found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 509 | June 2015 USPA and UPT documents for Lucas Montenegro found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 510 | August 2015 USPA and UPT documents for Guiliermo Canatta Sosa found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 511 | August 2015 USPA documents for Adam Johnson found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 512 | September 2015 USPA documents for Minsik Jeong found in Pooley's locker with Garmashov's preprinted signatures | Original | | |

| | | | | |
|---|---|---|---|---|
| 513 | September 2015 USPA and UPT documents for Jordan Van den Berg found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 514 | September 2015 USPA and UPT documents for Amit Anruesky found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 515 | September 2015 USPA and UPT documents for Luis Lopez Fleitas found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 516 | September 2015 USPA documents for Matias Baeza Parker found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 517 | September 2015 USPA documents for Eduardo Denis Kim found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 518 | September 2015 USPA documents for James Joseph Moore Garcia -Ortega found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 519 | October 2015 USPA and UPT documents for Jeanremy Boulet-Giroux found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| | Electronic Evidence seized from Computers at Parachute Center | | | |
| 600 | JPG document entitled "Yuri Signiture" | POOLEY_00031223 | | |
| 601 | PDF document entitled "Yuri UPT Waiver" containing pre-filled signature of Yuri Garmashov on a UPT Tandem Parachute Jump Agreement | POOLEY_00031231-POOLEY_00031232 | | |

| | | | | |
|---|---|---|---|---|
| 602 | PDF document entitled "Yur_Rob Canopy Prof Card" containing pre-filled signature of Yuri Garmashov on a USPA Canopy Piloting Proficiency Card | POOLEY_00031155 | | |
| 603 | PDF document entitled "Yuri D License App Signed" containing pre-filled signature of Yuri Garmashov on a USPA License Application | POOLEY-00031182-POOLEY_00031183 | | |
| 604 | PDF document entitled "IRM 2015 TANDEM" containing USPA 2014-2015 Instructional Rating Manual | POOLEY_00030972-POOLEY_00031065 | | |
| 605 | PDF document entitled "Yuri UPT Rating Application and CCA" containing pre-filled signature of Yuri Garmashov on a UPT Tandem Instructor Certification Form | POOLEY_00031228 | | |
| 606 | PDF document entitled "Yuri Tandem Prof Card Signed" containing pre-filled signature of Yuri Garmashov on a USPA Tandem Instructor Rating Course Proficiency Card | POOLEY_00031226-POOLEY_00031227 | | |
| 607 | PDF document entitled "Yuri Signed New UPT Logbook" containing pre-filled signature of Yuri Garmashov on a UPT Tandem Instructor Training Logbook | POOLEY_00031214-POOLEY_00031221 | | |
| 608 | PDF document entitled "IRM TANDEM" containing Tandem Instructor Rating Course manual | POOLEY_00031102-POOLEY_00031151 | | |
| 609 | JPG image entitled "Yuri initials" | POOLEY_00031185 | | |
| 610 | PDF document entitled "Yuri CanopyProfCard Complete" containing pre-filled signature of Yuri Garmashov on a USPA Canopy Piloting Proficiency Card | POOLEY_00031159 | | |

| | | | | |
|---|---|---|---|---|
| 611 | PDF document entitled "Yuri Tandem Prof Card Complete" containing pre-filled signatures of Yuri Garmashov on a USPA Tandem Instructor Rating Course Proficiency Card | POOLEY_00031224-POOLEY_00031225 | | |
| 612 | JPG image of Yuri initials entitled "Yuri initials.cb62bbdd389b48898f2e5244977cb2c5.jpg" | POOLEY_00031184 | | |
| 613 | PDF document entitled "Yuri Canopy Prof Card" containing pre-filled signatures of Yuri Garmashov on a USPA Canopy Piloting Proficiency Card | POOLEY_00031158 | | |
| 614 | PDF document entitled "Yuri Signed Complete Paperwork Package UPT and USPA" containing pre-filled signatures of Yuri Garmashov on a USPA membership application | POOLEY_00031194-POOLEY_00031213 | | |
| 615 | PDF document entitled "Yuri B,C,D-License App Complete" containing pre-filled signatures of Yuri Garmashov on a USPA license application | POOLEY_00031156-POOLEY_00031157 | | |
| 616 | JPG image entitled Yuri Signiture.cb62bbdd389b48898f2e5244977cb2c5.jpg | POOLEY_00031222 | | |
| 617 | PDF document entitled "Yuri Complete Paperwork Package" containing pre-filled signatures of Yuri Garmashov on a USPA documents | POOLEY_00031162-POOLEY_00031181 | | |
| 618 | PDF document entitled "Lachlan Mackay USPA" containing Tandem Instructor Rating Course Proficiency Card for Lachlan Mackay | POOLEY_00031152-POOLEY_00031154 | | |
| 619 | JPG image entitled "Rob Initials" | POOLEY_00033054 | | |
| 620 | JPG image entitled "Rob Signature" | POOLEY_00033055 | | |

| Emails seized from Computers at Parachute Center | | | | |
|---|---|---|---|---|
| 700 | Email exchange between Parachute Center and Lassi-Pekka Ruuskanen dated October 3, 2015, identifying Pooley as tandem examiner | POOLEY_00030962 | | |
| 701 | Email exchange between Parachute Center and Gavin Creagh dated August 17, 2015, identifying Pooley as tandem examiner | POOLEY_00030963 | | |
| 702 | Email from Parachute Center to Rob Pooley dated June 28, 2016, forwarding message from Fabricio Palomino (Skydive Baja) re: tandem ratings | POOLEY_00030967 | | |
| 703 | Email from Parachute Center to Rob Pooley dated March 21, 2016, forwarding message from Mahesh Birajdar re: Tandem Master Course | POOLEY_00030968 | | |
| 704 | Email from Parachute Center to Rob Pooley dated August 1, 2016, forwarding message from Alexis Patterson re: tandem master lessons | POOLEY_00030965 | | |
| 705 | Email from Parachute Center to Lachlan Fox, copying Rob Pooley, dated October 1, 2016, re: tandem ratings | POOLEY_00030966 | | |
| 706 | Email exchange between Parachute Center and Mickey Jeffet dated July 1, 2015, identifying Rob Pooley as tandem examiner | POOLEY_00030969-POOLEY_00030971 | | |
| 707 | Email exchange between Parachute Center and Richard Keir dated January 5, 2016, identifying Rob Pooley as tandem examiner | POOLEY_00030964 | | |
| Search warrant photos | | | | |
| 800 | Search warrant location sketches (Parachute Center) | POOLEY_00027119-POOLEY_00027120 | | |
| 801 | External image of Parachute Center with "Skydiving" sign | POOLEY_00027124 | | |

| 802 | External image of entrance to Parachute Center | POOLEY_00027153 | | |
| 803 | External image of doorway to Parachute Center hangar | POOLEY_00027207 | | |
| 804 | External image of area adjoining hangar | POOLEY_00027208 | | |
| 805 | Image of computer workstation in Parachute Center | POOLEY_00027238 | | |
| 806 | Image of laptop at computer workstation in Parachute Center | POOLEY_00027239 | | |
| 807 | Image of lockers in Parachute Center | POOLEY_00027241 | | |
| 808 | Image of Parachute Center showing television displays | POOLEY_00027243 | | |
| 809 | Image of Parachute Center showing couches | POOLEY_00027245 | | |
| 810 | Image of Parachute Center workstations | POOLEY_00027247 | | |
| 811 | Image of different angle of Parachute Center workstations | POOLEY_00027248 | | |
| 812 | Image of Parachute Center blue practice mats | POOLEY_00027261 | | |
| 813 | Different angle of Parachute Center blue practice mats | POOLEY_00027262 | | |
| 814 | Image of Parachute Center television displays | POOLEY_00027268 | | |
| 815 | Different angle of Parachute Center blue practice mats | POOLEY_00027270 | | |
| 816 | Image of Parachute Center shelving | POOLEY_00027274 | | |
| 817 | Different angle of Parachute Center blue practice mats | POOLEY_00027275 | | |
| 818 | Image of Pooley workstation at Parachute Center | POOLEY_00027277 | | |
| 819 | Image of whiteboard at Parachute Center | POOLEY_00027280 | | |
| 820 | Different image of whiteboard at Parachute Center | POOLEY_00027281 | | |
| 821 | Image of tents at Parachute Center | POOLEY_00027286 | | |
| 822 | Different angle of tents at Parachute Center | POOLEY_00027287 | | |
| 823 | Different angle of tents at Parachute Center | POOLEY_00027288 | | |

| 824 | Image of counters at Parachute Center | POOLEY_00027299 | | |
| 825 | Different angle of counters at Parachute Center | POOLEY_00027300 | | |
| 826 | Different angle of tents at Parachute Center | POOLEY_00027304 | | |
| 827 | Image of whiteboard at Parachute Center | POOLEY_00027319 | | |
| 828 | Image of multiple whiteboards at Parachute Center | POOLEY_00027320 | | |
| 829 | Image of blue mats and shelves at Parachute Center | POOLEY_00027376 | | |
| 830 | Image of safe with cash | POOLEY_00027388 | | |
| 831 | Image of "Photo"/ "Video" area inside Parachute Center | POOLEY_00027399 | | |
| 832 | Image of workstation at Parachute Center | POOLEY_00027400 | | |
| | Emails obtained from Google's production of the rpooley75@gmail.com account | | | |
| 900 | Google Rule 902(11) certificates | POOLEY_00032978-POOLEY_00032991 | | |
| 901 | January 30, 2014, email from Tom Noonan to Pooley, copying Stokes, re: UPT Tandem Examiner Rating follow up | POOLEY_00021008-POOLEY_00021009 | | |
| 902 | January 30, 2014 email exchange among Rob Pooley, Tom Noonan (UPT) and Jay Stokes (copied) Re: UPT Tandem Examiner Rating follow up | POOLEY_00020967-POOLEY_00020969 | | |
| 903 | June 18, 2015 cover email and attached letter from Jason Putnam Gordon re: Prima Facie Notice of Violation | POOLEY_00020867-POOLEY_00020868 | | |
| 904 | July 22, 2015 email from Google to rpooley75@gmail.com, advising that the password for parachutecentervideodesk@gmail.com was reset | POOLEY_00021025-POOLEY_00021026 | | |
| 905 | August 7, 2015 email from Ray Lallo to Pooley, copying Crouch advising Pooley of the decision to suspend his Examiner ratings | POOLEY_00020972 POOLEY_00020970-POOLEY_00020971 | | |

| 906 | August 17, 2015 Email from Kathy Dause to tandem candidate, copying Pooley, re: "Tandem rating in September" | POOLEY_00020959 | | |
|---|---|---|---|---|
| 907 | August 17, 2015 email from Pooley to himself, attaching images of his own initials and signature | POOLEY_00020978-POOLEY_00020982 | | |
| 908 | August 17, 2015 5:57 pm email from Pooley to himself, attaching image of Garmashov's signature, with subject: "Yuri signature" | POOLEY_00021029-POOLEY_00021031 | | |
| 909 | August 17, 2015 6:25 pm email from Pooley to himself, attaching image of Garmashov's initials, with subject line: "Yuri" | POOLEY_00021032-POOLEY_00021034 | | |
| 910 | August 18, 2015 email and attached letter from Tom Noonan to Pooley re Letter of Suspension | POOLEY_00020842-POOLEY_00020843 | | |
| 911 | August 10, 2015 - August 28, 2015 email exchange between Rob Pooley and Jim Crouch in which Pooley affirms he understands the terms of the suspension | POOLEY_00020906-POOLEY_00020910 | | |
| 912 | September 4, 2015 email from Rob Pooley to USPA attaching letter appealing suspension | POOLEY_00020973-POOLEY_00020975 | | |
| 913 | January 5, 2016 – January 18, 2016 email exchange between Rob Pooley and Richard Keir re: Tandem Rating Course Lodi | POOLEY_00020957-POOLEY_00020958 | | |
| 914 | January 18, 2016 email from Pooley to Ryan Alex Scott Re: "Tandem" | POOLEY_00021006 | | |
| 915 | April 4-11, 2016 email exchange between Rob Pooley and Jack Elford re: Tandem course opportunities | POOLEY_00020938-POOLEY_00020939 | | |

| | | | |
|---|---|---|---|
| 916 | July 22, 2016-July 25, 2016 email exchange between Jason Putnam Gordon (USPA) and Robert Pooley re: Reinstatement Request | POOLEY_00020931-POOLEY_00020932 | |
| 917 | August 2, 2016 email and attached letter from Jan Meyer (USPA) to Rob Pooley denying his request for Examiner rating reinstatement | POOLEY_00020877-POOLEY_00020879 | |
| 918 | August 10, 2016 cover email and attached letter from Jim Crouch (USPA) to Rob Pooley administratively suspending Pooley's membership and ratings pending USPA's investigation. | POOLEY_00021010-POOLEY_00021013 | |
| 918r | August 10, 2016 cover email and attached letter from Jim Crouch (USPA) to Rob Pooley administratively suspending Pooley's membership and ratings pending USPA's investigation (redacted) | POOLEY_00021010-POOLEY_00021011 | |
| 919 | September 22, 2016 cover email from Jim Crouch (USPA) and attached Notice of Violation letter from Josh Hall to Robert Pooley | POOLEY_00021014-POOLEY_00021016 | |
| 920 | October 3, 2015, email from Rob Pooley to michael@eyedeaworx.com re: parachutecentervideodesk@gmail.com | POOLEY_00020933-20934 | |
| | Emails obtained from Google's production of the yurig.garmashov@gmail.com account | | |
| 1000 | September 1, 2016 email from Jim Crouch (USPA) to USPA Tandem Instructor Examiners re: "Tandem Examiners: Immediate USPA Policy on Certain Tandem Instructors/Candidates" and attachments | POOLEY_00020647 POOLEY_00020648 POOLEY_00020640-POOLEY_00020646 | |

| 1001 | July 6, 2016 emails between Jim Crouch and Yuri Garmashov re: "Candidate qualifications" | POOLEY_00020457-POOLEY_00020458 | | |
|---|---|---|---|---|
| | Documents related to Pooley's signed and notarized letters (emails covered by Rule 902(11) certificate) | | | |
| 1100 | September 8, 2016 email from Yuri Garmashov to Josh Hall (USPA) attaching letter from Rob Pooley | POOLEY_00020343~~2~~-POOLEY_00020345 | | |
| 1101 | Photo of original letter signed by Rob Pooley taken by SA Keum | POOLEY_00002054-POOLEY_00002055 | | |
| 1102 | September 5-6, 2016 email from Evan Beecher to Garmashov re: "Potential draft letter" | POOLEY_00020526-POOLEY_00020529 | | |
| 1103 | September 7, 2016 email from Garmashov to Pooley: "This is the letter. Please c" attaching the scanned letter | POOLEY_00020394-POOLEY_00020396 | | |
| 1104 | September 8, 2016 email from Yuri Garmashov to Rob Pooley re: letter containing the above letter in the body | POOLEY_00020362 | | |
| 1105 | January 27, 2017 email and attached letter from Rob Pooley to USPA (Jan Meyer, Jim Crouch) and Garmashov re: "Letter for Yuri G" saying that "to the best of my knowledge would have had no information as to what was happening in his absence." | POOLEY_00020341-POOLEY_00020342 | | |
| 1106 | Notary book with entry on page 119 reflecting that on February 2, 2017, Robert Pooley notarized a letter attesting to "Yuri Garmashov involvement in a tandem jump" | original | | |
| 1107 | Picture taken by SA Keum of letter by Rob Pooley and notarization certificate dated February 2, 2017 by Bobbi L. Lewis | POOLEY_00002050-POOLEY_00002051 | | |

| 1108 | Notary book with entry on page 13 reflecting on March 29, 2019 Robert Pooley notarized a "letter Re: Emails" | original | | |
|------|------|------|------|------|
| 1109 | Picture of letter by Rob Pooley and notarization certificate dated March 29, 2019 by Michael Pierce | POOLEY_00002048-POOLEY_00002049 | | |
| Photos taken by Peter Swan | | | | |
| 1200 | Photograph of Rob Pooley in a tandem parachute rig | POOLEY_00001665 | | |
| Documents related to DOT-OIG SA Corry Noel | | | | |
| 1300 | Report re Forensic Examination of Devices | POOLEY_00030949-POOLEY_00030955 | | |
| 1301 | DOT-OIG Forensic Media Collection Form | POOLEY_00001766-POOLEY_00001800 | | |
| 1302 | DOT-OIG FMC Pictures of Computer with serial number Z3TQ24TJ | POOLEY_00001823-POOLEY_00001829 | | |
| 1303 | DOT-OIG FMC Pictures of Pooley's Locker | POOLEY_00001831 | | |
| 1304 | DOT-OIG FMC Pictures of Hard Drive with Serial Number WCC4M1084583 | POOLEY_00001847 | | |
| 1305 | Screenshot of folder structure of folder "Users" on Computer with serial number Z3TQ24TJ | POOLEY_00033038 | | |
| 1306 | Screenshots of contents of "Complete Paperwork Package" folder on Computer with serial number Z3TQ24TJ | POOLEY_00033039-40 | | |
| 1307 | Screenshot of folder structure of folder "Windows Live Mail" on Computer with serial number Z3TQ24TJ | POOLEY_00033041 | | |
| 1308 | Screenshots of contents of "Sent Mail" folder on Computer Z3TQ24TJ | POOLEY_00033042-43 | | |
| 1309 | Screenshot of folder structure of folder "shares" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033044 | | |

| 1310 | Screenshots of contents of folder "Robs Docs" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033045-46 | | |
| 1311 | Screenshots of contents of folder "New Docs" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033047-48 | | |
| 1312 | Screenshots of contents of folder "Candidate Paperwork" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033049-50 | | |
| 1313 | Screenshot of folder structure of folder "Rob to sort" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033051 | | |
| 1314 | Screenshots of contents of folder "transcoded_files" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033052-53 | | |
| Other Customs and Border Crossing Records | | | | |
| 1400 | Border Crossing Record Certification | POOLEY_00030904-POOLEY_00030905 | | |
| 1401 | Border crossing records reflecting that Sangyeul Jeong entered the U.S. on June 5, 2016 and departed the U.S. on August 31, 2016 | POOLEY_00030908-POOLEY_00030909 | | |
| 1402 | Border crossing records reflecting that Carlos Obaid entered the U.S. on June 16, 2016 and departed the U.S. on October 11, 2016 | POOLEY_00030914-POOLEY_00030915 | | |
| 1403 | Border crossing records reflecting that Carlos Martinez entered the U.S. on June 9, 2016 and departed the U.S. on October 10, 2016 | POOLEY_00030916-POOLEY_00030917 | | |
| 1404 | Border crossing records reflecting that Lachlan Mackay entered the U.S. on March 25, 2016 and departed the U.S. on November 30, 2016 | POOLEY_00030918-POOLEY_00030919 | | |

| 1405 | Border crossing records reflecting that Danny Overeem entered the U.S. on June 14, 2016 and departed the U.S. on August 26, 2016 | POOLEY_00030920-POOLEY_00030921 | | |
|---|---|---|---|---|
| Documents related to Jay Stokes | | | | |
| 1501 | Examiner training documents provided by Jay Stokes | POOLEY_00032590-POOLEY_00032594 | | |
| Emails from parachutecentervideodesk@gmail.com account | | | | |
| 1600 | August 24, 2015, email from Rob Pooley to terri@uptvector.com re: paperwork for Jason Spurgeon | POOLEY_00030711 | | |
| 1601 | August 24, 2015 email from Rob Pooley to Yuri Garmashov re: Jason Spurgeon paperwork | POOLEY_00030759 | | |
| 1602 | August 18, 2016 email from Rob Pooley to rpooley75@gmail.com with attachment | POOLEY_00030684-30685 | | |

Dated:  May 15, 2024

PHILLIP A. TALBERT
United States Attorney


By:  /s/ KATHERINE T. LYDON
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys