**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court:   **5:20** |
| vs | CASE #: 2:21cr111-01 WBS |
| | DATE:   5/16/2024 |
| **ROBERT ALLEN POOLEY** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter:   Kimberly Bennett |

**Appearance(s) for Government:**

Katherine Lydon
Dhruv Sharma

**Appearance(s) for Defendant(s):**

Counsel: Mia Crager, AFD
Counsel: Meghan McLoughlin, AFD

Deft: Present/Out of Custody

### JURY TRIAL (DAY 2):

| | |
|---|---|
| 9:00 a.m. | Trial resumes outside the presence of the jury. Court confers with counsel re trial scheduling. |
| 9:10 a.m. | Jury returns. Court GRANTS leave for Juror #1 to obtain hotel expenses paid by the Court. |
| 9:12 a.m. | Government presents opening statements. |
| 9:20 a.m. | Defendant presents opening statements. |
| 9:29 a.m. | Witness **James Crouch** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 1001, 80 (p.1), 80 (pp. 3-6), 80 (p. 8).] |
| 10:10 a.m. | Jury excused. Court confers with counsel re admission of exhibit 80. |
| 10:15 a.m. | Court recessed. |
| 10:25 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re admission of exhibits 85, 903 and 905. |
| 10:54 a.m. | Jury returns. Witness resumes on direct by Government. [Exhibits Identified and/or Admitted: 80 (pp. 126, 128, 165, 167, 193, 194, 327, 328), 85, 905, 911, 912.] |
| 11:29 a.m. | Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 2129, 80 (pp. 2, 8).] |

| | |
|---|---|
| 11:56 a.m. | Witness on re-direct by Government.  [Exhibits Identified and/or Admitted: 2129.] |
| 12:00 p.m. | Witness on re-cross by Defendant.  [Exhibits Identified and/or Admitted: 2129, 2137.]  Witness excused. |
| 12:05 p.m. | Court recessed. |
| 1:35 p.m. | Trial resumes. Jury returns.  Witness **Willard Lee Stokes (Jay)** called and sworn to testify by Government.  [Exhibits Identified and/or Admitted:  102, 100 (p. 1, 6, 7, 8, 47, 17, 5), 901, 902, 102, 101 (1, 6, 17, 47).] |
| 2:45 p.m. | Court recessed. |
| 3:05 p.m. | Trial resumes.  Jury returns.  Witness on cross-examination by Defendant.  [Exhibits Identified and/or Admitted:  2000 (p. 1, 12).] |
| 3:13 p.m. | Witness on re-direct by Government.  [Exhibits Identified and/or Admitted: 2000 (p. 12).] |
| 3:16 p.m. | Witness on re-cross by Defendant.  [Exhibits Identified and/or Admitted: 2001 (p. 123, 1).]  Witness excused. |
| 3:21 p.m. | Witness **Mark Procos** called and sworn to testify by Government.  [Exhibits Identified and/or Admitted:  105, 104, 910.] |
| 3:44 p.m. | Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted:  2000.] |
| 3:52 p.m. | Witness on re-direct by Government.  [Exhibits Identified and/or Admitted: 2000.] |
| 3:53 p.m. | Witness on cross-examination by Defendant.  Witness excused. |
| 3:54 p.m. | Witness **Ronald Bell** called and sworn to testify by Government.  [Exhibits Identified and/or Admitted:  4, 6.] |
| 4:11 p.m. | Witness on cross-examination by Defendant.  [Exhibits Identified and/or Admitted:  4, 2134.] |
| 4:20 p.m. | Jury excused and ordered to return on May 17, 2024 at 9:00 a.m.  Court adjourned.  Case continued to **May 17, 2024 at 8:45 a.m.** |