HEATHER E. WILLIAMS #122664
Federal Defender
MIA CRAGER #300172
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00111-WBS |
|---|---|
| Plaintiff, | **NOTICE OF SUPPLEMENTAL EXHIBITS TO DEFENDANT'S EXHIBIT LIST** |
| v. | |
| ROBERT POOLEY, | Date: May 17, 2024<br>Judge: Hon. William B. Shubb |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that the Exhibits below have been updated on the Defendant's Exhibit List:

| 2059 | Text messages between 949-412-5339 and 916-505-1971 from July 8 through August 30, 2016 |
|---|---|

Additionally, the following exhibits have been added to the Defendant's Exhibit List:

| 2059R | Text messages between 949-412-5339 and 916-505-1971 from July 8 through August 30, 2016 [REDACTED] |
|---|---|
| 2134R | August 11, 2016 email from Morgan Mackay to Robert Pooley, (rpooley75 gmail) re: Ratings [REDACTED] |
| 2184 | May 2 – May 3, 2024 email exchange between Special Agent Reggie Lee and Joaquin Gomez, re: Parachute Center, Lodi |
| 2185 | Memo re interview of Fabian Munoz on May 7 or May 14, 2024 by Special Agents Richard Ficarelli and Teresa Cabrera |
| 2186 | Agents' notes from the interview of Fabian Munoz on May 7 or May 14, 2024 |

1  Dated: May 17, 2024               HEATHER E. WILLIAMS
                                     Federal Defender

2                                    */s/ Mia Crager*
3                                    MIA CRAGER
                                     Assistant Federal Defender
4                                    Attorney for Defendant
                                     ROBERT POOLEY