**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court: **5:35** |
| vs | CASE #: 2:21cr111-01 WBS |
| | DATE: 5/17/2024 |
| **ROBERT ALLEN POOLEY** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Kimberly Bennett |

**Appearance(s) for Government:**

Katherine Lydon
Dhruv Sharma

**Appearance(s) for Defendant(s):**

Counsel: Mia Crager, AFD
Counsel: Meghan McLoughlin, AFD

Deft: Present/Out of Custody

## JURY TRIAL (DAY 3):

| | |
|---|---|
| 8:45 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re exhibits introduced at time of trial. |
| 9:05 a.m. | Jury returns. Witness **Ronald Bell** resumes on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 2134r.] Witness excused. |
| 9:10 a.m. | Jury excused. Court recessed. |
| 9:15 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re witness to be called. |
| 9:23 a.m. | Witness **Fabrian Munoz Becerra** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 12, 40, 41a.] - **(Interpreter: Alejandro Franco)** |
| 10:25 a.m. | Court recessed. |
| 10:45 a.m. | Trial resumes. Jury returns. Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 2139.] |
| 11:35 a.m. | Witness on re-direct by Government. Witness excused. |
| 11:40 a.m. | Jury excused. Court confers with counsel re witness testimony and exhibits. |
| 12:05 p.m. | Court recessed. |

1

| | |
|---|---|
| 1:15 p.m. | Trial resumes.  Jury returns.  Witness **Bradley David North** called and sworn to testify by Government.   [Exhibits Identified and/or Admitted:  31, 40, 8p, 801-804, 812-817, 819, 825, 17p.] |
| 2:45 p.m. | Court recessed. |
| 3:00 p.m. | Trial resumes.  Jury returns.  Witness resumes on direct by Government.  [Exhibits Identified and/or Admitted:  30, 32r.] |
| 3:32 p.m. | Witness on cross-examination by Defendant.   [Exhibits Identified and/or Admitted:  30, 2038, 2037, 32r.] |
| 3:59 p.m. | Witness on re-direct by Government, |
| 4:08 p.m. | Witness on re-cross by Defendant.  Witness excused. |
| 4:09 p.m. | Jury excused and ordered to return on May 20, 2024 at 9:00 a.m.  Court confers with counsel re witness scheduling. |
| 4:10 p.m. | Court Adjourned.  Case continued to **May 20, 2024 at 9:00 a.m.** |