HEATHER E. WILLIAMS #122664
Federal Defender
MIA CRAGER #300172
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT POOLEY, Defendant. | Case No. 2:21-cr-00111-WBS<br><br>**NOTICE OF SUPPLEMENTAL EXHIBITS TO DEFENDANT'S EXHIBIT LIST**<br><br>Date: May 20, 2024<br>Judge: Hon. William B. Shubb |
|---|---|

**NOTICE IS HEREBY GIVEN** that the following exhibits have been added to the Defendant's Exhibit List:

| 2187 | August 26, 2016 email exchange between James "Jim" Crouch and Yuri Garmashov (yurig.garmashov gmail account) re: Rating questions |
|---|---|
| 2188 | Brad North Parachute Association (USPA) Coach Rating Course Proficiency Card dated October 13, 2015 |

Dated: May 20, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ROBERT POOLEY