PHILLIP A. TALBERT
United States Attorney
KATERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00111 WBS |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST |
| v. | DATE: May 20, 2024 |
| ROBERT ALLEN POOLEY, | COURT: Hon. William B. Shubb |
| Defendants. | |

| | | | | |
|---|---|---|---|---|
| 3 | July 4, 2016 Email from Fabricio Palomino to Pooley stating that Pooley was "on my way to Lodi," and asking where Victim 1 could get his "Airmans [sic] Medical." | POOLEY_00020941-00020942 | | |
| 20r | REDACTED October 31, 2016, email from between Palomino, Pooley and Parachute Center re: refund | POOLEY_00023217 | | |
| 26 | Fabricio Palomino certified border crossing records reflecting he entered the U.S. on July 4, 2016 at 8:46 pm Pacific time | POOLEY_00032922-POOLEY_00032924 | | |
| 300T | Transcript of Audio Recording | POOLEY_00003171-POOLEY_00003342 | | |
| 400T | Transcript of entire recording | POOLEY_00002525-POOLEY_00002553 | | |

| | | | | |
|---|---|---|---|---|
| 405 | 17:31- 17:48 (Tr. 23:20 – 24:5) (Did examiner have to be on site? I don't know. For us, no, because I'm on site. USPA would say you're not an examiner, and we would say, we don't care what you think) | POOLEY_00002524 | | |
| 406 | 18:01 – 19:16 (Tr. 24:14 – 26:13) (It would have been "fine for me to sign" UPT stuff; Pooley was allowed to conduct training for UPT at the time; sending the paperwork to Yuri was "just what we did at the time") | POOLEY_00002524 | | |
| 1002 | July 1, 2016 emails between Yuri Garmashov and Rob Pooley re: Jim Crouch question | POOLEY_00020485 | | |
| 1106c | Scanned cover and two pages of notary book reflecting February 2, 2017 entry | POOLEY_00007917-POOLEY_00007919 | | |
| 1108c | Scanned cover and two pages of notary book reflecting March 29, 2019 entry | POOLEY_00007920-POOLEY_00007922 | | |
| 1110 | Photos of emails taken by SA Keum | POOLEY_00002052-POOLEY_00002053 | | |
| 1111 | Version of emails in Exhibit 1110 from RPooley75@gmail.com account | POOLEY_00020936 | | |
| 1112 | Photos of Yuri Garmashov's passport taken by SA Keum | POOLEY_00002057-POOLEY_00002056 | | |
| 1600 | August 24, 2015, email from Rob Pooley to terri@uptvector.com re: paperwork for Jason Spurgeon, with attachment | POOLEY_00030711-00030735 | | |
| 1601 | August 24, 2015 email from Rob Pooley to Yuri Garmashov re: Jason Spurgeon paperwork, with attachment | POOLEY_00030759-00030783 | | |

GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST            2

| | | | | |
|---|---|---|---|---|
| 1602 | August 18, 2016 email from Rob Pooley to rpooley75@gmail.com with attachment | POOLEY_00030684-30685 | | |
| 1603 | Subscriber information for parachutecentervideodesk@gmail.com | POOLEY_00030790-POOLEY_00030791 | | |

Dated: May 20, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ KATERINE T. LYDON
KATERINE T. LYDON
DHRUV M. SHARM
Assistant United States Attorneys