**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| UNITED STATES OF AMERICA | Time in Court: **6:05** |
|---|---|
| vs | CASE #: 2:21cr111-01 WBS |
| | DATE: 5/20/2024 |
| **ROBERT ALLEN POOLEY** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Kimberly Bennett |

**Appearance(s) for Government:**

Katherine Lydon
Dhruv Sharma

**Appearance(s) for Defendant(s):**

Counsel: Mia Crager, AFD
Counsel: Meghan McLoughlin, AFD

Deft: Present/Out of Custody

## JURY TRIAL (DAY 4):

| | |
|---|---|
| 9:00 a.m. | Trial resumes. Jury returns. Witness **Gonzalez Fabricio Palomino Benitez** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 21, 2, 3, 25, 24.] |
| 9:55 a.m. | Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 21, 614 (pp. 8, 9, 10, 16, 20), 2050a.] |
| 10:21 a.m. | Witness on re-direct by Government. [Exhibits Identified and/or Admitted: 20r, 23, 22r.] |
| 10:34 a.m. | Witness on re-cross by Defendant. Witness excused. |
| 10:35 a.m. | Court recessed. |
| 10:55 a.m. | Trial Resumes. Jury returns. Witness **Peter A. Swan** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 807, 809, 808, 810, 831, 812, 813, 817.] |
| 11:13 a.m. | Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 2178, 2015, 15.] |
| 11:30 a.m. | Witness on re-direct by Government. Witness excused. |
| 11:31 a.m. | Witness **David Jensen** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 5.] Witness excused. |

1

| Time | Event |
|---|---|
| 11:40 a.m. | Witness **Kyung Keum** called and sworn to testify by Government.   [Exhibits Identified and/or Admitted:  1100, 1101, 1105.] |
| 11:52 a.m. | Jury excused.  Court confers with counsel re admissibility of government exhibits.   Parties to submit stipulations for introduction on the record, as noted on the record. |
| 12:05 p.m. | Court recessed. |
| 1:15 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re admissibility of exhibits.  Parties inform the Court that a stipulation has been reached on certain issues, as noted on the record. |
| 1:40 p.m. | Jury returns.  Witness resumes on direct by Government.   [Exhibits Identified and/or Admitted:  1100, 1102, 1103, 1104, 1101, 1105, 1107.] |
| 2:00 p.m. | Jury excused.  Court confers with counsel re admissibility of government exhibits, as noted on the record. |
| 2:07 p.m. | Jury returns.  Witness resumes on direct by Government.   [Exhibits Identified and/or Admitted:  1107, 1109, 1110, 1111.] |
| 2:19 p.m. | Witness on cross-examination by Defendant.   [Exhibits Identified and/or Admitted:   1100, 1102.]  Witness excused. |
| 2:30 p.m. | Witness **Bobbi L. Lewis** called and sworn to testify by Government.  [Exhibits Identified and/or Admitted:  1106, 1106c, 1107, 18.] |
| 2:49 p.m. | Witness on cross-examination by Defendant.  [Exhibits Identified and/or Admitted:   1107.]  Witness excused. |
| 2:51 p.m. | Witness **Michael Pierce** called and sworn to testify by Government.   [Exhibits Identified and/or Admitted:  1108, 1108c, 18, 1109.] |
| 3:06 p.m. | Witness on cross-examination by Defendant.   Witness excused. |
| 3:07 p.m. | Jury excused.  Court confers with counsel re next witness to be called. |
| 3:10 p.m. | Court recessed. |
| 3:25 p.m. | Trial Resumes.   Jury returns.  Witness **Reggie Lee** called and sworn to testify by Government.   [Exhibits Identified and/or Admitted:  825, 830, 824, 821, 822, 823, 826, 807,1303, 500, 501-519,  206, 205, 207, 216, 209, 210, 218, 213, 217, 211, 214.] |
| 4:29 p.m. | Jury excused and ordered to return on    at 9:00 a.m.  Court confers with counsel re witness scheduling and admission of certain exhibits during trial [300T (pp. 12-14)]. |
| 4:50 p.m. | Court Adjourned.  Case continued to **May 21, 2024 at 9:00 a.m.** |