PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT ALLEN POOLEY,<br><br>  Defendant. | CASE NO. 2:21-CR-111 WBS<br><br>STIPULATIONS OF THE PARTIES<br><br>DATE: May 15, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States, by and through its attorneys of record, Katherine T. Lydon and Dhruv M. Sharma, Assistant United States Attorneys, and Robert Pooley, through his attorneys Mia Crager and Megan McLoughlin, hereby submit the following stipulations.

The parties agree to the following stipulations regarding authentication of and foundation for the following exhibits:

1. IT IS HEREBY STIPULATED between the parties that Government Exhibits 500-519 are original and authentic documents seized from Pooley's locker at the Parachute Center on January 30, 2018. The documents referenced above are as follows:

STIPULATIONS OF THE PARTIES               1

| | Physical Evidence Seized From Pooley's Locker at Parachute Center | | | |
|---|---|---|---|---|
| 500 | "Tandem Instruction for Dummies" 3-ring binder (contains USPA Tandem Instructor Rating Course Proficiency UPT Tandem Instructor Certification Forms with Yuri Garmashov's preprinted signature) found in Pooley's locker | Original | | |
| 501 | March 2012 USPA and UPT documents for Federico Busanello found in manilla envelope in Pooley's locker Pooley's wet and preprinted signatures | Original | | |
| 502 | December 2013 USPA and UPT documents for Kertis Gilchrist found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 503 | April 2014 USPA and UPT documents for Ricardo Santos found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 504 | April 2014 USPA and UPT documents for Thomas Rodriguez de Oliveira found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 505 | April 2014 USPA and UPT documents for John Platner found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 506 | May 2015 USPA and UPT documents for Kenton Outtrim found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |

| | | | | |
|---|---|---|---|---|
| 507 | June 2015 USPA and UPT documents for Edgar Tokria found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 508 | June 2015 USPA and UPT documents for James E. Stanley found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 509 | June 2015 USPA and UPT documents for Lucas Montenegro found in manilla envelope in Pooley's locker with Pooley's wet and preprinted signatures | Original | | |
| 510 | August 2015 USPA and UPT documents for Guiliermo Canatta Sosa found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 511 | August 2015 USPA documents for Adam Johnson found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 512 | September 2015 USPA documents for Minsik Jeong found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 513 | September 2015 USPA and UPT documents for Jordan Van den Berg found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 514 | September 2015 USPA and UPT documents for Amit Anruesky found in Pooley's locker with Garmashov's preprinted signatures | Original | | |

| | | | | |
|---|---|---|---|---|
| 515 | September 2015 USPA and UPT documents for Luis Lopez Fleitas found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 516 | September 2015 USPA documents for Matias Baeza Parker found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 517 | September 2015 USPA documents for Eduardo Denis Kim found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 518 | September 2015 USPA documents for James Joseph Moore Garcia -Ortega found in Pooley's locker with Garmashov's preprinted signatures | Original | | |
| 519 | October 2015 USPA and UPT documents for Jeanremy Boulet-Giroux found in Pooley's locker with Garmashov's preprinted signatures | Original | | |

2.   IT IS HEREBY STIPULATED between the parties that Government Exhibits 600-707 and Defense Exhibit 2188 all represent documents recovered from electronic devices seized at the Parachute Center on January 30, 2018. Specifically, exhibits 601-608 and 700-707 are authentic copies of documents found on a Seagate hard drive with serial number Z3TQ24TJ contained within a HP A2e Desktop computer. Further, exhibits 600 and 609-620 and Defense Exhibit 2188 are authentic copies of documents found on a Western Digital hard drive with serial number WCC4M1084583. The documents referenced above are as follows:

| Electronic Evidence seized from Computers at Parachute Center | | | | |
|---|---|---|---|---|
| 600 | JPG document entitled "Yuri Signiture" | POOLEY_00031223 | | |

| | | | | |
|---|---|---|---|---|
| 601 | PDF document entitled "Yuri UPT Waiver" containing pre-filled signature of Yuri Garmashov on a UPT Tandem Parachute Jump Agreement | POOLEY_00031231-POOLEY_00031232 | | |
| 602 | PDF document entitled "Yur_Rob Canopy Prof Card" containing pre-filled signature of Yuri Garmashov on a USPA Canopy Piloting Proficiency Card | POOLEY_00031155 | | |
| 603 | PDF document entitled "Yuri D License App Signed" containing pre-filled signature of Yuri Garmashov on a USPA License Application | POOLEY-00031182-POOLEY_00031183 | | |
| 604 | PDF document entitled "IRM 2015 TANDEM" containing USPA 2014-2015 Instructional Rating Manual | POOLEY_00030972-POOLEY_00031065 | | |
| 605 | PDF document entitled "Yuri UPT Rating Application and CCA" containing pre-filled signature of Yuri Garmashov on a UPT Tandem Instructor Certification Form | POOLEY_00031228 | | |
| 606 | PDF document entitled "Yuri Tandem Prof Card Signed" containing pre-filled signature of Yuri Garmashov on a USPA Tandem Instructor Rating Course Proficiency Card | POOLEY_00031226-POOLEY_00031227 | | |
| 607 | PDF document entitled "Yuri Signed New UPT Logbook" containing pre-filled signature of Yuri Garmashov on a UPT Tandem Instructor Training Logbook | POOLEY_00031214-POOLEY_00031221 | | |
| 608 | PDF document entitled "IRM TANDEM" containing Tandem Instructor Rating Course manual | POOLEY_00031102-POOLEY_00031151 | | |
| 609 | JPG image entitled "Yuri initials" | POOLEY_00031185 | | |

| # | Description | Bates |
|---|---|---|
| 610 | PDF document entitled "Yuri CanopyProfCard Complete" containing pre-filled signature of Yuri Garmashov on a USPA Canopy Piloting Proficiency Card | POOLEY_00031159 |
| 611 | PDF document entitled "Yuri Tandem Prof Card Complete" containing pre-filled signatures of Yuri Garmashov on a USPA Tandem Instructor Rating Course Proficiency Card | POOLEY_00031224-POOLEY_00031225 |
| 612 | JPG image of Yuri initials entitled "Yuri initials.cb62bbdd389b48898f2e5244977cb2c5.jpg" | POOLEY_00031184 |
| 613 | PDF document entitled "Yuri Canopy Prof Card" containing pre-filled signatures of Yuri Garmashov on a USPA Canopy Piloting Proficiency Card | POOLEY_00031158 |
| 614 | PDF document entitled "Yuri Signed Complete Paperwork Package UPT and USPA" containing pre-filled signatures of Yuri Garmashov on a USPA membership application | POOLEY_00031194-POOLEY_00031213 |
| 615 | PDF document entitled "Yuri B,C,D-License App Complete" containing pre-filled signatures of Yuri Garmashov on a USPA license application | POOLEY_00031156-POOLEY_00031157 |
| 616 | JPG image entitled Yuri Signiture.cb62bbdd389b48898f2e5244977cb2c5.jpg | POOLEY_00031222 |
| 617 | PDF document entitled "Yuri Complete Paperwork Package" containing pre-filled signatures of Yuri Garmashov on a USPA documents | POOLEY_00031162-POOLEY_00031181 |

| # | Description | Bates |
|---|---|---|
| 618 | PDF document entitled "Lachlan Mackay USPA" containing Tandem Instructor Rating Course Proficiency Card for Lachlan Mackay | POOLEY_00031152-POOLEY_00031154 |
| 619 | JPG image entitled "Rob Initials" | POOLEY_00033054 |
| 620 | JPG image entitled "Rob Signature" | POOLEY_00033055 |
| 2188 | October 2015 USPA Coach rating documents for Brad North | POOLEY_00030287-POOLEY_00030289 |
| **Emails seized from Computers at Parachute Center** | | |
| 700 | Email exchange between Parachute Center and Lassi-Pekka Ruuskanen dated October 3, 2015, identifying Pooley as tandem examiner | POOLEY_00030962 |
| 701 | Email exchange between Parachute Center and Gavin Creagh dated August 17, 2015, identifying Pooley as tandem examiner | POOLEY_00030963 |
| 702 | Email from Parachute Center to Rob Pooley dated June 28, 2016, forwarding message from Fabricio Palomino (Skydive Baja) re: tandem ratings | POOLEY_00030967 |
| 703 | Email from Parachute Center to Rob Pooley dated March 21, 2016, forwarding message from Mahesh Birajdar re: Tandem Master Course | POOLEY_00030968 |
| 704 | Email from Parachute Center to Rob Pooley dated August 1, 2016, forwarding message from Alexis Patterson re: tandem master lessons | POOLEY_00030965 |
| 705 | Email from Parachute Center to Lachlan Fox, copying Rob Pooley, dated October 1, 2016, re: tandem ratings | POOLEY_00030966 |

| # | Description | Bates |
|---|---|---|
| 706 | Email exchange between Parachute Center and Mickey Jeffet dated July 1, 2015, identifying Rob Pooley as tandem examiner | POOLEY_00030969-POOLEY_00030971 |
| 707 | Email exchange between Parachute Center and Richard Keir dated January 5, 2016, identifying Rob Pooley as tandem examiner | POOLEY_00030964 |

3. IT IS HEREBY STIPULATED between the parties that Government Exhibits 1301-1314 are records of the Department of Transportation – Office of Inspector General (DOT-OIG) related to their search, seizure and analysis of electronic devices obtained from the Parachute Center on January 30, 2018. Specifically: (i) Exhibits 1301-1304 are authentic copies of DOT-OIG records identifying the electronic devices seized and including photographs of the devices and locations seized; and (ii) Exhibits 1305-1314 reflect authentic copies of screenshot pictures taken by Special Agent Corry Noel during his review of the electronic contents of certain devices seized from the Parachute Center. The documents referenced above are as follows:

| # | Description | Bates |
|---|---|---|
| Documents related to DOT-OIG SA Corry Noel | | |
| 1301 | DOT-OIG Forensic Media Collection Form | POOLEY_00001766-POOLEY_00001800 |
| 1302 | DOT-OIG FMC Pictures of Computer with serial number Z3TQ24TJ | POOLEY_00001823-POOLEY_00001829 |
| 1303 | DOT-OIG FMC Pictures of Pooley's Locker | POOLEY_00001831 |
| 1304 | DOT-OIG FMC Pictures of Hard Drive with Serial Number WCC4M1084583 | POOLEY_00001847 |
| 1305 | Screenshot of folder structure of folder "Users" on Computer with serial number Z3TQ24TJ | POOLEY_00033038 |
| 1306 | Screenshots of contents of "Complete Paperwork Package" folder on Computer with serial number Z3TQ24TJ | POOLEY_00033039-40 |

| | | | | |
|---|---|---|---|---|
| 1307 | Screenshot of folder structure of folder "Windows Live Mail" on Computer with serial number Z3TQ24TJ | POOLEY_00033041 | | |
| 1308 | Screenshots of contents of "Sent Mail" folder on Computer with serial number Z3TQ24TJ | POOLEY_00033042-43 | | |
| 1309 | Screenshot of folder structure of folder "shares" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033044 | | |
| 1310 | Screenshots of contents of folder "Robs Docs" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033045-46 | | |
| 1311 | Screenshots of contents of folder "New Docs" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033047-48 | | |
| 1312 | Screenshots of contents of folder "Candidate Paperwork" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033049-50 | | |
| 1313 | Screenshot of folder structure of folder "Rob to sort" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033051 | | |
| 1314 | Screenshots of contents of folder "transcoded_files" on Hard Drive with Serial Number WCC4M1084583 | POOLEY_00033052-53 | | |

| | | |
|---|---|---|
| Dated: May 20, 2024 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | /s/ DHRUV M. SHARMA<br>KATHERINE T. LYDON<br>DHRUV M. SHARMA<br>Assistant United States Attorneys |
| Dated: May 20, 2024 | By: | /s/ MEGHAN MCLOUGHLIN<br>MIA CRAGER<br>MEGHAN MCLOUGHLIN<br>Assistant Federal Defenders<br>Attorneys for defendant<br>ROBERT POOLEY |