PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHURV M. SHARM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ALLEN POOLEY,<br><br>Defendants. | CASE NO. 2:21-CR-00111 WBS<br><br>GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST<br><br>DATE: May 21, 2024<br>COURT: Hon. William B. Shubb |

| EXH. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 18 | DMV documents of Robert Pooley | POOLEY_00033438-00033439 | | |
| 19 | Picture of Sangyeul Jeong taken from border records | POOLEY_00032893 | | |
| 302a | Audio Clip 11:19-12:28 | POOLEY_00003343 | | |
| 305a | Audio Clip 1:16:06 – 1:16:37 | POOLEY_00003343 | | |
| 305b | Audio Clip 1:17:21-1:17:30 | POOLEY_00003343 | | |
| 311a | Auto Clip 1:51:00-1:52:10 | POOLEY_00003343 | | |
| 921 | August 24, 2016 email from Rob Pooley to Josh Hall with attachments | POOLEY_00020918-POOLEY_00020923 | | |

GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST

1

| 1701 | September 30, 2016 email from Josh Hall with attachments | POOLEY_00029641-POOLEY_00029643 | | |
| 1702 | Aug 24, 2016 email from Josh Hall to Rob Pooley | POOLEY_00029824 | | |

Dated: May 21, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ KATHERINE T. LYDON
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys