**·2:21-cr-00111 WBS:**

**UNITED STATES OF AMERICA**

**vs**

**ROBERT ALLEN POOLEY**

**JURY NOTE (During Trial)**



10/(M/y) about 11:30 MON

Yes, I have

No bananas?

Yes means No

(or)

No means YES

please clarity

(PRINT)

BLUE

DOES NOT

ALWAYS

REPRODUCE !

289
29

("it drops out ~ as BLANK)

I WAS A GRAPHIC ARTIST

(or) hidden

R.W. "8"