**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| UNITED STATES OF AMERICA vs **ROBERT ALLEN POOLEY** | Time in Court: __5:30__<br><br>CASE #: 2:21cr111-01 WBS<br>DATE: 5/21/2024<br>Courtroom Deputy: Karen Kirksey Smith<br>Court Reporter: Kimberly Bennett (AM) and Maryann Valenoti (PM) |
|---|---|

**Appearance(s) for Government:**

Katherine Lydon
Dhruv Sharma

**Appearance(s) for Defendant(s):**

Counsel: Mia Crager, AFD
Counsel: Meghan McLoughlin, AFD

Deft: Present/Out of Custody

## JURY TRIAL (DAY 5):

| | |
|---|---|
| 9:10 a.m. | Trial resumes. Jury returns. Witness **Reggie Lee** resumes on direct by Government. [Exhibits Identified and/or Admitted: 2, 401-406, 910, 908, 909, 907, 906, 913, 914, 915, 916, 917, 920, 921 (pp. 1-2), 904, 1603, 1602 (p.1), 1600, 1601, 4, 1002, 9, 9p, 17p, 17, 51, 10, 1401, 19, 26, 12, 42, 13, 1402, 14, 1403, 15, 1404, 16, 1405.] |
| 10:25 a.m. | Court recessed. |
| 10:40 a.m. | Trial resumes. Jury returns. Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 906, 913, 914, 915, 2174.] |
| 10:53 a.m. | Witness on re-direct by Government. [Exhibits Identified and/or Admitted: 905r, 904.] |
| 10:55 a.m. | Witness on re-cross. Witness excused. |
| 10:56 a.m. | Witness **Paolo Hernandez** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 301, 302a, 305a, 305b, 306, 307, 309, 310, 311a.] |
| 11:15 a.m. | Witness on cross-examination by Defendant. Witness excused. |

1

| | |
|---|---|
| 11:16 a.m. | Witness **Corry Don Noel** called and sworn to testify by Government. [Exhibits Identified and/or Admitted:  500-519, 600-620, 700-707, 1302, 1304, 1305-1314, 801, 808, 816, 818.] |
| 11:47 a.m. | Witness on cross-examination by Defendant. [Exhibits Identified and/or Admitted:  816, 1305, 706, 1312, 2188, 30.]  Witness excused. |
| 12:00 p.m. | Court recessed. |
| 1:30 p.m. | Trial resumes.  Jury returns.  Government rests. |
| 1:33 p.m. | Jury excused.  Defendant makes Rule 29 Motion.  Counsel argue.  Court **DENIES** said motion. |
| 2:08 p.m. | Defendant renews Motion to Dismiss Counts 5 and 6.  Counsel argue.  Court **DENIES** said motion. |
| 2:17 p.m. | Witness **Rasmus Octavius James** called and sworn to testify by Defendant. [Exhibits Identified and/or Admitted:  2189,  2190.]  Witness excused. |
| 2:40 p.m. | Witness **Yuriy Garmarshov** called and sworn to testify by Defendant. [Exhibits Identified and/or Admitted:  2061, 2187, 1111, 2132 (pp. 8-9), 61, 2044 (pp. 1-2), 2046, 2062 .] |
| 3:30 p.m. | Court recessed. |
| 3:40 p.m. | Trial resumes.  Jury returns.  Witness resumes on direct by Defendant. [2132 (p. 1), 2133, 2062r, 2060, 2061, 2080 (p. 31), 2108, 2112, 2068, 1102.] |
| 4:33 p.m. | Jury excused and ordered to return on    at 9:00 a.m.  Court confers with counsel re witness scheduling.  Court confers with counsel re Government's request for *Jencks* demand. |
| 4:35 p.m. | Court Adjourned.  Case continued to **May 22, 2024 at 9:00 a.m.** |