1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   UNITED STATES OF AMERICA,              No. 2:21-CR-111 WBS

13                Plaintiff,

14        v.                               ORDER

15   ROBERT ALLEN POOLEY,

16                Defendant.

17

18

19                          ----oo0oo----

20          The government has moved for disclosure of witness

21   Yuri Garmashov's text messages with defendant under Federal Rule

22   of Criminal Procedure 26.2.  The defendant objects in part,

23   arguing that portions of these texts should be redacted on two

24   grounds.  First, defendant contends that certain texts sent by

25   Garmashov are unrelated to his testimony and should be redacted

26   under 26.2(c).  Second, defendant contends that the government

27   cannot compel disclosure of his own texts under 26.2.  The

28   government also objects to any in camera proceeding that would

                                 1

1    exclude the government at which the court would determine

2    whether Garmashov's texts are related to his testimony.

3                   Rule 26.2(c) reads:
          If the party who called the witness claims that the
4         statement contains information that is privileged or
          does not relate to the subject matter of the witness's
5         testimony, the court must inspect the statement in
          camera. After excising any privileged or unrelated
6         portions, the court must order delivery of the
          redacted statement to the moving party. If the
7         defendant objects to an excision, the court must
          preserve the entire statement with the excised portion
8         indicated, under seal, as part of the record.

9                   Under the court's interpretation of this rule, the

10   party requesting reciprocal discovery is not permitted to see

11   any of the statements prior to the court's in camera inspection.

12   Accordingly, the court overrules the government's objection to

13   an in camera inspection excluding the government.

14                  In order for the court to determine what portion of

15   Garmashov's statements are unrelated to his testimony, defendant

16   shall produce a list of those statements he claims are

17   unrelated.

18                  The government contends that it is entitled to receive

19   defendant's own statements within the text message conversations

20   with Garmashov.  It relies on United States v. Losch, No. CR-19-

21   00294-001-PHX-MTL, 2022 WL  2092535 (D. Ariz. June 9, 2022).

22   However, that case is inapposite.  There, the government

23   submitted text messages between FBI agents and potential

24   witnesses for in camera review.  The government sought to redact

25   all the texts from the government agent and left only the

26   statements of the witnesses.  The court found as to one

27   statement that "the context to this message is necessary to

28   Defendant's full understanding" and then explained that

                                   2

1  "additional context is necessary during the conversation"

2  between the agent and another witness.  The court thus ordered

3  the government to include the agent's text messages with these

4  witnesses' statements.  Nothing in this case addresses

5  disclosure of a defendant's own statements.

6         The court notes that nothing in Rule 26.2 states that

7  a moving party may demand statements of third parties where

8  necessary to give context to the witness's statements.

9  Moreover, the government has not pointed to any authority

10 stating that it may compel disclosure of defendant's own

11 statements to a witness under Rule 26.2.  The court is

12 especially wary of requiring a criminal defendant to disclose

13 his own statements and does not find that Rule 26.2 requires him

14 to do so.  Accordingly, defendant may redact his own statements

15 within the text conversations with Yuri Garmashov.

16         IT IS SO ORDERED.

17 Dated:  May 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

3