**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| UNITED STATES OF AMERICA | Time in Court: **3:50** |
|---|---|
| vs | CASE #: 2:21cr111-01 WBS |
|  | DATE: 5/22/2024 |
| **ROBERT ALLEN POOLEY** | Courtroom Deputy: Karen Kirksey Smith |
|  | Court Reporter: Abigail Torres |

| Appearance(s) for Government: | Appearance(s) for Defendant(s): |
|---|---|
| Katherine Lydon | Counsel: Mia Crager, AFD |
| Dhruv Sharma | Counsel: Meghan McLoughlin, AFD |
|  | Deft: Present/Out of Custody |

## JURY TRIAL (DAY 6):

| | |
|---|---|
| 8:55 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Government's *Jencks* request and government's brief filed 5/21/2024. |
| 9:08 a.m. | Jury returns. Witness **Yuriy Garmarshov** resumes on direct by Defendant. [Exhibits Identified and/or Admitted: 1100, 2068, 2069, 1104, 1107, 1109, 2058, 2104 (p. 4) .] |
| 9:52 a.m. | Jury excused. Court confers with counsel re Government's *Jencks* request. |
| 9:55 a.m. | Court recessed. |
| 10:05 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Government's *Jencks* request. |
| 10:12 a.m. | Jury returns. Court excuses jury and orders them to return today at 1:00 p.m. |
| 10:13 a.m. | Jury excused. Court confers with counsel re Government's *Jencks* request. |
| 10:20 a.m. | Court recessed. |
| 11:30 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Court's order issued May 22, 2024 (Docket #127). |
| 11:40 a.m. | Court recessed. |

| | |
|---|---|
| 11:55 a.m. | Trial resumes outside presence of the jury.  Court confers with counsel re Government's *Jencks* request. |
| 12:05 p.m. | Court recessed. |
| 12:10 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re Court's ruling on Government's *Jencks* request. |
| 1:05 p.m. | Trial resumes.  Jury returns.  Witness on cross-examination by Defendant |
| 1:22 p.m. | Witness on re-direct by Defendant.  [Exhibits Identified and/or Admitted: 2060.] |
| 1:26 p.m. | Witness on re-cross by Government.  Witness excused. |
| 1:28 p.m. | Exhibit 80 admitted.  Defendant rests. |
| 1:30 p.m. | Court instructs jury re further trial proceedings. |
| 1:34 p.m. | Jury excused and ordered to return on May 23, 2024 at 9:00 a.m.  Court confers with counsel re further proceedings. |
| 1:35 p.m. | Upon request of Government counsel, and without objection by Defendant's counsel, Court questions defendant re his right to testify. |
| 1:37 p.m. | Court confers with counsel re jury instructions and verdict form. |
| 1:45 p.m. | Court recessed. |
| 1:55 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re jury instructions and verdict form. |
| 2:35 p.m. | Court recessed. |
| 2:45 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re jury instructions and verdict form. |
| 3:00 p.m. | Court recessed. |
| 3:15 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re jury instructions and opening statements. |
| 3:22 p.m. | Court confers with counsel Defendant's renewed Rule 29 Motion.  Counsel argue.  Court takes matter **UNDER SUBMISSION**. |
| 3:50 p.m. | Court Adjourned.  Case continued to **May 23, 2024 at 9:00 a.m.** |

**Other:** Counsel and courtroom deputy review admitted exhibits to go to the jury during deliberations.  Counsel agree to the return of exhibits and sign the Receipt for Exhibits form (filed today).