# United States District Court
## Eastern District of California
### Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

## CRIMINAL TRIAL MINUTES

| UNITED STATES OF AMERICA | Time in Court: **0:50** |
|---|---|
| vs | CASE #: 2:21cr111-01 WBS |
| | DATE: 5/24/2024 |
| **ROBERT ALLEN POOLEY** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Kimberly Bennett |

**Appearance(s) for Government:**

Katherine Lydon
Dhruv Sharma

**Appearance(s) for Defendant(s):**

Counsel: Mia Crager, AFD
Counsel: Meghan McLoughlin, AFD

Deft: Present/Out of Custody

## JURY TRIAL (DAY 8):

| | |
|---|---|
| 9:00 a.m. | Jury resumes deliberations. |
| 9:25 a.m. | File Jury Note #2. |
| 9:50 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Jury Note #2. |
| 10:15 a.m. | Court recessed. |
| 10:25 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Jury Note #2. |
| 10:27 a.m. | Jury returns. Court confers with counsel and jurors re Jury Note #2. |
| 10:30 a.m. | Jury excused. Court recessed. |
| 10:41 a.m. | Filed Jury Note #3. |
| 10:55 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Jury Note #3. |
| 10:57 a.m. | Jury returns. **VERDICT RETURNED, READ AND FILED AS FOLLOWS: DEFENDANT FOUND GUILTY AS TO COUNTS 2, 3, 4, 5 AND 6; NOT GUILTY AS TO COUNT 1**. Jury polled upon request of Defendant. |

1

| | |
|---|---|
| 11:10 a.m. | Jury excused from this action.  Court confers with counsel re Defendant's Motion for Judgment of Acquittal) as to Counts 4 and 6.   Court states **FINDINGS** on the record and **GRANTS Defendant's Motion for Judgment of Acquittal as to Counts 4 & 6** of the Indictment.  Matter is referred to the US Probation Office, and **Sentencing is set for 8/26/2024 at 09:00 AM** in Courtroom 5 (WBS) before Judge William B. Shubb. Defendant ordered to return on said date and time.  Defense counsel informs the Court of intention to file renewed Rule 29 Motion as to Count 5. |
| 11:15 a.m. | Court Adjourned.  Case continued to **August 26, 2024, 2024 at 9:00 a.m. for Judgment  Sentencing** |

**Other:**   Filed Exhibit Lists, Witness Lists, Verdict Form. (All exhibit binders returned to counsel.)