IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ALLEN POOLEY,<br><br>　　　　　　Defendant. | CASE NO. 2:21-CR-00111 WBS<br><br>GOVERNMENT'S WITNESS LIST<br><br>(At Time of Trial) |

1. Jens Peter Andersen
2. Julie L. Bantley
3. **Ronald Bell, Director of Safety and Training, United States Parachute Association (USPA): 5-16-24; 5-17-24**
4. **Gonzalez Fabricio Palomino Benitez: 5-20-24**
5. Aaron Booth
6. **James Crouch, Former Director of Safety and Training, USPA: 5-16-24**
7. Brian DuBois, former Special Agent, Department of Transportation Office of Inspector General (DOT-OIG)
8. Richard Ficarelli, Special Agent, DOT-OIG
9. Yuri Garmashov
10. Joaquin Gomez
11. Alejandro Guerrero
12. Joshua Hall, USPA

1

**13. Paolo Hernandez, Special Agent, DOT-OIG (ret.):  5-21-24**

**14. David Jensen, Aviation Safety Inspector, Federal Aviation Administration:  5-20-24**

15. Sang Yeul Jeong

**16. Kyung "Kenny" Keum, Special Agent, former DOT-OIG, currently with U.S. Department of Agriculture, Office of Inspector General:  5-20-24**

**17. Reggie Lee, Special Agent, DOT-OIG:  5-20-24; 5-21-24**

**18. Bobbi L. Lewis:  5-20-24**

19. Morgan Mackay

20. Carlos Martinez

**21. Fabrian Munoz Becerra:  5-17-24 (Interpreter:  Alejandro Franco)**

**22. Corry Don Noel, Special Agent, Data Analytics and Computer Crimes Unit, DOT-OIG:  5-21-24**

**23. Bradley David North:  5-17-24**

24. Chris Opsahl

25. Danny Overeem

**26. Michael Pierce:  5-20-24**

**27. Mark Procos, Uninsured United Parachute Technologies (UPT):  5-16-24**

28. Ryan Soto

**29. Willard Lee Stokes (Jay), UPT:  5-16-24**

30. Susan Sullivan, USPA

**31. Peter A. Swan:  5-20-24**

32. Paul D. Van der Walde

33. Charles "Matt" Wilkerson, Assistant Special Agent-in-Charge, Data Analytics and Computer Crimes Unit, DOT-OIG

34. Custodian of Records, Google, Inc.

35. Custodian of Records, USPA

36. Custodian of Records, UPT

37. Custodian of Records, Paypal, Inc.