IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00111-WBS |
| | ) |
| Plaintiff, | ) **DEFENDANT'S EXHIBIT LIST** |
| | ) (At Time of Trial) |
| vs. | ) |
| | ) |
| ROBERT POOLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2000 | Sigma Tandem System Owner's Manual, 03-08-2016 | | |
| 2000 | Sigma Tandem System Owner's Manual, 03-08-2016 (p. 1) | 5-16-24 | |
| **2000** | Sigma Tandem System Owner's Manual, 03-08-2016 **(p. 12)** | 5-16-24 | 5-16-24 |
| 2001 | Sigma Tandem System Owner's Manual, 01-08-2017 | | |
| 2001 | Sigma Tandem System Owner's Manual, 01-08-2017 (p. 11) | 5-16-24 | |
| 2001 | Sigma Tandem System Owner's Manual, 01-08-2017 (p. 123, 1) | 5-16-24 | |

-1-

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2002 | Section VI, 9. Module: Aircraft Procedures, excerpt from the UPT "Tandem Examiner Guide Lines for the Certification of Tandem Instructors", 11th Edition, April 21, 2010 | | |
| 2003 | Reporter's transcript of Grand Jury testimony of Reggie Lee, on June 10, 2021 | | |
| 2004 | June 22, 2021 Press Release by the Dept. of Justice, Eastern District of California, *San Joaquin County Skydiver Arrested for Running Unauthorized Tandem Instructor Courses* | | |
| 2005 | Online information about the United States Parachute Association (USPA), printed on April 30, 2024 from the website www.uspa.org/about-uspa/what-is-uspa | | |
| 2006 | USPA Skydivers Information Manual 2016-2017 | | |
| 2007 | Joshua Hall Subpoena Return - Documents Set 1 and Set 2 | | |
| 2008 | MOA - Telephonic interview of Joshua Hall by Special Agent Brian DuBois, on February 23, 2017 | | |
| 2009 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 63 - Order granting Motion to Enforce Settlement Agreement | | |
| 2010 | USPA Instructional Rating Manual 2016-2017 | | |
| 2011 | USPA Statement on Tandem Skydiving Safety and Instructor Certification | | |
| 2012 | USPA Policy on Certain Tandem Instructor Candidates and Rating Holders | | |
| 2013 | Google Return Letter 1906057 dated August 17, 2018 | | |
| 2014 | Google Return Letter 57696981 dated April 12, 2024 | | |
| 2015 | Reporter's transcript of Grand Jury testimony of Peter Swann, on December 5, 2019 | 5-20-24 | |
| 2016 | MOA - Interview of Peter Swann by Special Agents Brian DuBois and Reggie Lee, on June 27, 2017 | | |
| 2017 | MOA - Interview of Peter Swann by Special Agent Brian DuBois, on January 12, 2018 | | |
| 2018 | MOA - Telephone call with Peter Swann by Special Agent Kyung Keum, on November 19, 2019 | | |
| 2019 | MOA - Interview of Peter Swann by Special Agent Kyung Keum, on November 26, 2019 | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2020 | MOA - Interview of Peter Swann by Special Agent Reggie Lee with AUSA Christopher Hales, on December 5, 2019 | | |
| 2021 | Transcript of Robert Pooley interview by Special Agents Brian DuBois and Paolo Hernandez, on January 30, 2018 | | |
| 2022 | Transcript of Robert Pooley interview by Special Agents Reggie Lee and Richard Ficarelli, on April 27, 2021 | | |
| 2023 | PayPal Account information of Robert Pooley obtained by Special Agent Reggie Lee on June 18, 2021 | | |
| 2024 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 37 - Memo in Support of Motion to Enforce Settlement Agreement | | |
| 2025 | Email from Robert Pooley to Carlos Martinez Medel on August 9, 2016 forwarding email from JC Coldren with Subject: Tandem Examiner Inquiry | | |
| 2026 | Documents seized from Yuri Garmashov's locker at the Parachute Center during Search Warrant execution on January 30, 2018 | | |
| 2027 | Blank USPA Tandem Instructor Rating Application forms with Yuri Garmashov's signatures, seized from Yuri Garmashov's locker at the Parachute Center during Search Warrant execution | | |
| 2028 | Photos of a desk with computers taken during the execution of a search warrant at the Parachute Center in Lodi, on January 30, 2018 | | |
| 2029 | Emails in April 2021 between Special Agent Reggie Lee and Tom Noonan regarding UPT receipt of paperwork for Lachlan Morgan Mackay | | |
| 2030 | Email from Special Agent Reggie to Tom Noonan on April 29, 2021 regarding Lachlan Morgan Mackay and communication from parachutecentervideodesk@gmail.com | | |
| 2031 | May 14, 2021 Emails - USPA unable to find certain archived emails of Jim Crouch and Susan Sullivan | | |
| 2032 | Emails in May 2021 between Special Agent Reggie Lee and Ron Bell of USPA regarding emails from parachutecentervideodesk@gmail.com | | |
| 2033 | Notes of Special Agent Reggie Lee from interview of Danny Overeem on June 1, 2021 | | |
| 2034 | USPA Tandem Instructor Rating Application of Danny Overeem | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2035 | UPT/USPA tandem instructor training paperwork of Brad North | | |
| 2036 | Emails between Special Agent Reggie Lee and Brad North from March 23, 2021 to March 31, 2021 | | |
| 2037 | MOA - Interview of Brad North by Special Agents Reggie Lee and Richard Ficarelli, on March 29, 2021 | 5-17-24 | |
| 2038 | MOA - Interview of Brad North by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma, on February 5, 2024 | 5-17-24 | |
| 2039 | Text messages between Brad North and Special Agent Reggie Lee | | |
| 2040 | MOA - Document receipt of Brad North's tandem instructor training paperwork by Special Agent Reggie Lee | | |
| 2041 | Special Agents' notes from interviews of Brad North | | |
| 2042 | Emails on August 20-21, 2015 between Robert Pooley and Yuri Garmashov with Subject: Tandem candidates | | |
| 2043 | Tandem instructor certification paperwork of Jason Spurgeon | | |
| 2044 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | 5-21-24 | |
| **2044 (pp. 1-2)** | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | 5-21-24 | 5-21-24 |
| 2045 | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | | |
| **2046** | Emails from August 2015 with Subject: New TI paperwork package for Jason Spurgeon | 5-21-24 | 5-21-24 |
| 2047 | Email from Yuri Garmashov to yurig@89vx.net with Subject: Screenshot (September 30, 2016 2:24 PM) | | |
| 2048 | Emails on April 22, 2021 between Special Agent Reggie Lee and Gonzalo Fabricio Palomino Benitez with attached screenshots of Facebook messages | | |
| 2049 | MOA - Telephonic interview of Gonzalo Fabricio Palomino Benitez by Special Agent Reggie Lee, on April 22, 2021 | | |
| 2050 | Emails between Special Agent Reggie Lee and Gonzalo Fabricio Palomino Benitez from April 22, 2021 to June 23, 2021 | | |
| 2050a | Emails between Special Agent Reggie Lee and Gonzalo Fabricio Palomino Benitez from April 22, 2021 to June 23, 2021 | 5-20-24 | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2051 | Screenshots of Facebook messages between Gonzalo Fabricio Palomino Benitez and Sergii Osadchyi | | |
| 2052 | MOA - Special Agent Reggie Lee telephone call with Gonzalo Fabricio Palomino Benitez on May 21, 2021 | | |
| 2053 | MOA - Telephonic interview of Gonzalo Fabricio Palomino Benitez by Special Agent Reggie Lee, on May 28, 2021 | | |
| 2054 | MOA - Interview of Gonzalo Fabricio Palomino Benitez by Special Agents Reggie Lee and Richard Ficarelli, on February 7, 2024 | | |
| 2055 | Agent notes from interview of Gonzalo Fabricio Palomino Benitez on February 7, 2024 | | |
| 2056 | Notes of Special Agent Reggie Lee from interview of Gonzalo Fabricio Palomino Benitez on April 22, 2021 | | |
| 2057 | Garmashov v. United States Parachute Assoc., Inc., USDC-SDNY, 1:21-cv-04917-JGK-OTW, document 3 - Complaint | | |
| **2058** | Cover photo from the July 2013 issue of Parachutist - photo of Yuri Garmashov | 5-22-24 | 5-22-24 |
| 2059 | Text messages between 949-412-5339 and 916-505-1971 from July 8 through August 30, 2016 | | |
| 2059r | Text messages between 949-412-5339 and 916-505-1971 from July 8 through August 30, 2016 [REDACTED] | | |
| **2060** | Text messages from and to 916-595-6172 on August 7-8, 2016 | 5-21-24 | 5-21-24 |
| 2061 | Email from Yuri Garmashov to Tom Noonan on August 10, 2016 | 5-21-24 | |
| 2062 | Emails on August 12, 2016 between David Jensen and Yuri Garmashov | 5-21-24 | |
| 2062r | Emails on August 12, 2016 between David Jensen and Yuri Garmashov | 5-21-24 | |
| 2063 | Emails from August 12-17, 2016 between David Jensen and Yuri Garmashov | | |
| 2064 | Letter dated August 29, 2016 from Jason Putnam Gordon to Yuri Garmashov regarding USPA Administrative Suspension of Instructor Examiner Ratings Pending Further Investigation | | |
| 2065 | Letter dated August 29, 2016 from Tom Noonan to Yuri Garmashov regarding Suspension of UPT Tandem Examiner Rating Pending USPA Reinstatement | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2066 | Email from Kevin Stone to Yuri Garmashov on September 5, 2016 in reply to Garmashov's email on September 1, 2016 with Subject: USPA statement | | |
| 2067 | Email from Evan Beecher to Yuri Garmashov on September 5, 2016 - Potential draft letter | | |
| **2068** | Reply email from Yuri Garmashov to Evan Beecher on September 6, 2016 - Potential draft letter | 5-21-24 | 5-21-24 |
| **2069** | Reply email from Evan Beecher to Yuri Garmashov on September 6, 2016 - Potential draft letter | 5-22-2024 | 5-22-2024 |
| 2070 | Email from Yuri Garmashov to Robert Pooley on September 7, 2016 with attached letter | | |
| 2071 | Email from Yuri Garmashov to Robert Pooley on September 8, 2016, Subject: letter | | |
| 2072 | Email from Yuri Garmashov to Joshua Hall on September 8, 2016, with attached undated letter signed by Robert Pooley | | |
| 2073 | Yuri Garmashov statement of events in 2016 in relation to his USPA suspension | | |
| 2074 | Letter dated October 13, 2016, from Jan Meyer (USPA) notifying Yuri Garmashov that his USPA membership and all ratings have been revoked | | |
| 2075 | Email from Tom Noonan to Yuri Garmashov on October 17, 2016 regarding attached UPT rating revocation letter | | |
| 2076 | Yuri Garmashov statement of events in 2016 in relation to his USPA suspension | | |
| 2077 | Michael Wadkins letter to USPA, dated February 6, 2017 | | |
| 2078 | Lachlan Mackay tandem instructor certification paperwork from retraining with Michael Wadkins | | |
| 2079 | Video of Yuri Garmashov deposition on Feb. 11, 2020 | | |
| 2080 | Transcript of Yuri Garmashov deposition on Feb. 11, 2020 | | |
| 2080 | Transcript of Yuri Garmashov deposition on Feb. 11, 2020 (p. 31) | 5-21-24 | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2081 | Emails on June 8, 2021 between Special Agent Reggie Lee and Fabian Munoz | | |
| 2082 | MOA - Interview of Fabian Munoz by Special Agent Reggie Lee, on June 9, 2021 | | |
| 2083 | MOA - Interview of Fabian Munoz on January 31, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with Special Agent Christina Jones providing Spanish translation | | |
| 2084 | Agent notes from interview of Fabian Munoz on January 31, 2024 | | |
| 2085 | Fabian Munoz tandem instructor certification paperwork from retraining with Timoteo Salgado | | |
| 2086 | MOA - telephonic interview of Willard "Jay" Stokes by Special Agent Brian DuBois, on December 27, 2017 | | |
| 2087 | MOA - telephonic interview of Willard "Jay" Stokes by Special Agent Reggie Lee, on May 27, 2021 | | |
| 2088 | MOA - interview of Wiilard "Jay" Stokes by Special Agents Reggie Lee and Richard Ficarelli, on February 6, 2024 | | |
| 2089 | Notes of Special Agent Reggie Lee from interview of Willard "Jay" Stokes on May 27, 2021 | | |
| 2090 | Agent notes from interview of Willard "Jay" Stokes on February 6, 2024 | | |
| 2091 | MOA - Interview of Mark Procos by Special Agents Reggie Lee and Richard Ficarelli, on January 31, 2024 | | |
| 2092 | Agent notes from interview of Mark Procos on January 31, 2024 | | |
| 2093 | MOA - Interview of Lachlan Morgan Mackay by Special Agents Reggie Lee and Richard Ficarelli, on January 23, 2024 | | |
| 2094 | Special Agent notes from interview of Lachlan Morgan Mackay on January 23, 2024 | | |
| 2095 | FAA Enforcement Investigation Report (EIR) of Robert Pooley | | |
| 2096 | MOA - Interview of FAA Inspectors David Jensen and Matt DeSeelhorst by Special Agents Brian DuBois and Kathryn Kerkhoff, on January 4, 2017 | | |
| 2097 | MOA - David Jensen contacted Special Agent Brian DuBois on June 27, 2017 | | |
| 2098 | MOA - David Jensen contacted Special Agent Brian DuBois via email, on December 15, 2017 | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2099 | MOA - Special Agent Kyung Keum met and received documents from David Jensen, on December 20, 2019 | | |
| 2100 | MOA - Special Agent Kyung Keum received documents from David Jensen, on January 23, 2020 | | |
| 2101 | Record of Conversation (notes) on September 1, 2016 with Yuri Garmashov by David Jensen | | |
| 2102 | Record of Visit - David Jensen contact with Yuri Garmashov at the Parachute Center, on September 1, 2016 | | |
| 2103 | MOA - Interview of Yuri Garmashov by Special Agent Kyung Keum, on March 5, 2020 | | |
| 2104 | Transcript of Yuri Garmashov interview by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | 5-22-24 | |
| 2105 | Audio file of recording of Yuri Garmashov interview by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | |
| 2106 | MOA - Interview of Yuri Garmashov by Special Agents Reggie Lee and Richard Ficarelli, on April 29, 2021 | | |
| 2107 | July 8, 2021 Dept. of Justice Proffer Agreement with Yuri Garmashov | | |
| 2108 | MOA - Interview of Yuri Garmashov by Special Agents Reggie Lee, on July 12, 2021 | 5-21-24 | |
| 2109 | Notes of Special Agent Reggie Lee from Proffer interview of Yuri Garmashov, on July 12, 2021 | | |
| 2110 | August 12, 2016 email from Morgan Mackay to Robert Pooley (rpooley75 gmail) re: Ratings | | |
| 2111 | September 1, 2016 email from Yuri Garmashov (yurig.garmashov gmail) re: USPA statement | | |
| 2112 | October 25, 2016 email from Yuri Garmashov (yurig.garmashov gmail) to Alexey Kharitonov (v-yablochko@yandex.ru) | 5-21-24 | |
| 2113 | August 23, 2015 email from parachutecentervideodesk@gmail.com re: New TI paperwork package for Jason Spurgeon | | |
| 2114 | August 23, 2015 email from parachutecentervideodesk@gmail.com to Yuri Garmashov (yuri.garmashov gmail) with attached UPT and USPA paperwork for Jason Spurgeon | | |
| 2115 | 59:58-1:00:12 of Rob's Video Depo 1/21/20. Agent asks when Rob conducted Kwon's training at the Parachute Center. | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2116 | 44:37-45:55 of Rob's Video Depo 1/21/20. Agent asks about Rob's suspended rating during Kwon's training and his personal relationship with Dause. | | |
| 2117 | 14:02 - 14:40 from DOT Interview with Robert Pooley on April 27, 2021. Agent asks about who trained and signed off on Kwon's training. | | |
| 2118 | 8:03 - 8:13 of Rob's Video Depo 1/21/20. Agent asks if the manual looks like the one he used to train Kwon. | | |
| 2119 | 9:00 - 9:37 from DOT Interview with Robert Pooley on Jan 20, 2018. Agent askes about specific trainings for specific types of skydiving (accelerated free fall). | | |
| 2120 | 11:19 - 12:25 from DOT Interview with Robert Pooley on January 20, 2018 | | |
| 2121 | 1:08:45 - 1:09:06 from DOT Interview with Robert Pooley on January 20, 2018 | | |
| 2122 | 1:42:53 - 1:43:27 from DOT Interview with Robert Pooley on January 20, 2018. Rob tells Agent that he scans paperwork to Yuri wherever he is. | | |
| 2123 | 1:52:28 - 1:53:07 from DOT Interview with Robert Pooley on January 20, 2018. Agent asks about Yuri being out of town and if he knew Rob was training people while he is gone. | | |
| 2124 | 1:51:11 - 1:51:55 from DOT Interview with Robert Pooley on January 20, 2018. | | |
| 2125 | 29:34 - 29:52 from DOT Interview with Yuri Garmashov on April 29, 2021. Agent asks if Yuri knows who has paperwork. | | |
| 2126 | 2:35 - 3:00 from DOT Interview with Yuri Garmashov on April 29, 2021 | | |
| 2127 | 22:42 - 22:45 from DOT Interview with Yuri Garmashov on April 29, 2021 | | |
| 2128 | Code of Federal Regulations, Title 14, Section 105.45, Use of tandem parachute systems. | | |
| 2129 | Spreadsheet – Tandem Instructor candidate list (POOLEY_00001488) | 5-16-24 | |
| 2130 | Images from the Facebook page of Skydive Lodi Parachute Center | | |
| 2131 | Payment confirmation email from PayPal to Katherine Dause, dated August 10, 2015 for mobile payment of $390 to "Lachlan Mackay" | | |
| 2132 | September 24, 2015 email from parachutecentervideodesk@gmail.com to Susan Sullivan, with attached USPA paperwork of Vicki | 5-21-24 | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
|  | Allen, re: License and rating package for Vicki Allen |  |  |
| **2132** | September 24, 2015 email from parachutecentervideodesk@gmail.com to Susan Sullivan, with attached USPA paperwork of Vicki Allen, re: License and rating package for Vicki Allen **(p. 1, 8-9)** | 5-21-24 | 5-21-24 |
| **2133** | September 25, 2015 email from Susan Sullivan to prachutecentervideodesk@gmail.com re: License and rating package for Vicki Allen | 5-21-24 | 5-21-24 |
| 2134 | August 11, 2016 email from Morgan Mackay to Robert Pooley, (rpooley75 gmail) re: Ratings | 5-16-24 |  |
| **2134R** | August 11, 2016 email from Morgan Mackay to Robert Pooley, (rpooley75 gmail) re: Ratings [REDACTED] | 5-16-24 | 5-17-24 |
| 2135 | August 12, 2016 email from Yuri Garmashov (yurig.garmashov gmail) to David Jensen |  |  |
| 2135R | August 12, 2016 email from Yuri Garmashov (yurig.garmashov gmail) to David Jensen [REDACTED] |  |  |
| 2136 | August 19, 2016 email from richardkeir@gmail.com to Yuri Garmashov (yuriggarmashov gmail) re: tandem rating |  |  |
| 2137 | August 26, 2016 email from Jim Crouch to Yuri Garmashov (yurig.garmashov gmail) re: Rating questions | 5-16-24 |  |
| 2138 | February 12, 2021 – February 22, 2021 email exchange between Special Agent Reggie Lee and Sangyeul Jeong, re: Tandem course information request |  |  |
| 2139 | June 15, 2021 email from Fabian Munoz to Special Agent Reggie Lee transferring three files (two images and one video) | 5-17-24 |  |
| 2140 | Notes of Special Agent Reggie Lee from interview of Fabian Munoz on June 9, 2021 |  |  |
| 2141 | June 8, 2021 – April 30, 2024 email exchange between Special Agent Reggie Lee and Carlos Obaid and Fabian Munoz re: paperwork question |  |  |
| 2142 | April 29 – April 30, 2024 email exchange between Special Agent Reggie Lee and Fabian Munoz re: Situation in Chile currently |  |  |
| 2143 | June 22, 2021 email from Reggie Lee to Gonzalo Fabricio Palomino Benitez (Skydive Baja) with web link to Dept. of Justice Press Release titled *San Joaquin County Skydiver Arrested Running Unauthorized Tandem Instructor Courses* |  |  |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2144 | January 22 – January 23, 2024 email exchange between Special Agent Reggie Lee and (Lachlan) Morgan Mackay, with Special Agent Richard Ficarelli copied, re: Mackay-DOT call | | |
| 2145 | April 12 – April 13, 2024 email exchange between (Lachlan) Morgan Mackay and Special Agent Reggie Lee in which Mr. Mackay indicates he cannot make it to court to testify. | | |
| 2146 | Memo re interview of Ron Bell on April 24, 2024 by Special Agent Reggie Lee, with AUSAs Dhruv Sharma and Kate Lydon | | |
| 2147 | Special Agent Reggie Lee's notes from the interview of Ron Bell on April 24, 2024 | | |
| 2148 | Screenshot of Excel Spreadsheet (POOLEY_00032966) of Jim Crouch's notes of USPA's disciplinary action of Robert Pooley | | |
| 2149 | Memo re interview of Jim Crouch on April 29, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2150 | Agents' notes from the interview of Jim Crouch on April 29, 2024 | | |
| 2151 | Memo re interview of Yuri Garmashov on April 29, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2152 | Agents' notes from the interview of Yuri Garmashov on April 29, 2024 | | |
| 2153 | Memo re interview of Joaquin Gomez on May 3, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2154 | Agents' notes from the interview of Joaquin Gomez on May 3, 2024 | | |
| 2155 | Memo regarding the service of subpoenas on Joshua Hall and USPA (accepted by Jim Crouch) on March 30, 2017 | | |
| 2156 | Memo re interview of Joshua Hall on May 1, 2024 by Special Agent Reggie Lee, with AUSA Kate Lydon, USPA Executive Director Albert Berchtold, and Sam Burdick, attorney for USPA | | |
| 2157 | Special Agent Reggie Lee's notes from the interview of Joshua Hall on May 1, 2024 | | |
| 2158 | Memo of interview of Paolo Hernandez on May 10, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2159 | Special Agent Reggie Lee's notes from the interview of Paolo Hernandez on May 10, 2024 | | |
| 2160 | Memo of interview of David Jensen on April 30, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSAs Kate Lydon and Dhruv Sharma, and FAA attorney Fatima Stokley | | |
| 2161 | Agents' notes from the interview of David Jensen on April 30, 2024 | | |
| 2162 | December 15 – December 16, 2017 email exchange between David Jensen and Special Agent Brian DuBois | | |
| 2163 | September 20, 2016 – January 3, 2018 email exchange between David Jensen and Special Agent Brian DuBois | | |
| 2164 | Memo re interview of Carlos Martinez on April 23, 2024 by Special Agent Reggie Lee, with AUSA Kate Lydon | | |
| 2165 | Special Agent Reggie Lee's notes from the interview of Carlos Martinez on April 23, 2024 | | |
| 2166 | Memo re interview of Brad North on May 9, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2167 | Special Agent Reggie Lee's notes from the interview of Brad North on May 9, 2024 | | |
| 2168 | Memo re interview of Danny Overeem on April 19, 2024 by Special Agent Reggie Lee, with AUSA Kate Lydon | | |
| 2169 | Special Agent Reggie Lee's notes from the interview of Danny Overeem on April 19, 2024 | | |
| 2170 | Memo re interview of Mark Procos on May 9, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2171 | Special Agent Reggie Lee's notes from the interview of Mark Procos on May 9, 2024 | | |
| 2172 | Memo re interview of Mark Procos on May 13, 2024 by Special Agents Reggie Lee and Richard Ficarelli, with AUSA Dhruv Sharma | | |
| 2173 | Agents' notes from the interview of Mark Procos on May 13, 2024 | | |
| 2174 | Memo re interview of Ryan Scott on April 22, 2024 by Special Agent Reggie Lee | 5-21-24 | |
| 2175 | Special Agent Reggie Lee's notes from the interview of Ryan Scott on April 22, 2024 | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2176 | Memo re interview of Daniel Soto on May 1, 2024 by Special Agent Richard Ficarelli | | |
| 2177 | Special Agent Richard Ficarelli's notes from the interview of Daniel Soto on May 1, 2024 | | |
| 2178 | Memo re interview of Peter Swan on April 23, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | 5-20-24 | |
| 2179 | Special Agent Reggie Lee's notes from the interview of Peter Swan on April 23, 2024 | | |
| 2180 | Memo re interview of Peter Swan on May 10, 2024 by Special Agent Reggie Lee, with AUSAs Kate Lydon and Dhruv Sharma | | |
| 2181 | Special Agent Reggie Lee's notes from the interview of Peter Swan on May 10, 2024 | | |
| 2182 | March 3 – March 4, 2017 email exchange re: fraudulent & unethical practices | | |
| 2183 | Photo of Yuri Garmashov doing tandem jump in 2017, taken by Peter Swan | | |
| 2184 | May 2 – May 3, 2024 email exchange between Special Agent Reggie Lee and Joaquin Gomez, re: Parachute Center, Lodi | | |
| 2185 | Memo re interview of Fabian Munoz on May 7 or May 14, 2024 by Special Agents Richard Ficarelli and Teresa Cabrera | | |
| 2186 | Agents' notes from the interview of Fabian Munoz on May 7 or May 14, 2024 | | |
| 2187 | August 26, 2016 email exchange between James "Jim" Crouch and Yuri Garmashov (yurig.garmashov gmail account) re: Rating questions | 5-21-24 | |
| **2188** | Brad North Parachute Association (USPA) Coach Rating Course Proficiency Card dated October 13, 2015 | 5-21-24 | 5-21-24 |
| **2189** | USPA Tandem Documents obtained from Yuri Garmashov's locker by SA James (22 pages) | 5-21-24 | 5-21-24 |
| **2190** | Documents obtained from binder in Yuri Garmashov's locker by SA James (7 pages) | 5-21-24 | 5-21-24 |
| 2191 | RESERVED | | |
| 2192 | RESERVED | | |
| 2193 | RESERVED | | |

| EXH | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2194 | RESERVED | | |
| 2195 | RESERVED | | |
| 2196 | RESERVED | | |
| 2197 | RESERVED | | |
| 2198 | RESERVED | | |
| 2199 | RESERVED | | |
| 2200 | RESERVED | | |