# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21CR00111 WBS |
| Plaintiff, | |
| vs | DEFENDANT'S WITNESS LIST (At Time of Trial) |
| ROBERT ALLEN POOLEY, | |
| Defendant. | |

1. Robert Beegle
2. Terry Booth
3. Sheryl Bothwell
4. Melvin Buford
5. Chad Cogburn
6. John Coldren
7. James Crouch

8. Katherine Dause

9. William Dause

10. William Desilva

11. Juan Doig

12. Robert Feldman

13. Richard Gann

14. **Yuriy Garmashov:   5-21-24; 5-22-24**

15. Ian Gregor

16. Joshua Hall

17. Roger Hoffman

18. Sergii Ivanov

19. **Rasmus Octavius James:   5-21-24**

20. David Jenner

21. Kyung Keum

22. Brandon Lecocq

23. Reggie Lee

24. Jimmy Mendoza

25. Lelo Mras

26. Dennis Murphy

27. Brad North

28. Jeremy Paduano

29. Mark Procos

30. Nicholas Roti

31. Timeteo Salgado

32. Glenn Sheets

33. Fred Smith

34. Susan Sullivan

35. Peter Swann

36. Michael Wadkins

37. Patrick Wong