| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:CR21-00111-01 WBS |
| Plaintiff, | Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report Pre-Sentence Report [See Local Rule 460 (Fed. R. Crim. P. 32)] |
| vs | |
| **ROBERT ALLEN POOLEY**, | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | 05-24-2024 |
| | (Date of Plea or Verdict) |
| **Judgment and Sentencing Date:** | **08-26-2024 at 9:00 a.m.** |
| | (At least **11 weeks** after plea) |
| Reply or Statement | 08-19-2024 |
| | (1 week before sentencing) |
| Motion for Correction of the Pre-Sentence Report -Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 08-12-2024 |
| | (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 08-05-2024 |
| | (3 weeks before sentencing) |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | 07-29-2024 |
| | (4 weeks before sentencing) |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | 07-15-2024 |
| | (6 weeks before sentencing) |

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x)  AUSA
(x)  Defense Counsel
(x)  USPO

Dated: May 24, 2024                                                By: K. Kirksey Smith
                                                                          Courtroom Deputy