# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### RECEIPT FOR EXHIBITS



**FILED**

MAY 2 2 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CASE #:   2:21-CR-00111-WBS

CASE TITLE:   U.S.A. vs ROBERT ALLEN POOLEY.

EXHIBITS RETURNED:     All exhibits identified and admitted during trial (upon return of a Verdict by the jury or issuance of Findings by the Court).

===========================================================================

**ACKNOWLEDGED BY GOVERNMENT**: *Dhruv Sharma*
(Print Name)

SIGNATURE: _____

DATE:   5/22/2024

**ACKNOWLEDGED BY DEFENDANT**: *Mia Crager*
(Print Name)

SIGNATURE: _____

DATE:   5/22/24

===========================================================================

COURTROOM DEPUTY CLERK - Karen Kirksey Smith

DATE:   5/22/2024

### ***PLEASE RETURN THIS RECEIPT TO THE OFFICE OF THE CLERK***

**NOTE:** If exhibits are subsequently required for an appeal, review or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.