UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 24 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs

**ROBERT ALLEN POOLEY,**

Defendant.

CASE #: **2:21CR00111 WBS**

NOTE FROM THE JURY ( # 2 )

Date: 5-24-24
Time: 9:25am

**THE JURY HAS REACHED A UNANIMOUS VERDICT** _____

**THE JURY REQUESTS THE FOLLOWING:**

Can you expand upon the definition of the term "legal authority" and perhaps provide an example?

Dated 5/24/24

Foreperson ███████