UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

MAY 24 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs

ROBERT ALLEN POOLEY,

    Defendant.

CASE #: **2:21CR00111 WBS**

NOTE FROM THE JURY ( # 3 )

Date: 5/24/24

Time: 10:41 am

THE JURY HAS REACHED A UNANIMOUS VERDICT   X

THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____

Dated 5/24/24      Foreperson ██████████