

FILED

MAY 24 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00111 WBS |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM |
| ROBERT ALLEN POOLEY, | |
| Defendant. | |

WE, THE JURY, FIND THE DEFENDANT, ROBERT ALLEN POOLEY, AS FOLLOWS:

AS TO COUNT 1 OF THE INDICTMENT:

<u>GUILTY</u>            <u>NOT GUILTY</u>

_____         ___X____    of Count 1, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding the email from Fabricio Palomino to Parachute Center, sent on or about June 28, 2016.

AS TO COUNT 2 OF THE INDICTMENT:

<u>GUILTY</u>            <u>NOT GUILTY</u>

___X____         _____    of Count 2, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding the email from Robert Pooley to Fabricio Palomino, sent on or about June 29, 2016.

**AS TO COUNT 3 OF THE INDICTMENT:**

<u>GUILTY</u>   <u>NOT GUILTY</u>

  X
_____   _____

of Count 3, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding the email from Fabricio Palomino to Robert Pooley, sent on or about July 4, 2016.

**AS TO COUNT 4 OF THE INDICTMENT:**

<u>GUILTY</u>   <u>NOT GUILTY</u>

  X
_____   _____

of Count 4, Wire Fraud, in violation of Title 18, United States Code, Section 1343, regarding the email from Robert Pooley to USPA and morgan@verticalfilms.com.au, sent on or about August 1, 2016.

**AS TO COUNT 5 OF THE INDICTMENT:**

<u>GUILTY</u>   <u>NOT GUILTY</u>

  X
_____   _____

of Count 5, Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1), regarding the signatures of Yuri Garmashov on USPA D license application, USPA Tandem Instructor Rating Course Proficiency Card, and UPT Tandem Instructor Certification Form for YongHyeon Kwon, dated on or about July 1, 2016.

**AS TO COUNT 6 OF THE INDICTMENT:**

<u>GUILTY</u>   <u>NOT GUILTY</u>

  X
_____   _____

of Count 6, Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1), regarding the signatures of Yuri Garmashov on USPA Tandem Instructor Rating Course Proficiency Card for Morgan Lachlan Mackay, dated on or about August 1, 2016.

5/24/24
DATED

[redacted]
FOREPERSON

VERDICT FORM                                2