UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT ALLEN POOLEY,<br><br>            Defendant. | No. 2:21-CR-111 WBS<br><br><br>ORDER |

----oo0oo----

Defendant has filed a motion for judgment of acquittal as to Count 5 and the parties have made conflicting proposals regarding a briefing schedule and hearing date. (Docket Nos. 143, 144, 146, 147.) Upon review of the parties' submissions, the court issues the following briefing schedule:

The government's opposition to the motion shall be filed by **June 24, 2024.** Defendant's reply shall be filed by **July 1, 2024.** After briefing is complete, the court will take the motion under submission and will inform the parties if oral

1

1 argument or further proceedings are necessary.  The hearing set
2 for July 1, 2024 is VACATED.
3      IT IS SO ORDERED.
4 Dated:  June 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE