PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
DHRUV M. SHARMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ROBERT ALLEN POOLEY,<br><br>                Defendant. | CASE NO. 2:21-CR-111-WBS<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that plaintiff United States of America, by and through the United States Attorney for the Eastern District of California, hereby appeals, pursuant to 18 U.S.C. § 3731, to the United States Court of Appeals for the Ninth Circuit from the order of the district court granting Pooley's motion for judgment of acquittal as to counts 4 and 6 of the indictment. This order was entered on the district court's docket on May 24, 2024.

Dated: June 21, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Katherine T. Lydon
    KATHERINE T. LYDON
    Assistant United States Attorney