UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**USA,**
    Plaintiff

v.                                  **CASE NO. 2:21−CR−00111−WBS**

**ROBERT ALLEN POOLEY ,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **June 21, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

June 24, 2024

                                               **KEITH HOLLAND**
                                               **CLERK OF COURT**

                                   **by:** /s/  V. Licea Chavez
                                             Deputy Clerk