**U.S. Response to Pooley's Formal Objections to Pre-Sentence Investigation Report**

**Table of Exhibits**

| Exhibit | Description |
|---|---|
| 1 | Memorandum of Activity – April 29, 2024, Interview with Jim Crouch, USPA, including excerpts from spreadsheet of Pooley disciplinary record |
| 2 | Memorandum of Activity – Interview with Brad North |
| 3 | Excerpts from USPA Instructional Rating Manual |
| 4 | Excerpts from UPT Tandem Examiner Guidelines |
| 5 | Brad North's USPA and UPT Tandem Certification Documents |
| 6 | February 24, 2014, Email and Letter from USPA to Pooley re Suspension |
| 7 | January 30, 2014, Email from UPT to Pooley re Suspension |
| 8 | June 18, 2015, Email and Letter from USPA to Pooley re Violation |
| 9 | August 7, 2015, Email and Letter from USPA to Pooley re Suspension |
| 10 | August 18, 2015, Email and Letter from UPT to Pooley re Suspension |
| 11 | August 28, 2015, Email Between USPA and Pooley re Terms of Suspension |
| 12 | Memorandum of Activity – February 7, 2024, Interview with Fabricio Palomino |
| 13 | Memorandum of Activity – April 19, 2024, Interview with D.O. |
| 14 | Memorandum of Activity – January 31, 2024, Interview with Fabian Munoz |
| 15 | Memorandum of Activity – January 23, 2024, Interview with M.M. |
| 16 | Excerpts from January 30, 2018, Interview with Pooley |
| 17 | YongHyeon Kwon's USPA and UPT Tandem Certification Documents |
| 18 | Memorandum of Activity – January 4, 2017, Interview with FAA Inspectors David Jensen and Matt DeSeelhorst |
| 19 | Excerpts from Peter Swan's December 5, 2019, Grand Jury Testimony |
| 20 | Excerpts from FAA's Enforcement Investigation Report |
| 21 | Memorandum of Activity – February 22, 2017, Interview with Jim Crouch, USPA |
| 22 | Emails and Notices Sent to Tandem Instructors by USPA After Accident |