# EXHIBIT 3

# 2014–2015

# USPA INSTRUCTIONAL RATING MANUAL



United States Parachute Association
5401 Southpoint Centre Blvd.   |   Fredericksburg, VA 22407
540.604.9740 (phone)   |   540.604.9741 (fax)   |   uspa.org

The IRM is published on a two-year cycle. For the most current USPA forms and
all documented revisions that occur mid-cycle, please visit **downloads.uspa.org.**

*Note:* This manual may be used as a valid textbook for USPA rating courses held through November 2016.

**If found, please return to:**

name:_____

address_____

city, state, zip _____

phone _____

e-mail _____

Cover photo: Photo by Sebastien Lalloz

© 2014 United States Parachute Association   |   All rights reserved; may not be reproduced

Please do not copy or share this manual. Your representative skydiving association
relies on the proceeds from the sale of the IRM to support the USPA instructional rating program.
On behalf of the membership, USPA thanks you for your contribution and your cooperation.

## 1. Introduction and Orientation

A. **WHAT IS A TANDEM INSTRUCTOR?**
  1. The USPA Instructor is the one of three instructional ratings USPA administers, preceded by USPA Coach and followed by Instructor Examiner.
  2. A USPA Tandem Instructor may—
      a. exercise all privileges of the USPA Coach rating
      b. conduct tandem instruction jumps and the tandem first-jump course or transition training to the tandem method
      c. conduct training in the general portions of any first-jump course
      d. train and supervise jumps with non-method-specific students
      e. conduct the A license oral quiz and check dive
      f. verify certain USPA license applications, according to the requirements in SIM Section 3
      g. supervise a USPA Coach in training students and making recurrency jumps with licensed skydivers
  3. Supervision (BSRs)
      a. All student training is conducted under the direction and oversight of an appropriately rated USPA Instructor (refer to the BSRs).
      b. All general, non-method-specific student training and jump supervision may be conducted by any USPA Instructor, but method-specific training and jumps (AFF, IAD, static-line, and tandem) require the instructor to hold that method-specific rating.
  4. Candidates may earn the USPA Tandem Instructor rating who have met all the following requirements:
      a. reached the age of 18 years
      b. holds or has held any USPA instructional rating
      c. earned a USPA D license
      d. logged 500 jumps on a ram-air canopy
      e. a minimum of three years experience in parachuting (FAR 105.45)
      f. presented a current FAA Class 3 Medical Certificate or the equivalent
          (1) USPA will issue a Tandem Instructor rating, even if the medical certificate will expire prior to the expiration date of the rating.
          (2) Each USPA Tandem Instructor is responsible to keep his or her medical certificate current.
      g. demonstrated five practice tandem cutaways wearing tandem equipment and with a simulated student in the student harness in the presence of a USPA Tandem Instructor or Tandem (IE).
      h. completed the USPA Tandem Instructor Proficiency Card
      i. satisfactorily completed a USPA Tandem Instructor Rating Course including training for at least one manufacturer's brand model (type) of tandem jumping equipment
  5. Tandem rating types and abbreviations
      a. The distinction of "type" is determined by joint agreement between the manufacturer of the equipment and USPA.
      b. If there is a disagreement, USPA's distinction between or grouping of types is operative.
      c. Current types:
          (1) Jump Shack Racer (JR)
          (2) United Parachute Technologies Sigma (US)
          (3) United Parachute Technologies Vector (UV)
          (4) Stunts Adventure Equipment Eclipse (SA)
          (5) Strong Dual Hawk (DH)
          (6) Plexus (PL)
      d. Upon successful completion of the course and with all requirements satisfied, the IE will enter into the candidate's logbook the type of tandem system for which the USPA Tandem Instructor is rated.

B. **TANDEM TRAINING BACKGROUND**
  1. Tandem jumping officially began in the United States when the FAA issued an exemption to two Florida equipment manufacturers, Strong Enterprises and the Relative Workshop, now known as United Parachute Technologies, to conduct tandem jumping as an experimental program.
  2. USPA began issuing tandem ratings to factory-trained instructors in 1996.
  3. On July 9, 2001, tandem jumping became legal without an exemption as part of a major revision to FAR 105.
  4. On June 3, 2002, the FAA approved the USPA Tandem Instructor Rating Course as a stand alone certification course to train tandem instructors, giving USPA the ability to issue tandem ratings independently through qualified USPA tandem rating course directors additionally approved by the various tandem manufacturers.
  5. Tandem jumping is recognized as the most popular method for first-time jumpers.
  6. Tandem jumping has always been conducted under two philosophies, according to school policy and with varying degrees of application.
      a. an introductory or orientation jump where the USPA Tandem Instructor conducts a minimum safety briefing and controls as many aspects of the jump as possible
      b. complete first-jump course training toward independent solo jumping, with the student participating in as much of the jump as possible

C. **THE NATURE OF THE COURSE**
  1. This course may be conducted—
      a. as an initial USPA Instructor rating course for USPA Coaches
      b. as a shorter transition course for current USPA Instructors rated in another method
  2. Each candidate is required to arrive at this course with all prerequisites completed, as specified on the Tandem Instructor Proficiency Card.

TANDEM

3. The course will cover the USPA Integrated Student Training Program
    a. as it applies to tandem training
    b. subsequent training and jumps to the A license
    c. transition from another training discipline
4. The classroom, training, and evaluation for this course should be conducted over a minimum of three full days.
5. This course may requalify those who have let their USPA Tandem Instructor rating lapse.

D. **Who may conduct this course?**
   1. A Tandem IE who has conducted at least one USPA Tandem Instructor Rating Course within the past 24 months
   2. Continues to meet all of the requirements to qualify as a course evaluator (listed in Section E, "How to become a Tandem Instructor Examiner").

E. **How to become a Tandem Instructor Examiner**
   1. A USPA Tandem Instructor may conduct this course if meeting all the following qualifications:
      a. Current USPA Tandem Instructor rating
      b. Completed at least 500 actual tandem jumps
      c. Conducted at least 50 solo student first jump courses
      d. Conducted at least 10 tandem evaluation jumps under the direct supervision of a Tandem IE
      e. Manufacturer examiner endorsement for the equipment type in use for the rating course
      f. Successful completion of the USPA Instructor Examiner Rating Course (IERC)
      g. USPA D license
      h. Administered a course under the supervision of a current, appropriately rated IE and received that IE's recommendation
   2. Evaluators
      a. The following is required for any course evaluators:
      b. Tandem jump evaluators must hold a USPA Tandem Instructor rating and have acted as an instructor on at least 100 tandem jumps.
      b. solo freefall evaluation: any USPA Instructor who has acted as an instructor and jumped with students on at least 100 student freefall jumps
      c. attendance
         (1) All tandem evaluators must attend the entire classroom portion of the first course at which they evaluate.
         (2) For solo freefall evaluation jumps only, all evaluators must attend all sections of the classroom portion, except those relating strictly to tandem jumping, of the first course at which they evaluate; but any USPA Instructor who has served as an evaluator at another USPA Instructor Rating Course has met this requirement
         (3) Evaluators must attend the candidate and evaluator briefing of each course at which they evaluate.
      d. Evaluators are appointed by the IE.
      e. Evaluators are supervised by the IE, who is responsible for all evaluations.
   3. Individuals who may act as simulated students during the evaluation phases of this course—
      a. other candidates (each candidate is required to make at least one tandem jump in the student position)
      b. the Tandem IE
      c. evaluators designated by the Tandem IE
      d. in the initial evaluation phase: with the IE's approval, jumpers with at least 100 jumps who hold a USPA B or higher license
   4. In the practice tandem phase, jumpers with at least 100 jumps who hold a USPA B or higher license may act as simulated students.
   5. All jumpers acting as simulated students for tandem rating candidates need to—
      a. receive a briefing from a USPA Tandem Instructor on all phases of tandem equipment operation and emergency procedures
      b. under the supervision of a USPA Tandem Instructor, coordinate all decision and execution altitudes with the tandem rating candidate, in case the candidate fails to perform
      c. be trained on the location and use of examiner safety handles, if used

F. **Renewing an expired USPA Tandem Instructor Rating or Converting a Manufacturer or Foreign Country Tandem rating to a USPA Tandem Instructor rating**
   1. For persons with an expired USPA Tandem Instructor rating:
      a. Meet manufacturer's requirements for the ground training necessary before the tandem recertification jumps are conducted (should include a full review of standard tandem procedures and emergency procedures, including practice of emergency procedures in a training harness).
      b. Meet the manufacturer's requirements for tandem recertification jumps.
      c. Pass the USPA Tandem Instructor rating course written exam with a score of at least 80 percent.
      d. Send a copy of the signed rating renewal form, medical certificate and the rating renewal fee to USPA Headquarters for processing.

2. For persons with a USPA Coach rating (current or expired), current tandem manufacturer rating recognized by the USPA, to convert a manufacturers rating to a USPA Tandem Instructor rating:
    a. Must have logged at least 15 tandem jumps in the previous 12 months.
    b. Must meet the manufacturer currency requirements for the previous 90-day period.
    c. Completed items 2, 3, 4, 5, 6, 7, 10 and 16 on the USPA Tandem Instructor rating course proficiency card.
    d. Provide proof of the manufacturers rating to USPA Headquarters, such as the tandem instructor rating card issued by each manufacturer.
    e. Provide a copy of the USPA Tandem Instructor rating course proficiency card, medical certificate and the rating fee to USPA Headquarters for processing.
3. For persons with another USPA Instructor rating (current or expired), current tandem manufacturer rating recognized by the USPA, to convert a manufacturers rating to a USPA Tandem Instructor rating:
    a. Must have logged at least 15 tandem jumps in the previous 12 months.
    b. Must meet the manufacturer currency requirements for the previous 90-day period.
    c. Completed item 10 on the USPA Tandem Instructor rating course proficiency card.
    d. Provide proof of the manufacturers rating to USPA Headquarters, such as the tandem instructor rating card issued by each manufacturer.
    e. Provide a copy of the USPA Tandem Instructor rating course proficiency card, medical certificate and the rating fee to USPA Headquarters for processing.
4. For persons with no USPA rating, but hold a current tandem manufacturer rating recognized by the USPA, to convert a manufacturers rating to a USPA Tandem Instructor rating:
    a. Must have logged at least 15 tandem jumps in the previous 12 months.
    b. Must meet the manufacturer currency requirements for the previous 90-day period.
    c. Earn the USPA Coach rating by attending the complete Coach course or testing out of the Coach rating.
    d. Completed items 2, 3, 4, 5, 6, 7, 10 and 16 on the USPA Tandem Instructor rating course proficiency card.
    e. Provide proof of the manufacturers rating to USPA Headquarters, such as the tandem instructor rating card issued by each manufacturer.
    f. Provide a copy of the USPA Tandem Instructor rating course proficiency card, medical certificate and the rating fee to USPA Headquarters for processing.
5. For all other persons with no manufacturer rating recognized by USPA but who hold a tandem rating issued by a non-U.S. skydiving federation or aeroclub:
    a. Must have logged at least 15 tandem jumps in the previous 12 months.
    b. Must meet the manufacturer currency requirements for the previous 90-day period.
    c. Earn the USPA Coach rating by attending the complete Coach course or testing out of the Coach rating.
    d. Completed items 2, 3, 4, 5, 6, 7, 10, 13 and 16 on the USPA Tandem Instructor rating course proficiency card.
    e. Provide a copy of the foreign aeroclub tandem rating, USPA Tandem Instructor rating course proficiency card, medical certificate and the rating fee to USPA Headquarters for processing.

G. **What is required to pass this course?**
1. Practical: Candidates for the USPA Tandem Instructor rating will be evaluated during the course for their ability to—
    a. understand tandem jumping equipment and safely prepare and handle tandem students during actual tandem jumps with simulated students
    b. prepare non-method-specific students for the USPA A license
2. Tandem evaluation—
    a. initial tandem evaluation phase: The candidate will make five tandem jumps using tandem equipment under the supervision of the USPA Tandem IE.
    b. practice tandem phase
        (1) The candidate will make a minimum of five tandem jumps under supervision of the course staff before continuing to make the practice jumps in phase 2.
        (2) The progression through the first five jumps will vary depending on the type of the tandem system.
        (3) The course staff and candidates will follow the manufacturer progression for the type of tandem equipment used in the course for the first five training jumps
        (4) At the completion of the practice tandem phase, when the candidate's USPA Tandem Instructor Proficiency Card has all five jumps with an experienced jumper signed by a USPA Tandem Instructor or any USPA IE, and the card is sent to USPA Headquarters.
    c. The candidate must show competence in inspecting and packing the tandem equipment of the type for which he or she is being rated.
3. Non-method-specific training evaluation: Candidates will successfully train, observe, and critique at least one freefall jump taken from the static-line and instructor-assisted deployment dive flows in Category D to be performed by the IE or evaluators supervised by the IE during the course (waived for instructors who hold a USPA Instructor rating in another discipline).
4. Written exam
    a. Prior to attending the course, each candidate must correctly answer at least 80% of the questions on

TANDEM

an open-book written examination covering the following:
(1) this syllabus
(2) the complete ISP syllabus
(3) the USPA Basic Safety Requirements
(4) SIM Section 5
(5) FARs

b. The tandem equipment manufacturer may also require a written examination.

5. Commencement of privileges
   a. The privileges of any instructional rating will commence upon successful completion of the rating course and will be valid for 30 days with a candidate log book endorsement by the IE.
   b. The rating must be processed at USPA headquarters to be considered valid after the 30-day grace period expires.

H. **Keeping a USPA Tandem Instructor rating current**

1. Meet all manufacturers currency requirements.
2. USPA Tandem Instructors may annually renew their ratings with their USPA membership by paying the annual rating renewal fee and providing documentation of any of the following:
   a. that the rating was initially earned within the previous 12 months (renewal fee and signature required)
   b. that the applicant has met the annual rating renewal requirements by performing all of the following:
      (1) acted as tandem instructor on a minimum of 15 tandem jumps within the previous 12 months, including one within the previous 90 days on the specific system to be used for conducting tandem jumps with students
      (2) present a copy of a current FAA Class 3 (or higher) Medical Certificate or an equivalent acceptable to USPA, to USPA Headquarters along with the rating renewal form
      (3) attended a USPA Instructor seminar within the previous 12 months
      (4) has conducted training or complete review training in Categories A and B for tandem jumping
      (5) acquired the signature of a current S&TA, I/E or member of the USPA Board of Directors on the renewal application to verify that the renewal requirements were met
   c. met the renewal requirements for an expired rating
3. A skydiver may not verify his or her own rating renewal requirements.
4. Renewing a higher rating automatically renews all ratings below it.

I. **Course overview**

1. USPA's Integrated Student Program for tandem students
   a. the first-jump course
      (1) orientation jump
      (2) for ISP Category A objectives
   b. first-jump course performance standards
   c. Categories B-E, basic skydiving skills
   d. group skydiving skills
2. Tandem method
   a. equipment
   b. routine procedures
   c. tandem problem solving
   d. tandem emergencies
   e. freefall student emergencies
4. General instructor's duties
5. Jump preparation and equipment checks
6. Demonstration and practice sessions
7. Evaluation

# TANDEM INSTRUCTOR RATING COURSE PROFICIENCY CARD

**CANDIDATE:** Refer to the rating requirements listed in the Introduction and Orientation section of the USPA Tandem Instructor Rating Course outline in the USPA Instructional Rating Manual. Some requirements are listed there alone, and some are listed only on this proficiency card.

Sign-off dates may not be more than 24 months old as of the course start date. Many requirements may be performed in conjunction with a USPA Tandem Instructor Rating Course. Course only requirements must be completed within 12 months of the start of the course.

**VERIFYING OFFICIALS:** Use this form to record that the candidate has met all necessary requirements for the USPA Tandem Instructor rating. The level of official verification is indicated with each requirement. Each of the undersigned certifies that he or she has personally verified those qualifications listed.

*Current USPA Instructors need not meet starred requirements.

## USPA TANDEM INSTRUCTOR RATING APPLICATION

Name _____   USPA #:_____   Expiration Date:_____/_____/_____/

Mailing Address _____

Add'l. Address _____

City _____   State _____   Zip or Postal Code _____   Country_____

Weekday Phone ( _____)_____   E-Mail _____

DOB:_____/_____/_____/   Sex: ❏ M ❏ F   Occupation: _____

License Number:_____ (USPA D license required.)

FAA Medical Exp. Date _____ (include copy of medical with this application)

Total Freefall Time: _____   Total Sport Jumps:_____ (minimum 500 required.)

Applicant's Signature (for future authentication purposes): _____

$50 Rating Fee:   ❏ Paid by candidate with application   ❏ Returned with After-Action Report

❏ MasterCard   ❏ VISA   [card number]   expiration date MO YR   3-digit security code

Signature: _____

I certify that _____has:
name of candidate

**PRIOR TO ARRIVAL AT THE USPA INSTRUCTOR RATING COURSE:**

1. **Assisted in two tandem first-jump courses toward Category A requirements.**

   _____
   USPA Tandem Instructor signature         Date

   _____
   USPA Tandem Instructor signature         Date

2. **Assisted in two Category B tandem ground preps.**

   _____
   USPA Tandem Instructor signature         Date

   _____
   USPA Tandem Instructor signature         Date

3.* **Assisted in two Category D ground preps.**

   _____
   USPA Instructor signature         Date

   _____
   USPA Instructor signature         Date

4.* **Observed ground preps in Categories B, C, E, and F.**

   _____
   USPA Instructor signature         Date

5.* **Correctly taught freefall stability and basic freefall maneuvers, including freefall turns, backloops, barrel rolls, front loops, and tracking.**

   _____
   USPA Instructor signature         Date

6.* **Prepared an effective canopy flight plan and provided ground-to-air (for example, radio) instruction for winds up to 14 mph.**

   _____
   USPA Instructor signature         Date

7.* **Participated in the spotting and aircraft lessons from Categories D through H (or equivalent training).**

   (initials:) Category D _____   Category G _____
              Category E _____   Category H _____
              Category F _____

   _____
   USPA Instructor signature         Date

TANDEM

POOLEY_00025404

8. Demonstrated five practice tandem cutaways wearing tandem equipment and with a simulated student in the student harness in the presence of a USPA Tandem Instructor or Tandem Instructor Examiner.

   _____
   Supervising USPA Tandem Instructor signature      Date

9.* Made 10 jumps to teach and observe basic group freefall skills (verification of 10 entries in the candidate's logbook).

   _____
   Course examiner signature          Date

10. Correctly answered at least 80% of the questions on the USPA Tandem Instructor Final Examination.

    _____
    Course examiner signature          Date

**AT THE USPA INSTRUCTOR RATING COURSE:**

11. During tandem jumps, demonstrated the ability to perform all the following:

    • Establish and maintain stability throughout the jump.
    _____
    Evaluator signature          Date

    • Recover from intentional, planned instability on exit.
    _____
    Evaluator signature          Date

    • Heading control during tandem freefall and droguefall.
    _____
    Evaluator signature          Date

12. Earned a score of Satisfactory on all sections and subsections of the Tandem In-Air Skills and Instruction Evaluation Form and the Training, Supervision, and Debriefing Evaluation Form.

    _____
    Course examiner signature          Date

13. Correctly and completely rigged a simulated student for a tandem jump and completed a satisfactory pre-jump check of all associated systems.

    _____
    Evaluator signature          Date

14. Conducted five successful initial tandem evaluation jumps.

    _____
    1. Evaluator signature          Date
    _____
    2. Evaluator signature          Date
    _____
    3. Evaluator signature          Date
    _____
    4. Evaluator signature          Date
    _____
    5. Evaluator signature          Date

15.* Correctly prepared and checked a solo student's equipment, including canopy selection, prior to rigging up.

     _____
     USPA Instructor signature          Date

16.* Completed one satisfactory Category D freefall and canopy training session and air evaluation during a Tandem Instructor Rating Course.

     _____
     Course Examiner signature          Date

17. Participated in all portions of the USPA Tandem Instructor Rating Course.

    _____
    Course examiner signature          Date

18. Has a minimum of 3 years of experience in parachuting.

    _____
    Course examiner signature          Date

19. Conducted five practice tandem jumps.

    _____
    1. Supervising USPA Tandem Instructor signature      Date
    _____
    2. Supervising USPA Tandem Instructor signature      Date
    _____
    3. Supervising USPA Tandem Instructor signature      Date
    _____
    4. Supervising USPA Tandem Instructor signature      Date
    _____
    5. Supervising USPA Tandem Instructor signature      Date

**RATING RECOMMENDATION**

I have personally examined and recommend this applicant for the USPA Tandem Instructor rating. He or she has demonstrated the ability to train and jump with tandem students and to train and supervise non-method-specific students for the USPA A license.

_____
USPA Tandem Instructor Examiner name and Member #

_____
USPA Tandem Instructor Examiner signature

Date_____

_____
Course Location

_____
Tandem Equipment Used for Rating

---

**COURSE/EXAMINER VERIFICATION CHECKLIST**
(Examiners, please verify the following)

❑ Examiner membership and rating expiration date_____
❑ Course Location_____
   (must be a current USPA Group Member drop zone)
❑ Candidate USPA Membership expiration date_____
❑ Full Course
❑ Manufacturer Rating Conversion (See Section 1.F.2, 3, 4)
❑ Foreign Tandem Instructor Rating Conversion (See Section 1.F.5)

TANDEM