# EXHIBIT 4

# Tandem Examiner Guide Lines
# For the
# Certification of Tandem Instructors
With the Tandem Vector/Sigma System



**Eleventh Edition – January 2013**

Uninsured United Parachute Technologies
1645 Lexington Avenue
DeLand, FL 32724
USA

mark@uptvector.com
www.uptvector.com
(386) 736-7589 Phone
(386) 734-7537 Fax

1

### III. Types of Certifications

#### A. *New tandem instructor candidates*

Note: Since USPA has entered the field of tandem certification; the instructional rating requirements have changed slightly. These requirements may continue to change so please consult UPT if you have any questions in that regard.

New candidates must meet the minimum experience requirements (those requirements found on page 4 of the *Tandem Vector Owner's Manual*, on the front of the *Tandem Vector/Sigma Training Logbook*); attend a comprehensive ground school; pass a written test; and perform at least 5 satisfactory tandem jumps as listed below:

Each individual who applies for tandem instructor training must currently possess or have at one time been issued a USPA or foreign equivalent Instructor's rating, <u>or</u> attend a USPA-Coach course; have logged at least 500 ram-air jumps, at least 50 jumps in the last year, with three years experience in sport parachuting since the date of their first jump; have a current FAA Class 1,2 or 3 Medical Certificate and a valid USPA D License, or foreign equivalent.

In order to become a tandem instructor for the United Parachute Technologies Tandem Vector or Sigma, an applicant must make at least five jumps under the **direct supervision** of a qualified and currently rated Tandem Vector/Sigma Examiner. The jumps to be made are listed below. The first two are familiarization jumps; the last three are proficiency jumps.

#### 1. *Familiarization Jumps*

Jump #1
Solo jump / no passenger. Stable exit above 7,500 feet; deploy the drogue within five t eight seconds. Perform a systems check in the following order: Left drogue release, right drogue release (if so equipped), cutaway handle, reserve ripcord, and RSL, while maintaining a heading. To perform satisfactory systems checks, touch each handle with the exact hand placement you would use to pull the handle, but take care not to actually pull it. Spend the remaining time practicing turns. Pull drogue release handle by 5,500 feet.

Note: When accompanied by a videographer, wave-off at 6,000 feet. Pull drogue release at 5,500 feet.

An examiner may require the candidate to repeat this jump if the candidate does not fully understand the system and all its complexities. Candidates are encouraged to make additional solo jumps until they are completely comfortable with the operation of the system.

6

**VIII. Your Role during Certification Jumps**

The examiner can be involved with certification jumps in a number of ways.  Often the availability of tandem instructors to assist the course, and the number of tandem systems present, will determine the best position for the examiner.  Among them are the...

- Tandem instructor position

- Tandem student position

- Solo observer, AFF-style

- Videoman position

- Ground observer

Tandem examiners must be present during the execution of the five-certification jumps.  This means you must perform in one of the five roles listed above.  Direct supervision means being present and participating during all certification processes.  If the candidate wishes to qualify for the USPA tandem rating, it's recommended that the candidate perform the up to ten certification jumps with the examiner.

Any reports of examiners signing off paperwork when in fact they were not present during the entire certification process will be aggressively investigated and dealt with.  This infraction is grounds for examiner rating revocation.

According to the Federal Aviation Administration, United Parachute Technologies and USPA are authorized to police all tandem parachuting activities in the USA, and reserves the right to revoke or suspend any tandem instructor or tandem examiner rating.

**Non-cooperation on the part of any tandem instructor or examiner during an investigation will be reported to the FAA. Violations to FARs or manufacturers guidelines can be punishable with fines up to $1000 per occurrence. This information will also be furnished to all U.S. tandem manufacturers and USPA may take action in accordance with their Governance Manual.**

### IX. Grounds for *not* rating a candidate or License Suspension

    A. Negligent attitude towards safety

Obvious negligence is rare, if ever seen, but frequently heard of. The examiner should investigate all reports in his area. Take care of the problem before it gets out of control. Report all safety violations to the United Parachute Technologies via a written report. We do accept phone reports, but we must have a written report for our files.

Contact United Parachute Technologies whenever there is a question regarding the proper form of discipline concerning safety violations. Though most serious disciplinary action is initiated by UPT, local examiners, DZOs and USPA have the authority to ground tandem instructors pending an investigation, who have become a safety problem.

    B. Poor judgment

This problem is the most prevalent one that constantly creates safety hazards. It often takes the form of small miscalculations and shortsightedness on the part of the tandem instructor.

(i.e., Allowing unqualified RW jumpers and camera-flyers to accompany a tandem. Performing CRW. Jumping in marginal weather and light conditions. Performing unauthorized demonstration jumps (USPA). Jumping under age students. Allowing unqualified persons to pack your system.

Teach your candidates to think while they're still on the ground.

48