# EXHIBIT 7

**From:** Tom Noonan <Tom@uptvector.com>
**Sent:** Thursday, January 30, 2014 8:09:37 AM
**To:** rpooley75@gmail.com
**Cc:** mostjumps@aol.com
**Subject:** UPT Tandem Examiner Rating follow up.

Hi Rob

I just wanted to check back in with you on the Exequeil Magnani issue that we discussed earlier this week. After reviewing USPA's License applications for Exequiel, it appears he had 0 skydives as of 11/30/11. On 1/20/13, he listed in his renewal paperwork that he had made 52 jumps between 11/30/11 and 1/20/13, and if his digital altimeter records were accurate, he would have made an additional 448 skydives between 1/20 and 12/29/13 to meet the 500 jump requirement for the course. That is not impossible, especially given that it is a high volume place like Lodi, but as examiner, flags should have started going up when you were presented the jump number information and, in hindsight, should have been more compelled to validate such unusual numbers before starting the course. On a macro level, even in this world of digital log books, it is critical that we make every effort to confirm the numbers reported are accurate, by some form of written log that is signed off by appropriate personnel.

As this information relates to the 3 years in sport item, 11/30/11-12/29/13 only represents two years and a month in sport. As we spoke on the phone, the 3 years in sport criteria is actually an FAA item under 105.45. For a violation like that to occur under 105.45, it places everyone involved in the process at risk, from the manufacturer, the DZ owner, the aircraft owner, and the pilot who's flight certificate is at risk, if the violation were to be reported by the FAA, even in a routine ramp inspection. Now on Exequiel's UUPT Log Book that he submitted, he wrote that his first jump was 12/5/10 (over 3 years), but with no supporting data to prove it, it only appears now that he has changed the date from the forms he sent USPA in an attempt to cover up this issue now with UPT.

Last item of major concern is that in investigating Exequiel's time in sport with USPA, we also found that he had not earned a Coach Rating prior to attending your course. This alone would be enough to disqualify him from a USPA and UPT tandem rating. Based on the fact that as an examiner, you are provided a candidate Paperwork Checklist that includes a line item for instructional ratings held, it is our expectation that you would validate this item before accepting someone into your course.

The end result of all of this now is that there is a skydiver out there that has not met the standards for certification but has both been shown how to use the equipment and probably believes that they now possess the appropriate rating to do so. That he is now apparently skydiving in Mexico and out of reach, makes this issue even more troublesome. With that said, I would very much like you to reach out to Exequiel and inform him that as he failed to meet the minimum requirements and lacked the appropriate documentation for the requirements that he claimed to have met, that he is not authorized to perform tandem skydives using any equipment manufactured by Uninsured United Parachute Technologies LLC, i.e. Vector 2 and Sigma tandem systems.

I have cc'd your Examiner Course Director Jay Stokes on this email so that he may be able to assist you moving forward. As of today, you are being placed on Inactive Status as a UUPT Tandem Examiner until such time as you are able to attend another UUPT Tandem Examiner course with Jay and he agrees to re-certify you as having a thorough understanding of the expectations set forth by the rating. When that is completed, we will need a new credit card authorization form to process the rating, as well as a copy of your current medical and current USPA rating card. And given that your original waiver was filled out under the Uninsured Relative Workshop, we would also require a new waiver to be filled out and submitted.

If you have any questions, please feel free to contact me.

Best regards,

Tom Noonan
Tandem Program Director

Uninsured United Parachute Technologies LLC
1645 Lexington Ave
Deland, Fl, 32724
USA
Tel: +1-386-736-7589
Fax:++1-386-734-7537
Mobile:+1-603-714-4383
www.uptvector.com
tom@uptvector.com


"This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited."

POOLEY_00021009