# EXHIBIT 8

**From:**  Jason Putnam Gordon <rdjpg@putnamgordon.com>
**Sent:**  Thursday, June 18, 2015 6:39:03 PM
**To:**  Rob Pooley <rpooley75@gmail.com>
**Cc:**  Jim Crouch <jcrouch@uspa.org>;Mike Mullins <michaelmullins@skydivekingair.com>;Rich Winstock <richardwinstock68@gmail.com>;Randy Allison <uspa@midwestfreefall.com>
**Subject:**  Notice of a Prima Facie Showing of Violation
**Attachments:**  20150618 Pooley Letter copy.pdf

---

Rob,

Attached please find a letter that I intend to mail to you tomorrow.  Right now, none of your ratings are suspended although we are contemplating suspending your examiner ratings.  Please let us know if you'd like to have a hearing.  Otherwise, we will make our final conclusion and pass it to the executive committee.

Very truly yours,
Jason Putnam Gordon

POOLEY_00020867

Jason Putnam Gordon
4 Embarcadero Center
Floor 14
San Francisco, CA 94111

Date: June 18, 2015

Mr. Rob Pooley
986 Park Terrace Dr
Galt, CA 95632-3764

Via Certified Return Receipt U.S. Mail and Electronic Mail

Subject:  Written Notice of Prima Facie Showing of Violation

Dear Mr. Pooley:

Per USPA Governance Manual Section 1-1, Constitution and By-Laws, Article 1, Section 6 and
Section 1-6, this letter provides written notice that on June 10, 2015, the Disciplinary Group met
telephonically per Section 1-6.5(B) of the Governance Manual and concluded that there was a
prima facie showing of the following:

**Violation and Offense:**
That you, as a tandem instructor examiner, failed to properly complete the paperwork for your
training of Thomas Whittenburg as a tandem instructor in April 2014.  That was two months
after your instructor-examiner retraining with Jay Stokes.  Further, in June of this year, you
signed off on Mr. Whittenburg's tandem renewal despite the fact that Mr. Whittenburg did not
have an FAA medical.  Your conduct is an offense per 1-6.4(B)(5) because your repeated failure
to properly document your actions reasonably jeopardizes the well-being of the USPA.

You have 15 days to request in writing a hearing per Governance Manual Section 1-6.5(E).  (The
hearing can be telephonically or electronically conducted.)  If you do not request a hearing, the
Disciplinary Group and I will meet telephonically to reach our final determination per
Governance Manual 1-6.5(I).  That determination will then be sent to the executive committee
for final disposition per Governance Manual 1-6.5(K).

Please let me know in writing within 15 days if you would like a hearing.

Very truly yours,

Jason Putnam Gordon, USPA Pacific Regional Director

cc: Ed Scott, Director of the USPA (electronically)
    Disciplinary Group (electronically)

1 of 1

POOLEY_00020868