# EXHIBIT 9

| | |
|---|---|
| **From:** | Ray Lallo <uspa.mountain.director@gmail.com> |
| **Sent:** | Friday, August 7, 2015 1:36:21 PM |
| **To:** | rpooley75@gmail.com |
| **Cc:** | Jim Crouch <jcrouch@uspa.org>;Sherry Butcher <SbutcherMED@earthlink.net> |
| **Subject:** | Re: USPA Offical 1-6 Letter |
| **Attachments:** | Pooley_1-6.doc |

Mr. Pooley,
Attached is your offical USPA 1-6 letter. Please confirm receipt of the
letter and this email.
VR,
Ray Lallo
USPA Mountain Region Director
uspa.mountain.director@gmail.com
330-205-4788

[image: Description: Description: wings]



**UNITED STATES PARACHUTE ASSOCIATION**®

5401 Southpoint Centre Blvd ● Fredericksburg, VA  22407 ● Phone: 540-604-9740 ● Fax: 540-604-9741
E-mail: uspa@uspa.org

Rob Allen Pooley                                                                                          August 7, 2015
986 Park Terrace Dr.
Galt, CA 95632-3764

Dear Mr. Pooley,

It is my duty as the Secretary of USPA to inform you of the decision of the USPA Executive Committee to suspend your USPA Coach Examiner and USPA Tandem Instructor Examiner ratings for a period of one year, beginning July 26, 2015. Following the year suspension, you must have the approval of the full USPA Board of Directors before your examiner ratings may be reinstated, should you choose to renew your examiner ratings. Your USPA membership, Accelerated Freefall Instructor and USPA Tandem Instructor ratings have not been suspended.

The decision to suspend your examiner ratings was due to the ongoing errors with candidate paperwork, and violating the USPA Basic Safety requirements by training USPA members to conduct tandem jumps without a USPA Tandem Instructor rating or valid medical.

In accordance with Section 1-6.5J, this decision is final upon receipt of this letter unless a written request by you for an appellate review by the Board of Directors is submitted to me within thirty days. You have until August 27th, 2015 to submit such a request, and your appeal will be heard by the Board of Directors. If your appeal is received in a timely manner it will be added to the agenda for the USPA Board meeting scheduled in San Diego, CA.

Regards,

*Ray Lallo*

Ray Lallo
Secretary, United States Parachute Association

Cc: Sherry Butcher, President
    United States Parachute
     Assoc.
    USPA Headquarters

United States Parachute Association is a voluntary, not-for-profit association dedicated to the safe enjoyment of skydiving
www.uspa.org

POOLEY_00020971