# EXHIBIT 10

| | |
|---|---|
| **From:** | Tom Noonan <Tom@uptvector.com> |
| **Sent:** | Tuesday, August 18, 2015 1:01:05 PM |
| **To:** | Rob Pooley <rpooley75@gmail.com> |
| **Subject:** | Letter of Suspension - Re: USPA action |
| **Attachments:** | SKM_C364e15081815410.pdf |

Hi Rob,

Based on our conversation last night, attached, please find our letter of reciprocity with USPA regarding their actions, let me know if there is anything I can help with, Thanks, Tom


Tom Noonan
Tandem Program Director

Uninsured United Parachute Technologies LLC
1645 Lexington Ave
Deland, Fl, 32724
USA
Tel: +1-386-736-7589
Fax:++1-386-734-7537
Mobile:+1-603-714-4382
www.uptvector.com
tom@uptvector.com


"This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited."

uninsured **United Parachute Technologies**, LLC.

August 18, 2015

Rob Pooley
986 Park Terrace Drive
Galt, CA 95532

Re: Suspension of UPT Tandem Examiner Rating –Pending USPA Reinstatement

Rob,

Thank you for taking the time to speak with me yesterday regarding USPA's decision to suspend your USPA Tandem Examiner rating effective July 26th, 2015 for a period of 1 year. In accordance with our agreement of rating reciprocity with USPA, we will also be suspending your UPT tandem examiner rating for this same time period. The effective end date of the suspension will be July 25th, 2016 unless USPA rescinds or modifies it's decision or suspension timeframes.

Please feel free to contact me with any questions or concerns. If I can be of any assistance to you during this process, please let me know. This suspension does not revoke or suspend your right to use the UPT Sigma tandem system acting as Pilot In Command (PIC) for normal tandem operations performing the duties of a Sigma Tandem Instructor.

Thank you for your cooperation,

Tom Noonan
Tandem Program Director
Uninsured United Parachute Technologies, LLC