# EXHIBIT 11

| | |
|---|---|
| **From:** | Rob Pooley <rpooley75@gmail.com> |
| **Sent:** | Friday, August 28, 2015 1:42:43 PM |
| **To:** | Jim Crouch <jcrouch@uspa.org> |
| **Subject:** | Re: Course fee charges |

Hi Jim,
I understand the terms of the suspension I am still helping with the
courses but I know they need to be run by another IE. I still oversee all
Instructors, staff and training here at the center and when an IE is here
teaching any course they are working for me. I can understand someones
confusion if someone is here doing a course and I'm telling them what to
do. Any new IE here is going to be under close guidance until they meet our
standard. (Yuri G. for example, is a brand new IE and very inexperienced)
I am still working with a few of the guys from my last course. I'm just
trying to get them to complete and turn in their paperwork. Two of them
have misplaced their medicals and are waiting for copies from the FAA and
the others are just being lazy I guess. I have been bugging them every day.
When there are fifteen forms and English is a second language it can be
daunting I guess.

I do plan to do an appeal. I know there is a time limit. I'm just trying
get everything in order so the appeal is well put together.
Thanks
Rob
On Fri, Aug 28, 2015 at 12:08 PM, Jim Crouch <jcrouch@uspa.org> wrote:

> Hi Rob,
>
> I got a call last week from a candidate who was worried his rating would
> not be processed. He did not give me his name. It sounded like he was
> currently in a coach course with you, from what he described. I just wanted
> to make sure you understood that the suspension applies to both coach and
> tandem courses. Also, your instructional ratings are still in place, which
> allows you to jump as an evaluator in a rating course. But, the courses
> must be run completely by other examiners from start to finish.
>
>
>
> Also, If you still want to appeal you need to send a notice to very soon.
> You have only 30 days to make a written request to the Secretary for an
> appeal. The 30 days is up on September 7.
>
> Thanks,
>
> Jim
>
>
>
> *From:* Rob Pooley [mailto:rpooley75@gmail.com]
> *Sent:* Monday, August 17, 2015 8:07 PM
>
> *To:* Jim Crouch