# EXHIBIT 13

United States Department of Transportation - Office of Inspector General

# Memorandum of Activity

| Case Number:<br>I16A0120900 | Office:<br>Region 5 - Western (San Francisco) | Type of Activity:<br>Interview |
|---|---|---|
| Date of Activity:<br>04/19/2024 | Date Report Drafted:<br>04/26/2024 | Location of Activity:<br>Microsoft Teams |
| Subject of Activity:<br>D.O. | Activity Conducted By (Name(s)):<br>Reggie Lee | Signature:<br>R L |

On April 19, 2024, D.O. former skydiver, Parachute Center, was interviewed via Microsoft Teams by Special Agent Reggie Lee, U.S. Department of Transportation, Office of Inspector General. Also present was Assistant U.S. Attorney Kate Lydon, U.S. Attorney's Office. In addition to the previous statement, D.O. provided the following information:

D.O. will be traveling to Vancouver, Canada in May. However, he was reluctant about testifying due to potential immigration issues.

D.O. was attracted to skydiving and wanted to make more money doing tandems. His home drop zone in New Zealand had a job lined up for him upon his return with a U.S. Parachute Association (USPA) and United Parachute Technologies (UPT) Tandem Instructor ratings. New Zealand required 750 jumps as opposed to USPA's 500 jumps. In addition, it was cheaper in the U.S. and there was someone at the Parachute Center offering the course. D.O. 's plan was to get his Tandem Instructor ratings with USPA and UPT then convert them to New Zealand's equivalent.

Parachute Center at Lodi was known for cheap jump tickets and Tandem Instructor training. D.O. spent the first two months skydiving to increase his jump numbers and gain experience quickly. Rob Pooley (Pooley) happened to be there and offered the course.

D.O. could not recall if he spoke to Pooley before signing up for the course. D.O. only spoke to Pooley about getting his tandem rating. It was more likely that D.O. discussed with other skydivers at Parachute Center. D.O. was unsure of Pooley's relationship with Bill Dause (Dause). It was obvious to D.O. that Pooley had been working there for a long time. D.O. believed there was another tandem course just before his class.

D.O. s class would have been around late July to early August. It was understood at the Parachute Center that Pooley had an Tandem Examiner rating with USPA and UPT . D.O. knew that an Examiner rating was needed to run a tandem course. People at the Parachute Center referred to Pooley as an Examiner and everyone was under the impression that he was. Nobody knew his Examiner ratings had been suspended by USPA and UPT. Pooley did not disclose that his Examiner rating was suspended. D.O. reiterated that he would not have taken the course had he known of Pooley's suspension. D.O. paid approximately $1500 for the course most likely in cash.

Pooley's Tandem Instructor course was inconsistent and spaced out. There was no structure and he promised doing coursework the next day but would not show up. At times, Pooley was unavailable and not around the Parachute Center. D.O. described Pooley as someone he would not have a beer with. Pooley also did not go through the emergency procedure in training. D.O. believed 2 people would be alive today had Pooley taught the emergency procedures.

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

Office of Inspector General - Investigations
U.S. Department of Transportation

POOLEY_00032933

POOLEY_00032933

When they received their paperwork, it was already pre-signed. It seemed off but D.O. had no reason to
suspect Pooley's rating was suspended. Pooley did not mention anything about the signature and D.O. did
not bother asking. D.O. was told by Pooley that the paperwork was sent in. D.O. recalled following up
with Pooley 1-2 weeks after the course. Pooley responded that the paperwork had been sent in and to wait for the
system to update. But D.O. later found out the paperwork was sitting at Pooley's desk the whole time. There
was no news until Yong Kwon (Kwon)'s tandem fatality.

D.O. knew Yuri Garmashov (Garmashov) through social media, but D.O. had never met him in person.
D.O. could not recall if he recognized Garmashov's name on the paperwork. He wasn't sure if Pooley was
covering for Garmashov or vice versa.

Following Kwon's tandem fatality, D.O. paid approximately $1500 for another tandem course in Skydive
Perris. The second course very thorough. D.O. was under stress because he had two weeks to return to New
Zealand with a tandem rating.

At Parachute Center, D.O. and others asked Pooley for a refund. Pooley beat around the bush and paid a
few hundred dollars to some while others did not get any. Some of them - to include D.O. - took Pooley's
parachute, reserve chute, and computers. They had Pooley draft a letter stating that the items were sold to them.
The group also had Pooley notarize the letter which Pooley did by going to a notary together. D.O. stated he
may still have a copy of the letter.

Reviewed By (Initials): J S        Date: 05/07/2024

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

Office of Inspector General - Investigations
U.S. Department of Transportation

POOLEY_00032934
POOLEY_00032934