# EXHIBIT 14

United States Department of Transportation - Office of Inspector General

# Memorandum of Activity

| Case Number: | Office: | Type of Activity: |
|---|---|---|
| I16A0120900 | Region 5 - Western (San Francisco) | Interview |

| Date of Activity: | Date Report Drafted: | Location of Activity: |
|---|---|---|
| 01/31/2024 | 02/09/2024 | Microsoft Teams |

| Subject of Activity: | Activity Conducted By (Name(s)): | Signature: |
|---|---|---|
| MUNOZ, FABIAN | Reggie Lee | R L |

On January 31, 2024, Fabian Munoz (Munoz), former skydiver, Parachute Center, was interviewed via Microsoft Teams by Special Agent (SA) Reggie Lee and SA Richard Ficarelli, U.S. Department of Transportation (DOT), Office of Inspector General (OIG). SA Cristina Jones, U.S. DOT-OIG, provided Spanish translation. Also present were Assistant U.S. Attorneys Kate Lydon and Dhruv Sharma, U.S. Attorney's Office, Eastern District of California. In addition to the previous statement, Munoz provided the following information:

Munoz is a skydiving instructor in Santiago, Chile, and he has over 18 years of experience skydiving. Munoz began skydiving while in the Chilean Army. In addition to being a skydiver, Munoz was a marketing manager for Skydive Andes from 2014 to 2018.

Munoz first learned about the Parachute Center through his friend, Carlos Obaid (Obaid). Parachute Center was well known for being an affordable drop zone. Munoz's goal was to attain the Tandem Instructor rating and return to Chile so that he could conduct tandem jumps. Munoz spoke to Obaid, who was already at the Parachute Center, before leaving Chile. While on the phone with Obaid, Obaid passed the phone to Pooley and introduced Munoz to Pooley. Munoz explained his background to Pooley and his desire to obtain his Tandem Instructor rating. Pooley said he would instruct the course and to bring cash. Pooley stated he was a U.S. Parachute Association (USPA) Tandem Instructor Examiner. Pooley told Munoz he would teach him the course. That was the only time Munoz spoke to Pooley telephonically approximately one week before leaving Chile to the Parachute Center.

Upon arrival to the U.S. around August 2016, Munoz believed he travelled directly to the Parachute Center. At the Parachute Center, Munoz first spoke with Bill Dause (Dause), then Pooley. Pooley told Munoz that the Tandem Instructor course would start in two days. Munoz was advised by others at the Parachute Center not to speak with Dause because he was a difficult person to deal with.

Munoz was aware that the Tandem Instructor course could only be taught by a Tandem Instructor Examiner or an Examiner. And everyone at the Parachute Center knew Pooley was an Examiner because he stated so. It was Munoz's understanding that Pooley would submit the completed USPA and United Parachute Technologies (UPT) paperwork after training. Obaid told Munoz the training would cost between $1,800 to $2,000 and Munoz paid Pooley in cash. Munoz would not have paid for the course had he known Pooley was not certified to provide training.

Munoz clarified there were five other students attending the course, they were: Obaid, Carlos Martinez (Martinez), a student from Ukraine, and China. Munoz could not recall their names of the two additional foreign students. Munoz clarified that Yong Kwon (Kwon) had already completed the course approximately one week prior to Munoz. Munoz spoke to Martinez regarding this investigation. Martinez stated previously that he was willing to speak about his experience at Parachute Center but did not want to participate in the trial. Munoz stated there were Tandem Instructor students with less than 500 jumps, while the USPA required 500 jumps and 3 years of skydiving experience. Munoz could not recall the students with less than 500 jumps.

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

Office of Inspector General - Investigations
U.S. Department of Transportation

POOLEY_00028911

POOLEY_00028911

During the course, Pooley reviewed the manual with students going over emergency protocols, wind navigation, landing, etc. Pooley taught the course in English. While Munoz had difficulty speaking English, he was more comfortable reading English. He had also reviewed the manual prior to training and was familiar with the material from his previous experience skydiving in Chile. Munoz clarified that there was another instructor that assisted with the course whom Munoz also jumped with. Munoz did not recall the individual's name but would check his records. Pooley jumped with Munoz twice. Munoz agreed to check his logbooks.

At the conclusion of his training, Munoz printed his own paperwork. However, Pooley provided paperwork for everyone which were not signed. After Munoz filled out his paperwork and gave it to Pooley, Munoz did not get a copy. Munoz's expectation was that Pooley would sign the documents and submit them to USPA and UPT for processing. Munoz saw that other students had their paperwork signed by someone else that was not Pooley.

Munoz asked Pooley about the status of his paperwork every day for a week up until the day he departed back to Chile. Each time Munoz asked, Pooley responded that he was working on it. Munoz once threatened Pooley that he would notify USPA to which Pooley told Munoz not to do because Pooley would provide them the next day. Munoz felt Pooley was trying to avoid him. Pooley never submitted Munoz's paperwork. After returning to Chile, Munoz asked Pooley via Facebook for the status of his paperwork but continued to receive the same response from Pooley.

Munoz was later re-certified in November 2016 in Santiago by an Examiner from Brazil. The re-certification training was far better and more thorough than the training provided by Pooley. The Examiner explained landing procedures and answered all of Munoz's questions.

The death of Kwon weighed heavy on Munoz because they jumped together.

Munoz reviewed the following documents:

POOLEY_00018870 - Munoz stated the photograph was taken at the Parachute Center with Obaid, Munoz, Francisco, and Hakim.

POOLEY_00018872 - Munoz stated this was his first tandem jump with a paying customer at the Parachute Center. Pooley told the class that everyone had to jump with a paying customer to complete the Tandem Instructor program. Munoz did not feel comfortable with this practice because he did not have his Tandem Instructor card yet. Out of concern, Munoz decided to wait until he saw his documents before conducting another tandem jump with a paying passenger. Munoz did not conduct another tandem jump with a paying customer until much later. It was important to have the Tandem Instructor license.

POOLEY_00018871 - Munoz confirmed the medical examination he completed as part of the requirement.

Following the interview, Munoz was emailed a trial subpoena with witness/victim coordinator contact information via email. It was made clear to Munoz that it was voluntary for him to testify.

On February 5, 2024, Munoz provided Martinez's phone number: 56-9-7162-6254. Munoz stated he could not find his logbook and his Facebook message with Pooley no longer existed because Pooley deleted his Facebook account.

Reviewed By (Initials): J S      Date: 04/15/2024

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

Office of Inspector General - Investigations
U.S. Department of Transportation

POOLEY_00028912

POOLEY_00028912