# EXHIBIT 16

# INTERVIEW TRANSCRIPTION

Command Name: U.S. Department of Transportation

Case Number:  116A0109009-PARACHUTE CENTER

Interviewee's Name: Rob Pooley

Identification of Investigator(s):  Paolo Hernandez, Brian DuBois

Date of Interview:  January 30, 2018

Transcription Services Provided by Global Solutions Group
Date of Transcription:  12/26/2020

GL⬤BAL

POOLEY_00003171

2216     PAOLO HERNANDEZ:  So you are -- you bought this house or
2217 you're renting a house?
2218     ROB POOLEY:  I bought it.
2219     PAOLO HERNANDEZ:  Oh you bought it?
2220     ROB POOLEY:  Yeah.
2221     PAOLO HERNANDEZ:  Yeah.
2222     ROB POOLEY:  I was the examiner for, um, the tandem
2223 instructor during the fatality last year and so there was a
2224 whole bunch of drama about that. Like --
2225     PAOLO HERNANDEZ:  Wait. Hold on. Let me [inaudible
2226 1:08:24]. So you're an examiner -- who -- who did you -- you
2227 were an examiner for the tandem --
2228     ROB POOLEY:  The tandem instructor that died last -- last
2229 year, I was his examiner. I -- I -- I certified him as a tandem
2230 instructor. I trained him as a tandem instructor and so there
2231 was a bunch of drama about that, and so that's when I stopped
2232 doing all of that.
2233     PAOLO HERNANDEZ:  What was his name?
2234     ROB POOLEY:  I think it's Kwon. It's Yong Kwon.
2235     PAOLO HERNANDEZ:  Okay. So --
2236     ROB POOLEY:  -- But I'm not 100% sure on the last name
2237 because Yong was his -- I don't remember --
2238     PAOLO HERNANDEZ:  He Korean?