# EXHIBIT 17

# TANDEM INSTRUCTOR RATING COURSE PROFICIENCY CARD

**CANDIDATE:** Refer to the rating requirements listed in the Introduction and Orientation section of the USPA Tandem Instructor Rating Course outline in the USPA Instructional Rating Manual. Some requirements are listed there alone, and some are listed only on this proficiency card.

Sign-off dates may not be more than 24 months old as of the course start date. Many requirements may be performed in conjunction with a USPA Tandem Instructor Rating Course.

**VERIFYING OFFICIALS:** Use this form to record that the candidate has met all necessary requirements for the USPA Tandem Instructor rating. The level of official verification is indicated with each requirement. Each of the undersigned certifies that he or she has personally verified those qualifications listed.

*Current USPA Instructors need not meet starred requirements.

## USPA TANDEM INSTRUCTOR RATING APPLICATION

Name: YongHyecn Kwon   USPA #: pending   Expiration Date: ___/___/___

Mailing Address: 514-10, Hwangseong-dong

Add'l. Address: _____

City: Gyeongju-s.   State: Gyeongsang buk-do   Zip or Postal Code: 38084   Country: South Korea

Weekday Phone ( ___ ) _____   E-Mail: qk317@naver.com

DOB: 01/25/1991   Sex: ☒ M ☐ F   Occupation: student

License Number: pending   (USPA or FAI D license required.)

FAA Medical Exp. Date: 6/30/16 (include copy of medical with this application)

Total Freefall Time: 28955 sec.   Total Sport Jumps: 553   (minimum 500 required.)

Applicant's Signature (for future authentication purposes): 권용현

$50 Rating Fee: ☐ Paid by candidate with application   ☐ Returned with After-Action Report

☐ Master   ☑ VISA   | 4 | 8 | 5 | 4 | 8 | 0 | 0 | 1 | 1 | 0 | 7 | 9 | 7 | 1 | 8 | 2 |   expiration date MO 11 YR 19

I certify that _Signature: 권용현_ YongHyecn Kwon _ has:
name of candidate

**PRIOR TO ARRIVAL AT THE USPA INSTRUCTOR RATING COURSE:**

1. Assisted in two tandem first-jump courses toward Category A requirements.
   _signature_ 6.27.16
   USPA Tandem Instructor signature / Date
   _signature_ 6.27.16
   USPA Tandem Instructor signature / Date

2. Assisted in two Category B tandem ground preps.
   _signature_ 6.28.16
   USPA Tandem Instructor signature / Date
   _signature_ 6.28.16
   USPA Tandem Instructor signature / Date

3.* Assisted in two Category D ground preps.
   _signature_ 6.29.16
   USPA Instructor signature / Date
   _signature_ 6.29.16
   USPA Instructor signature / Date

4.* Observed ground preps in Categories B, C, E, and F.
   _signature_ 6.29.16
   USPA Instructor signature / Date

5.* Correctly taught freefall stability and basic freefall maneuvers, including freefall turns, backloops, barrel rolls, front loops, and tracking.
   _signature_ 6.29.16
   USPA Instructor signature / Date

6.* Prepared an effective canopy flight plan and provided ground-to-air (for example, radio) instruction for winds up to 14 mph.
   _signature_ 6.29.16
   USPA Instructor signature / Date

7.* Participated in the spotting and aircraft lessons from Categories D through H (or equivalent training).
   (initials:) Category D ✓   Category G ✓
   Category E ✓   Category H ✓
   Category F ✓
   _signature_ 6.29.16
   USPA Instructor signature / Date

Page 2   CANDIDATE NAME  YongHyeon Kwon   Member # pending

8.* Demonstrated five practice tandem cutaways wearing tandem equipment and with a simulated student in the student harness in the presence of a USPA Tandem Instructor or Tandem Instructor Examiner.

_____  6.29.16
1. Supervising USPA Tandem Instructor signature    Date

9.* Made 10 jumps to teach and observe basic group freefall skills (verification of 10 entries in the candidate's logbook).

_____  7.1.16
Course Examiner's signature    Date

10. Correctly answered at least 80% of the questions on the USPA Tandem Instructor Final Examination.

_____  7.1.16
Course examiner signature    Date

AT THE USPA INSTRUCTOR RATING COURSE:

11. During tandem jumps, demonstrated the ability to perform all the following:

- Establish and maintain stability throughout the jump.

_____  6.27.16
Evaluator signature    Date

- Recover from intentional, planned instability on exit.

_____  6.27.16
Evaluator signature    Date

- Heading control during tandem freefall and droguefall.

_____  6.27.16
Evaluator signature    Date

12. Earned a score of Satisfactory on all sections and subsections of the Tandem In-Air Skills and Instruction Evaluation Form and the Training, Supervision, and Debriefing Evaluation Form.

_____  6.28.16
Course examiner signature    Date

13. Correctly and completely rigged a simulated student for a tandem jump and completed a satisfactory pre-jump check of all associated systems.

_____  6.28.16
Evaluator signature    Date

14. Conducted five successful initial tandem evaluation jumps.

_____  6.29.16
1. Evaluator signature    Date

_____  6.30.16
2. Evaluator signature    Date

_____  6.30.16
3. Evaluator signature    Date

_____  6.29.16
4. Evaluator signature    Date

_____  7.1.16
5. Evaluator signature    Date

15.* Correctly prepared and checked a solo student's equipment, including canopy selection, prior to rigging up.

_____  6.27.16
USPA Instructor signature    Date

16.* Completed one satisfactory Category D freefall and canopy training session and air evaluation during a Tandem Instructor Rating Course.

_____  6.29.16
Course Examiner signature    Date

17. Participated in all portions of the USPA Tandem Instructor Rating Course.

_____  6.29.16
Course examiner signature    Date

18. Has a minimum of 3 years of experience in parachuting.

_____  6.29.16
Course examiner signature    Date

19. Conducted five practice tandem jumps.

_____  7/1/16
1. Supervising USPA Tandem Instructor signature    Date

_____  7/1/16
2. Supervising USPA Tandem Instructor signature    Date

_____  7/1/16
3. Supervising USPA Tandem Instructor signature    Date

_____  7/1/16
4. Supervising USPA Tandem Instructor signature    Date

_____  7/1/16
5. Supervising USPA Tandem Instructor signature    Date

**RATING RECOMMENDATION**

I have personally examined and recommend this applicant for the USPA Tandem Instructor rating. He or she has demonstrated the ability to train and jump with tandem students and to train and supervise non-method-specific students for the USPA A license.

Yuri Garmashov    163264
USPA Tandem Instructor Examiner name and Member #

_____  7/1/16
USPA Tandem Instructor Examiner signature   Date

CA Skydive School, Acampo, CA
Course Location

UPT Sigma
Tandem Equipment Used for Rating

**COURSE/EXAMINER VERIFICATION CHECKLIST**

❏ Examiner membership and rating expiration date _____
❏ Course Location _____ (must be a current USPA Group Member drop zone)
❏ Course dates and location registered with USPA Headquarters on (date) _____
❏ Candidate USPA Membership expiration date _____
❏ Full Course   ❏ Challenge Course   ❏ Mfg. Transition Course (tandem only)
   (See Section 1 of course syllabus for requirements)

UNINSURED **UNITED PARACHUTE TECHNOLOGIES**, LLC.

  

## ™ TANDEM INSTRUCTOR CERTIFICATION FORM

Name: Yungttyeon Kwon     Age: 25

Mailing Address: 515-10 Hwangseong-dong

$ 50.00

City: Gyeongju-si   State: Gyeongsangbuk-do   Zip: 38084   Country: South Korea

Home Phone: _____   Work Phone: _____   Fax: _____

E-Mail: 94517@naver.com

Date of First Jump: 6/25/13   Number of Jumps: 553

Instructional Rating(s) (Please attach copy): USPA Coach pending     Current / Expired

USPA D-License/ Equivalent: pending     FAA Medical Certificate # (Please attach copy): see attached

Home Drop Zone: Parachute Center     National Aero Club: USPA

---

Applicant Training Record

Jump # | Date | Aircraft | Name of Passenger | Examiner's Comments and Signature
--- | --- | --- | --- | ---
1. | 6.27.16 | twin otter | Solo | [signature]
2. | 6.27.16 | twin otter | Front ride | [signature]
3. | 6.28.16 | twin otter | Mike S. | [signature]
4. | 6.28.16 | twin otter | Mike S. | [signature]
5. | 6.28.16 | twin otter | Mike S. | [signature]

Name of Examiner (Please Print): Yuri Garmashov

---

Cross-Training to a Vector Sigma from another Tandem Rating

| Date | Aircraft | Name of Passenger | Examiner's Comments and Signature |
| --- | --- | --- | --- |
| 1. __/__/__ | | | |
| 2. __/__/__ | | | |

Name of Examiner (Please Print): _____

Applicant must possess a current tandem rating from another manufacturer, complete a Vector Sigma Tandem ground school, and complete a minimum of two Vector Sigma tandem jumps.

1645 Lexington Avenue DeLand, FL 32724-2106 USA ◆ Telephone 386 736 7589 ◆ Fax 386 734 7537 ◆ www.uptvector.com
Sales & Marketing Department ◆ upt@uptvector.com

FORM-268 Rev. 0   7/19/12     1:2

POOLEY_00019065