# EXHIBIT 19

```
 1                    GRAND JURY 2019A

 2              EASTERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6

 7

 8

 9

10       REPORTER'S TRANSCRIPT OF AUDIO PROCEEDINGS

11               TESTIMONY OF PETER A. SWAN

12              AT 501 I STREET, SACRAMENTO

13                THURSDAY, DECEMBER 5, 2019

14

15

16

17

18

19

20   FOR THE GOVERNMENT:

21        MCGREGOR W. SCOTT, UNITED STATES ATTORNEY

22        BY:  CHRISTOPHER HALES, AUSA

23        U.S. DEPARTMENT OF JUSTICE

24        501 I STREET, SUITE 10-100

25        SACRAMENTO, CALIFORNIA 95814
```

POOLEY_00026266

POOLEY_00026266

```
 1              THURSDAY, DECEMBER 5, 2019; 1:54 P.M.
 2
 3              (Proceedings heard before the grand jury,
 4               reported but not transcribed, from
 5               1:54 p.m. to 1:57 p.m.)
 6
 7         MR. HALES:  So you're just going to sit right
 8    there.
 9         THE FOREPERSON:  Hello.
10         THE WITNESS:  Hi.
11         THE FOREPERSON:  Can you please state and spell
12    your name for the record.
13         THE WITNESS:  Peter A. Swan.  That's P-e-t-e-r,
14    S-w-a-n.
15         THE FOREPERSON:  All right.
16
17                      PETER A. SWAN,
18    a witness called on behalf of the United States Grand
19    Jury in and for the Northern District of California,
20    having been duly sworn, testified as follows:
21
22         THE WITNESS:  I will.
23         THE FOREPERSON:  Thank you.
24
25    ///
```

POOLEY_00026269
POOLEY_00026269

```
 1                     EXAMINATION
 2  BY MR. HALES:
 3      Q.   Good afternoon, Mr. Swan.
 4           Earlier this afternoon, did we speak for a
 5  while, with an agent present from the Department of
 6  Transportation?
 7      A.   Yes.
 8      Q.   Okay.  And are you appearing here pursuant to
 9  a grand jury subpoena that you received?
10      A.   Yes, I am.
11      Q.   Okay.  I'd like to ask you some background
12  questions, just so the grand jury -- it will help them
13  understand why you're here, in relation to the
14  investigation.
15           So have you spent a substantial portion of
16  your life involved with skydiving-related activities?
17      A.   Yes.
18      Q.   How did you first become interested in that?
19      A.   When I was 11 years old, I grew up next to the
20  airport out at Davis and made my way out there and
21  started making friends and decided to work out there.
22      Q.   Okay.  And have you been involved in skydiving
23  for pretty much your entire life, since that time?
24      A.   Yes.
25      Q.   Okay.  Have you ever met an individual named
```

POOLEY_00026270

POOLEY_00026270

```
 1  Bill Dawes?
 2       A.   Yes.
 3       Q.   Okay.  And when did you first meet Bill Dawes?
 4       A.   Probably 1977.
 5       Q.   Okay.  And how did you first come to meet him
 6  back in 1977?
 7       A.   He was leasing the airport property in Pope
 8  Valley, California, running a drop zone there, and we
 9  would congregate there.  And I was just too young to
10  jump at the time, but I would get rides up and hang out.
11       Q.   Okay.  And can you describe for the grand jury
12  what different certifications and ratings you have as a
13  skydiver, as an instructor, any -- any such things like
14  that that you have.
15       A.   Oh, I have a master parachute license.  It's a
16  D license, expert rating.
17            I've possessed a tandem instructor
18  certificate, coach rating.
19            I have 5,400, thereabout, jumps.
20            I'm a master -- excuse me -- a master
21  parachute rigger.  I've been hands-on with parachutes
22  for 45 years, since I was 12 years old.
23       Q.   All right.
24       A.   Um --
25       Q.   Anything else?
```

1     A.    -- I've worked -- I've worked -- I've worked
2  in -- oh, in the -- in the sewing needle trade, making
3  backpacks for firefighters.
4           Worked for a parachute manufacturer, left,
5  went to another backpack maker, back to the parachute
6  manufacturer, then opened my own rigging business.
7     Q.    Okay.  So, yeah, let's fast forward 20 years
8  from when you met -- first met Bill Dawes in 1977 to
9  1997.
10    A.    Okay.
11    Q.    Around that time, did you make a change in
12 your employment?
13    A.    Right.
14    Q.    Okay.  What --
15    A.    I had left the parachute manufacturer.  My
16 wife had decided to buy a sign shop in the Foothills, in
17 Grass Valley, and that was a really tough -- tough thing
18 to do.  So I started getting more parachute rigging
19 work, and Bill offered me work.
20    Q.    Okay.  And, specifically, where did he offer
21 you work?
22    A.    At Lodi.
23    Q.    Okay.
24    A.    At the Acampo airport.  Lodi airport in
25 Acampo.

POOLEY_00026272
POOLEY_00026272

```
 1        A.   Uh --
 2        Q.   Or could you tell?
 3        A.   -- he wasn't doing anything other than.  I
 4   don't know how much attention he was paying, but he was
 5   present.
 6        Q.   Okay.  Now, I want to fast-forward a little
 7   bit in time.
 8             In or about August of 2016, did you become
 9   aware of an accident that occurred with a skydiver and
10   tandem instructor at Bill Dawes's drop zone?
11        A.   Yes.
12        Q.   Okay.  And, specifically, what happened in
13   that incident in August 2016?  In broad terms.
14        A.   The accident or my knowledge of it?
15        Q.   The accident.  Just in broad terms --
16        A.   Okay.
17        Q.   -- what happened that day?
18        A.   Broad terms, the tandem instructor failed to
19   follow procedure for a known, but somewhat rare, minor
20   malfunction of the equipment and deployed his parachutes
21   out of sequence, and they entangled and they -- nothing
22   opened, and they both impacted the ground at a high rate
23   of speed.
24        Q.   Did the instructor and the customer both die
25   in that incident?
```

POOLEY_00026281

POOLEY_00026281

```
 1        A.   Yes.
 2        Q.   Okay.  I'm going to ask you names real
 3   quickly.
 4             Do you recall the name Yong -- Yong Hyon Kwon?
 5        A.   Yes.
 6        Q.   Who was that?
 7        A.   South Korean national, as I remember.
 8   Somewhat of a visitor.  I'm not sure his status.
 9        Q.   Was he the tandem instructor who died in that
10   accident --
11        A.   Yes.
12        Q.   -- in August 2016?
13        A.   Correct.
14        Q.   Okay.  And what about Tyler Turner; who was
15   that?
16        A.   That was the paying passenger in the front.
17        Q.   Okay.  Now, I want to sort of put up goalposts
18   in time, the first one being when you found out that Rob
19   Pooley was suspended from being a tandem examiner, and
20   then the second one being the date of that accident in
21   August 2016.
22        A.   Uh-huh.
23        Q.   Between those two goalposts in time, did you
24   see Rob Pooley conducting tandem -- classes for tandem
25   instructors at Bill Dawes's business without Yuri
```

POOLEY_00026282

POOLEY_00026282

```
 1   Kwon get trained --
 2        Q.   Okay.
 3        A.   -- so I don't know where he fit into that
 4   timeline with the goalposts.
 5        Q.   Okay.  The day that Mr. Kwon and Mr. Turner
 6   died in that accident, did -- did you receive a phone
 7   call from Bill Dawes?
 8        A.   I did.
 9        Q.   What did he ask you to do, if anything -- what
10   did he tell you, and what, if anything, did he ask you
11   to do?
12        A.   His first words were, "I believe we've had a
13   tandem fatality."
14             And at that time, my, I guess, guardianship,
15   or however you want to call it for the rest of our --
16   our group, kicked in, and I said, "Do you want me to go
17   out and find it?"
18             And he said, "Yes."
19             And I said, "Where was it?"
20             And he gave me instructions that turned out to
21   be wrong.
22        Q.   Okay.
23        A.   And so I went out to go look where he told me.
24        Q.   All right.  Later that day, did you -- or in
25   the ensuing days, did you examine the parachute from
```

POOLEY_00026288

POOLEY_00026288

```
 1  that accident?
 2      A.   I did.  With the --
 3      Q.   Okay.
 4      A.   -- FAA.
 5      Q.   Okay.  Did you also review videos of the
 6  accident?
 7      A.   I did.
 8      Q.   Okay.  And what -- I don't know if you can do
 9  this without getting into too much detail, but if you
10  can describe, basically, your assessment of what went
11  wrong during that skydiving accident.
12      A.   Okay.  Well, after six hours of watching video
13  and frame by frame, I determined that Kwon had a -- I
14  think I stated before -- a minor, but known,
15  malfunction, where the drogue parachute, it's the small
16  parachute the tandem pair releases to stabilize and slow
17  their fall, it fouled on itself.  That, in itself, is
18  not a big problem.  You -- the standard operating
19  procedure that -- the malfunction tree, if you call it
20  that, is to pull the releases to release the drogue and
21  start the main parachute deployment.
22           He looked at the drogue.  When he threw it, he
23  looked over the shoulder, and --
24      Q.   And for the record, you just looked over your
25  right shoulder --
```

POOLEY_00026289
POOLEY_00026289

1       A.   -- my right shoulder --

2       Q.   -- is that right?  We only get a paper record

3  of this so I want to capture your gestures.

4       A.   -- and he turned far enough to where I would

5  assume, by the video and still pictures that I looked

6  at, that he could see the drogue but didn't recognize

7  what he saw.

8            And I think it was at that time that he --

9  let's just say the train came off the tracks, in his

10 thinking.

11           In a high-stress situation, a lot of people

12 revert to their original training, which, for him, would

13 be sport training, and that's different than tandem.

14           He, in response to that, should have activated

15 the drogue releases, which would have started the main

16 deployment, and if it was too slow of a deployment

17 because of the fouled drogue and a malfunction occurred,

18 he could get rid of it and open his reserve parachute.

19           It's imperative that he did that immediately

20 to not build up speed.  The drogue parachute slows the

21 pair down, to keep a reasonable free-fall rate.  If it's

22 fouled, you have to react and release the drogue and get

23 the main parachute deployment.

24           He checked the bottom of the parachute pack,

25 with his hand, through the drogue, in what I think was

POOLEY_00026290
POOLEY_00026290

```
 1  an attempt to make sure that he threw it.  He touched
 2  that area where the drogue handle was and then went back
 3  to a free-fall position.
 4          He had several gyrations, with tipping over to
 5  his side, recovering, having the tandem passenger move
 6  over to the left side, recovering from that, checking
 7  his altimeter, which was a small digital altimeter, and
 8  I believe he couldn't see it from a low-angle sun.
 9  There was a shot where he looked like he was trying to
10  press the backlight to see where he was.  His attention
11  was divided up way too much.
12          Down at the lower end of the jump, there was
13  clear evidence of the video guy giving him an index
14  finger, pointing, and he used his right index finger,
15  which is the international symbol to open your
16  parachute.  He didn't do it.
17          He pulled the release handle for the main
18  parachute, which was fruitless because there was nothing
19  to cut away from, nothing -- no main parachute out to
20  release, and then pulled at his reserve.
21          And as luck would have it, the drogue was
22  traveling from feet to head, swinging back and forth,
23  maybe 30 to 45 degrees, total, the reserve parachute
24  came up and contacted the drogue parachute, bounced off,
25  and the drogue parachute made a counterclockwise wrap
```

POOLEY_00026291

POOLEY_00026291

```
 1   around the bridle of the reserve parachute.
 2           At that time, the -- the bag holding the
 3   reserve parachute was sucked up to the drogue and
 4   stopped.  It couldn't open the locking stows that were
 5   on the bag and release the drogue parachute -- or the
 6   reserve parachute out of its deployment bag.
 7           And that's how they rode the rest of the
 8   free-fall.
 9       Q.  The sequence you just described, did Mr. Kwon
10   follow the correct sequence he should have followed, if
11   given proper tandem instruction training, or did he
12   follow an improper sequence?
13       A.  He did not follow proper procedure.
14       Q.  Okay.  And is the proper procedure something
15   that should be taught in a conventional tandem
16   instructor training course?
17       A.  Yes.
18       Q.  Going back to your conversation with
19   Mr. Dawes, after Rob Pooley had been suspended, what, if
20   anything, do you recall in that conversation -- and let
21   me ask it another way.
22           Do you recall anything at all, in that
23   conversation, about Mr. Dawes suggesting there was a
24   financial aspect between the agreement between
25   Mr. Pooley and Mr. Garmachov?
```

POOLEY_00026292

POOLEY_00026292

```
 1   depicted in those and who they are.
 2       A.   Number 1, Bill Dawes; number 2, Rob Pooley;
 3   number 3, Yuri Garmachov.
 4       Q.   Okay.  All right.  I'm going to take a minute
 5   to look at my notes, and we may be done.  Just take one
 6   second.
 7            I did forget to ask you one thing.
 8            After the accident in August 2016 that we
 9   talked about, in the ensuing one or two weeks, did you
10   have a conversation with Rob Pooley?
11       A.   Yes.
12       Q.   Okay.  Where did that conversation take place?
13       A.   In my workshop.
14       Q.   Okay. And what, if anything, did Rob Pooley
15   say to you, during that conversation?
16       A.   Obviously, he was upset from the fatalities.
17   And what he volunteered to me was that Bill Dawes had --
18   at some time during those goalposts of him being
19   suspended and the fatalities, that Bill Dawes had come
20   in and told him he was taking too long to teach the
21   courses, that they didn't need to know all that safety
22   stuff, and all they needed to know was pull the drogue
23   release and flare the parachute all the way.
24       Q.   Did you say anything in response?
25       A.   I asked him, "So what did you do?"
```

POOLEY_00026300

POOLEY_00026300

```
 1            And he said, "I taught everything."
 2            And at the time, I thought that was just a
 3   he-said-she-said, covering his butt.
 4       Q.   Okay.  Did you ever have conversations with
 5   anyone else on this similar topic, Bill Dawes giving Rob
 6   Pooley advice or complaints about how the training was
 7   being conducted?
 8       A.   I did.
 9       Q.   Who did you speak to about that?
10       A.   Oh, fast-forward to the next spring, when
11   foreign people would start showing up to jump and work,
12   a guy named Lui Fernandez from Uruguay came by and was
13   surprised at how slow the business was.
14            And we got to talking about how the
15   progression had been from the accident to where we were
16   and talking about Bill making poor decisions with the
17   business.
18            And he volunteered that, you know -- I'll
19   quote him -- he said, "Yes, Bill came into my training
20   course with Rob and said this:  'You're taking too long,
21   they don't need to know all the safety stuff, and all
22   they need to know is pull the drogue release and flare
23   the parachute.'"
24            It was pretty much exactly word for word of
25   what Rob told me.
```

POOLEY_00026301

POOLEY_00026301