# EXHIBIT 22

| | |
|---|---|
| **From:** | Jim Crouch <jcrouch@uspa.org> |
| **Sent:** | Thursday, September 1, 2016 8:07:07 AM |
| **Subject:** | Tandem Examiners: Immediate USPA Policy on Certain Tandem Instructors/Candidates |
| **Attachments:** | Examiner Notice.pdf;USPA Tandem Announcement.pdf;Tandem_Emergencies_Scenarios.pdf;Tandem_Emergencies_Test.pdf |

USPA Tandem Instructor Examiners,

A recent fatal tandem accident and subsequent information has led USPA to conclude that a number of candidates who attended tandem instructor rating courses at The Parachute Center in Lodi, CA conducted by either Rob Pooley #155136, or Yuri Garmashov, #163264, were not properly taught and/or were not properly certified. Many never submitted rating applications to USPA or UPT. Other ratings applications were submitted under false pretenses or with forged signatures since the Examiner conducting the course had been suspended and was not authorized to conduct courses.

In the interest of public safety, USPA is taking steps to ensure that all of the involved tandem instructors and candidates have demonstrated proper emergency procedures, have completed the knowledge tests from USPA and UPT, and have submitted proper rating applications to both UPT and USPA. Some must undergo a new USPA-developed refresher course (some immediately and some by September 30), while others must undergo a full and complete tandem instructor rating course by a current Examiner. The first attachment is USPA's announcement explaining which requirements apply to which tandem instructors and candidates. The second attachment, for Examiners, includes details about the new refresher course.

After September 30, any tandem candidate who has not completed the appropriate process will be suspended (or continue to be suspended) from conducting tandem jumps.
Also attached to this email is a guideline for the emergency procedure training and checklist.
Contact Jim Crouch at USPA Headquarters if you have any questions regarding tandem instructor rating retraining.


Jim Crouch
Director of Safety and Training



**U.S. Parachute Association**
Office: 540-604-9740 x 314
Fax: 540-604-9741
5401 Southpoint Centre Blvd.
Fredericksburg, VA 22407
JCrouch@uspa.org | uspa.org

   

**Information for Current Tandem Examiners**

There are approximately 140 tandem candidates who have been notified by USPA that they must be retrained in order to continue conducting tandem jumps. These candidates are all over the U.S. as well as across the globe. So, it is likely you may be contacted by one or more of these individuals for retraining. So far, USPA has identified 12 candidates who must complete a full tandem instructor rating course, just as if they were a new candidate, even though they have been issued ratings by USPA and UPT. They were trained by Pooley when his Examiner rating were suspended, which makes the course invalid. The others will need to complete a new USPA-developed refresher with a current USPA Tandem Instructor Examiner. Some will need to undergo the refresher immediately; others need to do the refresher by September 30.

The new USPA-developed refresher must consist of:

- A review of Sections 3-3 and 3-4 of the current tandem instructor rating course in the Instructional Rating Manual.
- A review of Section 4 of the United Parachute Technologies Sigma Manual.
- Demonstration to the IE of the correct response for all tandem emergency procedures, preferably using a hanging harness with a person wearing the student harness attached to the tandem system.
- Completion of the USPA Tandem Instructor Rating written test and UPT Sigma Rating written test.
- Documented verification of meeting each requirement of the USPA Tandem Instructor rating, to specifically include copies of log book entries showing a minimum of 500 jumps and three years of parachuting experience.
- Once the training is completed, the tandem examiner will make a log entry into the candidates log book to document the training, and immediately send notification to USPA and UPT with the following information: Instructor name, USPA membership number, total time required for the retraining, copies of the written tests, and a written statement to state that the instructor holds the minimum requirements for the rating, received retraining in all tandem emergency procedures, and demonstrated a proper response to all emergency procedures, dated and signed.
- Submit a copy of a current FAA Class 3 medical or the foreign equivalent.
- Any newly-issued USPA ratings will require the appropriate membership and new instructor rating fees.
- Once USPA and UPT receive the notice of completion from the examiner, the tandem instructor may resume conducting tandem skydives.
- Submit all documentation in an email to safety@uspa.org .

We anticipate the refresher will take two to three hours. Examiners may set their own fees to conduct a refresher. There is no USPA fee.

We have attempted to contact all of the affected candidates to notify them about the situation and to provide the instructions that they must follow, based on their current rating situation. If you have any questions regarding the candidate situation or the training required, contact Jim Crouch at USPA Headquarters.

# #

POOLEY_00020648

**USPA Policy on Certain Tandem Instructor Candidates and Rating Holders**

The U.S. Parachute Association has reason to question the validity and completeness of certain tandem instructor rating courses conducted by (currently suspended) USPA Tandem Examiners Rob Pooley, USPA member #155136, and Yuri Garmashov, USPA member #163264.

**A) All persons who attended a tandem instructor rating course conducted by Pooley *after* July 25, 2015, when Pooley's USPA Tandem Examiner rating was suspended, must:**

- immediately cease conducting tandem jumps,
- attend a complete tandem instructor rating course conducted by a current USPA Tandem Examiner, and
- apply or reapply for tandem instructor ratings from both USPA and UPT (if jumping a UPT tandem system).

**B) All persons who attended a tandem instructor rating course conducted by Pooley from February 2011 through July 25, 2015, who *have not* already received valid UPT *and* USPA tandem instructor ratings, must:**

- immediately cease conducting tandem jumps,
- submit proof of completion of that USPA tandem instructor rating course to USPA,
- attend a new USPA-developed tandem instructor refresher course, and
- apply or reapply for tandem instructor ratings from both USPA and United Parachute Technologies (if jumping a UPT tandem system).

**C) All persons who attended a tandem instructor rating course conducted by Pooley from February 2011 through July 25, 2015, who *have* received valid UPT and USPA tandem instructor ratings, must:**

- provide evidence they have attended a USPA-developed refresher course taught by a current USPA Tandem Examiner, at their expense, by September 30, 2016.

**D) All persons who attended a tandem instructor rating course conducted by Garmashov from April 2014 forward, who *have not* already received valid UPT and USPA tandem instructor ratings, must:**

- immediately cease conducting tandem jumps,
- submit proof of completion of that tandem instructor rating course to USPA,
- attend a new USPA-developed tandem instructor refresher course, and
- apply for tandem instructor ratings from both USPA and UPT (if jumping a UPT tandem system).

All USPA Tandem Examiners have been provided details of these requirements, including the new USPA-developed refresher course, which should take between two and three hours to conduct, at a cost determined by each Examiner.

Among other requirements, Federal Aviation Regulations (105.45) require that any person who conducts tandem jumps: holds a master parachute license issued by an organization recognized by the FAA; has completed a course given by the manufacturer or a course acceptable to the FAA; and has been certified by the manufacturer or tandem course provider. Apart from manufacturers, USPA is the only organization recognized by the FAA as a tandem course provider, and USPA's D license is the only master parachute license recognized by the FAA. Thus, the FARs require all tandem instructors to be certified by either a manufacturer or by USPA, and hold a current USPA D license.

USPA's Basic Safety Requirements (2-1.F.4.c.1) state that any USPA member who conducts tandem jumps must have been certified by the appropriate parachute manufacturer as being properly trained on the use of the specific tandem parachute system to be used, and hold a current USPA Tandem Instructor rating.

USPA urges all drop zone operators to immediately verify that their tandem instructors hold the proper credentials to comply with the BSRs and the FARs.

Rob Pooley and Bill Dause, member #330, have had their USPA memberships and all USPA ratings suspended pending completion of an investigation. Yuri Garmashov has had his USPA Tandem Examiner rating suspended pending completion of an investigation.

Questions may be emailed to safety@uspa.org.

# #