# EXHIBIT 2



00001665