**Text messages between Rob Pooley and "JC" Coldren**

**Time stamp:** 8/9/2016 6:36:44 PM (Los Angeles UTC-7)
**Read:** 8/9/2016 6:37:20 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+▮▮▮▮▮▮▮▮>
**To:** +▮▮▮▮▮▮▮▮
**Remote party:** ▮▮▮▮▮▮▮▮
**Text:** Rob: this is JC Coldren. Just checking… Did you get the email I sent you one hour ago? It was an update to our phone conversation.
Just want to confirm you received it

**Time stamp:** 8/9/2016 6:38:25 PM (Los Angeles UTC-7)
**Delivered:** 8/9/2016 7:03:09 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** ▮▮▮▮▮▮▮▮
**To:** JC Coldren <▮▮▮▮▮▮▮▮
**Remote party:** +▮▮▮▮▮▮▮▮
**Text:** Just looked now

**Time stamp:** 8/9/2016 6:38:41 PM (Los Angeles UTC-7)
**Delivered:** 8/9/2016 7:03:09 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +▮▮▮▮▮▮▮▮
**To:** JC Coldren <+▮▮▮▮▮▮▮▮
**Remote party:** +▮▮▮▮▮▮▮▮
**Text:** I will get the info you requested.

**Time stamp:** 8/9/2016 7:06:48 PM (Los Angeles UTC-7)
**Read:** 8/9/2016 7:33:49 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+▮▮▮▮▮▮▮▮
**To:** +▮▮▮▮▮▮▮▮
**Remote party:** +▮▮▮▮▮▮▮▮
**Text:** Perfect.
FYI-- don't quote me, but a heads up...
The boss of UPT "may" be coming out. He & I are good friends, but something is definitely up.
Just wanted you to know....

**Time stamp:** 8/9/2016 7:07:13 PM (Los Angeles UTC-7)
**Read:** 8/9/2016 7:33:49 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read

**From:** JC Coldren <+▇▇▇▇▇
**To:** +▇▇▇▇▇
**Remote party:** +▇▇▇▇▇
**Text:** I will email you a formal quote tonight

**Time stamp:** 8/9/2016 7:35:39 PM (Los Angeles UTC-7)
**Delivered:** 8/9/2016 7:35:40 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +▇▇▇▇▇
**To:** JC Coldren <+▇▇▇▇▇
**Remote party:** +▇▇▇▇▇
**Text:** I did call a few IEs. Two others were possibilities but they couldn't get started as soon as you.

**Time stamp:** 8/9/2016 7:39:09 PM (Los Angeles UTC-7)
**Read:** 8/9/2016 7:39:26 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+▇▇▇▇▇
**To:** +▇▇▇▇▇
**Remote party:** +▇▇▇▇▇
**Text:** Ok… Somebody just contacted me… Saying he would need a coach course too. I am fine with that, but we need to identify who those people are Anna just dates accordingly

**Time stamp:** 8/9/2016 7:39:56 PM (Los Angeles UTC-7)
**Delivered:** 8/9/2016 7:40:02 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +▇▇▇▇▇
**To:** JC Coldren <+▇▇▇▇▇
**Remote party:** +▇▇▇▇▇
**Text:** I should have a list of names and needs tonight.

**Time stamp:** 8/9/2016 7:40:57 PM (Los Angeles UTC-7)
**Read:** 8/9/2016 7:40:57 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+▇▇▇▇▇
**To:** +▇▇▇▇▇
**Remote party:** +▇▇▇▇▇
**Text:** Superb! Thank you

**Time stamp:** 8/10/2016 12:17:18 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 12:17:52 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read

**From:** JC Coldren <+[redacted]
**To:** +[redacted]
**Remote party:** +[redacted]
**Text:** Rob: if you need me to help the guys w/ UPT, let me know.

**Time stamp:** 8/10/2016 12:17:34 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 12:17:52 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+[redacted]
**To:** +[redacted]
**Remote party:** +[redacted]
**Text:** Also-- if you have budget concerns let me know. I will work with you.

**Time stamp:** 8/10/2016 12:20:08 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 12:20:11 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +[redacted]
**To:** JC Coldren <+[redacted]
**Remote party:** +[redacted]
**Text:** ==It's more then expected and a lot of these guys are unsure how they will do it but we need to do something. I'll give you a call later today.==

**Time stamp:** 8/10/2016 12:22:20 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 12:22:41 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+[redacted]
**To:** +[redacted]
**Remote party:** +[redacted]
**Text:** Thank you. I promise you will be happy with the outcome. I am very sympathetic to the plight of the guys

**Time stamp:** 8/10/2016 12:28:02 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 12:32:32 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+[redacted]
**To:** +[redacted]
**Remote party:** +[redacted]
**Text:** Rob- I definitely charge a little more, but that is because I am not desperate for work. My advanced degree is in adult education, and I
ply my trade in the sky diving world. I really run good courses. That's why my name means something at UPT and USPA. Plus, I've
been around 30 years (I was one of the first 500 tandem instructor's in the world), trained by Ted strong himself.

I was Coach Examiner number seven in the world, and the third person to be authorized to teach the IERC (after 10 years, there is only
12 of us in the world authorized to teach that.)
I will work with you on tuition, but we don't have any leeway with requirements.

**Time stamp:** 8/10/2016 12:34:30 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 12:34:33 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** JC Coldren <+
**Remote party:** +
**Text:** The number of jumps we didn't expect.

**Time stamp:** 8/10/2016 12:34:41 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 12:34:44 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** JC Coldren <+
**Remote party:** +
**Text:** That's the biggest expense.

**Time stamp:** 8/10/2016 12:37:40 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 12:37:40 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** JC Coldren <+
**Remote party:** +
**Text:** Do these guys need to talk to UPT directly?

**Time stamp:** 8/10/2016 12:39:15 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 12:39:16 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+
**To:** +
**Remote party:** +
**Text:** Yes they do.
UPT is not fucking around with this

**Time stamp:** 8/10/2016 12:39:54 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 12:39:55 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+
**To:** +

**Remote party:** +■
**Text:** Phone calls need to happen today ASAP

**Time stamp:** 8/10/2016 12:40:31 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 12:40:31 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +■
**To:** JC Coldren <+■
**Remote party:** +■
**Text:** Each of them individually?

**Time stamp:** 8/10/2016 12:42:51 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 12:42:53 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+■
**To:** +■
**Remote party:** +■
**Text:** Yes. I sent you an email with exactly what Tom told me. Also, I understand you are in discussions with Lelo. That is fine. He is a great
guy. But, he is considerably younger than me, and doesn't quite have my breath of experience. Meaning, I know where I can legally and
physically cut corners.

**Time stamp:** 8/10/2016 2:20:56 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 2:21:02 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +■
**To:** JC Coldren <+■
**Remote party:** +■
**Text:** I have told all the guys they need to call and talk to Tom individually. I'm not sure if anyone got it done today before it was too late but I
did let them it needed to be asap.

**Time stamp:** 8/10/2016 2:27:13 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 2:27:48 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+■
**To:** +■
**Remote party:** +■
**Text:** Very good.

**Time stamp:** 8/10/2016 2:30:45 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 2:30:58 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages

**Type:** iMessage **Status:** Read
**From:** JC Coldren <+█████████
**To:** +█████████
**Remote party:** +█████████
**Text:** Rob; certainly I am biased, but regardless of who you choose to go with you probably should contract it ASAP. If you want me there
Sunday night then we should start looking at airfare and I need to get involved with UPT too sure them that they don't need to fly out
here and micromanage etc.

**Time stamp:** 8/10/2016 2:34:06 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 2:34:09 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +█████████
**To:** JC Coldren <+█████████
**Remote party:** +█████████
**Text:** It's not about choosing. I talked to Lelo yesterday when I was first trying to find someone. At this point I only want you to do it.

**Time stamp:** 8/10/2016 2:43:21 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 2:43:59 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 2:43:59 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+█████████
**To:** +█████████
**Remote party:** +█████████
**Text:** Thank you. We will get it done

**Time stamp:** 8/17/2016 12:39:31 PM (Los Angeles UTC-7)
**Delivered:** 8/17/2016 12:39:32 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +█████████
**To:** JC Coldren <+█████████
**Remote party:** +█████████
**Text:** People have left and made other arrangements but there are 4 here who want a Coach/Tandem course

**Time stamp:** 8/17/2016 12:39:49 PM (Los Angeles UTC-7)
**Delivered:** 8/17/2016 12:39:49 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +█████████
**To:** JC Coldren <+█████████
**Remote party:** +█████████
**Text:** How many days do you need for that?

**Time stamp:** 8/17/2016 12:40:36 PM (Los Angeles UTC-7)
**Read:** 8/17/2016 12:40:36 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+
**To:** +
**Remote party:** +
**Text:** Thank you, my friend. I believe we are setting something up for this sat. But, it will take 4-6 days depending

**Time stamp:** 8/17/2016 12:41:34 PM (Los Angeles UTC-7)
**Delivered:** 8/17/2016 12:41:34 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** JC Coldren <+
**Remote party:** +
**Text:** Where are you setting it up?

**Time stamp:** 8/17/2016 12:58:11 PM (Los Angeles UTC-7)
**Read:** 8/17/2016 1:01:04 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** JC Coldren <+
**To:** +
**Remote party:** +
**Text:** I just spoke to Clay at Byron

**Time stamp:** 8/17/2016 1:01:32 PM (Los Angeles UTC-7)
**Delivered:** 8/17/2016 1:01:33 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** JC Coldren <+
**Remote party:** +
**Text:** Great. Keep me posted.