**Text messages between Rob Pooley and Brad North**

**Time stamp:** 7/8/2016 3:04:19 PM (Los Angeles UTC-7)
**Read:** 7/8/2016 6:08:02 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Are you back from Yosemite?

**Time stamp:** 7/8/2016 6:08:06 PM (Los Angeles UTC-7)
**Delivered:** 7/8/2016 6:08:08 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** I'm back

**Time stamp:** 7/8/2016 7:20:44 PM (Los Angeles UTC-7)
**Read:** 7/8/2016 7:21:05 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Nice glad to hear it, hope it was a fun trip! So I have several questions about items on this paperwork, would a phone call be best or texting?

**Time stamp:** 7/8/2016 8:33:49 PM (Los Angeles UTC-7)
**Read:** 7/8/2016 8:59:31 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Should I fill in the dates next to all of yuris signatures?

**Time stamp:** 7/8/2016 8:59:39 PM (Los Angeles UTC-7)
**Delivered:** 7/8/2016 8:59:40 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +

**Remote party:** +
**Text:** Yes please

**Time stamp:** 7/11/2016 9:53:00 AM (Los Angeles UTC-7)
**Read:** 7/11/2016 9:53:16 AM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Got that paperwork off to you yesterday did you get it?

**Time stamp:** 7/11/2016 9:53:36 AM (Los Angeles UTC-7)
**Delivered:** 7/11/2016 9:53:37 AM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** Got the email but haven't looked at it. Will today.

**Time stamp:** 7/11/2016 9:54:02 AM (Los Angeles UTC-7)
**Read:** 7/11/2016 9:54:06 AM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Thanks

**Time stamp:** 7/12/2016 12:34:40 PM (Los Angeles UTC-7)
**Read:** 7/14/2016 8:21:54 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** How'd I do?

**Time stamp:** 7/13/2016 1:37:14 PM (Los Angeles UTC-7)
**Read:** 7/14/2016 8:21:54 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +

**Text:** Did that paperwork get out?

**Time stamp:** 7/14/2016 8:22:43 PM (Los Angeles UTC-7)
**Delivered:** 7/14/2016 8:22:44 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** Not yet but I'm on it. It will go in an email on Monday with two other sets of paperwork.

**Time stamp:** 7/15/2016 7:19:57 AM (Los Angeles UTC-7)
**Delivered:** 7/15/2016 9:55:46 AM (Los Angeles UTC-7)
**Read:** 7/15/2016 9:55:46 AM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Okay, can you cc me that email minus the other candidates stuff? Also that invoice plz

**Time stamp:** 7/25/2016 11:21:06 AM (Los Angeles UTC-7)
**Read:** 8/4/2016 6:21:20 AM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Never got that email/invoice...did everything go out to USPA/UPT Monday as planned?

**Time stamp:** 8/4/2016 6:28:12 AM (Los Angeles UTC-7)
**Delivered:** 8/4/2016 6:28:14 AM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** Sorry for the delay in responding. I sent your docs to Yuri for review. He said that he would be back in town the 3rd which was yesterday and he would review them. I did see him yesterday and he said he would review everything in the next few days. (I gave him quite a lot of paperwork)

==I expect him to get back to me today or tomorrow. When he does your package will go in to USPA/UPT. Figure no later then Monday.==

**Time stamp:** 8/10/2016 1:57:15 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 1:57:35 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Happen to know if my paperwork got out? Also, was the TI in Saturday's incident one of the Korean dudes from the course I was in?
Any pertinent firsthand info that might be useful to me would be much appreciated and kept to myself

**Time stamp:** 8/10/2016 2:00:25 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 2:00:26 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** ==Yes. Same course.==
==Your papers are in limbo. Bill has everything and there is discussion on how to proceed. It might take a few days to sort out.==
==This is so bad you have no idea. A shit storm of epic magnitude is on us. USPA has suspended my membership license and ratings==
==pending investigation.==
==So I guess if I want to work at a dz I can pack.==

**Time stamp:** 8/10/2016 2:07:36 PM (Los Angeles UTC-7)
**Read:** 8/10/2016 2:07:39 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** I've got a lot of words burning my mouth right now, but I'm just going to take a deep breath, exhale, and sum up my feelings with "fuck."
I'll have something more comprehensive later.

**Time stamp:** 8/10/2016 3:13:18 PM (Los Angeles UTC-7)
**Delivered:** 8/10/2016 3:13:19 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +

**To:** +⬛
**Remote party:** +⬛
**Text:** I'm working on getting refunds to everyone.
Brad this is an enormous mess and it is literally going to ruin my life but I don't want anyone to get screwed.
I make $200 from each rating course but I'm having to refund the full amount. Thats 15k I don't have in my back pocket. Bill isn't going
to refund a single dollar.
I'm trying to sell stuff but that takes a bit of time.

**Time stamp:** 8/17/2016 1:15:10 PM (Los Angeles UTC-7)
**Read:** 8/17/2016 2:13:14 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛
**Text:** How 'bout that refund?

**Time stamp:** 8/17/2016 1:36:38 PM (Los Angeles UTC-7)
**Read:** 8/17/2016 2:13:14 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛
**Text:** The $ would come in really handy right about now since I have an opportunity to re-take the course this weekend with a legitimate
Examiner

**Time stamp:** 8/17/2016 2:14:19 PM (Los Angeles UTC-7)
**Delivered:** 8/17/2016 2:14:19 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛
**Text:** I know JC will be there. My plan was to pay for part of it for everyone that I worked with here

**Time stamp:** 8/17/2016 2:33:16 PM (Los Angeles UTC-7)
**Read:** 8/17/2016 2:33:34 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +⬛
**To:** +⬛

**Remote party:** +⬛
**Text:** Ok. I haven't got the specifics of the course yet, but I'm hearing it will cost us $300

**Time stamp:** 8/17/2016 2:33:49 PM (Los Angeles UTC-7)
**Delivered:** 8/17/2016 2:33:49 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛
**Text:** <mark>That's what I was told</mark>

**Time stamp:** 8/17/2016 2:34:14 PM (Los Angeles UTC-7)
**Read:** 8/17/2016 2:34:14 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛
**Text:** So you'll be covering that

**Time stamp:** 8/17/2016 2:56:38 PM (Los Angeles UTC-7)
**Delivered:** 8/17/2016 2:56:38 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛
**Text:** <mark>Yes. And some of the slots and gear rental if I can</mark>

**Time stamp:** 8/19/2016 9:28:47 AM (Los Angeles UTC-7)
**Read:** 8/19/2016 12:45:51 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛
**Text:** Will you be at BAS?

**Time stamp:** 8/19/2016 12:46:00 PM (Los Angeles UTC-7)
**Delivered:** 8/19/2016 12:46:02 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +⬛
**To:** +⬛
**Remote party:** +⬛

**Text:** Not sure yet

**Time stamp:** 8/19/2016 12:53:23 PM (Los Angeles UTC-7)
**Read:** 8/19/2016 12:53:42 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Well, I just got word that this training even has been cancelled, so I'm doubting it

**Time stamp:** 8/19/2016 12:53:50 PM (Los Angeles UTC-7)
**Delivered:** 8/19/2016 12:53:50 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** What????

**Time stamp:** 8/19/2016 12:54:00 PM (Los Angeles UTC-7)
**Delivered:** 8/19/2016 12:54:00 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** When did this happen?

**Time stamp:** 8/19/2016 1:02:49 PM (Los Angeles UTC-7)
**Read:** 8/19/2016 1:07:11 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** As of 10am

**Time stamp:** 8/19/2016 1:07:16 PM (Los Angeles UTC-7)
**Delivered:** 8/19/2016 1:07:16 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** Shit!

**Time stamp:** 8/25/2016 6:36:41 PM (Los Angeles UTC-7)
**Read:** 8/25/2016 7:33:34 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** How bout that refund?

**Time stamp:** 8/26/2016 12:40:19 PM (Los Angeles UTC-7)
**Read:** 8/26/2016 12:40:37 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Ignoring me is not going to make this go away, Rob. I need a gesture of good faith that you intend on making this situation right by
repaying me the $1100 I paid you to conduct a viable UPT/USPA Tandem Instructor Training course. You are responsible for this
because of the choice you made to surreptitiously conduct a course while being unsupervised and unqualified to conduct the course on
your own. A good start would be to return, at minimum, the $200 profit you claimed from each prospective candidate. This would go a
long way to demonstrate your integrity in the eyes of any judge you might wind up in front of.

**Time stamp:** 8/26/2016 12:41:54 PM (Los Angeles UTC-7)
**Delivered:** 8/26/2016 12:41:55 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** ==Brad. I'm sorry. I did not intend to ignore you. It got late and I didn't get to return any voicemails or messages.==

**Time stamp:** 8/26/2016 12:43:14 PM (Los Angeles UTC-7)
**Delivered:** 8/26/2016 12:43:15 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +

**Text:** I do want to give you your refund. I have no cash at this very moment but I can send you good faith gesture. After Tuesday.

**Time stamp:** 8/26/2016 12:47:34 PM (Los Angeles UTC-7)
**Read:** 8/26/2016 12:50:43 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** My PayPal address is DevilTakesHindmost@Gmail.com. I will greatly appreciate a concerted and sustained effort to make this right,
and once done, will again stand by your character as I once was so sure it deserved.

**Time stamp:** 8/26/2016 12:51:03 PM (Los Angeles UTC-7)
**Delivered:** 8/26/2016 12:51:03 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** Thank you Brad.

**Time stamp:** 8/27/2016 8:02:20 AM (Los Angeles UTC-7)
**Read:** 8/27/2016 8:28:20 AM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +
**To:** +
**Remote party:** +
**Text:** Just woke up to a message from Jacky at Skydive Monterey Bay inviting me to come do some tandems for them today. Figured you
should know since you're the only reason I can't accept.

**Time stamp:** 8/30/2016 1:46:59 PM (Los Angeles UTC-7)
**Delivered:** 8/30/2016 1:47:00 PM (Los Angeles UTC-7)
**Direction:** Outgoing **Source:** Apple Messages
**Type:** iMessage **Status:** Unread
**From:** +
**To:** +
**Remote party:** +
**Text:** I told you I'd have some money for you Tuesday. The electrical job I was relying on for that money was rescheduled for Thursday. Just
wanted you to know what's up. I'm not forgetting about you or blowing you off.

**Time stamp:** 8/30/2016 2:06:30 PM (Los Angeles UTC-7)

**Read:** 8/30/2016 2:13:31 PM (Los Angeles UTC-7)
**Direction:** Incoming **Source:** Apple Messages
**Type:** iMessage **Status:** Read
**From:** +███████
**To:** +███████
**Remote party:** +███████
**Text:** Appreciate the heads up.