| | |
|---|---|
| **From:** | Rob <rpooley75@gmail.com> |
| **Sent:** | Friday, August 12, 2016 8:57:42 PM |
| **To:** | Skidive Baja <skydivebajamx@gmail.com> |
| **Subject:** | Re: Tandem Course, Lodi |

I have a lot of people to deal with. Anyone doing their training here in the last 9 weeks will need to retake their course. I'm trying to make arrangements to give people refunds for their tandem course and help them find a new course.
You have no idea how sorry I am. I'm trying to take care of everyone I can but their are a lot of very angry people to deal with. Please be patient.
Do you have the ability to attend a new course that we set up at another location here in NorCal?

Sent from my iPad

On Aug 8, 2016, at 8:52 PM, Skidive Baja <skydivebajamx@gmail.com> wrote:

> Hi Rob, can you send my papers please to this adress so I can finish the paper work
>
> Blueskies
>
> Fabricio
>
> 4650 edenvale ave. la Mesa ca 91042
>
> 2016-07-04 11:25 GMT-07:00 Skidive Baja <skydivebajamx@gmail.com>:
>
>> Hi, I'm on my way to Lodi, can I get my Airmans Medical at Sacramento?  Any phone number to call you?
>>
>> El 29/06/2016 02:22, "Rob" <rpooley75@gmail.com> escribió:
>>> Hi,
>>>
>>> The Tandem Course will take two days if you don't waste time doing your practice jumps. The whole thing costs $1100. That includes all slots and gear rental. If you need a Coach Course too that will take another two days and costs $250. You must have your Airman's Medical done before we can start any of the tandem training.
>>> If you have any more questions email me directly.
>>>
>>> Look forward to seeing you around July 6th.
>>>
>>> Cheers,
>>> Rob.
>>>
>>> Sent from my iPad