When they received their paperwork, it was already pre-signed. It seemed off but Overeem had no reason to suspect Pooley's rating was suspended. Pooley did not mention anything about the signature and Overeem did not bother asking. Overeem was told by Pooley that the paperwork was sent in. Overeem recalled following up with Pooley 1-2 weeks after the course. Pooley responded that the paperwork had been sent in and to wait for the system to update. But Overeem later found out the paperwork was sitting at Pooley's desk the whole time. There was no news until Yong Kwon (Kwon)'s tandem fatality.

Overeem knew Yuri Garmashov (Garmashov) through social media, but Overeem had never met him in person. Overeem could not recall if he recognized Garmashov's name on the paperwork. He wasn't sure if Pooley was covering for Garmashov or vice versa.

Following Kwon's tandem fatality, Overeem paid approximately $1500 for another tandem course in Skydive Perris. The second course very thorough. Overeem was under stress because he had two weeks to return to New Zealand with a tandem rating.

At Parachute Center, Overeem and others asked Pooley for a refund. Pooley beat around the bush and paid a few hundred dollars to some while others did not get any. Some of them - to include Overeem - took Pooley's parachute, reserve chute, and computers. They had Pooley draft a letter stating that the items were sold to them. The group also had Pooley notarize the letter which Pooley did by going to a notary together. Overeem stated he may still have a copy of the letter.

Reviewed By (Initials): J S     Date: 05/07/2024

This report is the property of the Office of Inspector General, and is For Official Use Only. It contains sensitive law enforcement information, the use and dissemination of which is subject to the Privacy Act, 5 U.S.C. § 552a. This information may not be copied or disseminated without the written permission of the OIG, which will be granted only in accordance with the Privacy Act and the Freedom of Information Act, 5 U.S.C. § 552. Any unauthorized or unofficial use or dissemination of this information will be penalized.

Page 2 of 2                                   Office of Inspector General - Investigations
                                              U.S. Department of Transportation

POOLEY_00032934