Recall – basically didn't know paperwork wasn't sent in until after accident.

Learned prob the same week of accident. W was leaving US in 2 weeks and he didn't have a tandem rating and had a job in NZ.

W did the entire course again in Perris, it was very thorough. W was under stress. W had to act swiftly.

W had 2 weeks to get money back. W didn't have money for the next course either.

- Second course was $1500 or something, only because W had friend who had connection
- It was all female course

Asked Pooley for refund. He beat around the bush. We all of got his parachute, got a letter drafted that he sold us this parachute. He signed it over via notary.

- He drove his car and followed us to get letter notarized.

Main parachute, reserve, computer – gave some money to other guys, split with other guys. Not enough to cover the course.

- Some got $100 or 300, some got nothing
- He didn't have the money, half the money was for Dause

Everyone was hassling with him. It was all different. IT wasn't like, hey everyone, here's what you're getting. Nobody got what they paid for.


W might have the letter.


Ended 2200 hours