6:49    5G 47



Peter

It's tough at times.
The atty for the family turned over the collection to a specialist in that area.

Ah ok got it

Thanks for trying as hard as you did. The "industry" is shunning him as far as I know.

Thank you for your help

I wish I could have done more. I did all I could.

Your contribution is much appreciated

Am I out of the mess now, it's finished?

Fri, May 3 at 5:12 PM

I believe Ed P lives in Valley Springs CA

Sat, May 4 at 9:29 AM

Ok thanks

Text Message

POOLEY_00033820