HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MIA CRAGER, SBN 300172
MEGHAN McLOUGHLIN, SBN 354051
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ROBERT POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-111-WBS |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE REPLY** |
| vs. | |
| ROBERT POOLEY, | Date: September 30, 2024 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. William B. Shubb |

### ORDER

The Court, having reviewed defendant's *Request for Leave to File Reply to Government's Evidence* and the attached reply and exhibits (Dkt. 175), hereby grants the defense leave to file a reply to the government's response to defendant's formal objections (Dkt. 172). The reply (Dkt. 175-1) and exhibits (Dkt. 175-2) attached to defendant's *Request for Leave to File Reply to Government's Evidence* are deemed filed.

IT IS SO ORDERED.

Dated: September 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE