**PARACHUTE CENTER**

6 October 2024

**FILED**

OCT 28 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

Federal Judge William B Shubb
Robert T Matsui United States Courthouse
501 I Street UNIT 1405
Sacramento, California
95814

Federal Judge William B Shubb

The most grievance occurrence happened in the Courtroom of Judge William B Shubb, Case Number 2:21-CR-111WBS, when Robert Allen Pooley was convicted and sentenced for Wire Fraud due to misinformation and outright suppression of reality.

Mr. Pooley in accordance with Federal Aviation Administration regulations was authorized to teach and supervise in the training of Tandem Instructors, (Federal Aviation Administration, Part 105.45 (a) (1) (IV)). However due to some small infraction of USPA bylaws, his membership was suspended for a short period of time. During this time Mr. Pooley continued to teach Tandem Instructor Courses as authorized by the Manufacturer United Parachute Technologies.

United States Parachute Association would not recognize the training the candidates received at their member affiliated Clubs or Centers. Mr. Pooley returned the funds they paid except for the cost of the practice jumps and qualifying jumps. Any income he earned was returned.

While there are numerous sites in the U.S. and anywhere outside of the U.S., these Candidates could exercise their rating. Some candidates that jumped at USPA Affiliated Clubs and Centers could not.

*While United States Parachute Association* is not a government agency and is not a Law Enforcement Agency, (USPA Government Manual 1-6.4), Mr. Pooley chose to refund part of the fee they paid for the Course.

The action of the Department of Transportation in the Courtroom at Mr. Pooley's Sentencing Hearing was despicable with the Dog and Pony Show of the Turner Family which had nothing to do with the charges or the trial.

Thank you,

*[signature]*

William C Dause Jr.

P.O. Box 423  •  23597 N. Highway 99  •  Acampo, CA 95220
Office: 209-369-1128  •  Fax: 209-366-0235  •  E-mail: paractr@softcom.net  •  Web: parachutecenter.com