# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellant, v. ROBERT ALLEN POOLEY, Defendant - Appellee. | No. 24-3898 D.C. No. 2:21-cr-00111-WBS-1 Eastern District of California, Sacramento ORDER |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROBERT ALLEN POOLEY, Defendant - Appellant. | No. 24-6144 D.C. No. 2:21-cr-00111-WBS-1 Eastern District of California, Sacramento |
| UNITED STATES OF AMERICA, Plaintiff - Appellant, v. ROBERT ALLEN POOLEY, Defendant - Appellee. | No. 24-6450 D.C. No. 2:21-cr-00111-WBS-1 Eastern District of California, Sacramento |

The court sua sponte consolidates Appeal Nos. 24-3898, 24-6144 and 24-6450. The parties must include all case numbers on future filings.

Appellate proceedings are stayed in these consolidated appeals until further order of this court. All previously established briefing schedules are vacated.

The government must file a status report on December 2, 2024, and every 30 days thereafter while district court proceedings are pending. Status reports should include any change in the status of district court proceedings and the estimated date of resolution, if known.

The consolidated briefing schedule will be set in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT