# Exhibit 2

Interview with receptionist at Dr. Priest's office

FEDERAL DEFENDER'S OFFICE
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

# memorandum

Date:        November 6, 2024

To:          AFD Mia Crager

From:        SI Juan Doig

Subject:     Information about 3rd Class FAA Medical Exams

---

On November 6, 2024, I received a request to learn the cost that someone would need to pay for a 3rd Class FAA Medical Exam in 2024 and in 2016. I focused my research on Dr. Allen E Priest 6600 Mercy Court Suite 210, Fair Oaks, California 95628, Tel: (916) 967-8201. Dr. Priest was one of the doctors that gave the exams to some of the skydivers at the Lodi Parachute Center.

At approximately 9:42 a.m., I called Dr. Allen E. Priest's office at 916-967-8201 and spoke with the receptionist. I asked her about the cost of a 3rd-class medical exam, and she informed me it would cost $160. She was not aware of the exact cost in 2016.