# Exhibit 5

Fabian Munoz Border Crossing Records



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

04/26/2024 09:05 EDT     Generated By: ████████     Page 1 of 2

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2016 | 12/31/2016 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
|  |  |  |  |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| MUNOZ* | FABIAN |  | ████ |  |
| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
| Not Selected |  |  |  |  |  |  |

| Person Filter Criteria | | | |
|---|---|---|---|
| Last Name | First Name | Birth Date From | Birth Date To |
|  |  |  |  |
| Encounter Date Earliest | Encounter Date Latest | Encounter Time | Carrier Code | Carrier Number | Inbound-Outbound Direction |
|  |  |  |  |  |  |
| Encounter Site Location | Inspector ID | Encounter Lane Type | Passenger Status | Updated Passenger Status | Agency Referred To | HitInd |
|  |  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MUNOZ BECERRA | FABIAN | ████ | P | F10637200 | 08/05/2016 00:00 | DL | 147 | O |  | ████ | APIS | ON BOARD |  |  | SCL | ATL |
| MUNOZ BECERRA | FABIAN | ████ | P | F10637200 | 07/06/2016 05:44 | DL | 146 | I | A174 | ████ | APIS | REQUEST |  |  | ATL | SCL |
| MUNOZ BECERRA | FABIAN ESTEBAN | ████ | P | F10637200 | 07/06/2016 00:00 | DL | 146 | I |  | ████ | APIS | PASSENGER |  |  | ATL | SCL |

Total Number of Records: 3

| Legend | |
|---|---|
| Loc | |
| Codes | Value |
| ATL | WILLIAM B HARTSFIELD |
| SCL | SANTIAGO, CHILE - ARTURO MERINO BENITEZ |

| Doc Type | |
|---|---|
| Codes | Value |
| P | P - PASSPORT |

For Official Use Only / Law Enforcement Sensitive

U.S. v. Robert Pooley
Government's Trial Exhibit
2:21-CR-00111 WBS
42

POOLEY_00030912



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

04/26/2024 09:05 EDT                Generated By: ▓▓▓▓▓▓▓▓                Page 2 of 2

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A174 | A174 - CBP-ATLANTA, HARTSFIELD TERM F |

**For Official Use Only / Law Enforcement Sensitive**



U.S. v. Robert Pooley
Government's Trial Exhibit
2:21-CR-00111 WBS
42-002

POOLEY_00030913