HANNAH LABAREE, CBN 294338
1521 Shattuck Ave, #9063
Berkeley, CA 94709
Tel: 916-287-3375
hlabaree@proton.me

Attorneys for Defendant
ROBERT ALLEN POOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-111 WBS |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO FILE UNDER SEAL DEFENDANT'S EXHIBITS TO REQUEST FOR SELF-SURRENDER DATE |
| ROBERT ALLEN POOLEY, | ) | |
| Defendant. | ) | |

**IS HEREBY ORDERED** that the Request to Seal Exhibits B, C, and D Robert Allen Pooley's Request for Self-Surrender Date is GRANTED, so that the private information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: October 14, 2026

[signature]

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE