UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT ALLEN POOLEY,

Defendant.

No. 2:21-cr-111 WBS

ORDER GRANTING IN PART DEFENDANT'S REQUEST FOR SELF-SURRENDER DATE

----oo0oo----

Defendant requests a self-surrender date of January 4, 2027. (Req. (Docket No. 211).) He argues that this delay is necessary so that he can get shoulder surgery and manage his finances. (Id. at 2-3.)

"If the circumstances warrant, a district court may delay the imposition of sentence or extend the time to surrender to the [Bureau of Prisons]." United States v. Quesenberry, No. 2:19-cr-00081-KJM, 2025 WL 1533207, at *1 (E.D. Cal. May 29, 2025) (Mueller, J.) (quoting United States v. Fower, 30 F.4th

823, 827 (9th Cir. 2022)).

Defendant's doctor told him on September 29, 2026 that he would seek insurance authorization for a shoulder surgery and that the surgery "could be scheduled 6-8 weeks from now." (Req. at 3; Pooley Decl. ¶ 11 (Docket No. 211-1).)

The circumstances warrant an extension. District courts routinely grant extensions "based on a defendant's health and the need for medical care before incarceration." Quesenberry, 2025 WL 1533207, at *1. Defendant, moreover, has been out of custody since June 22, 2021 without incident, and does not pose a community or flight risk. (Docket No. 10.)

Defendant's requested date, however, seems unduly dilatory. Eight weeks from September 29 is November 24. Defendant should not need over a month to recover from surgery and manage his finances. Perhaps recognizing this, defendant alternatively requests a date "at some point after the surgery, even if earlier than January 4." (Req. at 3.) Accordingly, defendant's request for a self-surrender date (Docket No. 211) is hereby GRANTED in part, and defendant shall surrender to the Bureau of Prisons no later than 12:00 p.m. on December 4, 2026.

IT IS SO ORDERED.

Dated: October 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE